# Exhibit 1

LAW OFFICES OF
# WAYNE KREGER, P.A.

100 WILSHIRE BLVD., SUITE 940
SANTA MONICA, CALIFORNIA 90401
Telephone: (310) 917-1083
Facsimile: (310) 917-1001

EMAIL: WAYNE@KREGERLAW.COM
Also admitted in NY & DC

Respond to: Santa Monica Office

303 FIFTH AVENUE, SUITE 1201
New York, New York 10016
Telephone: (212) 956-2136
Facsimile: (212) 956-2137

November 16, 2015

**VIA CERTIFIED MAIL**

Columbia Sportswear Company
Vacaville Outlet #311-B
321 Nut Tree Road
Vacaville, California 95687

Re:   *Stathakos v. Columbia Sportswear Company et. al.,* Case No. 15-CV-4543
      United States District Court – Northern District of California
      Violation of the California Consumer Legal Remedies Act
      (California Civil Code section 1750 et seq.)

To Whom It May Concern:

Columbia Sportswear Company and Columbia Sportswear USA Corporation ("Columbia") are hereby notified that during the period October 2, 2009 through the present (the "Class Period"), Columbia has violated and continues to violate the provisions of the California Consumer Legal Remedies Act (*Civil Code* § 1750, et seq.) (the "CLRA") with respect to the advertising and labeling of merchandise sold in its Columbia Outlet stores.

Columbia's false and deceptive advertising and marketing of its Columbia Outlet merchandise has affected Jeanne and Nicolas Stathakos and thousands of California consumers (the "Plaintiff Class"), as they have entered into transactions and expended money based upon the false and misleading claims contained on Columbia's advertising and labeling of its outlet merchandise. Specifically, Columbia represented—on the price tags of its Columbia Outlet Products—false former prices that were artificial, arbitrary and did not represent a bona fide price at which Columbia formerly sold Columbia Outlet Products. Nor were the advertised false former prices prevailing market retail prices within three months immediately preceding the publication of the advertised former prices, as required by California law.

These false and misleading claims are set forth in the attached first amended complaint which is incorporated herein and made a part of this letter.

In short, Columbia, in connection with its advertising and marketing of the Merchandise has violated *Business & Professions Code* § 17501, entitled "*Value determinations; Former price advertisements*," which provides:

> No price shall be advertised as a former price of any advertised thing, unless the alleged former price was the prevailing market price as above defined within three months next immediately preceding the publication of the advertisement or unless the date

Columbia Sportswear Company
November 16, 2015
Page 2

when the alleged former price did prevail is clearly, exactly and conspicuously stated in the advertisement.

Demand is hereby made that Columbia agree, within 30 days of receipt of this Notice to do and complete the following:

1. <u>Removal and Recall of all Columbia Outlet Merchandise</u>

Agree to remove all Columbia Outlet merchandise containing false former prices that were artificial, arbitrary and did not represent a bona fide price at which Columbia formerly sold Columbia Outlet Products. In addition, on behalf of Plaintiff and the Plaintiff Class, we request that Columbia institute a recall program, to be approved and supervised by us, as counsel to Plaintiff and the Plaintiff Class, of all merchandise containing false former prices described above.

2. <u>Corrective Advertising</u>

Provide for a six-month, nationwide advertising campaign that fully discloses to consumers, among other things, that the outlet merchandise contained false and arbitrary false former prices. The campaign shall be subject to our review and approval, as counsel for the Plaintiff Class.

3. <u>Restitution to the Plaintiff Class</u>

Offer the Plaintiff Class restitution, in an amount to be discussed and agreed to, which shall take into consideration the false and misleading claims, and the advertising related thereto. The restitution will need to be paid through a consumer fund, in an amount to be discussed and agreed to by Plaintiffs and Columbia. Of course, this would be subject to our review, as class counsel, of appropriate financial information related to the sales of all such merchandise.

The restitutionary component of this case would be in addition to Columbia providing for payment of all costs (including costs of notice and administration of the fund) and reasonable attorneys fees. If you would like discuss this matter in more detail, or if Columbia elects to comply with this notice and demand, please contact me immediately. Please be advised that if we do not hear from you by December 16, 2015, we will proceed accordingly.

Sincerely,

LAW OFFICES OF WAYNE KREGER, P.A.

*Wayne S. Kreger*
WAYNE S. KREGER

cc: Columbia Sportswear Company & Columbia Sportswear USA Corporation, 14375 NW Science Park Drive, Portland, OR 97229
Enclosure (first amended complaint)

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Columbia sportswear
Vacaville outlet #311-B
311 Nut tree Road
Vacaville, CA 95687

9590 9403 0581 5183 5005 97

2. Article Number (Transfer from service label):
7015 1730 0002 2434 7204

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Lucas Craft — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Lucas Craft
C. Date of Delivery: 11/19/15
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail — Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Columbia sportswear USA Corp.
14375 NW Science Park Drive
Portland, OR 97229

9590 9403 0581 5183 5005 80

2. Article Number (Transfer from service label):
7015 1730 0002 2434 7211

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X Janie Wht — ☐ Agent ☒ Addressee
B. Received by (Printed Name): Jeanie White
C. Date of Delivery: 11/20
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt