# Exhibit 2

Kristen Law Sagafi (Cal. Bar No. 222249)
Martin D. Quiñones (Cal. Bar No. 293318)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
E-mail: ksagafi@tzlegal.com
E-mail: mquinones@tzlegal.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YRG<br><br>**DECLARATION OF JEANNE STATHAKOS** |

I, Jeanne Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My husband and I reside in Oakland, CA in the County of Alameda.

5. My husband and I purchased six items at the Columbia Outlet store located in Vacaville, CA on or about July 26, 2015.

6. I am informed and believe that venue is proper in this Court under California Civil Code § 1780(c) because I reside in this District and Defendants Columbia Sportswear Company and Columbia Sportswear USA Corporation conduct business in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on February 29, 2016 in Oakland, California.

By: *[signature]*

Jeanne Stathakos

```
Kristen Law Sagafi (Cal. Bar No. 222249)
Martin D. Quiñones (Cal. Bar No. 293318)
TYCKO & ZAVAREEI LLP
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
E-mail: ksagafi@tzlegal.com
E-mail: mquinones@tzlegal.com
```

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YRG<br><br>**DECLARATION OF NICOLAS STATHAKOS** |

I, Nicolas Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My wife, Jeanne, and I reside in Oakland, CA in the County of Alameda.

5. My wife and I purchased six items at the Columbia Outlet store located in Vacaville, CA on or about July 26, 2015.

6. I am informed and believe that venue is proper in this Court under California Civil Code § 1780(c) because I reside in this District and Defendants Columbia Sportswear Company and Columbia Sportswear USA Corporation conduct business in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on February 29, 2016 in Oakland, California.

By: _____

Nicolas Stathakos