UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE STATHAKOS, ET AL.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**COLUMBIA SPORTSWEAR COMPANY, ET AL.,**<br><br>  Defendants. | Case No. 15-cv-04543-YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND; STAYING DISCOVERY; SETTING BRIEFING SCHEDULES** |

Earlier today, the Court held a Case Management Conference in the above-captioned action. For the reasons stated on the record, and good cause shown, plaintiffs' motion for leave to amend (Dkt. No. 28) is **GRANTED**. Plaintiffs are directed to file their Third Amended Complaint by the end of the day.

The Court also **STAYS** discovery in this case through **March 21, 2016**. Defendants shall file any motion to dismiss the Third Amended Complaint by no later than **March 29, 2016**.

Plaintiffs' motion for class certification shall be filed by **September 27, 2016**. Defendants' opposition brief shall be filed by **November 22, 2016**. Plaintiffs' reply shall be filed by **January 24, 2017**. The motion shall be set for hearing on **February 14, 2017**.

This Order terminates Docket Number 28.

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**