# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 10/3/2016 | Time: 2:00pm-2:09pm AND 2:49pm-3:09pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 15-cv-04543-YGR | Case Name: Jeanne Stathakos v. Columbia Sportswear Company | |

**Attorney for Plaintiff:** Kristen Law Sagafi and Martin Quinones
**Attorney for Defendant:** Jay Ramsey

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS
### INITIAL CMC-HELD

Discussion re Discovery Letter held. Counsel exited courtroom and did meet and confer session in Attorney lounge and then returned to Courtroom.

Order regarding discovery read into the record by counsel at 2:49pm.

Plaintiff Class Certification Motion filed 11/18/16.
Defendant Opposition to Class Certification and Daubert Motions filed 1/20/17
Plaintiff Reply, Opposition to Defendant Daubert Motions and Affirmative Daubert Motion: filed 2/17/17
Defendant Opposition to Plaintiff Daubert Motions filed 3/3/17
**Hearing on Plaintiff Class Certification Motion and Daubert Motions: 3/28/17 at 2:00pm**

**Notes:** As instructed by the Court on the record regarding motions to seal and under seal documents for chambers :
    Plaintiff Daubert Motions: Binder of chambers copies due 3/10/17
    Motion for Class Certification: Binder of chambers copies due 2/24/17
    Defendant Daubert Motions: Binder of chambers copies due 2/24/17