UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE STATHAKOS, ET AL.**, <br> Plaintiffs, <br> v. <br> **COLUMBIA SPORTSWEAR COMPANY, ET AL.**, <br> Defendants. | Case No. 15-cv-04543-YGR <br><br> **ORDER ON DISCOVERY LETTER BRIEF DATED SEPTEMBER 26, 2016** <br><br> Re: Dkt. No. 53 |

Having considered the parties' discovery letter brief dated September 26, 2016 (Dkt. No. 53), and the parties arguments at the Case Management Conference on October 3, 2016, the Court **GRANTS** plaintiffs' request and **ORDERS** as follows:  No later than **Wednesday, October 5, 2016**, plaintiffs shall provide to defendants a list of twenty-six (26) randomly selected outlet SMU build products.  No later than **Friday, October 14, 2016**, defendants shall produce CAD files, tech sketches, and detailed cost information for those twenty-six (26) outlet SMU builds, the seven (7) outlet SMU build products purchased by plaintiffs, and the thirty-three (33) in-line products on which those thirty-three (33) SMU builds were modeled.

This Order terminates Docket Number 53.

**IT IS SO ORDERED.**

Dated: October 4, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**