# EXHIBIT A

**REPORT OF LARRY D. COMPEAU, PH.D.**

**Jeanne and Nicolas Stathakos v. Columbia Sportswear Company, Columbia Sportswear USA Corporation, Case No. 4:15-cv-04543 (YGR)**

**I. Introduction and Summary of Conclusions**

1. The scope of my assignment was to (1) review published research regarding reference pricing to articulate the state of knowledge and draw conclusions based on this body of research, (2) review materials provided to me by Plaintiffs' counsel that were produced by Columbia Sportswear Company, Columbia Sportswear USA Corporation (hereinafter, Columbia) and the Plaintiffs in the litigation to examine the use of Reference Prices on certain products sold exclusively in Columbia's outlet stores, and (3) draw conclusions and make an expert determination regarding Columbia's Reference Price practices with regard to outlet exclusive products.

2. It is my understanding that some of the items offered for sale at Columbia outlet stores were previously offered for sale "inline" – meaning they were sold at Columbia's retail stores, on Columbia's website, or at Columbia's wholesale partners such as REI. (Def. Supp'l Response to Int. No. 3). I am further informed and believe that starting in the Fall 2014 season, Columbia began offering outlet exclusive styles, or SMUs, in its outlet stores, and that those styles were never offered for sale anywhere but Columbia outlet stores. (*Id*.)

3. It is my understanding that this case relates to Reference Prices Columbia has used and currently uses on the price tags for its outlet-exclusive products, also called SMUs. (Complaint, ¶¶ 1-5) The opinions in this report refer to the use of Reference Prices on those outlet exclusive SMU products.

4. A Reference Price is a price provided by a seller that is typically higher than the selling price in an attempt to get consumers to use that price as a reference point with which to judge the price offer.

5. The more than forty year body of research on advertised reference pricing is unequivocal in the following aspects:
   - Consumers rely on Reference Prices to form judgments about a price offer.
   - The use of Reference Prices in price offers increases consumers' perceptions of value of the deal and willingness to purchase without further search.
   - As the Reference Price increases, and the purported discount increases, consumers' willingness to purchase also increases.

6. Based on the documents and testimony provided to me, I conclude that Columbia uses Reference Prices to affect consumers' responses through the use of discounts by offering items for sale at a price lower than the stated Reference Price. I further conclude that the Reference Prices appearing on price tags for outlet exclusive SMUS are not bona-fide

because the outlet exclusive items were never sold anywhere at those Reference Prices. Because the Reference Prices are not bona fide, they are deceptive.

## II. Background and Qualifications

7. Please refer to attached curriculum vita (Exhibit 1) for my background and qualifications.

8. I am Professor of Marketing and Consumer Psychology at Clarkson University. I received a Bachelor of Science in management and marketing and economics from Clarkson University, a Master of Science in Industrial Management from Clarkson University and a Ph.D. in Marketing from Virginia Polytechnic Institute and State University.  I have been a professor at Clarkson University since 1991 and have received numerous teaching awards, including the prestigious University Teaching Award. I have published numerous journal articles, conference proceeding papers and made presentations on marketing and consumer issues, mostly focused on the use and effects of Reference Prices. Over the past ten years, I have served as a consultant or expert witness on marketing issues, again most notably in the area of reference pricing. The facts and opinions stated herein are based on my knowledge and materials provided to me by counsel.  If called upon, I could testify as to these facts and opinions.

9. My consulting rate for this engagement is $1,000 per hour. My compensation for work on this matter is in no way dependent upon my conclusions, the content of my analysis or opinions, or the outcome of this case.

10. A list of all publications I have authored or coauthored is part of the attached CV.  I have published over 50 papers including journal articles, conference proceedings, cases, edited volumes, and monographs. Specifically in the area of Reference Pricing, I have published nine peer reviewed journal articles and nine peer reviewed conference proceedings. I have made nine presentations at major conferences and have published two invited articles on the topic. I have edited a special issue of the *Journal of Public Policy & Marketing* on pricing and price advertising, a special issue of the *Journal of Retailing* on international pricing, and a special issue of the *Journal of Product & Brand Management* on behavioral pricing. I have sat on the editorial review boards of four journals and currently sit on the editorial review boards of two prominent journals including the *Journal of Public Policy & Marketing* and *The Journal of Product and Brand Management* (including *Pricing Strategy & Practice*),

11. I have testified as an expert at one trial and in four depositions in the past four years in the following cases:

    1. *People of the State of California vs. Overstock.com, Inc.*, Superior Court of the State of California in and For the County of Alameda, Case No. RG10-546833.
    2. *Colin Bowe and Brian Morgan v. Public Storage, a Maryland Real Estate Investment Firm*, United States District Court, Southern District of Florida, Miami Division, Case No. 14-21559-CIV-UNGARO

    3. *David M. Lucas and Eric L. Salerno vs. Jos. A. Bank Clothiers, Inc., a Delaware Corporation*, United States District Court, Southern District of California, Case No. 14cv1631 LAB JLB

12. I reserve the right to supplement this report and my opinions herein as additional information, data or testimony becomes available.

### III. Materials Consulted

13. In forming my opinions and reaching my conclusions, I reviewed the extant published literature on reference pricing including research on advertised reference pricing, internal reference prices, and comparative price advertising. This body of literature covers over 40 years of published research.  I also reviewed the Third Amended Complaint with exhibits, deposition testimony of Columbia employees Melissa Olsen and James Robert Bui with exhibits, deposition testimony of the Plaintiffs, Nicolas and Jeanne Stathakos with exhibits, and Columbia's Supplemental Responses to Plaintiff's Interrogatories.  In addition, I was provided two price tags from items purchased at a Columbia outlet store. A list of materials I considered is attached as Exhibit 2.

14. Nothing I requested to see was withheld from me.

### IV. Opinions

    A.    **<u>Extensive Literature Including Empirical Testing Confirms that Consumers Are Influenced by Reference Prices.</u>**

15. A substantial body of research evidence on the effects of Reference Prices (also referred to in the literature as "advertised Reference Prices," "external Reference Prices" and "comparative prices"), has accumulated over the past 40 years. The research is divided into two streams. One stream of research examines the antecedents of Reference Price and tests their effects primarily through the use of experiments. The second stream develops and tests models using panel data. Across both streams, the effects of external Reference Prices have been consistently shown to have significant impact on consumers' purchasing processes and decisions.

16. First, I present some definitions for the primary variables used in the literature, then examine five published reviews of this body of literature followed by important single works that extend our knowledge of Reference Price effects and speak to the robustness of the results. Finally, I draw conclusions from this review of the literature.

17. An Reference Price is a price provided by a seller that is typically higher than the selling price in an attempt to get consumers to use that price as a reference point with which to judge the price offer. This external Reference Price might not be labeled, or might be labeled and, if so, is often labeled as forms of the words "Regular," "Original," "Former," "MSRP" and "MSLP" (i.e., Manufacturer's Suggested List Price). Other forms of the same labels include

3

Regularly, Originally and Formerly. Sometimes Reference Prices are not labelled at all and the consumer must infer what the Reference Price represents. As indicated in Figs. 1-2, below, Columbia does not use a label to explicitly identify or describe its Reference Prices.

18. In my review paper, which I co-authored with Dr. Grewal, (Grewal and Compeau 1992), we qualitatively review the extant literature on external reference pricing (then called comparative price advertising) and integrate the literature with the Federal Trade Commission (FTC) Guidelines to examine whether the use of external Reference Prices is informative or deceptive. The article articulates the then state of knowledge regarding Reference Price research and concludes that the examination of the substantive results of the extant body of research suggests that the use of external Reference Prices is an effective strategy in influencing consumers' perceptions of price and value. "By creating an impression of savings, the presence of a higher Reference Price enhances subjects' perceived value and willingness to buy the product" (Grewal and Compeau 1992, p.55). Thus was eighteen years of research on external reference pricing first summarized.

19. A year later, a review of Reference Price studies in marketing (Biswas, Wilson and Licata 1993), utilized both a qualitative approach as well as a quantitative assessment. Meta-analysis was performed to generalize 113 individual effects from 26 published empirical studies. Meta-analysis is a statistical technique to synthesize and combine results from previous separate studies regarding a particular set of relationships. An "effect size" is calculated for all hypotheses tested across all studies and then examined to determine the strength and robustness of these relationships. An overall "meta-effect size" based on the effects from all studies is a more powerful estimate of the true effect size than any single study. The results from this meta-analysis demonstrated a strong statistically significant effect of external Reference Prices on consumers' responses.

20. In our second, and possibly the most comprehensive review of the literature to date, Dr. Grewal and I utilized an empirically-based method of integrating empirical results through the use of meta-analysis (Compeau and Grewal 1998). In this comprehensive review article, we develop a model to explain the effects of external references prices on consumers' responses (*See* Exhibit 1) and integrate the extant literature available at that time into a comprehensive review. In this review, we focus on the experimental work since this review uses a meta-analytic method to examine the empirical results from 38 studies that tested the effects of external Reference Prices. Based on the empirical evidence across 38 different studies, we again demonstrate significant effects: ***the presence of an advertised (i.e., external) Reference Price increases the consumers' internal Reference Price, their perception of the value of the deal and reduced their intentions to search for a lower price.*** We also found that as the level of the advertised, or external, Reference Price increased consumers' internal Reference Price, perceptions of value, and purchase intentions also increased. Moreover, consumers' intentions to search for a lower price decreased. In summary we conclude "***This meta-analysis illustrates that the magnitude and homogeneity in effect sizes leaves little doubt that comparative price advertisements work. That this effect is unaffected by vast differences in methods suggests that it is robust. Overall, the potential for deception seems rife because external Reference Prices have a strong influence on consumers, even when they are exaggerated.***"

4

21. In a broader review consistent with prior research, external Reference Price was examined as one variable in a meta-analysis of the impact of price presentation on perceived savings. Krishna, Briesch, Lehmann and Yuan (2002) found that the presence of an external Reference Price in the form of "Regular Price" increased subjects' perceptions of savings, consistent with the previous literature. However, their results also show that this effect depends on the percent savings stated in the advertisement. That is, the effect of the external Reference Price on perceptions of savings decreases relative to the deal percentage increases, but still has an effect. They introduce the variable "Plausibility" of the deal to explain this effect. Thus, although these external Reference Prices still affect consumers' responses, as these Reference Prices move further and further away from the actual selling price, consumers appear to "discount the discount" (Gupta and Cooper 1992). That is, as the discount gets higher and higher, consumers see it less plausible. The major point however is that even when the discount is very high and highly implausible, the effects of external Reference Prices remain.

22. In 2005, another review of the literature (Mazumdar, Raj and Sinha 2005) not only examined the literature based on the experimental stream of research, but also included a review of the modeling literature on Reference Price, although clearly the paper was more focused on the latter. From the modeling side of the literature they note "The effects of Reference Price on consumer choice have been accepted as an empirical generalization in marketing" citing Kalyanaram and Winer (1995) and consistent with the behavioral experimental literature Compeau and Gewal reviewed in 1998.

23. In a more recent review of the area (Grewal and Compeau 2007), the authors provide a synthesis of past research, a conceptual framework, and avenues for future research. They summarize the research as follows:

    - Presence of an advertised Reference Price, as compared with the absence of an advertised Reference Price, in a price offer enhances internal Reference Prices and perceptions of value and lowers search intentions (Compeau and Grewal, 1998).
    - As the level of the advertised Reference Price increases, internal Reference Prices, perceptions of value, and purchase intentions are enhanced and search intentions reduced (Compeau and Grewal, 1998).
    - As the level of the advertised sale price decreases, perceptions of value and purchase intentions are enhanced, while internal Reference Prices and search intentions are decreased (Compeau and Grewal, 1998).
    - Consumers do not have a consistent understanding of some of the commonly used Reference Prices such as MSRP and "compare at" (Compeau, Lindsey-Mullikin, Grewal, and Petty, 2004).

24. Thus, consumers rely on and are impacted by the use of external Reference Prices. Even exaggerated reference prices have an effect.

25. In summary, the research is unequivocal; the use of external Reference Prices impacts consumers' responses to the price offer. The use of external Reference Prices increase

5

consumers' perceptions of the value of the deal and decrease consumers' intentions to search for a lower price. When the external Reference Price is increased, consumers' perception of the value of the offer, and willingness to purchase increases, and their desire to do additional price search decreases. When the external Reference Price is bona fide and truthful, the use of a Reference Price is informative and helps consumers make informed purchase decisions; but as Compeau and Grewal (1992) discuss, if the external Reference Price is not truthful, consumers base their purchase decision on a false sense of value and thus, the offer is no longer informative, but deceptive.

26. The body of extant research on reference pricing clearly demonstrates that consumers use external Reference Prices in their purchasing decision processes. External Reference Prices result in increasing consumers' perceptions of the value of the offer, and willingness to purchase. External Reference Prices also reduce consumers' intent to search for other price offers. The mere presence of an external Reference Price has an effect on consumers' responses, regardless of the actual amount. Thus, a selling price presented in the presence of an external Reference Price is not judged the same as the selling price presented alone. In fact, a selling price standing alone has a different meaning than one presented in the context of an external Reference Price. Clearly, consumers rely on the external Reference Price to judge the value of the deal.

27. Compeau and Grewal (1992), seventeen years ago reached the conclusion that "When ARPs [Advertised Reference Prices] are inflated, they are always deceptive…an inflated and/or false ARP is likely to enhance consumers' … perceptions of value and likelihood of purchases and reduce search." The body of research that has accumulated since that time continues to reinforce and support that conclusion.

**B.      Based on documents provided by Plaintiffs' counsel, Columbia uses external Reference Prices extensively.**

28. The issue here is fairly simple. If a product is truly worth the Reference Price (and thus consumers are willing to pay that price), then market forces mean that a company would only occasionally discount that Reference Price. However, if a company regularly and consistently sells a product at a lower price discounted from the Reference Price provided, then consumers must not be willing to pay the Reference Price and thus, the Reference Price does not reflect the actual market value of the product. If the Reference Price does not reflect the actual price at which the product has been sold, then consumers have been deceived. Indeed, decades of empirically validated research results show that consumers rely on and use the external Reference Price in their purchase decision processes.

29. Columbia price tags attached to items in their outlet stores include both a higher Reference Price (not labeled) and a lower selling price. The higher Reference Prices provided on the price tag are used by consumers to judge the value of the deal and will impact their purchase decisions and processes. Consumers interpret the Reference Price as a price that the item has been sold for—in other words, the price a consumer would have to pay for this item if the item price had not been decreased and discounted in order to suggest a deal. The lower price in the presence of a higher Reference Price clearly denotes a discount that is being provided

to the consumer. There can be no doubt that Columbia is providing this Reference Price to enhance consumers' perceptions of the deal, suggest a significant savings, and induce the purchase.

30. I am informed by Counsel that Columbia outlet stores carry both outlet exclusive products and also some products that were previously sold "inline" through Columbia's retail store, website, or wholesale partners. To prepare this report, I reviewed images of price tags for two products sold at the Columbia outlet store in Livermore, CA. I am informed that one is a typical price tag for an inline item sold at Columbia outlet stores; the other is a typical price tag for an outlet exclusive item that has only ever been sold at Columbia outlet stores.

31. I am informed and believe that Figure 1, below, depicts a typical price tag for an "inline" product. I further understand from Counsel that this particular product was offered for sale at Columbia outlet stores in the Fall 2016 season. I understand from Columbia's discovery responses that "inline" products are actually previously sold at the Reference Price appearing on the price tag (Def. Supp'l Response to Int. No. 3), although I do not know when or where, the item pictured in Fig. 1 was actually previously sold, or at what price.



Fig. 1 (depicting blue t-shirt and price tag)

32. Assuming that the "inline" item was indeed previously sold at the higher Reference Price on the price tag, the Reference Price may be bona fide. This is because the Reference Price reflects an actual former price.[1]

33. Depicted in Figure 2, below, is an item of Columbia apparel to which a typical price tag for an outlet exclusive SMU style is affixed. (Bui Depo, 121:19-22, Ex. 28)



Fig. 2 (Bui Depo, Ex. 28)

---

[1] Whether the Reference Price used on a non-SMU outlet product is actually bona fide would depend on a number of factors, including when and for how long the item was offered for sale at the Reference Price. I have not undertaken any research or analysis to determine whether the Reference Prices used on Columbia's non-SMU outlet products are bona fide. My work for purposes of this report was limited to opining on the veracity and likely effect of Reference Prices used on outlet-exclusive SMU products.

8

34. It is readily apparent that the price tags are substantively and stylistically identical. Both tags include a Reference Price and a lower selling price, and the two prices appear on each of the tags in the same approximate size and orientation to one another.

35. Based on my observation of the price tags depicted in Figure 1 and Figure 2, I conclude that a reasonable consumer would be unable to distinguish between the "inline" and outlet exclusive SMU products by looking at their price tags. Testimony from Columbia's corporate representative, Ms. Olsen, and Plaintiff Nicolas Stathakos supports my conclusion. Ms. Olsen testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Likewise, Mr. Stathakos testified that he doesn't know which Columbia outlet items ever actually sold for the Reference Price. (N. Stathakos Depo, 41:10-18)

36. As shown above, the Reference Price is not labelled to describe what it represents; it is simply a higher price. Without any explanation to the contrary, reasonable consumers will understand the Reference Price to be an actual former price from which a deal or discount is being offered. Indeed, each of the plaintiffs testified that they understood the Reference Price on the outlet exclusive SMUs they purchased to represent an actual former price at which the items were previously sold in retail or other non-outlet stores. (J. Stathakos Depo, 15:10-17:4, 18:14-19:1, 25:7-23, 30:16-20; N. Stathakos Depo, 22:7-23:6, 25:20-26:5)

37. Columbia's representative James Robert Bui testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thus, it is clear that Columbia never intended to sell, nor ever sold this item at the Reference Price and therefore, the Reference Price is deceptive.

38. Columbia's representative, Melissa Olsen, also testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As the price tags makes clear, however, the Reference Price is not labelled "MSRP" on the price tag or otherwise communicated to the consumer. (*See* Figs. 1-2)

39. Ms. Olsen also testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Olsen Depo, 93:5-19).

40. This testimony reinforces the fact that Columbia never sells its outlet exclusive items at the Reference Price.

9

41. In order for a Reference Price to be valid it should either reflect the actual price at which the item is regularly sold in the marketplace, or a price at which the seller has actually sold a majority of units, or a price at which the seller has offered the item for sale for a majority of the time. Since the outlet exclusive items are never sold anywhere but the Columbia outlet, and never sold anywhere at that Reference Price, the net effect is that Columbia Reference Prices lack veracity.

42. My examination of Columbia's discovery responses, actual price tags, and representatives' testimony reveals a consistent pattern in Columbia use of false Reference Prices on outlet exclusive items that were never sold at Columbia's Reference Prices. Columbia's overall pricing strategy for its outlet exclusive SMUs is dominated by price promotions, or so-called "deals" that incorporate the use of Reference Prices. Columbia uses Reference Prices to suggest to consumers that they are saving money and getting a deal.

43. This heavy reliance on discounted Reference Prices suggests that Columbia knows that the use of Reference Prices to convey a "deal" to consumers works very well, consistent with the extant body of research and literature on Reference Prices. The fact that, to the best of my determination, Columbia outlet exclusive items are never offered for sale at the Reference Price fatally undermines their veracity and thus, when relied on by consumers to judge the merits of the deal, consumers are deceived.

### C. **Columbia purposely affects consumers' behaviors through the use of Reference Prices.**

44. I have examined documents and materials provided to me by counsel (See Exhibit 2). As explained in detail above, my review of these materials leads me to conclude that Columbia clearly knows about, understands, and exploits the universal effects of Reference Prices on consumers' responses to these offers as demonstrated with their pricing strategies and tactics. These Reference Prices are used to suggest to consumers that they are getting a deal in order to make consumers more likely to make the purchase.

### D. **Columbia's use of reference prices affects the purchasing behavior of the class.**

45. The massive empirical evidence regarding the impact of the use of Reference Prices on consumers cannot be ignored. Consumers exposed to Reference Prices will respond more favorably to the price offer. For those items sold at the Columbia outlet store where they were previously offered and sold at the Reference Price printed on the ticket, then consumers are better informed. For those items exclusive to the Columbia outlet stores where the items have never been offered or sold at the Reference Price, then consumers are deceived. A compounding problem is that the average consumer cannot tell which is which. The evidence supporting Columbia's pervasive use of false Reference Prices on its outlet exclusive items supports the conclusion that Columbia not only uses Reference Prices, but relies on the use of Reference Prices as a critical part of their everyday standard marketing practices.

46. Consumers exposed to these Reference Prices will be impacted. Whenever Columbia provides a Reference Price–whether that Reference Price is bona fide or not–consumers' decision processes will be affected (Compeau and Grewal 1992, 1998; Grewal and Compeau 2007). Consumers will most likely view the Reference Price as a price that consumers paid in the past, most likely at a non-outlet store, if not for the current discount being offered (Klein and Oglethorpe 1987; s*ee also* J. Stathakos Depo, 15:10-17:4, 18:14-19:1, 25:7-23, 30:16-20; N. Stathakos Depo, 22:7-23:6, 25:20-26:5).

47. Columbia's heavy reliance on the use of price discounts demonstrates that they understand the universal effects of Reference Prices. A selling price combined with a higher Reference Price is perceived differently than just the actual selling price alone as has been demonstrated in the research literature (e.g., Biswas and Blair 1991; Lichtenstein and Bearden 1988; Urbany, Bearden and Weilbaker 1988; Urbany and Bearden 1989) The selling price alone is a different bit of information than the same selling price presented with an external reference price (Compeau and Grewal 1992).  That is, the selling price of "$34.90" is perceived differently from the same selling price presented as "$50.00, $34.90" (Columbia Price Tag Third Amended Complaint, p.5). Consumers will perceive greater value from the latter (Reference Price with sale price or actual selling price) compared with the former (selling price only) even though they pay exactly the same price (Compeau and Grewal 1992, 1998). If that Reference Price is not bona fide, consumers are deceived.

48. The evidence that Columbia uses external Reference Prices to positively influence and impact consumers' purchase decisions process is substantial. It is my opinion that Columbia must be fully aware of, and relies on the impact of these reference pricing tactics to sell their products.

## V. Conclusion

49. The body of extant research on Reference Pricing clearly demonstrates that consumers use external Reference Prices in their purchasing decision processes and that consumers are more likely to buy products marked with a discount from a Reference Price. Reference Prices result in increasing consumers' internal reference price, perceptions of the value of the offer, and willingness to purchase. External Reference Prices also reduce consumers' intent to search for other price offers.  The mere presence of an external Reference Price has an effect on consumers' responses, regardless of the actual amount. Thus, a selling price presented in the presence of an external Reference Price is not judged the same as the selling price presented alone. In fact, a selling price standing alone has a different meaning than one presented in the context of an external Reference Price. Clearly, consumers rely on the external reference price to judge the value of the deal.

50. A careful review of the Columbia materials and documents provided to me show clear evidence that Columbia is not only aware of the effects of their use of Reference Prices on consumers' responses, but indeed, heavily relies on these effects to sell their products to consumers. There can be no doubt that Columbia's pervasive use of discounts and Reference

✍︎

Prices affects consumers' decision processes and purchase behavior causing consumers to increase their perceptions of the value of the deal and make consumers more likely to purchase without further search.

51. Columbia uses Reference Prices to provide consumers with a Reference Price with which to compare the selling price. Consumers rely on this Reference Price in their purchase decision processes and behaviors. Since these Reference Prices are false (the Columbia items were never sold at the References Prices), consumers are deceived into making purchases that they might not have otherwise made.

52. I believe that Columbia use of Reference Prices most assuredly affects the purchasing behavior of the entire class.

53. In sum, and based on the body of research, my own research, experience, and review of materials specific to this case, I opine that:
    1. Columbia relies heavily on the use of Reference Prices on outlet exclusive items sold in its outlet stores,
    2. Consumers rely on Columbia's Reference Prices on outlet exclusive items to judge the value of the deal and in their purchase decision processes and purchasing decisions,
    3. Columbia knows that its outlet consumers are motivated by the appearance of a discount and rely on these Reference Prices to make purchase decisions,
    4. Columbia deliberately uses Reference Prices on its outlet exclusive items to induce consumers to make a purchase,
    5. The Reference Prices Columbia uses on its outlet exclusive items are false because the outlet exclusive products are never sold anywhere at the Reference Prices advertised on Columbia price tags; and thus
    6. Columbia's Reference Pricing scheme is deceptive to consumers and induces consumers into purchasing Columbia outlet exclusive products that, absent the deceptive, they otherwise would not have bought.

_____
**LARRY D. COMPEAU, PH.D.**
**Dated November 16, 2016**