# Exhibit 1

## LARRY D. COMPEAU, Ph.D.

Professor of Marketing, Clarkson University School of Business
8 Clarkson Avenue, Box 5795, Potsdam, NY  13699
315-268-6605, compeau@clarkson.edu

**EDUCATION:**
Ph.D.   Virginia Polytechnic Institute and State University (Marketing (Statistics))
M.S.   Clarkson University, Industrial Management (Management Science)
B.S.   Clarkson University, Management and Marketing, Economics

**RESEARCH INTERESTS:**
*Pricing:*  Effects of reference prices, reference/comparative price advertising and public policy implications, consumer deception, strategic pricing.

*Consumer Behavior/Psychology:*  Consumer debt, consumer shopping experiences, consumer deception, stimulus-driven affective responses.

*Strategy:*  Development and role of firms' market orientation as related to firm identity.

**RESEARCH IMPACT:**
Case Law: Research cited in six court decisions, dozens of claim/complaint filings
Research cited in FTC Guide Interpretations (Friedman)
Total Citations: 1100+

**TEACHING INTERESTS**
Pricing, Marketing Strategy, New Product Development, Consumer Behavior, Consumer Psychology

**PUBLICATIONS**
Articles in Refereed Journals
Compeau, Larry D. (forthcoming), "The Influence of Bad Credit on Consumers' Identities," *Review of Marketing Research,* 17(1).
Compeau, Larry D., Kent B. Monroe, Dhruv Grewal and Kristy Reynolds (2015 online, 2016 print), "Expressing and Defining Self and Relationships Through Everyday Shopping Experiences," *Journal of Business Research,* 69(1), 1035-42.
Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau and Michael Levy (2012), "Global Pricing Research: An Analysis and Research Agenda," *Journal of Retailing*, 88 (1), 1-6.
Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau and Michael Levy (2011), "Evolving Pricing Practices: The Role of New Business Models," *Journal of Product & Brand Management*, 20(7), 510-513.
Zolner, Kyle, Larry D. Compeau, Joseph M. Jones and Jeanne Munger (2010), "Consumers' Perceptions of Nonprofit Solicitations: Some preliminary Evidence on Framing and Price Effects," *Journal of Nonprofit and Public Sector Marketing,* 22(1), 1-13. **Lead Article.**
Thacher, E. F. and L.D. Compeau (2009), "The Super-Learning Community: Evolution or Revolution," *Review of Higher Education and Self-Learning,* 2(3), 37-47.
Grimberg, S.J., T.A. Langen, L.D. Compeau and S.E. Powers (2008), "A Theme-Based Seminar on Environmental Sustainability Improves Participant Satisfaction in an Undergraduate Summer Research Program," *J. Engineering Education,* 97(1), 95-103.

Grewal, Dhruv and Larry D. Compeau (2007), "Consumer Responses to Price and its Contextual Information Cues: A Synthesis of Past Research, a Conceptual Framework, and Avenues for Further Research," *Review of Marketing Research,* 3, 109-131.

Compeau, Larry D., Joan Lindsey-Mullikin. Dhruv Grewal and Ross Petty (2004), "Consumers' Interpretations of the Semantic Phrases Found in Reference Price Advertisements," *Journal of Consumer Affairs*, 38 (Summer), 178-187.

Compeau, Larry D., Dhruv Grewal, and Rajesh Chandrashekaran (2002), "Comparative Price Advertising: Believe It or Not," *Journal of Consumer Affairs*, 36 (Winter), 284-294.

Nicholson, Carolyn Y., Larry D. Compeau and Rajesh Sethi, (2001), "The Role of Interpersonal Liking in Building Trust in Long-Term Channel Relationships," *Journal of the Academy of Marketing Science*, 29 (Winter), 3-15. **Lead Article and 10th most frequently cited Article in JAMS, 2004**.

Grewal, Dhruv and Larry D. Compeau (1999) "Pricing and Public Policy: A Research Agenda and an Overview" *Journal of Public Policy and Marketing*, 18 (Spring), 3-10.

Compeau, Larry D. and Dhruv Grewal (1998), "Comparative Price Advertising: An Integrative Review," *Journal of Public Policy and Marketing*, 17 (Fall), 257-73. **Nominated for 2003 Kinnear Best Article Award**.

Compeau, Larry D., Dhruv Grewal and Kent B. Monroe (1998), "The Role of Prior Affect and Sensory Cues on Consumers' Affective and Cognitive Responses and Overall Perceptions of Quality," *Journal of Business Research*, 42 (July), 295-308.

Paun, Dorothy A., Larry D. Compeau and Dhruv Grewal (1997), "A Model of the Influence of Marketing Objectives on Pricing Strategies in International Countertrade," *Journal of Public Policy and Marketing*, 16 (Spring), 69-82.

Compeau, Larry D., Dhruv Grewal, and Diana S. Grewal (1994), "Adjudicating Claims of Deceptive Advertised Reference Prices: The Use of Empirical Evidence," *Journal of Public Policy and Marketing*, 13 (Fall), 312-318.

Compeau, Larry D. and Dhruv Grewal (1994), "Adding Value by Communicating Price Deals Effectively: Does It Matter How You Phrase It?" *Pricing Strategy and Practice: An International Journal*, 2 (2), 28-36.

Grewal, Dhruv, Diana S. Grewal and Larry D. Compeau (1994), "States' Crackdown on Deceptive Price Advertising: Retail and Public Policy Implications," *Pricing Strategy and Practice: An International Journal*, 1 (2), 33-40.

Grewal, Dhruv and Larry D. Compeau (1992), "Comparative Price Advertising: Informative or Deceptive?" *Journal of Public Policy & Marketing*, 11 (Spring), 52-62. (Cited in "*The Federal Trade Commission: A Guide to Sources*, Robert V. Larabee, Routledge, 2000.)

Books, Monographs, and Edited Volumes

Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau  and Michael Levy (2012), *Journal of Retailing: Special Issue on International Pricing*, 88 (1), New York, NY: New York University, Elsevier.

Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau and Michael Levy (2011), *Journal of Product & Brand Management: Special Issue on Behavioral Pricing*, 20 (7), Cambridge, MA: Emerald Group Publishing.

Compeau, Larry D. (2008), *The Credit Union Brand: What Is It Good For?* Madison, WI: Filene Research Institute.

Compeau, Larry D. (2001), *Successful Turnarounds from Bad Credit to Good: What We Can Learn from the Borrowers' Experiences*, Madison, WI: Filene Research Institute.

Grewal, Dhruv and Larry D. Compeau (1999), *Journal of Public Policy & Marketing: Special Issue on Pricing and Public Policy*, 18 (Spring), Chicago, IL: American Marketing Association.

Viswanathan, Madhu, Larry D. Compeau, and Manoj Hastak eds. (1999), *Proceedings of the Society for Consumer Psychology Annual Conference*, Columbus, OH: Society for Consumer Psychology.

Cases in Textbooks

Compeau, Larry D. (2007), "Finding the Best Price: Bizrate Versus EBay," in Dhruv Grewal and Michael Levy, *Marketing* (New York, NY: McGraw-Hill Irwin), 379-80.

Compeau, Larry D., (2007) "Fujitsu General America Inc." in Dhruv Grewal and Michael Levy, *Marketing* (New York, NY: McGraw-Hill Irwin), 407.

Invited Publications

Grewal, Dhruv and Larry D. Compeau (2015), "Advertising Reference Price," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, ed., Marketing Science Institute, Boston, MA.

Compeau, Larry D. (2011), "A Perspective on Extending the Reference Price Concept," in Legends in Marketing: Kent Monroe, Jagdesh Sheth, ed., Los Angeles, CA: Sage Publications. Pp. 88-91.

Grewal, Dhruv and Larry D. Compeau (2009), "Advertising Reference Price," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, ed., Marketing Science Institute, Boston, MA, p.88.

Compeau, Larry D. (2008, 2010), "CB As I See It: Behavioral Pricing," in Michael R. Solomon, *Consumer Behavior: Buying, Having, and Being*, Upper Saddle River, NJ: Pearson, 66.

Compeau, Larry D. (2010), "Consumer Psychology," in *The Corsini Encyclopedia of Psychology 4th Edition*, Irving B. Weiner and W. Edward Craighead, Eds., Hoboken, NJ: Wiley.

Book Reviews

Compeau, Larry D. (2003), "Handbook of Mixed Methods in Social & Behavioral Research," *Journal of Marketing Research*, 40 (May), 244-247.

Compeau, Larry D. (1996), "Forecasting and Market Analysis Techniques by Kren and Snyder," *Journal of the Academy of Marketing Science*, 24 (Spring), 181-183.

Published Refereed Proceedings

Compeau, Larry D., Dhruv Grewal and Kristy Reynolds (2009), "Giving Meaning to Self and Relationships Through Everyday Retail Shopping Experiences" in *2009 AMA Summer Educators' Conference: The Role of Marketing in Defining the Organization's Sustainability Goals*, Chicago, IL: American Marketing Association.

Thacher, Eric and Larry D. Compeau, Larry D. (2009), "The Super Learning Community Experience" in *2009 IntellectBase International Consortium  Academic Conference Proceedings*, Nashville, TN: IntellectBase International Consortium, 297-98.

Sethi, Rajesh and Larry D. Compeau (2002), "Social Construction, Organizational Identity and Market Orientation of the Firm: I Ams What I Ams And That's All That I Ams," in *2002 AMA Summer Educators' Conference: Toward Tomorrow: Domestic, Global, Virtual Marketing*, Chicago, IL: American Marketing Association.  **Best Paper Award**

Compeau, Larry D., Dhruv Grewal, Joan Lindsey-Mullikin and Ross Petty (2002), "Variations within the Consumers' Interpretation of Reference Price Ads: Avenues for Future Research," in *Proceedings of the 2002 Fordham University Behavioral Pricing Conference,* New York, NY.

Compeau, Larry D., Dhruv Grewal and Joan Lindsey-Mullikin (2001), "An Analysis of Consumers' Interpretations of the Semantic Phrases Found in Comparative Price Advertisements," in *Developments in Marketing Science*, 24 (May), Academy of Marketing Science, 79.

Compeau, Larry D., Dhruv Grewal and Rajesh Chandrashekaran (2001), "Believe It or Not: Advertised Reference Prices, Sale Prices, and Perceptions of Value" in *2001 AMA Winter Educators' Conference: eMerging Theories in Marketing: Learning from the Past - Looking to the Future*, Chicago, IL: American Marketing Association, 100.  **Best Paper Award**

Nicholson, Carolyn Y., Larry D. Compeau and Rajesh Sethi (1999), "The Critical Role of Interpersonal Liking in Building Trust in Long Term Channel Relationships," in *1999 AMA Winter Educators'*

*Conference: Marketing Theory and Applications*, Chicago, IL: American Marketing Association, 246-7.

Thacher, Eric and Larry D. Compeau (1999), "Project-based Learning Communities at Clarkson University" in *Project Studies – A Late Modern University Reform?,* H.S. Olesen and J.H. Jensen, eds. Roskilde University Press, Denmark, 194-207.

Nicholson, Carolyn Y., Larry D. Compeau and Rajesh Sethi (1998), "Re-Enacting the Lifeworld: Resolving Ontological Chaos Via Funeral Rituals," in *Advances in Consumer Research*, Eric Arnould and Linda Price, eds., Provo, UT: Association for Consumer Research, 533-535.

Thacher, Eric and Larry D. Compeau (1997), "Project-Based Learning Communities," in *Project Studies - A Late Modern University Reform?*, edited by J. H. Jensen and H. S. Olesen, Roskilde University Press, Frederiksberg, Denmark, 1999, pp. 194-207.

Compeau, Larry D. and Carolyn Y. Nicholson (1996), "Experiential Descriptions vs. Objective Descriptions: The Power of a First-Person View of Shopping," in *Advances in Consumer Research*, Kim Corfman and John Lynch, eds., Provo, UT: Association for Consumer Research, 158-9.

Compeau, Larry D. (1994), "Redefining Self: Interpreting the Interpretations of Three Diverse Experiences," in *Advances in Consumer Research*, Chris T. Allen and Deborah Roedder John, eds., Provo, UT: Association for Consumer Research, 115-8.

Grewal, Dhruv and Larry D. Compeau (1993), "Interpretations of Semantic Phrases in Comparative Price Advertisements: Preliminary Evidence on a Public Policy Issue," in *Advances in Consumer Research*, Leigh McAlister and Michael L. Rothschild, eds., Provo, UT: Association for Consumer Research, 479-480.

Jones, Joseph M., Kyle Zolner, Larry D. Compeau and Jeanne L. Munger (1993), "The Effects of Framing and Price on Consumers' Perceptions of Nonprofit Solicitations," in *Developments in Marketing Science*, 16 (May), Michael Levy and Dhruv Grewal, eds., Miami, FL: Academy of Marketing Science, 464-468.

Compeau, Larry D. and George R. Franke (1990), "Isolating and Quantifying the Intensity Dimension of Category Rating Scales," in *Proceedings of the Summer Educators' Conference*, A. Parasuraman and William Bearden, eds., Chicago, IL: American Marketing Association, 293-298. **Best Paper Award**

Compeau, Larry D. and Dhruv Grewal (1990), "Comparative Price Advertising: A Methodological Review and Critique," in *Proceedings of the Summer Educators' Conference*, A. Parasuraman and William Bearden, eds., Chicago, IL: American Marketing Association, 118.

**PROFESSIONAL PRESENTATIONS** (Unpublished and not listed elsewhere on resume):

Refereed Conference Papers

"Interdisciplinary Project-Based Learning Communities and Innovation: Can Invention Be Taught?" National Collegiate Innovation and Inventors Conference, Washington, DC, 1998 (with Eric Thacher).

"The Role of Prior Affect and Sensory Cues on Consumers' Affective and Cognitive Responses and Overall Perceptions of Quality," Association for Consumer Research Conference, Minneapolis, MN, 1995 (with Dhruv Grewal and Kent B. Monroe).

"The Role of Affect in Buyer-Seller Dyads: Its Relationship to Shared Values and Trust," Association for Consumer Research Annual Conference, Minneapolis, MN, 1995 (with Carolyn Nicholson and Rajesh Sethi).

"The Role of Prior Affect and Sensory Cues on Consumers' Affective and Cognitive Responses and Overall Perceptions of Quality," The Role of Affect in Marketing Conference: sponsored by the *Journal of Business Research*, Riverside, CA, 1995 (with Dhruv Grewal and Kent B. Monroe).

"Funerals: Emotional Rituals or Ritualized Emotions?" Association for Consumer Research Annual Conference, Boston, MA, 1994 (with Carolyn Nicholson).

"The Meaning of Semantic Phrases in Comparative Price Advertisements," Clarkson University School of Management Research Colloquium, Potsdam, NY, 1993.

16

"Comparative Price Advertising: A Critique of the Theory," Academy of Marketing Science Conference, San Diego, CA, 1992 (with Dhruv Grewal).

"The Influence of Stimulus-Driven Affective Responses in Consumers' Product Evaluations and Search Behavior," American Marketing Association Winter Educators' Conference, Orlando, FL, 1992 (with Kent B. Monroe).

"Reference Prices: The Concept, Its Historical Meanings, Theoretical Justifications and Current Research Issues," Association for Consumer Research Annual Conference, Chicago, IL, 1991 (with Kent B. Monroe and Dhruv Grewal).

Invited Presentations

"*Boy, Did I get a Deal or Maybe Not: Consumer Protection and Deceptive Pricing,*" SOAR (SOAR is an educational organization targeted at retirees).

"Meeting Research Expectations," Federal Reserve Bank, Atlanta, American Council on Consumer Interests, Annual Conference, Panel, April 2010.

"Swimming Upstream: Research Streams and Current Research," North Dakota State University, Research Seminar, May 18, 2009.

"Implementing a Market Orientation Effectively: The Critical Role of Market Oriented Organizational Identity," State University of New York at Plattsburgh, Plattsburgh, NY, November 2004.

"Strategic Marketing for Schools," ELANNY Council, Potsdam, NY, April 2003.

"Bad Credit Experiences and the Role of the Credit Union," Credit Union CEO Seminar, sponsored by the Filene Institute - Center for Credit Union Research at University of Wisconsin - Madison, held at Power Federal Credit Union Syracuse, NY, 2001.

"I Ams What I Ams and That's All That I Ams: Social Construction, Organizational Identity and Market Orientation of the Firm," School of Business Faculty Research Series, Clarkson University, Potsdam, NY, May 2, 2001.

"Public Policy Issues and a Research Agenda for Pricing Research," Fordham University Annual Pricing Conference, Fordham University, New York City, October 6, 2000.

"Successful Turnarounds from Bad Credit to Good: The Borrowers' Experiences," Fresh Approaches to Bankruptcy and Financial Distress - Sixth Credit Union Colloquium, University of Virginia, McIntire School of Commerce, Charlottesville, VA, 1999.

Discussant Presentations and Special Session Development

"Perspectives on Post-Modern Research: Can we Ever Hope to Impact Public Policy?" Discussant, Association for Consumer Research Conference, Denver, October, 1997.

"Belk's Legacy: Materialism, Possessions, and Compulsions," Discussant, Association for Consumer Research Annual Conference, Boston, October, 1994.

"Marketing and Environmental Concerns," Chair, American Marketing Association Summer Educators' Conference, San Francisco, August, 1994.

"Phenomenological Accounts of Consumer Experiences," Discussant, Association for Consumer Research Annual Conference, Nashville, October, 1993.

"On Paradigmatic, Cultural, and Methodological Diversity in Marketing Research: The Case for Multi-Research," Co-Chair, Discussant and Developer, AMA Winter Educators' Conference, Los Angeles, February, 1993 (with Craig Thompson).

**WORKING PAPERS**

Sethi, Rajesh and Larry D. Compeau, "Implementing Market Orientation Effectively: The Critical Role of Market Oriented Organizational Identity" revising for resubmission to *Journal of Marketing*.

**RESEARCH IN PROGRESS**

    Compeau, Larry D. and Rajesh Sethi, "Sleeping with the Customers: Can the Customer Orientation Go Too Far?" Target: *Journal of Marketing*

    Compeau, Larry D. and Rajesh Sethi, "Making Sense of Marketing: A Postmodern Perspective on Marketing Theory." Target: *Journal of Marketing*

    Compeau, Larry D. and Carolyn Y. Nicholson, "The Funeral Ritual: Losing More Than We May Realize in the Last Rite of Passage."

**EDITORIAL AND REVIEWING EXPERIENCE**

<u>Current Assignments</u>

    Editorial Review Board, *Journal of Public Policy & Marketing,* 2006-present

    Editorial Review Board, *Journal of Product and Brand Management*, 1997-present

    Harvard Business Review Advisory Council

    Ad-hoc Reviewer, *Journal of Marketing*

    Ad-hoc Reviewer, *Journal of Retailing*

    Ad-hoc Reviewer, *Journal of Consumer Psychology*

    Ad-hoc Reviewer, *Journal of the Academy of Marketing Science*

    Ad-hoc Reviewer, *Marketing Letters*

    Ad-hoc Reviewer, *Academy of Marketing Science Review*

    Reviewer, Association for Consumer Research Annual Conference, 1992-

    Reviewer, American Marketing Assoc. Summer & Winter Educators' Conferences, 1992-

    Reviewer, Marketing and Public Policy Annual Conference, 1995-

    Reviewer, Academy of Marketing Science Annual Conference, 1991-

    Reviewer. Academy of Management Annual Conference, 2007-

    Reviewer, Society for Consumer Psychology Annual Conference, 1997-

    Reviewer, Society for Consumer Psychology Dissertation Competition, 1997-

<u>Prior Experience</u>

    Special Issue Co-Editor on Pricing, *Journal of Retailing,* January 2012

    Special Issue Co-Editor on Behavioral Pricing, *Journal of Product & Brand Management,* 2011

    Editorial Review Board, *Journal of Retailing*, 2003-2013

    Editorial Review Board, *Journal of Consumer Affairs*, 2005-2012

    Reviewer, Levy-Weitz Retailing Doctoral Dissertation Competition, 2007-2009

    Guest Editor, *Journal of Retailing*, Fall 2005

    Editor, Special Issue on Pricing Public Policy Issues, *The Journal of Public Policy & Marketing*, 1999, 18 (Spring) (with Dhruv Grewal)

    Editor, *Proceedings of the Society for Consumer Psychology Annual Conference*, 1999 (with Madhu Viswanathan and Manoj Hastak)

    Editorial Review Board, *Mid-Atlantic Journal of Business*, 1994-2005

    Editorial Review Board, *Pricing Strategy and Practice International Journal,* 1992-97.

    Ad-hoc Reviewer, *Journal of Consumer Research*

    Ad-hoc Reviewer, *Marketing Letters*

    Ad-hoc Reviewer, *Journal of Business Research*

    Reviewer, *Pricing: Making Profitable Decisions*, 2nd Edition (Monroe)

    Reviewer, *Pricing: Making Profitable Decisions*, 3rd Edition (Monroe)

    Program Review Board, Association for Consumer Research Annual Conference, 1999

    Reviewer, Seventh Annual World Marketing Congress, 1995

    Reviewer, Decision Sciences Institute Annual Conference, 1995

    Reviewer, National Retailing Conference (AMS/ACRA), 1994

**OTHER PROFESSIONAL ACTIVITIES**

Executive Officer, Society for Consumer Psychology, 2001-present.

Conference Co-Chair, 2010 Pricing Conference, Boston, MA.

AMA Track Chair, 2006 AMA Summer Educators' Conference (Retailing and Pricing).

Conference Co-Chair, 1999 Annual Conference of the Society for Consumer Psychology.

Track Chair for the "Quality, Value, and Customer Satisfaction" track at the 1997
Academy of Marketing Science Annual Conference and Faculty Consortium.

Published Op-Ed in The Daily Courier Observer, "The Day the Music Died," 12/25/2014.

Interviewed and quoted in the following trade and popular press:

*RetailDive.com*, "The real reason Amazon is phasing out MSRPs" August 1, 2016.

*The New York Times*, "Amazon is Quietly Eliminating List Prices," July 4, Front Page of
Business Section (Also picked up by other news outlets, e.g., Time.com, Seattle
Times, MoneyMagazine.com, moneytalksnews.com, ecommerceiq.asia, IndiaTimes.com,
Boston.com).

*TruthInAdvertising.org*, "Do Original Prices Really even Exist?" March 23, 2016.

*The New York Times*, "It's Discounted, but Is It a Deal? How List Prices Lost Their Meaning,"
March 6, 2016, Front Page (Also picked up by other news outlets, e.g., CNBC, MSN, Seattle
Times, Economic Times).

*The New York Times*, Quotation of the Day "'Everyone expects a deal on the web. Nobody wants
to pay retail. Some sellers are now willing to deceive consumers to make the sale.' LARRY
COMPEAU, a professor at Clarkson University who is an expert on pricing strategies, on how
retailers try to motivate online shoppers." March 6, 2016.

*Yahoo! Finance*, "Can Jet.com's Wall Street programmers outwit Amazon and Walmart?" July
21, 2015 (Also appeared in Yahoo! News).

*Style.com*, "Looking Like Money: How Wellness Became the New Luxury Status Symbol," Jan.
19, 2015.

*Fashionista.com*, "How SoulCycle is Growing Its Cult Appeal with Apparel," June 25, 2013.

*CardHub.com*, "Secured Card Guide," December 4, 2013.

*Yahoo! Finance*, "Poll: Card Debt the No. 1 Taboo Subject," April 15,2013  (Also picked up
by other news outlets, e.g., FoxBusiness.com, CreditCards.com, Nasdaq.com,
TheStreet.com, MainStreet.com).

*The Ottawa Citizen*, "After You, I Insist: Cautious Shoppers Let Early Adopters Assume all the
Risk," March 1,2013  (Also picked up by other news outlets, e.g., PostMedia News,
Canada.com, Vancouver Sun).

*CreditCards.Com*, "Credit Card Surcharges? No Way, Poll Says," August 16, 2012.
(Also picked up by other news organizations including Yahoo! Finance, Fox News).

*The Wall Street Journal*, "Bank Fees Squeeze Retailers," July 11, 2012.

*Postmedia News (Canada),* "Ikea Growth quashing Stereotype on College Dorm Favourite"
August 24, 2011. Appeared on Canada.com and in many major Canadian newspapers.

**National Public Radio News,** story on consumers cutting back due to high gas prices for
holiday travel, May 27-30, 2011.

**Washingtonian**, "Social Couponing," (March, 2011).

**National Post** (CA), "Undone by an Underwood," story on frugality, March 12, 2010.

**National Public Radio, Marketplace Money**, story on warehouse store cues, Feb. 12, 2010.

**National Public Radio News**, Story on latest consumer sentiment survey, Nov. 13, 2009.

*CanWest News Service (Canada),* "Testosterone-fuelled Rides Get Male Hormones Revving,"
August 6, 2009. In all major Canadian newspapers (e.g., Montreal Gazette, Ottawa Citizen).

*Credit Union Management Magazine*, "All Together Now: Credit Unions Still Must Find a
Unified Voice," July 2009.

*Floral Trend Tracker*, "'How's Business?' The Floral Industry's Economic Indicators," Spring
2009.

*Omaha World Herald*, "Funerals are Just a Mouse Click Away," March 8, 2009.

*National Public Radio – Marketplace,* "Santa Could be Hauling a Lighter Load," October 15, 2008 (on air and on web).

*CanWest News Service (Canada),* "This Christmas, Canadians May Trim Their Tree, and Their Spending, Too," October 10, 2008. Picked up by all major Canadian newspapers.

*Crain's New York Business,* "Pinching Pennies to Get By: As Economy Worsens, New Yorkers do Without," September 22, 2008.

*The Philadelphia Inquirer,* "Philadelphia-area Drivers Pay Noticeably Less at the Pump," August 21, 2008.

*Christian Science Monitor,* "Warehouse Shoppers: Do You Save Enough to Justify the Trip?" August 4, 2008, also on **ABC News**.

**AP,** Article on consumers' responses to gas prices, picked up by over 1300 print, radio and television media including **MSNBC, CBS News, Business Week** and **Washington Post**, May 2008.

*Canwest News Service (Canada)*, "Subtle Lifestyle Changes Sign of Economic Times," May, 2008.  Appeared in all major Canadian newspapers.

*Minnesota Public Radio*: Guest Expert on Midmorning Hour call-in talk show, "Behind the Urge to Buy," April 22, 2008

*Newsweek*, "A Penny Saved is a Penny Spent," March 24, 2008

*The Washington Post*, "Rattled by Economy's Ills, Consumers Forgo Life's Little Luxuries," February 12, 2008

*The New York Times*, "Tightening the Alligator Belt," January 27, 2008

*Kansas City Star,* "Maps: They'll Take you places," December 13, 2007-2008 and appeared in over 1000 newspapers and news websites including the   *Chicago Tribune, Tampa Tribune, LA Times, Baltimore Sun, Miami  Herald,* and many others

*Chicago Tribune,* "Seeking status? It's in the bag; Why do women pay thousands? Style and the "It" factor, of course," August 5, 2007.  Appeared in over 200 newspapers and news websites including the *LA Times, Baltimore Sun, Miami Herald,* and many others

*Woman's World*, June 19, 2007. Article on how women can avoid marketing tricks

*Entrepreneur*, July 2007, Reprint of "Entering a New Demographic Market"

**WFTL** Radio (Ft. Lauderdale, FL), May 31, 2007, 20 minute interview on live radio regarding consumers' responses to gas prices

**AP,** Article on gas prices picked up by over 1300 print, radio and television media including **MSNBC, CBS News, Business Week** and **Washington Post**, May 2007

*Time*, "What America Buys and Why," October 23, 2006 (Cover Story)

*Vows*, "Getting Inside Your Customers' Heads," January/February 2007

*Black Enterprise*, "Buying Power: Worth Every Cent," April 2006

*The Oregonian*, "Retailers Keep Eye on Shoppers' Paths," Nov. 20, 2005 (Portland)

*Entrepreneur*, "Price Fix," September 2005

*Roanoke Times*, "A Light Christmas?" October 2, 2005

*Vows*, "Handling Instant Gratification," September/October 2005

*The Hartford Courant*, "It Pays to Compare," Nov. 9, 2004, also aired on Fox 61 WTIC-TV, Hartford.

*Akron Beacon Journal*, "Does It Pay to Try to Beat the Price?" Nov. 9, 2004

**Medill News Service**, "Large Department Stores moving to New Locations as Mall Traffic Decreases," October 2004.  Picked up by over 200 news organizations

**Medill News Service**, "Sears: A New Breed of Discounter?" October 2004.  Picked up by over 300 news organizations

*The Washington Post*,  "Fear of Soaring," May 16, 2004

*The Washington Post*,  "Of Price and Policy," May 23, 2004

*Omaha World-Herald*, "Wal-Mart is Our Devil and Our Angel," May 18,2004

*brandchannel.com*, "Trademarking: Senses and Sensibility," lead story, May 20, 2004
**AP** story on "earworms," September 2003.  Picked up by over 1000 news agencies including CBS News and MSNBC
*Entrepreneur*, "The Art of Price War," April 2002
*Christian Science Monitor*, "Why Pay When It's Free?" December 16, 2002
*Baltimore Sun*, "Christmas Creeps Ahead of Its Spot in Holiday Line," Dec. 1, 2002
**National Public Radio**, "The Health Show," April 2002
*Time Digital*, "The Free Economy," May 2000
*The North Country Business Journal*, "Well Designed Storefront Windows Still Draw Customers, Experts Say," 8 (Jul/Aug), 1999
*The North Country Business Journal*, "Customer Service, Not High-Tech the Key to Local Business Success," 5 (May/June), 1998
*The New Scientist*, 1998

Appeared on WPTZ NBC Channel 5 News as expert on deceptive price advertising, Oct. 1996
Appeared on WPTZ NBC Channel 5 News as expert on fraudulent claims, April 1997
Guest on regional news interview radio show, Newsmakers, 2000

## PROFESSIONAL AFFILIATIONS

American Marketing Association, 1987-present.
Association for Consumer Research, 1987-present.
Academy of Marketing Science, 1988-present.
The Society for Consumer Psychology, 1988-present.
American Council for Consumer Interests, 1996-present.
Academy of Management, 2002-present

## ACADEMIC EXPERIENCE

| | |
|---|---|
| 2010 – Present | Professor, Clarkson University School of Business (CUSB) |
| 1997 – 2010 | Associate Professor, Clarkson University School of Business |
| 1999 - 2001 | Director of Undergraduate Programs, CUSB |
| 1999 - 2000 | Director of the Canadian-U.S. Business Studies Program, CUSB |
| 1991 - 1997 | Assistant Professor, Clarkson University School of Business |
| 1988 - 1991 | Instructor, Virginia Polytechnic Institute & State University |
| 1987 - 1988 | Presidential Fellow, Virginia Polytechnic Institute & State University |
| 1981 - 1987 | Associate Professor & Dir. of Computer Science, SUNY-NCCC |
| 1980 - 1981 | Assistant Professor, Business Administration, SUNY Canton |

## INDUSTRY EXPERIENCE

| | |
|---|---|
| 1994 - Present | Marketing Consultant, Expert Witness |
| 1980 - 1987 | President and CEO, Computer Resource Technologies, Inc. |
| 1984 - 1987 | President and CEO, Just Plain Software, Ltd. |
| 1976 - 1980 | Controller and Asst. Exec. Dir., St. Lawrence Co. NYSARC |
| 1975 - 1976 | Industrial Engineer, Seaway Industries |

## EXTERNAL FUNDING AND RESEARCH GRANTS

Grimberg, S.J. and Tom Langen, 2003-2005, "Research Experience for Undergraduates – Environmental Sciences and Engineering at Clarkson University," National Science Foundation, Contract EEC-0138970, designed and implemented evaluation and assessment, $365,000.

Powers, S.E. and S.J. Grimberg, 2000-2003, "Research Experience for Undergraduates: Environmental Science and Engineering at Clarkson University", National Science Foundation, Contract EEC-9732294, designed and implemented evaluation and assessment, $285,000.

"Brand Identity and Equity: An Analysis of Credit Union Branding," $27,000, 2008, awarded by the Filene Institute, Center for Credit Union Research, University of Wisconsin, Madison, WI.

"Developing Successful Lending Relationships with High Risk Consumers: An Analysis of Successful Turnarounds from Bad Credit to Good," $20,000, 2001, awarded by the Filene Institute, Center for Credit Union Research, University of Wisconsin, Madison, WI.

Consulting Contract for MBA Students with St. Lawrence Psychiatric Center, $34,000 (1999-2000)

Canadian-U.S. Business Studies at Clarkson University: A Program Enhancement Grant, $9,500, awarded by the Canadian Embassy, Buffalo, NY.

"Student Design and Commercial Viability Assessment of Innovative Products: The Racquetball Practice Partner," National Collegiate Inventors and Innovators Alliance, with Dr. Eric Thacher, Mechanical Engineering, $19,000, awarded January 1997.

SunRayce, Co-advisor (with Dr. Eric Thatcher, Mechanical Engineering, Clarkson University), research and program costs funded via corporate partners, $436,000.

Summer Research Grant, $13,800, School of Management, Clarkson University, 1991.

Presidential Research Fellow, $18,000, Virginia Tech, 1987.

"An Organizational Form for a State EAP in Rural Areas," New York State Joint Labor-Management Committee on the Work Environment and Productivity, $8,000, 1981.


**RECENT SERVICE**
<u>Faculty Area and School</u>

CUSB Merger Governance Committee, Chair, 2015-16
CUSB, Innovation & Entrepreneurship Curriculum Revision Committee, 2015-16
CUSB Representative, Merger Development Meeting, Blue Mtn. Lake, 3/18/2015
CUSB Master in Engineering Management Curriculum Task Force, 2014-2015
CUSB Search Committee (Logistics, Project Management), 2013-14
MBA Admissions – Welcome/Acceptance Letters, 2013-2015
MBA Global/Experiential Experience Development Committee, 2013
MBA Admissions Committee, 2011-13
Developed Mktg. Mgt. course for new online M.S. Engineering Mgt., 2013
CUSB Committee on Committees, 2010-2011
Faculty Mentor, 2009-2010
Faculty Mentor, 2008-2009
Faculty Third Year Review Committee, 2008-2009
Marketing Search Committee, Chair, 2008-2009
CUSB Undergraduate Policy Committee, Chair 2007-2008
Marketing Search Committee, Chair, 2007-2008
Strategic Hiring Committee, 2006 - 2007
Marketing Search Committee, 2006 - 2007
Innovation and Entrepreneurship Curriculum Development Committee, 2005-2007
Chair, Undergraduate Policy Committee, 2005-2006
Chair, Marketing Search Committee, 2005 - 2006
Strategic Hiring Committee, 2005-2006
Undergraduate Policy Committee 2004-2005
Faculty Secretary (2003-2004)
Ph.D. Program Committee (2003-2004), Chair (2004-2005)
Ad-Hoc Committee on Distribution of Grade Data (2003-2004)
SB113/114 Curriculum Review Committee, Chair (2002-2003)
Business Psychology Program Development Committee (2002-2003, 2003–2004)
Search Committee, OB Position (2002-2003)
E-Business Curriculum Review Committee (2002-2004)
Executive Committee (2000-2001)

E-Business Curriculum Development Committee (2000-2001)
Undergraduate Programs Policy Committee (2000-2002)
AACSB Re-accreditation and Self Study Committee (1997-1999)
Chair, Marketing Search Committee (2000-2001)
Chair, Recruiting Committee for three marketing faculty positions (1992-1993)
Strategic Planning Committee (1992-1993)
Center for Global Competitiveness Committee (2000-2001)
Curriculum Review (1992-1994)
CUSB Administrative Committee (1996-1997), (1999-2000)
Project Arete Advisor (1997-2004)
Curriculum Review Committee for the Engineering and Management Program
CUSB Outcomes Assessment Committee (1998-2006)

University
University Hearing Committee on Discipline and Disorders (2011-16)
University Web Redevelopment Committee (2010-2011)
University Awards Committee (2007- 2012, Chair 2008-2009)
Curriculum Affairs (CAP) Committee (2006-2007)
University Tenure Committee (2003-2006)
University Disciplinary Hearing Committee (2002 – 2003)
University Marketing Committee (1999-present)
Marketing Task Force (1996-1999)
Search Committee for Dean of the Clarkson University School of Business (1999-2000)
Search Committee for Director of University Marketing (1998-1999)
Assessment Consultant for Research for Engineering Undergraduates Grant (1997-2000)
Honors Program Committee (1999-2000)
Dean, Directors and Chairs Committee (1999-2001)
Administrative Council (1999-2001)
Consultant to Board of Trustees for Marketing the University (1998-2003)
Project Challenge Teacher (1997-1999)
Philosophy of Science Discussion Group, Founder and Chair (1998-2000)
Middle-States Accreditation Steering Committee
Marketing Planning Committee, (1995-1998)
Marketing Subcommittee, Chair (1995-1997)
University Marketing Committee (1999-2003)
Writing and Instructional Support Committee (1995-1996)
Marketing Initiatives Team (1994-1995)
Formal Hearing Committee (1993-1994)
Faculty Advisor, Solar Race Car Team (1993-1999)
Faculty Advisor, Racquetball Practice Partner Student Team (1996-1999)

National/International Level Professional Service
Executive Officer, Society for Consumer Psychology (2001-present)
Harvard Business Review Advisory Council

23

Honors and Awards

     Nominated for the Clarkson University RESPECT Award, 2011

     Society for Consumer Psychology – 2009 Distinguished Service Award

     Best MBA Professor Award 2009, 2008, 2004

     University Distinguished Teaching Award, 2007, nominated by alumni having graduated at least three
        years prior, and voted by faculty committee.

     Best Reviewer Award, *Journal of Consumer Affairs*, 2007.

     Best Reviewer Award, *Journal of Retailing*, 2006.

     Kinnear Best Article Award Nomination 2002 for most influential article in *the Journal of*
           *Public Policy & Marketing* for period of 1998-2000, for Compeau, Larry D. and
           Dhruv Grewal (1998), "Comparative Price Advertising: An Integrative Review"

     Cited as 5th most published author in *Journal of Public Policy & Marketing* over past 10
           year period (Sprott, David E. and Anthony Miyazaki (2002), "Two Decades of
           Contributions to Marketing and Public Policy: An Analysis of Research Published in
           *Journal of Public Policy & Marketing*," 21 (Spring), 105-125.

     American Marketing Association Best Paper Award, Winter Educators' Conference 2002.

     American Marketing Association Best Paper Award, Winter Educators' Conference 2001.

     Dean's Teaching Award, Clarkson University School of Business, 1998.

     Dean's Leadership Award, Clarkson University School of Business, 1995.

     Dean's Research Award, Clarkson University School of Management, 1994.

     American Marketing Association Doctoral Consortium Fellow, 1990.

     American Marketing Association Best Paper Award in Research Methodology, AMA Summer
        Educators' Conference, 1990.

     Alpha Mu Alpha - National Marketing Honorary Society, Virginia Tech, 1990.

     Beta Gamma Sigma - The National Business Honor Society, Virginia Tech, 1989.

     Pamplin Graduate Scholarship, Department of Marketing, Virginia Tech, 1988-89.

     Presidential Fellow, Virginia Tech, 1987-88.

## RECENT TEACHING EXPERIENCE AND EVALUATIONS

| Semester | Course | Overall Rating[*] |
|---|---|---|
| Spring 2016 | SB440: Innov. & Entrepreneurship Strategy | 4.9 |
| | MK689: New Products Marketing | 4.7 |
| Fall 2015 | MK321: Consumer Behavior | 4.6 |
| | PY321: Consumer Behavior | 4.8 |
| | MK436: Creativity, Innov. & New Prod. Dev. | 4.8 |
| Spring 2015 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
| | MK689: New Products Marketing | 4.9 |
| Fall 2014 | MK321: Consumer Behavior | 4.8 |
| | PY321: Consumer Behavior | 5.0 |
| | MK436: Creativity, Innov. & New Prod. Dev. | 4.8 |
| Fall 2013 | MK321: Consumer Behavior | 4.8 |
| | MK436: Creativity, Innov. & New Prod. Dev. | 4.9 |
| Spring 2013 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
| | MK689: New Products Marketing | 5.0 (All students rated 5/5) |
| Fall 2012 | MK321: Consumer Behavior | 4.9 |
| | MK436: Creativity, Innov. & New Prod. Dev. | 4.8 |
| Spring 2012 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
| | MK689: New Products Marketing | 4.9 |
| Fall 2011 | MK321: Consumer Behavior | 5.0 (All students rated 5/5) |
| | MK436: Creativity, Innov. & New Prod. Dev. | 5.0 |

| Spring 2011 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
|---|---|---|
|  | MK689: New Products Marketing | 5.0 (All students rated 5/5) |
| Fall 2010 | MK321: Consumer Behavior | 5.0 (All students rated 5/5) |
|  | MK436: Creativity, Innov. & New Prod. Dev. | 4.8 |
| Spring 2010 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
|  | MK689: New Products Marketing | 5.0 (All students rated 5/5) |
|  | MK436: Creativity, Innov. & New Prod. Dev. | 5.0 (All students rated 5/5) |
| Fall 2009 | On Sabbatical | N/A |
| Spring 2009 | SB440: Innov. & Entrepreneurship  Strategy | 5.0 (All students rated 5/5) |
|  | MK689: New Products Marketing | 5.0 (All students rated 5/5) |
| Fall 2008 | MK321: Consumer Behavior | 4.9 |
|  | MK436: Product and Price Management | 4.9 |
| Spring 2008 | MK440: E-Commerce and Marketing Strategy | 4.9 |
|  | MK689: New Products Marketing | 5.0 (All students rated 5/5) |
| Fall 2007 | MK321: Consumer Behavior | 4.9 |
|  | MK436: Product and Price Management | 5.0 (All students rated 5/5) |
| Spring 2007 | MK440: E-Commerce and Marketing Strategy | 5.0 (All students rated 5/5) |
|  | MK689: New Products Marketing | 5.0 (All students rated 5/5) |

[*] Student evaluation rating overall teaching effectiveness out of 5.0.