**Exhibit 2: Materials Considered**

1. Third Amended Complaint with Exhibits
2. Deposition testimony of Defendant Melissa Olsen with Exhibits
3. Deposition testimony of Defendant James Robert Bui with Exhibits
4. Deposition testimony of Jeanne Stathakos and exhibits
5. Deposition testimony of Nicolas Stathakos with exhibts
6. Photographs of an "inline" item, with price tags, sold at Columbia outlet stores in the Fall 2016 season.
7. Columbia's Supplemental Responses to Plaintiffs' First Set of Interrogatories.
8. Compeau, Larry D., Dhruv Grewal, and Diana S. Grewal (1994), "Adjudicating Claims of Deceptive Advertised Reference Prices: The Use of Empirical Evidence," *Journal of Public Policy and Marketing*, 13 (Fall), 312-318.
9. Compeau, Larry D. and Dhruv Grewal (1994), "Adding Value by Communicating Price Deals Effectively: Does It Matter How You Phrase It?" *Pricing Strategy and Practice: An International Journal*, 2 (2), 28-36.
10. Grewal, Dhruv, Diana S. Grewal and Larry D. Compeau (1994), "States' Crackdown on Deceptive Price Advertising: Retail and Public Policy Implications," *Pricing Strategy and Practice: An International Journal*, 1 (2), 33-40.
11. Grewal, Dhruv and Larry D. Compeau (1992), "Comparative Price Advertising: Informative or Deceptive?" *Journal of Public Policy & Marketing*, 11 (Spring), 52-62. (Cited in "*The Federal Trade Commission: A Guide to Sources*, Robert V. Larabee, Routledge, 2000.)
12. Grewal, Dhruv and Larry D. Compeau (2007), "Consumer Responses to Price and its Contextual Information Cues: A Synthesis of Past Research, a Conceptual Framework, and Avenues for Further Research," *Review of Marketing Research,* 3, 109-131.
13. Compeau, Larry D., Joan Lindsey-Mullikin. Dhruv Grewal and Ross Petty (2004), "Consumers' Interpretations of the Semantic Phrases Found in Reference Price Advertisements," *Journal of Consumer Affairs,* 38 (Summer), 178-187.
14. Compeau, Larry D., Dhruv Grewal, and Rajesh Chandrashekaran (2002), "Comparative Price Advertising: Believe It or Not," *Journal of Consumer Affairs*, 36 (Winter), 284-294.
15. Grewal, Dhruv and Larry D. Compeau (1999) "Pricing and Public Policy: A Research Agenda and an Overview" *Journal of Public Policy and Marketing*, 18 (Spring), 3-10.
16. Compeau, Larry D. and Dhruv Grewal (1998), "Comparative Price Advertising: An Integrative Review," *Journal of Public Policy and Marketing*, 17 (Fall), 257-73.
17. Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau and Michael Levy (2012), "Global Pricing Research: An Analysis and Research Agenda," *Journal of Retailing*, 88 (1), 1-6.
18. Grewal, Dhruv, Anne Roggeveen, Larry D. Compeau and Michael Levy (2011), "Evolving Pricing Practices: The Role of New Business Models," *Journal of Product & Brand Management*, 20(7), 510-513.
19. Krishna, Aradhna, Richard Briesch, Donald Lehmann, and Hong Yuan (2002), "A Meta-Analysis of the Impact of Price Presentation on Perceived Savings," *Journal of Retailing*, 78(2), 101-118.
20. Mazumdar, Tridib, S. P. Raj, & Indrahit Sinha (2005), "Reference Price Research: Review and Propositions," *Journal of Marketing*, 69 (October), 84-102.
21. Gupta, Sunil and Lee G. Cooper (1992), "The Discounting of Discounts and Promotion Thresholds," Journal of Consumer Research, 19 (December), 401-411.

22. Kalwani, Manohar U., Chi Kin Yim, Heikki J. Rinne, and Yoshi Sugita (1990), "A Price Expectations Model of Consumer Brand Choice," *Journal of Marketing Research*, 27 (August), 251-62.
23. Urbany, Joel E. and William O. Bearden (1989), "Reference Price Effects on Perceptions of Perceived Offer Value, Normal Prices, and Transaction Utility," in *Enhancing Knowledge Development in Marketing,* Paul Bloom et al., eds. Chicago, IL:  American Marketing Association, 45-9.
24. Urbany, Joel E., William O. Bearden, and Dan C. Weilbaker (1988), "The Effect of Plausible and Exaggerated Reference Prices on Consumer Perceptions and Price Search," *Journal of Consumer Research*, 15 (June), 95-110.
25. Biswas, Abhijit and Edward A. Blair (1991), "Contextual Effects of Reference Prices in Retail Advertisements," *Journal of Marketing*, 55 (July), 1-12.
26. Lichtenstein, Donald R. and William O. Bearden (1988), "An Investigation of Consumer Evaluations of Reference Price Discount Claims," *Journal of Business Research*, 17 (September), 189-200.
27. Biswas, Abhijit, Elizabeth J. Wilson and Jane W. Licata (1993), "Reference Pricing Studies in Marketing: A Synthesis of Research Results," *Journal of Business Research,* 28 (3), 239–56.
28. Klein, Noreen M. and Janet E. Oglethorpe (1987), "Reference Points in Consumer Decision Making," in *Advances in Consumer Research*, Vol. 14, Melanie Wallendorf and Paul Anderson, eds. Provo, UT:  Association for Consumer Research, 183-7.