EXHIBIT B

## EXPERT REPORT OF GABRIELE GOLDAPER

*Jeanne and Nicolas Stathakos vs. Columbia Sportswear Company*

*Case No. 4:15-cv-04543 (YGR)*

### I.        INTRODUCTION

1.        I have been retained by the law firm of Tycko & Zavareei, LLP, on behalf of their clients, Jeanne and Nicolas Stathakos (hereinafter "Plaintiffs") as an expert consultant in the wholesale and retail industry, in the above-identified lawsuit. I am providing this report in compliance with Federal Rule 26(a)(2)(B).

2.        I will be prepared to present testimony at trial and/or deposition about the statements and opinions in this report.  I reserve the right to supplement my opinions or express additional opinions should additional and/or presently unknown information about this matter become known at or before the trial.

### II.        QUALIFICATIONS

3.        I have been a principal, executive, and consultant in the apparel industry for more than 45 years. I have been an owner of a sizeable women's sportswear and dresses manufacturing company. After I sold my own business, I held key executive and management positions, and I have been a consultant to a wide range of public and private apparel companies in the wholesale and retail fashion business.  Since 1986, I have owned and operated Gabriele Goldaper Consultants, specializing in issues of marketing and branding as well as product development, merchandising, and selling strategies in the apparel industry.

4.        For the past 30 years I have also been a part-time faculty member of the Fashion Institute for Design and Merchandising ("FIDM") in Los Angeles.  I am a three-time recipient of FIDM's "Faculty of the Year" award and was elected to FIDM's "Hall of Fame."  As a member of FIDM's faculty, one of my goals is to help students understand the process of building a brand, the significance and importance

1

of brands, and the value of brands. I also teach students selling and marketing strategies and business-related issues pertaining to these categories.

5.      FIDM has an Advanced Study Program for Design and an Advanced Study Program for International Manufacturing and Product Development. I have taught in both programs since their inception, as well as in the Apparel Management Program. In addition to teaching at FIDM, I have also served as a guest lecturer and instructor for the University of California at Los Angeles; American University; Los Angeles Trade Tech; Santa Monica College; Mt. San Antonio College; and Cal State, Los Angeles.

6.      I have completed assignments for the United States Agency for International Development ("USAID") as an apparel expert, in Russia, Thailand, Bulgaria, Romania, El Salvador, and Egypt. As an example of my apparel expert work, I helped Moscow clothing manufacturers implement and organize the Moscow Fashion Association.

7.      Attached as Exhibit A is my curriculum vitae, which sets forth my education, professional experience, and accomplishments.

8.      I am a recognized expert in the apparel industry and have been designated to testify in court proceedings. I have been designated as an apparel expert in more than 150 legal disputes. Attached as Exhibit B is a list of cases in which I have been an expert consultant, or testified as an expert at trial, arbitration or deposition, within the last four years.

### III.      COMPENSATION

9.      I am being compensated at an hourly rate of $530.00 for my time spent researching, forming opinions, and preparing this report in connection with this case. My expenses incurred in connection with my work are being reimbursed, including travel time and related expenses. Should I testify at trial, my rate is $4,500 per half

day, and $7,000 per full day of testimony. This is my usual compensation schedule, and my compensation is not dependent on my opinions or the outcome of this case.

### IV.    MATERIALS CONSIDERED IN PREPARING THIS REPORT

10.    In preparing this report, I have relied on my 45 plus years of professional hands-on experience in the apparel industry, in both retail and wholesale environments. In particular, I have relied on my experience as a former owner of a sizeable fashion apparel manufacturing company, as well as my experience as a consultant to many other manufacturers, licensees, and licensors.  As detailed below, I reviewed and evaluated styles manufactured by Columbia and sold at full-price retail stores, ("inline products") as well as styles, manufactured and sold exclusively in Columbia Outlet stores ("outlet products").  I visited numerous corporate websites of apparel retailers, as general background into overall trends in the retail apparel marketplace this season. I also reviewed documents provided to me by counsel. No documents that I wanted to see were withheld from me. In particular, I reviewed the following discovery materials that were provided to me by counsel for the Plaintiffs:

 a. The operative Complaint in this case, with exhibits.

 b. Transcripts of the depositions of witnesses for Columbia, James Robert Bui and Melissa Olson, with exhibits.

 c. Columbia's Supplemental Responses to Plaintiffs' Interrogatories.

 d. Documents produced in discovery

11.    Attached hereto as Ex. C is a table presenting documents produced by Columbia that I reviewed and considered in creating this report, and their location in the discovery record. Because I reviewed information pertaining to 35 Columbia garments and not every category of information was available for every garment, the table at Ex. C shows which information I reviewed for each garment. I believe and understand that six of the garments I reviewed are oulet-exclusive Columbia products (hereinafter "Outlet SMU Builds") purchased by the Plaintiffs, and another six are their corresponding Inline

counterparts. I further believe and understand that an additional five of the garments I evaluated are Outlet SMU Builds selected by counsel that Plaintiffs did not purchase, but that are available for sale in Columbia's Outlet stores in the current Fall 2016 season; and yet another five are their inline counterparts. Another five of the garments I evaluated are Outlet SMU Builds selected by counsel that are not available for sale in the current season, Fall 2016; and another five are their inline counterparts. Finally, three of the garments I reviewed are Outlet SMU Builds that are not modeled on Inline counterparts: one is an Outlet SMU Build that is itself modeled after another Outlet SMU Build, the second is the Outlet SMU Build that the first is based on, the third is an Outlet SMU Build with no counterpart at all. In total, I studied 16 Outlet-Inline pairs (32 garments), one Outlet-Outlet pair (2 garments), and one Outlet SMU Build with no counterpart style (1 garment).

12.     As detailed more fully in Ex. C, I reviewed the following:

    a.  Costing data for the 35 Columbia garments described in paragraph 11, above.

    b.  Design specifications for the 35 garments described in paragraph 11, above. The design information I reviewed comprised "CAD" images for each garment that illustrate each garment's silhouette and provide some design detail, and "tech packs" for each garment, which are detailed technical, descriptive documents typically provided to manufacturing factories as instructions for construction of the garment. The complete tech packs and corresponding CAD images I reviewed for each garment are attached hereto as Exhibit D.[1]

    c.  A list detailing the style numbers of the seven Outlet SMU Build garments that Plaintiffs purchased from Columbia Outlet stores, and their corresponding inline garments. Bates number Columbia_00188.

---

[1] Only the CAD image was available to me for one garment, style number AL5323. I was able to render an opinion regarding that garment based on the information available.

    d.    Twenty-two physical garments out of the 35 described in paragraph 11, corresponding to 11 Outlet-Inline pairs. I understand and believe that six of those pairs (12 garments total) are Outlet SMU Builds that the Plaintiffs purchased from Columbia, and their Inline counterparts. One of the Outlet SMU Builds purchased by Plaintiffs, XL6923, was not available to me as a physical garment. Physical examples of the other six Outlet SMU Build styles Plaintiffs purchased, and their inline counterparts, were available to me.

## V.    <u>SUMMARY OF OPINIONS.</u>

13.    As an apparel expert with over 45 years of experience in the fashion industry, I am of the opinion(s) that: None of the outlet-exclusive styles I reviewed were identical to an inline style. Of the 18 total Outlet SMU Builds I examined, 7 have major material differences from their inline counterparts in design, structure, and/or stylistic detail; 9 have modest stylistic differences compared to their inline counterparts; 1 has no inline counterpart but has modest stylistic differences from another Outlet SMU Build that it is based on; and 1 has no counterpart design at all.

## VI.    <u>STATEMENT OF RATIONALE FOR OPINIONS.</u>

### A.    Background and Assumptions

14.    Based on my review of the record and information from Counsel, I understand and believe that Columbia manufactures products for exclusive sale at Columbia Outlet stores, which are called "Outlet SMU Builds." Columbia's Supplemental Responses to Interrogatory No. 3, pages 5 and 6.

15.    I further understand and believe that Columbia's Outlet SMU Builds are modeled after inline Columbia products that have been designed for sale through Columbia's other business channels, including wholesale accounts, Columbia's website, and Columbia's regular retail stores. Columbia's Supplemental Responses to Interrogatory No. 3, pages 5 and 6, Deposition of Melissa Olson 39:2–44:14.

16.    I further understand and believe that Plaintiffs have purchased 7

Outlet SMU Build garments from Columbia outlet stores. I understand and believe that the style numbers for those garments are XM6093, XL5077, XL4712, XL6981, XO5035, XL5012, and XL6923.

17.     My assignment in this case was to compare costing and design documents (and physical garments where available) related to each of the seven Outlet SMU Builds purchased by the Plaintiffs and its inline counterpart, and determine whether each Outlet SMU Build was identical to its inline counterpart. If I found they were not identical, I was asked to offer an opinion on the extent to which they differed. I was also asked to perform the same comparative analysis with respect to additional Outlet-Inline pairs, the information for which was provided to me by Counsel.

18.     To determine whether each Outlet SMU Build was identical to its inline counterpart, I considered whether the Outlet SMU Build had major material differences from the inline, more modest stylistic differences, or no discernable differences. It is accepted in my industry that a major difference exists between garments where they have different functional features. This can include when garments have different silhouettes, meaning the primary shape and outline of the garments is different; when the garments are made for different gender categories (men's vs. women's) or different age categories (youth vs. adult); when the garments are made with different fabrics, such as cotton versus polyester; when the garments have different lining fabrics; and when the garments have different functional components such as darting, yokes, neck facings, etc. There may also be a major difference between two garments when there are a significant number of accumulated stylistic differences, as described below.

19.     It is accepted in my industry that a stylistic difference exists between garments when they have differences that affect the two garments' look and style, but do not necessarily affect the garments' silhouette or functionality. For example,

two garments show stylistic differences when they have identical or nearly identical silhouettes and fall into the same gender and age category, but have different stylistic features such as different stitching, different closures, different pocket shapes or pocket orientation, different sleeve shapes or sleeve construction, or different stylistic stitching.

20.     I applied the accepted industry standards above to determine whether the garments I evaluated were identical to their inline counterparts. If asked to do so, I could perform the same analysis for each Outlet SMU Build that Columbia has manufactured and sold.

**B.     Styles that contained major material and design differences as compared to their inline counterparts:**

21.     For two of the garment pairs where I reviewed physical examples of the garments in addition to costing and design data, I found those pairs to contain major material differences. Those garment pairs and their differences are described in paragraphs 22 and 23 below. [2]

22.     Style WG3190, at Columbia_01100, 01240–1242 (inline) and style XG6612, at Columbia_01074, 01169–1172 (outlet) Jacket: When comparing these two garments I find that the only element these two garments share is that both are youth jackets.  However, as jackets, they are of very differently designed styles, and the design and styling elements of these two jackets are very different. The waist of the inline style is centered above the usual waist line. The waist looks like an empire waist line. The inline style has slanted pockets which close with zippers. The outlet style is not at all designed that way. The outlet style has a straight waist, which is centered above the middle of the garment, and it has completely different shapes and construction of its pockets. The outlet style's pockets are angled, and are closed with

_____

[2] The bates ranges referenced in each of the descriptions below refer to the location of the tech packs for those items in the discovery record. The tech packs and CAD images referenced in my findings are compiled and attached as Exhibit D.

metal snaps instead of zippers. The inline style is finished with single needle stitches, generating more stitches per inch, whereas the outlet style has double needle stitches. Double needle stitches come apart easier, and generally are not as good a quality overall as single needle stitches. The inline jacket has extensive construction elements such as gathering of fabric on the mid-section of the inside, and fitted lines on the outside of the garment. The outlet style has nothing on the back and has a plain straight front. The bottom hems are sewn with overlock stitching for the outlet style and flat, more secure, stitching is used in the inline model. The outlet style has a half elastic sleeve closure whereas the inline style does not. The major differences described above are apparent from visual inspection of the garments, although they may be less perceptible viewing the tech pack schematics alone.

23.     Style WL6010 at Columbia_01093, 01261–1263 (inline); and style XL6115, at Columbia_01067, 01150–1152 (outlet) Jacket: These two styles are two materially different women's jackets. The inline style is hooded, and is not very constructed or fitted. The outlet style is a high neck, very fitted model, with several additional construction details such as panels and yolks. The inline jacket is flared at the bottom, and is a loosely fitted garment that appears to be more like a rain jacket. The outlet jacket, due to its construction and its tight fit, is more like a motorcycle jacket than a rain jacket. In addition to the differences in design elements, styling and fit, the garments differ in fiber content for the inside back. The inside back of the inline garment is made of 100% polyester and for the outlet style it is 94% polyester and 6% elastane. The manner in which the garments are sewn is different, the shaping of the pockets is different, and the sleeve details are different.

24.     For five of the garment pairs I compared, I was not able to examine physical examples of the garments, but was able to identify major material difference between the Outlet SMU Build and the inline model based on the tech packs and CAD images. The garment pairs and their differences are described in paragraphs 25

8

through 29 below.

      25.     Style WL5437, at Columbia_01106, 01255–1257 (inline); and style XL3985, at Columbia_01080, 01145–1149 (outlet) Jacket: The inline jacket has an attached, adjustable storm hood. This style has an abrasion resistant chin guard, interior security pockets, and zippered hand pockets. The inline style also has comfort cuffs and a drawcord adjustable hem. The inline style has four pockets, two of which have side zippers. In contrast, the outlet style is not a hoodie jacket but just a jacket with a straight rounded collar. Also, the inline style uses webbing and tape at the edges of the sleeves. Except for 2 zippered pockets, the outlet style has none of the design features of the inline style. In addition, according to the tech pack the outlet style is produced using a different fabric than it described for the inline style.

      26.     Style WL5511, at Columbia_01087, 01258–1260 (inline); and style XL1493, at Columbia_01061, 01195–1199 (outlet) Jacket/Vest: The inline style is a jacket, and the outlet style is a vest. These are major design/style differences and different silhouettes. The inline style has long raglan sleeves, with webbing and tape at the bottom of each sleeve, and side seams along the back and front. The outlet style has none of the inline design features as it is not a jacket, but a vest. There are no sleeves or side seams and the fit for a vest is always different, more fitting, than the fit for a jacket.

      27.     Style XK1438, at Columbia_01099, 01268–1270 (inline); and design style XM1175, at Columbia_01073, 01192–1194 (outlet) Jacket: The inline style is a fitted jacket with a rounded collar, available in sizes XS-XL, and the style has a fit designed for women. The outlet style, however, is a hooded jacket, available in sizes S-XXL, with a fit designed for men, which is a materially different product.

      28.     Style WL5362, at Columbia_01107, 01252–1254 (inline); and style XL1062, at Columbia_01081, 01141–1144 (outlet) Jacket/Vest: The inline style is a down jacket, without a hood. The outlet style is vest with a removable, adjustable

hood with fur trim. A jacket and vest are two different silhouette designs, and these garments are therefore materially different.

29.     Style AL5323, at Columbia_01091 (inline); and style XK6214, at Columbia_01065, 01177–1178 (outlet) Tee Shirt/Dress: The inline style is a knit dress, which has 4-way, comfort stretch fabric and UPF sun protection as its features and has construction details different from its outlet counterpart. The outlet style is a short sleeve tee whose features appear not to be the same as the dress—it is just a plain tee for which no features are described in the tech pack. The inline dress has a center seam going down all the way to the bottom of the garment, which the outlet tee shirt does not. The inline style uses more fabric, has a v-neck, and is sleeveless. The outlet style has no center seams, uses much less fabric, has sleeves, and has a crew neck. These two styles have two clearly different silhouettes, which cannot be used as the basis for each other's designs and are materially different.

**B.     Styles that contained modest stylistic differences as compared to their inline counterparts.**

30.     For nine pairs of garments I examined, I observed stylistic differences that rendered the garment pairs non-identical, but did not reflect major material differences. Although the silhouettes may have been similar, upon closer examination of the outlet products, I observed differences in stitching, closures, pocket placement and construction, sleeve style and construction, overall garment construction, and color, as compared to the inline counterpart.

31.     Styles AL6484, at Columbia_01094, 01207–1210 (inline); and style XL6117, at Columbia_01068, 01153–1156 (outlet) Full Zip Hoodie: The inline style women's zip-up hoodie has a different front pocket, constructed differently than the pocket on the outlet style. The inline inside pocket material is the same fabric as the body of the style, whereas the outlet pocket is lined with a grey piece of lining fabric. The stitching on the inside of the two hoodies are different, and the stitching around

the zipper in the front of in the inline product is different from the outlet product. The construction of the back of the inline garment has quite a lot of construction detail, whereas the outlet product has just a plain back. The inline product has a back yolk, which gives the garment more shape, and a better fit. The inline shape is more styled, and more complimentary to the wearer. The outlet garment does not have a back yolk and the fit is not as fluid.

32.    Styles RG2192, at Columbia_01095, 01235–1239 (inline); and style XG3974 at Columbia_01069, 01184–1187 (outlet) Youth Jacket: The front zipper closure for the inline style has snaps at the neck; the outlet product does not have a similar neck closure. The zippers are sewn in differently on the two garments. The inline style has very clean looking sleeves without any seams running along the middle of the sleeve. The outlet product has a visible seam running along the entire middle of the sleeve, which is not as clean looking. The width of the Velcro along the cuffs of the inline style is much wider and more suitable as a closure than the width of the Velcro on the outlet product. The wider width will hold the sleeve cuff closed more easily than the cuff on the outlet style. The inside back of the inline style also has two desirable features that are absent from the Outlet style: the inline style has back neck facing, which is an additional piece of fabric on the inside of the neck that improves the garment's comfort and feel; and also has a yoke, which is an additional seam along the neck and shoulders of the garment that improves the garment's fit. None of this can be seen in the outlet style.

33.    Styles WG6774, at Columbia_01109, 01246–1248 (inline); and style XG6011, at Columbia_01083, 01114–1117 (outlet) Full Zip Jacket: The color of the inline garment's front zipper blends in with the color of the body of the jacket; it is a pink fabric with pink zipper. This is not true for the outlet style where the color does not blend in with the color of the body of the garment: it instead has a navy body and an aqua zipper. The inline style has a dolman sleeve, which is a loose sleeve cut in

one piece with the body of the garment and is complicated to produce. The outlet style has a set-in sleeve, which is a sleeve sewn into an armhole and is easier to make. The construction of the pockets between the two styles is not similar. The inline style has pockets constructed with fabric dyed to match the jacket itself, whereas the outlet style has a piece of black cloth added to the inside of the garment which is a cheaper way to construct pockets. In general for this outlet-inline pair, I observe more and tighter stitching in the inline garment and less and looser stitching in the outlet style.

      34.    <u>Styles AL5030, at Columbia_00985, 01028–1030 (inline); and style XL5077, at Columbia_00984, 01014–1017 (outlet) Dress</u>: The inline style has some very eye popping decorative contrasting top stitching, creating a visually attractive garment. Top stitching requires greater operator expertise and a great deal of quality control to make sure there are no errors, and thus as a labor procedure, it is expensive. The outlet style has no contrasting decorative top stitching anywhere, making the style appear dull. The hood of the inline style also has decorative top stitching both inside and outside, and uses the self-fabric to produce the hood, meaning that the hood lining is made from the same shade of fabric as the garment body. The outlet style has no decorative contrasting top stitching in either the inside or outside of the hood, and it is constructed using two different shades of fabrics. The back of the inline style is one panel of fabric with lots of contrasting decorative top stitching. The outlet style is made using two panels, each of different shades of fabric, and has no contrasting decorative top stitching. The shell of the inline garment is 75% cotton/25% polyester and the lining is 100% polyester. The entire outlet product, on the other hand, is made of 75% cotton 25% polyester including the lining. The pockets in the inline style are made with fabric matching the garment while the outlet style just has a black piece of fabric, a cheaper way to make a pocket. In general the stitching in the outlet garment is not as clean as the stitching in

the inline garment.

35.    Styles FL6148, at Columbia_00989, 01031 (inline); and style XL6981 at Columbia_00988, 01018–01020 (outlet) Long Sleeve Shirt: I observed modest design and construction differences between these two styles. The front and the back of the inline style have yolks, which call for a number of additional pattern pieces, extra work, and extra costs, but creates a much better fit. There are no yokes in the outlet garment, either the front or the back; just a plain back. The outlet style uses completely different stitch finishing at the neckline than what I found for the inline style, and the back of the outlet style's neckline includes a teardrop shaped key-hole cutout. The inline style uses a flat seam and the outlet style is made with flat lock stitches, a cheaper way to produce the neckline. The outlet style has the bottom band removed from the location where the inline style has one. Much of the outlet style was sewn with cover stitches, whereas the inline style was sewn with flat seams. The inline style is constructed differently that the outlet garment, using a front and also a back inset of material, which appears to be different or in contrast to the main body fabric. The outlet style has no separate inset panels anywhere. The sleeves of both styles are finished differently as well.

36.    Style XL5035, at Columbia_00990, 01021–1024 (outlet); and style WO4014 at Columbia_00991, 01047–1049 (inline) Jacket: I observed stylistic differences between these two garments. Both styles have side shell panels on the underside of the arms running down the sides of the jacket. The side shell panels on the inline jacket are made with one piece of fabric, which appears to be made from 100% polyester, and have an interior layer of "Omniheat" insulation that is also present on the interior of the jacket's front and back panels. The side shell panels on the outlet model are made using two pieces of fabric, instead of one, with a seam at the underarm. These panels appear to be made with 60% polyester, 35% nylon, and 5% elastane, and do not have an interior "Omniheat" layer. The inline model also has

13

a vertical chest pocket, and a cord sewn inside the top of the collar, which are missing from the outlet model.

37.     Style XM6093, at Columbia_00982, 00996–1000 (outlet); and style WM6044 at Columbia_00983, 01040–1044 (inline) Jacket: Both of these styles are men's jackets. The inline style has several features that are not present on the outlet model. The inline style has a blind zipper, meaning that the zipper chain is covered with fabric and the zipper is not exposed. It also has an abrasion resistant chin guard at the top of the zipper, which is a small piece of fabric to prevent the wearer's chin from touching the zipper, a vertical zipped pocket on the chest, and Velcro fasteners at the cuffs. The outlet model has an exposed zipper, and does not have a chest pocket or an abrasion resistant chin guard or Velcro at the cuffs. The cuffs instead have partial elastic closures that are not present on the inline model.

38.     Style XL5012, at Columbia_00992, 01001–1005 (outlet); and style WL5033 at Columbia_00993, 01035–1039 (inline) Jacket: Both of these styles are hooded, insulated women's jackets. The outlet model has hidden zippers on the hand pocket openings, while the inline model's hand pocket zippers are exposed. The decorative quilting stitching on the inline and outlet model are different: the quilting stitches go in different directions on the inline and outlet models, which creates a totally different styling appearance for the garment.

39.     Style XL4712 at Columbia_00986, 01006–1009 (outlet); and style AL4720 at Columbia_00987, 01025–1027 (inline) Shorts: Both of these styles are cotton women's shorts. The inline style has a v-shaped notch at the back of the waistline, whereas the waistline of the outlet garment is straight along the entire waistline. The styling and construction of the back pockets are also different between the outlet and inline styles. The inline shorts have a seam that runs in a box shape around the opening of the back pockets, while the seam around the opening of back pockets on the outlet style runs only along the sides and bottom of the pocket

14

opening.

    **C.    Styles without an inline counterpart.**

40.    Two of the Outlet SMU Build garments I examined did not have any inline counterpart, and therefore could not have been identical to any Columbia inline product. Those two garments are described in Paragraph 41below.

41.    <u>Style XM6777, at Columbia_01098, 01173–1174 (outlet); and style XL6923, at Columbia_00994, 01010–1012 (outlet) Polo shirts</u>: Neither of these outlet products were based on any inline style. The information provided by Columbia indicated that style XM6777, a polo shirt, was based on another outlet product; style XM6991, also a polo shirt. XM6777's tech pack states that it is an "updated design" version of XM6991 with "updated fabric." Outlet style XL6923, a women's polo shirt, is similarly a version of another outlet product: style XL6968. The modest difference I observed between these two models is that the outlet model XM6923, does not have a chest pocket, while the style XL6968 it derives from does.

**VII.   <u>CONCLUSION</u>**

42.    I closely examined a total of 35 styles, of which 32 styles where the pairing of inline styles to their alleged outlet product styles (16 pairs), two were a pairing or two outlet product styles (1 pair), and one was an outlet style only, without any counterpart. Thus, I examined 19 Outlet SMU Builds and 16 Inline counterparts. I used the actual garments wherever they were available, as well as their CAD images and tech packs. I used the CAD images and tech packs whenever I did not receive a physical garment. I also reviewed cost data for all garments I evaluated.

43.    Of the 19 total Outlet SMU Builds I examined, I found that:

a)    Seven of the Outlet SMU Builds styles (37%) contained major material design differences from their inline counterparts.

b)    Nine of the Outlet SMU Builds (47%) percent of the outlet exclusive styles contained modest stylistic differences compared to their inline counterparts.

     c)        Two of the Outlet SMU Builds (11%) have no inline counterpart—instead one was itself the design counterpart of the other.

     d)        One of the Outlet SMU Builds (5%) had no counterpart design

41.      In conclusion, it is my opinion that 16 out of the 19 Outlet SMU Builds I examined (84%) differed from the inline styles upon which they are based. Those outlet exclusive styles contained either modest stylistic differences, or major material differences from their inline counterparts. Three additional outlet exclusive styles (16%) were necessarily not identical to any inline counterpart because they were not modeled after inline garments. Therefore, all 19 of the Outlet SMU Builds I examined were not identical to any Inline Columbia garment.

42.      I am also of the opinion that the process which I used to come to my conclusions as described in this document, describing differences and or similarities among styles from the inline products and the outlet exclusive products, can be used regardless of the number of styles I am given to review. This process is valid no matter how large the sampling of styles, and will generate consistent results at the completion of the sampling.

Date: _November 16, 2016_        _Gabriele Goldaper_

                                      Gabriele Goldaper
                                      4342 Redwood Ave., Ste. C309
                                      Marina Del Rey, CA 90292