# GOLDAPER EXHIBIT A



# GABRIELE GOLDAPER

GABRIELEGOLDAPER.COM
GGOLDAPER@VERIZON.NET
P: 310.302.1077 | F: 310.305.8600
4342 REDWOOD AVE STE. C309 MARINA DEL REY, CA 90292

*Apparel Expert | Business Consultant | Expert Witness*

## Professional Experience

**Fashion Institute of Design and Merchandising College Instructor    1986-Present**

Classes in Entrepreneurship, Sales, Branding and Marketing, Purchasing and Inventory Control, Total Quality Management, Production Planning and Global Sourcing and various other business related subjects for Apparel Manufacturing and Design students. Received "Faculty of the Year" award 3 years and currently in "Hall of Fame".

**Apparel Industry Expert Witness 1995-Present**

Designated as an "apparel expert" in more than 150 apparel industry disputes. Provided litigation support to attorneys for cases involving all aspects of the garment/fashion/textile industry. Has been deposed and testified in State and Federal courts in jury and bench trials and arbitrations.

**Business Management Consultant 1986-Present**

Consultant to more than 200 new, failing or growing companies in need of reorganization, restructuring, or reengineering of the business process. Specializing in areas of inventory management, marketing, branding and selling strategies, product development, merchandising, financial planning, , warehousing, distribution, and domestic and international manufacturing and sourcing. Worked with major American public and private companies as well as companies in France, England, Australia and USAID (United States Agency for International Development) sponsored projects in Romania, Egypt, Russia, Thailand , El Salvador, and Bulgaria, as an "apparel expert".

**LCA Intimates ( Intimate Apparel) Executive Vice President, Corporate Operations**

Responsible for overall corporate operations. Areas of accountability include overseas and domestic production, customer service, information technology, inventory control, distribution logistics, and corporate profitability. Restructured and streamlined operations to support corporate growth.

**Warnaco - Speedo (Swimwear and Sportswear) Director of Corporate Operations**

Responsible for corporate operations of 5 divisions including Cole, Catalina, Speedo, White Stag and Oscar de la Renta.

**Cherry Lane (Junior Sportswear) General Manager**

Directed all corporate operations which included opening of the company in the United States (Australian based) to full establishment as a manufacturer of Better Junior Sportswear. Opened Cherry Lane stores, developed concept and established licensing for future stores. Achieved sales volume of $2 million in the first 6 months.

**Prisma Corporation (Sportswear and Dresses) Partner/Executive Vice President**

Responsible for operations for six apparel divisions. Reorganized business structure, opened three new divisions and increased profitability by 300%

**Silton AMS Vice President/Customer Support/Consultant**

Consulted with top management of apparel companies introducing apparel software programs.. Delivered seminars nationally about information and use of computers in and for the apparel industry. Responsible for managing new installations and training of new users.

**High Tide Swimwear (Women's Swimwear) Vice President/Operations**

Responsible for corporate operations; business strategies, long range and immediate planning and manufacturing.

**Guest Lecturer:**

Los Angeles Trade Tech, Brooks College, Santa Monica College, Mt. San Antonio College, American College, Cal State L.A., UCLA and The Bobbin Show, Fashion Business Incorporated

**Education**

Barnard College, N.Y. University of Cincinnati, Ohio Bachelor of Arts, Major: Economics Bachelor of Science, Major: Education Xavier University, Ohio Graduate Studies in Business

Certified: Arbitrator and Mediator by American Arbitration Association & Los Angeles Bar Association

**Professional Accomplishments**

Apparel Expert for International Executive Service Corps.   Apparel Expert for United States Agency for International Development Apparel Expert for Citizens for Democracy   Expert Witness in Legal Disputes   Member "Hall of Fame" Fashion Institute of Design and Merchandising Board of Directors- Fashion Business Incorporated   Advisory Board- Los Angeles Trade Technical College   Advisory Board- Fashion Institute of Design and Merchandising   Board of Directors- LCA Intimates   Faculty Award- Fashion Institute of Design and Merchandising   Host- Business Talk Show- Station KTYM   Business Volunteer- Los Angeles Arts Council   Business Volunteer- Executive Service Corps of Los

2

Angeles   Elected to Who's Who of American Women   Elected to Who's Who in the West   Elected to Who's Who of American Teachers   Elected to Who's Who in California   Listed in Dictionary of International Biography   Elected to Commission on Status of Women for (2) 4 year terms Member of American Production and Inventory Control Society Member of Executive Board of California Apparel Industries Assoc.

**Publications**

" To Boost Profits, Take a Closer Look at Customer Service," Apparel Industry Magazine. "Making It in Middle Management," Bobbin Magazine   "Curve Fitting: Systematic Production Planning," Bobbin Magazine   "Automated Information Systems: Service Bureau or In-House," Apparel Industry Magazine "Small Company View of the Computer," AAMA Publication   "A Results-Oriented Approach to Manufacturing Planning," Apparel Industry Magazine "Forecasting- Profit Tool for the Manufacturer," Apparel Industry Magazine   "Customer Service Manual," High Tide, Warnaco Publication

3