GOLDAPER EXHIBIT B

## EXPERT WITNESS EXPERIENCE (past 4 years)

Bryan Callan v. Christian Audigier, Inc,. Nervous Tattoo, Inc., Shop on State, Inc., Christian Audigier, an Individual. CV08-8072 GW, expert consultation for Defendant, deposition.

Charm International, Inc. v. Ningbo Huifu Import & Export Co., LTD, et al.  JAMS  Ref. No. 1220039627, expert consultation for Defendant, deposition, testimony at arbitration (JAMS)

Fortune Fashions Industries LLC v. Vanilla Gorilla, LLP., West Coast Choppers, Inc. Jessie James, et al, BC393430 and BC401327, expert consultation for Defendant and Cross-Complainant, deposition.

Shepard Fairey and Obey Giant Art, Inc. v. The Associated Press, Defendant and Counterclaim Plaintiff, v. Shephard Fairey, Obey Giant Art, Inc. and One 3 Two, Inc. (d/b/a Obey Clothing) Counterclaim Defendants and Mannie Garcia, Defendant, Counterclaim Plaintiff and Cross Claim     09-1123 (AKH)   Expert Consultation for Counterclaim Defendant One 3 Two (d/b/a Obey Clothing)  Deposition

Versatile Entertainment, Inc. People's Liberation, Inc.v. Charlotte Russe Merchandising, Charlotte Russe Holding, and Does 1-25 BC 424674, Expert consultation for Plaintiff.***

Enrique Madrigal, Cristina Martinez, Tracey Milsop, Michel Jensen and Lawrence Percival vs. Tommy Bahama R&R Holdings, Inc.  CV09-08924 SJO Expert Consultation for Plaintiffs,  Deposition

Levi Strauss & Co. v. Hudson Clothing, LLC.  Opposition Nos .91193393 (parent) and 91193463, Expert Consultation for Defendant. Deposition

LC Footwear, L.L.C., LC Footwear Consignment, L.L.C., LC Footwear Holding, L.L.C., LC Footwear Wholesale, L.L.C., and PL Footwear, L.L.C., v. L.C. Licensing, Inc., and Liz Claiborne, Inc.  Case # 651907/2010   Expert Consultation for Plaintiffs, Deposition.

Christian Louboutin S.A; Christian Louboutin, LLC and Christian Louboutin v. Yves Saint Laurent America, Civil Action, Case # Civ.2381 (VM), Expert Consultation for Plaintiff.

Varsity Brands, Inc. Varsity Spirit Corporation and Varsity Spirit Fashions & Supplies, Inc. V. Star Athletica, LLC,  Case No. 2:10-cv-02508-cgc. Expert Consultation for Defendant, Deposition

Kristine Hoppe, individually; Kimberly Leisure, and Veronic Gronau, individually, and on behalf of all those similarly situated, and on behalf of the general public, V. Bebe Stores, INC. and Does 1 through 500 inclusive. Case No. CIV 456550,  Expert Consultation for Plaintiff.

Olem Shoe Corporation V. Washington Shoe Company, Case No. 09-23494-cv/Huck/O'Sullivan,  Expert Consultation for Plaintiff/Counter-Defendant.

L.A. Printex Industries v. Fashion Bug, Inc. Case No. CV 102102 (JEMx) Expert Consultation for Defendant.

Gucci America, Inc. v. Guess?, Marc Fisher LLC, The Max Leather Group/Cipriani Accessories, Inc. Sequel AG, K&M Associates L.P. Viva Optique, Inc., Signal Products, Inc. and Swank, Inc., Case No. 09 CV 4373 Expert Consultation for Defendants and testimony at trial.
Sweet People Apparel, Inc. d/b/a Miss Me, MEK Denim, Inc., & Guru Denim Inc., d/b/a True Religion Brand Jeans v. Fame N.Y., Inc. et.al   Case No:11-CV-01666-SRC-MAS Expert consultation for Defendant.

1

All Axcess Inc. v. Hartford Insurance Claim No. CP 8652271, Expert Witness Consultation for Defendant, and testimony at Appraisal Hearing

Star Fabrics, Inc. v. Bodywaves, Inc. et.al Case No. CV11-9408-GHK(MAN) Expert Consultation for Defendant

Jim Marshall Photography LLC vs. John Varvatos Enterprises, Inc. and John Varvatos  Case No. CV 1111 6702 DMR Expert Consultation for Defendant.

The Indigo Group USA, Inc., vs. Polo Ralph Lauren Case No: LA CV 11-5883 JHN (CWx) Expert Consultation for Plaintiff, Deposition, Testimony at Trial

Forever 21, Inc. vs. Seven Lions, Inc., David's Place Off Price Clothing Co., Inc., Talasazan, Gabriel Brothers, Damo Textiles, Inc., Y.M.I Jeanswear. Case No: CV12-01152 (VBKx), Expert Consultation for Defendant, Deposition

Coach, Inc. and Coach Services v. Crea Creations, Inc. Case No: CV 11-2978 BTM(WVG), Expert Consultation for Defendant.

Triboro Quilt Manufacturing Corporation vs. Luve LLC., Case No: 7:10-cv-03604(VB)(GAY) Expert Consultation for Plaintiff, Deposition and Testimony at trial

Active Sports Lifestyle USA dba Active Ride Shops v. Old Navy LLC, and Old Navy (Apparel) Case No: SACV12-0572, Expert Consultation for Defendant, Deposition, Testimony at Trial

Spirit Hoods, LLC, vs. Target Corporation and Target Brands, Inc. Case No: 13-cv-00315GHK (RZx) Expert Consultation for Plaintiff, Deposition

L.A. Printex Industries, Inc. v. Spring Import, Inc. Case No: CV13-00949 PSG, Expert Consultation for Defendant.

Spirit Clothing Company vs. N.S. Enterprise, Baypointe, LLC. Case No: Case No: CV13-02203-RGK (PJWx), Expert Consultation for Defendant.

Sekses Distribution v. Frank Delgadillo et al Case No: BC 464910, Expert Consultation for Defendant, Deposition

Shannon Fabrics, Inc. v. Jo-Ann Stores, Inc. Case No. 13-cv-09509 PS-SH, Expert Consultation for Defendant, Deposition

The Navajo Nation, Dine Development and Navajo Arts and Crafts Enterprise v. Urban Outfitters, Inc., Urban Outfitters Wholesale Inc., Anthropologie, Inc., and Free People of PA, L.L.C. Case No. 1:12-cv-00195-LH-LAM,  Expert Consultation for Defendant, Deposition

OmniPeace, LLC v. Double Zero, Inc. AAA Case No. 72 130 01155 13 TNM, Expert Consultation for Plaintiff, Testimony at Arbitration Hearing

Klauber Brothers, Inc., v. Target Corporation and AFR Apparel International, Inc. d/b/a/ Parisa USA. Case No. 14 Civ 2125 (S.D.N.Y.) (TPG). Expert Consultation for Defendant, Deposition.

Skechers, USA v. Vans, Trademark Trial and Appeal Board Opposition No. 91202361, Trademark Trial and Appeal Board Opposition No. 91212465, Expert Consultation for Defendant, Deposition

Skechers USA, Canada v. Vans, Opposition to Trademark Application for the registration of Trade-mark Nos. 1,499,994, 1499,995, 1499,996 and 1,278,668.  Expert Consultation for Defendant, Deposition.

Lou et Lin, LLC v. Mitchel Quaranta, Bruce Stern, Jonathan Greenberg, Jama JJ, LLC and SwatFame, Inc. JAMS Ref. No.. 1220048134, Expert Consultation for Plaintiff, Deposition.

James W. Brady & Patricia M. Brady v. GrendeneUSA Inc., Grendene S.A. Case No. 3-12cv-0064 GPC (KSC) Expert Consultation for Defendant, Deposition.

Sabrina Showroom dba Shara Showroom v. Signorelli, Inc., Meredith Garrett, Case No: BC48038, Expert consultation for Plaintiff, Deposition.

In the Matter of Certain Footwear Products, Investigation No. 337-TA-936, Expert Consultation for Defendant, (Converse v. Skechers), Deposition.

Avedis Krikorian v. Northfield Insurance Company, Case # 1:13-CV-01563-AWI-SAB, Claim # 23WSO96893-01, Expert Witness Consultation for Defendant, and testimony at Appraisal Hearing

Walrus Brands, L.L.C. v. Peaches Uniforms, Inc. Case #1:12-cv-04892, Expert Consultation for Defendant, Deposition.

Swim'N Sport Retail, INC. v. Posabilities, INC. Circuit Case No: 10-37557 CA 32, Expert Consultation for Plaintiff, Deposition

**\*\*\*\* Expert Consultation where indicated without a follow up deposition is to indicate that I wrote an Expert Report (Rule 26) and the case subsequently settled.**