# GOLDAPER EXHIBIT C

## Exhibit C to Report of Gabriele Goldaper

*Jeanne and Nicolas Stathakos vs. Columbia Sportswear Company*, Case No. 4:15-cv-04543 (YGR)

The table below presents the information provided to me regarding the 35 Columbia garments I evaluated in this case. Outlet SMU Builds are paired in color-coded rows below, so that where I reviewed both the Outlet SMU Build and its Inline counterpart, the products are vertically adjacent in the table. For the columns labeled "Physical Garment," and "Costing Data," an "X" in a cell indicates that that information was available to me for evaluation. The CAD Image and Tech Pack column also indicates where those documents can be found in the record. The Outlet SMU Build garments purchased by the Plaintiffs are indicated with an asterisk.

| Style Number | Category | Item Description | Physical Garment | Costing Data | CAD Image and Tech Pack | Observable Differences from Inline |
|---|---|---|---|---|---|---|
| WG3190 | Inline Garment | Youth softshell jacket | X | X | Columbia_01100, 01240–1242 | |
| XG6612 | Outlet SMU Build | Youth softshell jacket | X | X | Columbia_01074, 01169–1172 | Major Material Differences |
| WL6010 | Inline Garment | Women's hooded jacket | X | X | Columbia_01093, 01261–1263 | |
| XL6115 | Outlet SMU Build | Women's non-hooded jacket | X | X | Columbia_01067, 01150–1152 | Major Material Differences |
| WL5437 | Inline Garment | Women's hooded synthetic-down jacket | | X | Columbia_01106, 01255–1257 | |
| XL3985 | Outlet SMU Build | Women's non-hooded synthetic-down jacket | | X | Columbia_01080, 01130–1133 | Major Material Differences |
| WL5511 | Inline Garment | Women's jacket | | X | Columbia_01087, 01258–1260 | |
| XL1493 | Outlet SMU Build | Women's vest | | X | Columbia_01061, 01195–1199 | Major Material Differences |

| | | | | | | |
|---|---|---|---|---|---|---|
| XK1438 | Inline Garment | Women's "hybrid" jacket | | X | Columbia_01099, 01268–1270 | |
| XM1175 | Outlet SMU Build | Men's "hybrid" Jacket | | X | Columbia_01073, 01192–1194 | Major Material Differences |
| WL5362 | Inline Garment | Women's jacket | | X | Columbia_01107, 01252–1254 | |
| XL1062 | Outlet SMU Build | Women's vest | | X | Columbia_01081, 01141–1144 | Major Material Differences |
| AL5323 | Inline Garment | Women's knit dress | | X | Columbia_01091 (CAD Image Only) | |
| XK6214 | Outlet SMU Build | Women's shortsleeve tee | | X | Columbia_01065, 01177–11778 | Major Material Differences |
| AL6484 | Inline Garment | Women's full-zip hoodie | X | X | Columbia_01094, 01207–1210 | |
| XL6117 | Outlet SMU Build | Women's full-zip hoodie | X | X | Columbia_01068, 01153–1156 | Modest Stylistic Differences |
| RG2122 | Inline Garment | Youth jacket | X | X | Columbia_01095, 01235–1239 | |
| XG3974 | Outlet SMU Build | Youth jacket | X | X | Columbia_01069, 01184–1187 | Modest Stylistic Differences |
| WG6774 | Inline Garment | Youth full-zip jacket | X | X | Columbia_01109, 01246–1248 | |
| XG6011 | Outlet SMU Build | Youth full-zip jacket | X | X | Columbia_01083, 01114–1117 | Modest Stylistic Differences |
| AL5030 | Inline Garment | Women's knit hoodie dress | X | X | Columbia_00985, 01028–1030 | |
| XL5077* | Outlet SMU Build | Women's knit hoodie dress | X | X | Columbia_00984, 01014–1017 | Modest Stylistic Differences |

| | | | | | | |
|---|---|---|---|---|---|---|
| FL6148 | Inline Garment | Women's longsleeve tee | X | X | Columbia_00989, 01031–1033 | |
| XL6981* | Outlet SMU Build | Women's longsleeve tee | X | X | Columbia_00988, 01018–1020 | Modest Stylistic Differences |
| WO4014 | Inline Garment | Men's insulated jacket | X | X | Columbia_00991, 01047–1050 | |
| XL5035 | Outlet SMU Build | Men's insulated jacket | X | X | Columbia_00990, 01021–1024 | Modest Stylistic Differences |
| WM6044 | Inline Garment | Men's softshell jacket | X | X | Columbia_00983, 01040–1044 | |
| XM6093* | Outlet SMU Build | Men's softshell jacket | X | X | Columbia_00982, 00996–1000 | Modest Stylistic Differences |
| WL5033* | Inline Garment | Women's insulated jacket | X | X | Columbia_00993, 01035–1039 | |
| XL5012* | Outlet SMU Build | Women's insulated jacket | X | X | Columbia_00992, 01001–1005 | Modest Stylistic Differences |
| AL4720 | Inline Garment | Women's shorts | X | X | Columbia_00987, 01025–1027 | |
| XL4712* | Outlet SMU Build | Women's shorts | X | X | Columbia_00986, 01006–1009 | Modest Stylistic Differences |
| XM6777 | Outlet SMU Build | Men's polo shirt | | X | Columbia_01072–1074, 01098 | No inline counterpart |
| XL6968 | Outlet SMU Build | Women's polo shirt | | X | Columbia_00995, 01051–1052 | |
| XL6923* | Outlet SMU Build | Women's polo shirt | | X | Columbia_00994, 01010–1012 | No inline counterpart, Modest Stylistic Differences From Outlet Model |