# Goldaper Exhibit D: Garment Tech Packs and CAD Images

# Exhibit D to Report of Gabriele Goldaper
## Table of Contents

| Garment CAD Image and Tech Pack | Page No. |
| --- | --- |
| Style WG3190: Inline Garment, Youth Softshell Jacket | 1 |
| Style XG6612: Outlet SMU Build, Youth Softshell Jacket | 6 |
| Style WL6010: Inline Garment, Women's Hooded Jacket | 12 |
| Style XL6115: Outlet SMU Build, Women's non-hooded jacket | 17 |
| Style WL5437: Inline Garment, Women's hooded synthetic-down jacket | 22 |
| Style XL3985: Outlet SMU Build, Women's non-hooded synthetic-down jacket | 27 |
| Style WL5511: Inline Garment, Women's jacket | 33 |
| Style XL1493: Outlet SMU Build, Women's vest | 38 |
| Style XK1438: Inline Garment, Women's "hybrid" jacket | 45 |
| Style XM1175: Outlet SMU Build, Men's "hybrid" jacket | 50 |
| Style WL5362: Inline Garment, Women's jacket | 55 |
| Style XL1062: Outlet SMU Build, Women's vest | 60 |
| Style AL5323: Inline Garment, Women's knit dress | 66 |
| Style XK6214: Outlet SMU Build, Women's shortsleeve tee | 68 |
| Style AL6484: Inline Garment, Women's full-zip hoodie | 72 |
| Style XL6117: Outlet SMU Build, Women's full-zip hoodie | 78 |
| Style RG2122: Inline Garment, Youth jacket | 84 |
| Style XG3974: Outlet SMU Build, Youth jacket | 91 |
| Style WG6774: Inline Garment, Youth full-zip jacket | 97 |
| Style XG6011: Outlet SMU Build, Youth full-zip jacket | 102 |
| Style AL5030: Inline Garment, Women's knit hoodie dress | 108 |
| Style XL5077: Outlet SMU Build, Women's knit hoodie dress | 113 |
| Style FL6148: Inline Garment, Women's longsleeve tee | 119 |
| Style XL6981: Outlet SMU Build, Women's Longsleeve Tee | 124 |
| Style WO4014: Inline Garment, Men's insulated jacket | 129 |
| Style XL5035: Outlet SMU Build, Men's insulated jacket | 135 |
| Style WM6044: Inline Garment, Men's softshell jacket | 141 |
| Style XM6093: Outlet SMU Build, Men's softshell jacket | 148 |
| Style WL5033: Inline Garment, Women's insulated jacket | 155 |
| Style XL5012: Outlet SMU Build, Women's insulated jacket | 162 |
| Style AL4720: Inline Garment, Women's shorts | 169 |
| Style XL4712: Outlet SMU Build, Women's shorts | 174 |
| Style XM6777: Outlet SMU Build, Men's polo shirt | 180 |
| Style XL6968: Outlet SMU Build, Women's polo shirt | 185 |
| Style XL6923: Outlet SMU Build, Women's polo shirt | 189 |

# Style WG3190: Inline Garment, Youth Softshell Jacket






**354**
**Miami**

**010**
**Black**
**C/O**

**530**
**Bright Plum**
**C/O**

CONFIDENTIAL

Columbia_01100

**Last Updated:** 1/2/14 SD

ISO301 Edgestitch unless
otherwise noted

Interfacing- used as needed
for structure.



Zipper 1
Phemo 1

Direct Embroidery 1

ISO 301
Straddle seam
1/4" from edge

ISO 301
1/4" from edge

ISO 301
1" from edge

Zipper 2
Phemo 1

'/Volumes/Outerwear/2014 FALL/GIRLS/TECH SKETCHES/JACKETS/155717_G New Softshell.ai'

**Page 3**

Columbia_01240



tucks: 3/8" apart from each other

CONFIDENTIAL

Columbia_01241

**Last Updated:** 1/2/14 SD



Phemo Measurements

.375"

1-3/8"

.25"

TOP VIEW          SIDE VIEW

*Illustration may not contain actual labels used.
Placement information only

CB neck

Webbing and Tape 1

Label 1

Single layer
pocket bag

①B          ①B          ①B

②B          ②B

Ⓛ1B          ②B          ②B          Ⓛ1B

Piecing webbing
since 2136

②          ②          ②          ②          ②

Label 5
1" over from CF binding
1" up from Hem facing

Label 2
Label 3
Label 4

**Page 5**

Style XG6612: Outlet SMU Build,
Youth Softshell Jacket





025
Earl Grey

545
Light Grape

530
Bright Plum

309
Mayan Green

CONFIDENTIAL

Columbia_01074

**FABRICS:**

☐ Shell 1: 069441   Value SmoothPhur
☐ Shell 2: **069441**   **Value SmoothPhur**

☐ Lining 1: 004476   Chamois Touch Tricot

Manual

**Last Updated:** 10/13/14 CMW          *All Shell ① unless indicated

Manual

**TRIMS:**
☐ SPECIAL TRIMS Manual

Manual
☐ SEAM SEAL:

unless otherwise noted
☐ LASER CUTTING:

Interfacing 1 = as needed
Thread 1 = topstitching
☐ STITCH CALLOUT: Label 1 = placed per Branded Placement

Label 2 = placed per Branded Placement
☐ CONTRAST STITCH: Label 3 = placed per Branded Placement

☐ THREAD WEIGHT: placed per Branded Placement

Label 5 = placed per Branded Placement
☐ PRINT/YD MATCHING:

All topstitching is ISO 301 edgestitch,
☐ WASHDOWN:

**Differences from Reference Style:**
- Updated style lines
- Updated fabric
- Remove CB pleats
- Add reflective to CF zipper

## FRONT SILHOUETTE

F5YO166407 - F15 OW
G's Plush Softshell
Outlets

DC or DD   FGV: _____

FCA: _____

LANDED: _____

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

BASE: _____

Zipper 1
Phemo 1
3/4" from edge

Heat Transfer Glued 1

1" from edge

Snaps 1
Washer 1

Elastic 1
(inside garment)   1/4" from edge

ISO 406
1/4" spacing
1" from edge

☐ **FIT or BLOCK:** Modern Classic - follow block
☐ **FIT REF:** WG3190 Brookview Softshell
☐ **SPECIAL MEASUREMENTS AND NOTES:**
  insert here
  insert here
☐ **CBL:** 19.5"

☐ **COST REF:** WG3190 Brookview Softshell

☐ **DESIGN REF:** WG3190 Brookview Softshell

## TEAM: KATHRYN, CRYSTAL, ADRIANNE, CHRISTINE, BECCA

/SpecialMakes/2015 FALL/TECH SKETCHES/OUTERWEAR/GIRLS/166407_Plush Softshell_OUTLETS.ai

**Page 8**

Columbia_01169

## BACK SILHOUETTE



Label Logo 1
(inside garment)

**Page 9**

Columbia_01170

## LINING SKETCH

**Last Updated:** 10/13/14 CMW



**Page 10**

**DETAIL SKETCH**

CONFIDENTIAL

Columbia_01172

# Style WL6010: Inline Garment, Women's Hooded Jacket





010
**Black**
C/O

562
**Purple Dahlia**
C/O

563
**Nightshade**

967
**Pond**

CONFIDENTIAL

Columbia_01093



ALL SHELL ① UNLESS OTHERWISE CALLED OUT

ISO 301
Outline
Hood & CF Facing

ISO 301
1/8" spacing
1/8" from edge
at Neck and
Hood Opening

Thread 1 - DTM Shell 1

NO SHOULDER SEAM

ISO 301
1/8" from edge

ISO 301
1/4" from edge

Direct Embroidery 1

Zipper 1

Zipper 2

Cuff Facing
ISO 301
Understitching

**Page 14**

**ALL SHELL ① UNLESS OTHERWISE CALLED OUT**



ISO 301
1/8" from edge

ISO 301
1/4" from edge
Hood Neck Edge

ISO 301
1/8" from edge

ISO 301
1" from edge

**Last Updated:** 03.19.14 KJR



Webbing and Tape 1

Label 1

Sleeves

Sleeves

Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Toggle 1
Washer 1

Label 2
Label 3
Label 4

Style XL6115: Outlet SMU Build,
Women's non-hooded jacket





**010**
**Black**
C/O

**591**
**Nocturnal**

**314**
**Deep Wave**

**562**
**Purple Dahlia**

**575**
**Plum**

CONFIDENTIAL  Columbia_01067

**FRONT SILHOUETTE**

**FABRICS:**
☐ Shell 1:  069441   Value SmoothPhur

☐ Lining 1: **004476**   Chamois Touch Tricot

F5WO165865- F15 OW
Non-hooded Plush Softshell
OUTLET

DC or DD   FGV: _____

FCA: _____

LANDED: _____

**Last Updated:** 11/26/14 AS

*All Shell ① unless indicated

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

_____

**TRIMS:**
☐ **SPECIAL TRIMS:**
  All Topstitching is ISO 301
  1/4" from edge unless
  otherwise noted

☐ **SEAM SEAL:**
  - Lining 1: Hand Pockets
  - Interfacing 1: hem eyelet
    reinforcement
☐ **LASER CUTTING:**
  - Thread 1: All topstitching

☐ **STITCH CALLOUT:**

☐ **CONTRAST STITCH:**

☐ **THREAD WEIGHT:**

☐ **PRINT/YD MATCHING:**

☐ **WASHDOWN:**

**Differences from Reference Style:**
- Style lines updated
- No hood
- No droptail

ISO 301
1/4" from edge
Zipper 1

①B

ISO 301
3/4" from edge

Columbia — Direct Embroidery 1

Zipper 2

ISO 406
1/4" spacing
1" from edge

ISO 301
Outline
3/4" from edge

☐ **FIT or BLOCK:** WL6010 Kruser Ridge Softshell
☐ **FIT REF:** WL6010 Kruser Ridge Softshell
☐ **SPECIAL MEASUREMENTS AND NOTES:**
  insert here
  insert here
☐ **CBL:** 27"

☐ **COST REF:** WL6010 Kruser Ridge Softshell

☐ **DESIGN REF:** WL6010 Kruser Ridge Softshell

**TEAM: ALAINA, CRYSTAL, VALERIE, CHRIS, MARIA**

'/Volumes/SpecialMakes/2015 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/165865_ Outlet NonHooded Plush Softshell OUTLET.ai'

## BACK SILHOUETTE

*All Shell ① unless indicated



ISO 406
1/4" spacing
1" from edge

**Page 20**

Columbia_01151

## LINING SKETCH

**Last Updated:** 11/26/14 AS



**Page 21**

# Style WL5437: Inline Garment, Women's hooded synthetic-down jacket



❖Columbia



010
Black
C/O

508
Bluebell

663
Chianti

191
Chalk

325
Spray

637
Punch Pink

08.10.15

* SALES SAMPLE    T TRAVEL SAMPLE

**Page 23**

PAGE 7

CONFIDENTIAL

Columbia_01106

**Last Updated:** 5.30.13 DGB

ISO 301
Outline

ISO 301
1/16" from edge
All topstitching unless
otherwise specified

Quilting:
Body spacing - 1 1/2"
Side panel spacing - 4"
Sleeve spacing - 4"
Hood spacing 4"

Eyelet-Grommets 1
Drawcord-Cording-Laces 1
Toggle 1

Direct Embroidery 1

Zipper 1

Zipper 2

L2
Pocket bag

Zipper 3

ISO 301
1" from Edge

ISO 301
1/4" from Edge

'/Volumes/Outerwear/2014 FALL/WOMENS/JACKETS/SL5045_46553_Powder_Pillow_
Jacket/SL5045_46553_Powder_Pillow_Jacket.ai '

CONFIDENTIAL

Columbia_01255





Style XL3985: Outlet SMU Build,
Women's non-hooded synthetic-down jacket





**010**
**Black**
**C/O**

**732**
**Geyser**

**600**
**Bright Rose**
**C/O**

**545**
**Light Grape**

**316**
**Cypress**

**520**
**Dark Raspberry**

CONFIDENTIAL

Columbia_01080

**FABRICS/DESCRIPTION:**   SUB:   COLOR:

- [ ] Shell 1: 071776 Windbreaker WR finishing
- [ ] Shell 2:
- [ ] Shell 3:
- [ ] Shell 4:

- [ ] Lining 1: 071776 Windbreaker WR finishing
- [ ] Lining 2:
- [ ] Lining 3:
- [ ] Binding 1: 071776 Windbreaker WR finishing

- [ ] Insulation 1: 020843 Faux Down
- [ ] Insulation 2:

**TRIMS:**
- [ ] Special Trims:
      All trim will most likely be black as
      reference style

**Last Updated:** 09/09/2014 AS

**COSTING:**
Target Cost/Margin:

Base Price:

Landed Cost:

Margin:

Factory/LO:

All stitching is ISO 301 Edgestitch

*Quilting* ISO 301

Lining 1: hand pocket bags
Insulation 1: Body, sleeves, collar
Needle 1 Thread 1: Quilt stitching

- [ ] **SPECIAL INSTRUCTIONS:**
- [ ] **SEAM SEAL:**
- [ ] **LASER CUTTING:**
- [ ] **WELDING:**
- [ ] **STITCH CALLOUTS:**
- [ ] **CONTRAST STITCH:**
- [ ] **THREAD WEIGHT:**
- [ ] **PRINT MATCHING REQ:**
- [ ] **WASHDOWN:**
- [ ] **NOTES:**

- [ ] **FIT REF: Follow Style**
- [ ] **COMP STYLE: XK5838**
- [ ] **MEASUREMENTS:**
- [ ] **CBL OR INS:**
- [ ] **NOTES:**

**S5WO165126 - S15 OW
Synthetic Insulation Jkt
Outlets**

**FRONT SILHOUETTE**

Di erences from Reference Style:
- Changed fabric

Zipper 1

Direct Embroidery 1

Zipper 2

Webbing and Tape 1   Webbing and Tape 2

**TEAM: J. Champion, A. Shea, C. Westlund, A. Lewis**

SpecialMakes/2015 SPRING/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/165126_Synthetic Insulation Jkt_Outlets.ai

## BACK SILHOUETTE



**Page 30**

## LINING SKETCH

**Last Updated:** 09/09/2014 AS



**Page 31**

Columbia_01132

## DETAIL  SKETCH

**Last Updated:** 09/09/2014 AS

P1 hem is uneven:
- Please make STRAIGHT hem as on technical sketch.





**Page 32**

Style WL5511: Inline Garment, Women's jacket

❖Columbia





545
Light Grape
ᵀUSA

010
Black
*USA

530
Bright Plum
USA

CONFIDENTIAL

**Last Updated:** 5.7.14YL

Needle 1/ Thread 1: for Quilting

Right Interior Pocketbag: L1

Knuckle Side Pocketbag: 1

Palm Side Pocketbag: L1B

Palm Side Pocketbag Facing: 1

ISO 301 Edgestitch unless otherwise noted

Please follow DTL sketch for quilt pattern and size

Machine quilt:
SHELL 1 to LINING 1

All THREAD:
Match

# All Shell(1)unless otherwise noted



ISO 301
1/4" from edge

Zipper 1
Phemo 1

Direct Embroidery 1

◆ Columbia

Zipper 3
Phemo 2

Zipper 2
Phemo 2

Webbing and Tape 2

Screen Print 1
(see Detail sketch)

**Last Updated:** 5.7.14YL

## All Shell①unless otherwise noted



**Last Updated:** 5.7.14YL



Label Logo 1   Label 1

Sleeves

Sleeves

Zipper 4

Bead 1
Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Toggle 1
Washer 1
Webbing and Tape 1

ISO 301
Understitching

Label 2
Label 3
Label 4
Label 5

ISO 301
1/4" from edge

Style XL1493: Outlet SMU Build, Women's vest





**032**
**Tradewinds Grey**





**464**
**Collegiate Navy**



**010**
**Black**

CONFIDENTIAL     Columbia_01061

**FRONT SILHOUETTE**

**FABRICS:**

☐ Shell 1: 074261   15D Ripstop Cire face

☐ Lining 1: 073108   Windbreaker Dyed Only Shiny Side as Face (no WR)

☐ Binding 1: 074261   15D Ripstop Cire face

☐ Insulation 1: 072943   C Ball faux down

F6WO173102 - F16 OW
MICROCELL VEST
OUTLET

DC or DD   FGV: _____

FCA: _____

LANDED: _____

**Last Updated:** 12/10/15   JMB

\*All Shell ① unless indicated

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

BASE: _____

**TRIMS:**
Needle 1/ Thread 1: for Quilting
☐ **SPECIAL TRIMS:**
Right Interior Pocketbag: ⓛ1

☐ **SEAM SEAL:** Pocketbag: ①

Palm Side Pocketbag: ⓛ1B

☐ **LASER CUTTING:**
Palm Side Pocketbag
Facing: ①

☐ **STITCH CALLOUT:**
ISO 301 Edgestitch
unless otherwise noted

☐ **CONTRAST STITCH:**
Please follow DTL sketch for
quilt pattern and size

☐ **THREAD WEIGHT:**
SHELL 1 to LINING 1

☐ **PRINT MATCHING:**
Match

☐ **WASHDOWN:**

Zipper 1
Phemo 1

Direct Embroidery 1

ISO 301
1/4" from edge

No side seam

Zipper 3
Phemo 2

Zipper 2
Phemo 2

Screen Print 1
(see Detail sketch)

**Differences from Reference Style: WL5511**
-Removed Sleeves
-Revised armhole from raglan shape
-Updated quilt lines
-Updated lining 1
-No Side seam

☐ **FIT or BLOCK:** Regular Fit

☐ **FIT REF:** WL5511: Microcell™ Jacket

☐ **SPECIAL MEASUREMENTS AND NOTES:**
Removed sleeves
Update to vest fit

☐ **CBL:** 25"

☐ **COST REF:** WL5511: Microcell™ Jacket

☐ **DESIGN REF:** WL5511: Microcell™ Jacket

# TEAM: BARBARA, JESSIE, ANN, CHRIS, JOHNNY

'/Volumes/SpecialMakes/2016 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/173102_Microcell Vest_Outlet.ai'

CONFIDENTIAL

**Page 40**

Columbia_01195

## BACK SILHOUETTE



ISO 301
1" from edge

CONFIDENTIAL

**Page 41**

Columbia_01196

# LINING SKETCH

**Last Updated:** 12/10/15  jmb



Label Logo 1

Label 1

Zipper 4

Bead 1
Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Toggle 1
Washer 1
Webbing and Tape 1

ISO 301
Understitching

Label 2
Label 3
Label 4
Label 5

ISO 301
1/4" from edge

**Page 42**

Columbia_01197

## DETAIL SKETCH

**Last Updated:** 12/08/15  jmb

## DIAMOND QUILT DETAIL SKETCH



1 7/8"

1 5/8"

Columbia_01198

# DETAIL  SKETCH

## Packable Label Detail



Screen print place middle of zipper opening

PACKABLE

FRONT LEFT SIDE H PKT

CONFIDENTIAL

Columbia_01199

# Style XK1438: Inline Garment, Women's "hybrid" jacket

❖Columbia





**010**
**Black, Black,**
**Foxglove zip**

**032**
**Tradewinds Grey,**
**Nocturnal,**
**Atoll zip**

**564**
**Foxglove,**
**Nocturnal,**
**Nocturnal zip**

**404**
**Atoll,**
**Tradewinds Grey,**
**Tradewinds Grey zip**

CONFIDENTIAL

Columbia_01099

**Last Updated:** 08/28/15 JMB

\*All Shell ① unless indicated

Insulation 1= Quilted between S1 and L1

Interfacing 1 =  Front Pkt stitch & storm flap

Thread 1 = All Construction

Thread 2 = Remainder of stitching as needed

All topsitch ISO 301   1/16" from edge
unless otherwise noted

Quilting pattern – refer to pattern/sketch



Direct Embroidery 1

Zipper 1

Zipper 2
Drawcord-Cording-Laces 2
L2 POCKET BAGS

ISO 401   B1

'/Volumes/SpecialMakes/2016 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/172019_Transitional Hybrid Jacket_OUTLET.ai'

*All Shell ① unless indicated



**Last Updated:** 08/28/15  JMB



Label Logo 1

Heat Transfer Glued 1

Bead 1
Toggle 1
Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Washer 1

Label 1
Label 2
Label 3
Label 4

Single Layer Pkt Bags

Internal parts of hem toggle system in grey

Style XM1175: Outlet SMU Build,
Men's "hybrid" jacket

❖Columbia

F10 Men's SRT Outlet





010
Black

464
Collegiate Navy,
Graphite

431
Hyper Blue,
Graphite

675
Rocket,
Graphite

396
Woodland,
Black

CONFIDENTIAL

Columbia_01073

**FRONT SILHOUETTE**

**FABRICS:**
☐ Shell 1: 024054   Smooth Microfiber
☐ Shell 2: 076997   New Honeybee Smooth Face Fleece
☐ Lining 1: 100016   210T Taffeta
☐ Lining 2: 004476   Chamois Touch Tricot
☐ Binding 1: 360183   Woven Stretch Binding
☐ Insulation 1: 300088   Lightweight Insulation heat set $.54

| F6MO172302 - F16 |
| Transitional Hybrid Jacket |
| OUTLET |

DC or DD   FGV: _____
FCA: _____
LANDED: _____

**Last Updated:** 08/28/15 JMB

*All Shell ① unless indicated

MARGIN: _____
TARGET MARGIN: _____
DUTY: _____
BASE: _____

**TRIMS:**
☐ **SPECIAL TRIMS:**
   Insulation 1 = Quilted between S1 and L1
☐ **SEAM SEAL:** Seal 1 = Pocket Flap facing & storm flap
   Thread 1 = All Construction
☐ **LASER CUTTING:** remainder of stitching as needed
☐ **STITCH / TOP:** All topstitch ISO 301   1/16" from edge
   Unless otherwise noted
   Quilting pattern - refer to pattern/sketch
☐ **CONTRAST STITCH:**
☐ **THREAD WEIGHT:**
☐ **PRINT/YD MATCHING:**
☐ **WASHDOWN:**

Direct Embroidery 1

Zipper 1

Zipper 2
Drawcord-Cording-Laces 2
(L2) POCKET BAGS

**Differences from Reference Style:** 172019
-Fit Revised to Mens as per the WM1031
-Added Hood
-Revised Quilt Lines

ISO 401 (B1)

---

☐ **FIT or BLOCK:** REGULAR FIT
☐ **FIT REF:** WM1031 MIGHTY LITE HYBRID
☐ **SPECIAL MEASUREMENTS AND NOTES:**
☐ **CBL:** 29"

☐ **COST REF:** F6WS172019 W'S TRASITIONAL HYBRID
   (womens)

☐ **DESIGN REF:** F6WS172019 W'S TRASITIONAL HYBRID
   (womens)

## TEAM: Barbara, Jessie, Ann, Chris, Candice

'/Volumes/SpecialMakes/2016 FALL/TECH SKETCHES/OUTERWEAR/MENS/JACKETS/172302_Transitional Hybrid Jacket_OUTLET.ai'

CONFIDENTIAL

Columbia_01192

## BACK SILHOUETTE

*All Shell ① unless indicated



# LINING SKETCH

**Last Updated:** 09/10/15  JMB



Label Logo 1

Heat Transfer Glued 1

Internal parts of hem
toggle system in grey

Single Layer Pkt Bags

Bead 1
Toggle 1
Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Washer 1

Label 1
Label 2
Label 3
Label 4

**Page 54**

Columbia_01194

Style WL5362: Inline Garment, Women's jacket

# Hellfire Down Jacket

F4WO156174 | NEW

❖ Fall 14



**676**
**Red Hibiscus**



**010**
**Black**

**572**
**Mirage**

**497**
**Inkling**

CONFIDENTIAL

**Last Updated:** 6.14.13 DGB



All topstitching edgestitch
unless otherwise noted

L2 handpktbags
L3 chestpktbag
Scrim 1 handpktbags

Zipper 1
Phemo 1

Direct Embroidery 2
(On stormflap)

Direct Embroidery 1

ISO 301
1/8" from edge

Zipper 2
Phemo 1

Direct Embroidery 3

'/Volumes/Outerwear/2014 Fall/WOMENS/JACKETS/WL5362_156174_Hellﬁre Jacket/156174_Hellﬁre Jacket.ai'



**Page 58**

Columbia_01253

**Last Updated:** 9.26.13 AS



Webbing and Tape 1
Label Logo 1
Label 1
Label 2

Zipper 3

Bead 1
Toggle 1
Eyelet-Grommets 1
Drawcord-Cording-Laces 1
Webbing and Tape 2

Label 3
Label 4
Label 5
Label 6
Label 7

**Page 59**

Columbia_01254

Style XL1062: Outlet SMU Build, Women's vest

❖Columbia





010
Black
C/O

100
White

032
Tradewinds Grey

981
Mineshaft

562
Purple Dahlia

* SALES SAMPLE   T TRAVEL SAMPLE

CONFIDENTIAL

Columbia_01081

**FABRICS:**

☐ Shell 1: 067186   Triple Check Ripstop

☐ Shell 2: 059409 Extreme Raccoon Faux Fur

☐ Lining 1: 034094 Reflective Print Microtex Lite DP

☐ Lining 2: 004476 chamois touch tricot - hand pockets

☐ Lining 3: 100016 210T - hood lining and lining pocket bag

Please Proto and cost with two options for the down insulation:

☐ Insulation 1: 073597- 600FP Duck Down

☐ Alt insulation 1: 064323- 700FP Duck Down
  2 samples- one for PE and one for Merch. Can do one in 600FP and one
  in 700FP for P1.

**Last Updated:** 10/17/14 CMW

**FRONT SILHOUETTE**

F5WO165848 - F15 OW
W's Better Down Vest
OUTLETS

DC or DD   FGV: _____

FCA: _____

LANDED: _____

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

BASE: _____

**TRIMS:**

☐ SPECIAL TRIMS:

  same as ref. style

☐ SEAM SEAL: no

☐ LASER CUTTING: no

All topstitching edgestitch
unless otherwise noted

L2 hand pocket bags
L3 lining pocket bag
Scrim 1 hand pocket bags

☐ THREAD WEIGHT:
follow reference style for
down thread and needle

Zipper 1
Phemo 1

Direct Embroidery 1

Zipper 2
Phemo 1

ISO 301
1" from edge

**Differences from Reference Style:**

- vest version
- add hood & fur

☐ FIT or BLOCK: Active

☐ FIT REF: WL5362 Hellfire

☐ SPECIAL MEASUREMENTS AND NOTES:
  insert here
  insert here

☐ CBL: 26"

☐ COST REF: WL5362 Hellfire

☐ DESIGN REF: WL5362 Hellfire

# TEAM: NANCY, CRYSTAL, ANN, CHRIS, JEVON

'/Volumes/SpecialMakes/2015 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/165848_Better Down Vest OUTLET.ai'

CONFIDENTIAL

**Page 62**

Columbia_01141

## BACK SILHOUETTE



Snaps 1

Snaps 1
(hidden)

## DETAIL SKETCH

**Last Updated:** 11.06.13



Webbing and Tape 1   Label 1   Label Logo 1

Zipper 3

Facing width 1.5"

Bead 1
Toggle 1
Eyelet-Grommets 1
Webbing and Tape 2
Drawcord-Cording-Laces 1

Label 2
Label 3
Label 4
Label 5
Label 6

# DETAIL SKETCH

## Embroidery 2 Detail





Shell

Shell

Shell Fabric Chinguard

*For use with WPB/Rainwear fabrics



DETAIL:
CF Facing w/ pocket

1.5"

4"

Facing curve starts
4" down

Center zipper
on facing

6"

1.5"

Security/Media pocket on left side

**Page 65**

Style AL5323: Inline Garment, Women's knit dress



485
Harbor Blue Print
†USA
†CAN
°INTL

652
Tropic Pink Print
°USA
°CAN

564
Foxglove Print
°USA
°CAN
°INTL

316
Cypress,
Heather
†USA
†CAN

010
Black,
Heather
°USA
°CAN
°INTL

CONFIDENTIAL

Columbia_01091

Style XK6214: Outlet SMU Build,
Women's shortsleeve tee

❖Columbia





**520**
**Dark Raspberry**
**Heather**

**101**
**White**
**Heather**

**623**
**Pomegranate**
**Heather**

**508**
**Bluebell**
**Heather**

**313**
**Blueglass**
**Heather**

**391**
**Emerald**
**Heather**

CONFIDENTIAL

Columbia_01065

**Last Updated:** 01/14/16 TH

All topstitching is unless
otherwise called out:
ISO 605
1/4" spacing
Straddle seam

Interfacing 1: Hem facing
Thread 1: All topstitching

*All Shell ① unless indicated



ISO 401
Edgestitch

ISO 406
1/8" spacing
3/4" from edge

ISO 406
1/8" spacing
3/4" from edge

'/Volumes/SpecialMakes/2016 SPRING/TECH SKETCHES/SPORTSWEAR/WOMEN/KNITS/168648_Novelty Tech Tee_OUTLETS.ai'

*All Shell (1) unless indicated



Heat Transfer Glued 1
Heat Transfer Glued 2
(hidden)
(inside garment)

B1

Label Logo 1

Label 1
Label 2
Label 3

**Page 71**

Style AL6484: Inline Garment,
Women's full-zip hoodie

❖Columbia

F 1 6   W o m e n   O u t d o o r   L i f e s t y l e





010
**Black**
C/O

400
**Deep Marine**

563
**Nightshade**

661
**Red Orchid**

✳ SALES SAMPLE    T  TRAVEL SAMPLE

**Page 73**

PAGE 19

CONFIDENTIAL

Columbia_01094

**Last Updated:** 4/04/13 NN



'/Volumes/Outerwear/2014 FALL/WOMENS/JACKETS/155695_Pearl Plush Hoodie.ai'



ISO 301
1/4" from edge

**Page 75**

**Last Updated:** 4/02/13 NN





Toggle Detail

Teather measurements

# Style XL6117: Outlet SMU Build, Women's full-zip hoodie

❖Columbia





**010**
**Black**
C / O

**100**
**White**
C / O

**575**
**Plum**

**391**
**Emerald**

**497**
**Inkling**

11.13.15

\* SALES SAMPLE    T TRAVEL SAMPLE

CONFIDENTIAL

Columbia_01068

**FABRICS:**

☐ Shell 1: 064734   Luscious Pile

☐ Lining 1: **004476**   Chamois Touch Tricot

**FRONT SILHOUETTE**

F5WS165945 - F15 SW
Lightweight Plush Full Zip
OUTLETS

**Last Updated:** 11/07/14 CMW

*All Shell ① unless indicated

DC or DD   FGV: _____

FCA: _____

LANDED: _____

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

BASE: _____

**TRIMS:**

☐ **SPECIAL TRIMS:**

☐ **SEAM SEAL:**

☐ **LASER CUTTING:**

☐ **STITCH CALLOUT:**

☐ **CONTRAST STITCH:**

☐ **THREAD WEIGHT:**

☐ **PRINT/YD MATCHING:**

☐ **WASHDOWN:**

Webbing and Tape 1
ISO 401
Edgestitch

ISO 301
1/4" from edge

Zipper 1

Direct Embroidery 1

Zipper 2

ISO 301
5/8" from edge

**Differences from Reference Style:**
- Updated style lines
- Shorten CBL by .5"
- Change from Modern Classic fit to Active
- Remove hem toggles
- Add binding to hood seams

Webbing and Tape 3
ISO 401
Edgestitch

ISO 301
1/4" space
1" from edge

☐ **FIT or BLOCK:** Active - follow block

☐ **FIT REF:** AL6484 Cozy Cove Full Zip Hoodie

☐ **SPECIAL MEASUREMENTS AND NOTES:**
  insert here
  insert here

☐ **CBL:** 25.5"

☐ **COST REF:** AL6484 Cozy Cove Full Zip Hoodie

☐ **DESIGN REF:** AL6484 Cozy Cove Full Zip Hoodie

# TEAM: LISA, CRYSTAL, ANN, CHRIS, JEVON

'/Volumes/SpecialMakes/2015 FALL/TECH SKETCHES/SPORTSWEAR/WOMENS/KNITS/165945_Lightweight Plush Full Zip OUTLETS.ai'

## BACK SILHOUETTE

*All Shell ① unless indicated



ISO 301
1/4" from edge

# DETAIL SKETCH

**Last Updated:**  12/1/14 LK



**Page 82**

**DETAIL SKETCH**

CONFIDENTIAL

**Page 83**

Columbia_01156

Style RG2122: Inline Garment, Youth jacket







354
Miami,
Ocean Water
C/O

010
Black
C/O

627
Haute Pink,
Bluebell
C/O

CONFIDENTIAL                                                                                        Columbia_01095



**Last Updated:** 11.7.14 LO

Lining 1 = Pocket bags, sleeves, hood
Interfacing 1 = Use as needed
Adhesive 1 = Fully seam sealed

All topstitching is ISO 301, edgestitch unless otherwise noted

ISO 301
1 1/2" from edge

ISO 301
3/4" from edge

Elastic 1

Zipper 1
Phemo 1

Webbing and Tape 1

Direct Embroidery 1

Zipper 2
Phemo 1

Heat Transfer Glued 1

Hook 2
Loop 2

ISO 301
1" from edge

'/Volumes/Outerwear/2015 SPRING/YOUTH/TechSketches/GIRLS/S5YO158063_G Arcadia Jkt.ai'



CONFIDENTIAL

**Page 87**

Columbia_01236



**Last Updated:** 10.4.13 LO

4-3/4"
4-1/2"

Snaps 1
Washer 1

Label 1
Label 2

Webbing and Tape 3

Sleeve
(L1)

Sleeve
(L1)

(L1)

(L1)

(L1)

Hook 1
Loop 1

Label 6

Label 3
Label 4
Label 5

**Page 88**

Columbia_01237



# REFLECTIVE PIPING DETAIL



CONFIDENTIAL

Columbia_01239

Style XG3974: Outlet SMU Build,
Youth jacket





010
Black,
Bright Plum

614
Tango Pink,
Collegiate Navy

530
Bright Plum,
Foxglove

508
Bluebell,
Bright Plum

CONFIDENTIAL

Columbia_01069

## FRONT SILHOUETTE

**FABRICS:**
☐ Shell 1: 031023   Watertight Mircoporous/DWR
☐ **Shell 2:** 031023   Watertight Mircoporous/DWR
☐ **Lining 1:** 200001   Mesh Warp Knit
☐ Lining 2: 100016   210T Taffetta

S6YO169060  - S16 OW
Girls Mary's Peak II
OUTLET

DC or DD   FGV: _____
FCA: _____
LANDED: _____

**Last Updated:** 05/21/15  JMB          *All Shell ① unless indicated

MARGIN: _____
TARGET MARGIN: _____

**TRIMS:**
☐ **SPECIAL TRIMS:**
   Reflective Trim

DUTY: _____
BASE: _____

All Interior Seams: ISO 516 - 3/8"
All Topstitching: ISO 301 - Edgestitch
unless otherwise noted on sketch

☐ **SEAM SEAL:**
   Critically

Lining 1: Pocket bags
Interfacing 1: As needed
Adhesive 1: Critical Seam Sealed

☐ **LASER CUTTING:**
   No

☐ **STITCH CALLOUT:**

☐ **CONTRAST STITCH:**
   No

☐ **THREAD WEIGHT:**

☐ **PRINT/YD MATCHING:**
   No

☐ **WASHDOWN:**
   No

**Differences from Reference Style:**

***Reference is womens style
- Added Reflective Trim at CF zipper
- Revised hood D/C Channel

ISO 301
Elastic 1
see Detail sketch

Zipper 1
Webbing and Tape 2
(hidden)
(under placket)

Webbing and Tape 1

Direct Embroidery 1

Columbia

Zipper 2
Webbing and Tape 2

ISO 301
3/4" from edge

Heat Transfer Glued 1

Hook And Loop 1

Hook 1
(hidden)

ISO 301
1" from edge

☐ **FIT or BLOCK:** Modern Classic/Regular Fit
☐ **FIT REF:**  XG2393 Mary's Peak™ Jacket
☐ **SPECIAL MEASUREMENTS AND NOTES:**

☐ **CBL:** 20.5"

☐ **COST REF:** S6WO168640: Mary's Peak Jacket

☐ **DESIGN REF:** S6WO168640: Mary's Peak Jacket

## TEAM: Lisa, Jessie, Adrianne, Robin,

'/Volumes/SpecialMakes/2016 SPRING/TECH SKETCHES/OUTERWEAR/GIRLS/JACKETS/169060_Girls Mary'\''s Peak II_Outlet.ai'

CONFIDENTIAL

**BACK SILHOUETTE**

*All Shell ① unless indicated



ISO 301
1" from edge

 SEAM SEAL

**Page 94**

## LINING SKETCH

**Last Updated:** 02/27/15 JMB



Tack Lining to Shell
HERE, both sides

Loop 1
All down CF
placket
1 1/2" Long
Cut 5 pcs

ISO 301
1/4" from edge

Label 1

Sleeve

Sleeve

Label 5

Tack Lining to
Shell HERE

Label 2
Label 3
Label 4

ISO 301
Edgestitch
Understitching

### DETAIL SKETCH

Hood Elastic Detail



**Phemo Measurements**



## REFLECTIVE PIPING DETAIL



**Page 96**

Columbia_01187

Style WG6774: Inline Garment,
Youth full-zip jacket

Case 4:15-cv-04543-YGR Document 61-8 Filed 11/18/16 Page 100 of 195

F16 Youth Sportswear





**013**
Black,
Punch Pink



**508**
Bluebell,
Empress



**530**
Bright Plum,
Black



**354**
Miami,
Spray



**637**
Punch Pink,
Camellia Rose

CONFIDENTIAL

Columbia_01109

**Last Updated: 12/26/12**

All Interior Seams: ISO 514 – 3/8″
All Topstitching: ISO 301 – 1/4″ from
edge unless otherwise noted on sketch



ISO 401
Edgestitch

Phemo 1
Zipper 1

Direct Embroidery 1
5 ½″ down from HSP
2.75″ over from CF

Phemo 1
Zipper 2

Webbing and Tape 2

ISO 401
Edgestitch

ISO 301
3/4″ from edge



Webbing and Tape 2

Webbing and Tape 2

ISO 401
Edgestitch

CONFIDENTIAL

Columbia_01247

**Last Updated:** 4.25.12



Webbing and Tape 3

Webbing and Tape 1

Label 1

Webbing and Tape 3

Label 5
1" from top of finished hem
1" from zipper tape

Label 2
Label 3
Label 4
1.5" up from join seam

Style XG6011: Outlet SMU Build,
Youth full-zip jacket





**012**
**Black,**
**White zipper**

**545**
**Light Grape,**
**Atoll zipper**

**575**
**Plum,**
**Foxglove zipper**

**309**
**Mayan Green,**
**Light Grape zipper**

CONFIDENTIAL

FABRICS/DESCRIPTION:       SUB:       COLOR:

☐ Shell 1: #064734 Lushious Pile
☐ Shell 2:
☐ Shell 3:
☐ Shell 4:

☐ Lining 1: #023832 Superlight Microfleece
☐ Lining 2:
☐ Lining 3:
☐ Lining 4:
☐ Lining 5:
☐ Lining 6:
☐ Lining 7:
☐ Lining 8:

☐ Insulation 1:
☐ Insulation 2:

**TRIMS:**
☐ Special Trims:

**F4YO158673 - F14 OW**
**Girl's Pearl Plush FZ Jacket**
**Outlet**

**FRONT SILHOUETTE**

**Last Updated:** 11/6/13 CD

**COSTING:**
Landed Cost: $10.21

All Interior Seams: ISO 514 – 3/8"
All Topstitching: ISO 301 - edgestitch
unless otherwise noted on sketch

Margin:

Base Price:

Review Date:

☐ SPECIAL INSTRUCTIONS:

☐ SEAM SEAL:

☐ LASER CUTTING:

☐ WELDING:

☐ STITCH CALLOUTS:

☐ CONTRAST STITCH:

☐ THREAD WEIGHT:

☐ PRINT MATCHING REQ:

☐ WASHDOWN:

☐ NOTES:

☐ FIT REF:

☐ COMP STYLE: WG6774

☐ MEASUREMENTS:

☐ CBL OR INS:

☐ NOTES:

ISO 401
Edgestitch

Phemo 1
Zipper 1

Direct Embroidery 1
5 ½" down from HSP
2.75" over from CF

Phemo 1
Zipper 2

ISO 301
5/8" from edge

ISO 301
1/4" from edge
Note- S1 should come as close to CF zipper
as possible

Webbing and Tape 3

ISO 401
Edgestitch

**TEAM: Althee, Kate, Christine, Ashley, Adrianne, Gina**

'/Volumes/SpecialMakes/2014 FALL/TECH SKETCHES/OUTERWEAR/GIRLS/JACKETS/158673_Pearl Plush FZ_Outlets.ai'

## BACK SILHOUETTE

**Last Updated:** 11/6/13 CD

Webbing and Tape 4



Webbing and Tape 2

ISO 401
Edgestitch

# LINING SKETCH

**Last Updated:** 10/30/13 KJR



**Page 106**

## DETAIL  SKETCH

**FRONT PRINCESS SEAMS**

Current princess
seam

3/8"

1"

Style AL5030: Inline Garment,
Women's knit hoodie dress

# Heather Hills Dress

F4WS155641 | NEW

❖ Fall 14





**684**
**Deep Blush,**
**Pink Clover**

**572**
**Mirage,**
**Coral Glow**

**048**
**Coal,**
**Groovy Pink**

**540**
**Hyper Purple,**
**Oceanic**

CONFIDENTIAL

Columbia_00985

**Last Updated:** 8.14.13

ISO 602 1/8" spacing, edgestitch:
All seams unless noted

Thread 1: All ISO 602 topstitch

ISO 406
1/8" spacing
1" from edge

Drawcord-Cording-Laces 1

ISO 301
outline

Lining 1
(pocket bag)

ISO 406
1/8" spacing
1" from edge

'/Volumes/Sportswear-6/2014 FALL/WOMENS/KNITS/155641_Seasonless Knit Dress.ai'

Columbia_01028



Heat Transfer Glued 1
(inside garment)

ISO 401
1/4" from edge

Label Logo 1

Label 1
Label 2
(inside garment)

IDENTIAL



Hood shown up

Columb

Style XL5077: Outlet SMU Build,
Women's knit hoodie dress





**048**
**Coal**
**Heather**



**572**
**Mirage**
**Heather**

**540**
**Hyper Purple**
**Heather**

**684**
**Deep Blush**
**Heather**

**Page 114**

**FABRICS:**

☐ Shell 1: 069024   Textured Plaited Knit

☐ Shell 2: **069652**   Plaited Knit

☐ Shell 3:
　　　　　　Manual

　　　　　　Manual
☐ Lining 1: 200479   Tricot Lining

☐ Lining 2:
　　　　otherwise noted

**Last Updated:** 09/15/14 AS

*All Shell ①unless indicated

**FRONT SILHOUETTE**

F5WS166002 - F15 SW
Heather Hills Dress
OUTLETS

DC or DD   FGV: _____

FCA: _____

LANDED: _____

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

ISO 301   BASE: _____

**TRIMS:**

☐ **SPECIAL TRIMS:**   Lining 1 = Pocket bags
Interfacing 1 = As needed
Thread 1 = Topstitching
☐ **SEAM SEAL:** Label 1  = placed per Branded Placement
Label 2  = placed per Branded Placement

☐ **LASER CUTTING:**

☐ **STITCH CALLOUT:** All topstitching is ISO 602, unless

☐ **CONTRAST STITCH:**

☐ **THREAD WEIGHT:**

☐ **PRINT/YD MATCHING:**

☐ **WASHDOWN:**

ISO 406
1/8" spacing
1" from edge

Heat Transfer Glued 1

ISO 301
1/4" from edge

Drawcord-Cording-Laces 1

Label Logo 1

② 4"

ISO 301
Outline

ISO 406
1/8" spacing
1" from edge

**Differences from Reference Style:**
- Updated Design lines
- Updated Shell fabric

☐ **FIT or BLOCK:** ACTIVE - follow style reference for fit
☐ **FIT REF:** AL5030  Heather Hills™ Dress
☐ **SPECIAL MEASUREMENTS AND NOTES:**

☐ **CBL:** 35"

☐ **COST REF:** AL5030  Heather Hills™ Dress

☐ **DESIGN REF:** AL5030  Heather Hills™ Dress

# TEAM: ALAINA, CRYSTAL, ANN, CHRIS, JEVON

SpecialMakes/2015 FALL/TECH SKETCHES/SPORTSWEAR/WOMENS/KNITS/166004_W's Midweight HZ OUTLETS.ai



Last Updated: 11.06.13



Hood shown up

Colum



Columb

CONFIDENTIAL

Style FL6148: Inline Garment,
Women's longsleeve tee



[redacted]

733
Geyser
Multi Stripe
*USA
*CAN

811
Hot Coral
Multi Stripe
[T]USA
[T]CAN

464
Collegiate Navy,
White Stripe
[T]USA
[T]CAN
*INTL

810
Hot Coral,
White Stripe
USA
CAN
*INTL

501
Whitened Violet,
White Stripe
*USA
*CAN
*INTL

732
Geyser,
White Stripe
*USA
*CAN
*INTL

[redacted]

[redacted]

465
Collegiate Navy,
White Stripe
*USA
*CAN
*INTL

810
Hot Coral,
White Stripe
[T]USA
[T]CAN
*INTL

501
Whitened Violet,
White Stripe
*USA
*CAN
*INTL

732
Geyser,
White Stripe
USA
CAN
INTL

464
Collegiate
Navy
USA
CAN
INTL

[redacted]

**Last Updated:** 12/5/12



Webbing and Tape 2
Back Neck

ISO 406
1/4" spacing
1/8" from edge

Heat Transfer Glued 1

Heat Transfer Glued 2

Thread 1
Shell 1

Thread 2
Shell 2

ISO 406
1/8" spacing
5/8" from edge

ISO 406
1/8" spacing
3/4" from edge

Label 1
Label 2
(Inside)

' /Volumes/HuntFish-7/SPRING 14/WOMEN ' \ ' 'S PFG/TOPS/153850-1_Reel Beauty LS.ai '



Heat Transfer Glued 3

Webbing and Tape 1
Shoulders

ISO 301
1/4" from edge

**Page 122**

DETAIL OF INSET



Roll over    1.5"    SS

DETAIL OF STRIPE DIRECTION

Insets will be Shell 2



This seam must be cut straight

This seam must be cut straight

Horizonal strip on body and sleeve, front & back

Style XL6981: Outlet SMU Build,
Women's Longsleeve Tee

# Women's Sportswear

XL6981 | F5WS167782                                        ❖ Fall 15





**010**
**Black**



**032**
**Tradewinds Grey**

**462**
**Siberia**

**464**
**Collegiate Navy**

**520**
**Dark Raspberry**



**546**
**Purple Lotus**

**565**
**Quill**

**684**
**Deep Blush**

**960**
**Oceanic**

**Page 125**

**FRONT SILHOUETTE**

F5WS167782 - F15 SW
Reel Beauty LS
Outlets

**FABRICS:**
☐ Shell 1: 067549   Updated Reel Beauty Cotton Rayon Solid

☐ Binding 1: 067549   Updated Reel Beauty Cotton Rayon Solid
☐ Binding 2: 067549   Updated Reel Beauty Cotton Rayon Solid
☐ Binding 2: 067549   Updated Reel Beauty Cotton Rayon Solid

DC or DD   FGV: _____

FCA: _____

LANDED: _____

**Last Updated:** 2/12/15 TH

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

*All Shell ① unless indicated

BASE: _____

**TRIMS:**
☐ **SPECIAL TRIMS:**
All trims follow ref. style
unless noted

☐ **SEAM SEAL:**
No

☐ **LASER CUTTING:**
No

☐ **STITCH CALLOUT:**

☐ **CONTRAST STITCH:**
No

☐ **THREAD WEIGHT:**
800001- Textured Nylon

☐ **PRINT/YD MATCHING:**
No

☐ **WASHDOWN:**
No



**Differences from Reference Style:**
- Removed Flatseam Changed to 3 needle
  coverstitch
- Removed bottom band
- Rvised neckline shape

☐ **FIT or BLOCK:** Modern Classic Fit (Follow ref)
☐ **FIT REF:** FL6151- Reel Beauty II LS Shirt
☐ **CBL:** 26"

☐ **COST REF:** FL6151- Reel Beauty II LS Shirt

☐ **DESIGN REF:** FL6151- Reel Beauty II LS Shirt

**TEAM: Tasha, Jenna, Ann, Chris, Leah**

'/Volumes/SpecialMakes/2015 FALL/TECH SKETCHES/SPORTSWEAR/WOMENS/KNITS/167782_Reel Beauty LS_Outlets.ai'

## BACK SILHOUETTE

*All Shell ① unless indicated



B1

3/8" Binding

(1/4" finished) B2

ISO 401
Edgestitch

1/4" Binding
Finished

Heat Transfer Glued 1
Heat Transfer Glued 2
*Note Interior Placement Exception
3/8" Centered Below Keyhole
Standard 1/4" Spacing

B3

B3

Label 1
Label 2
*Note Placement Exception
2" Above Horizontal Join Seam

CONFIDENTIAL

**Page 127**

Columbia_01019



Columbia_01020

Style WO4014: Inline Garment,
Men's insulated jacket





**464**
Collegiate Navy,
Graphite

*INTL

**010**
Black, Shark
C/O

INTL

**430**
Everblue, Night Shadow,
Chartreuse pops

*INTL

**438**
Super Blue,
Graphite

*INTL

**845**
Super Sonic,
Shark

*INTL

**Page 130**

**Last Updated:** 11.14.13 DGB



All Topstitch
ISO 301 Edgestitch
unless otherwise noted

All Thread: DTM

Quill Channel
Spacing 1.5"

Lower Pocketbags;
(L2)

Chest Pocketbag;
①

Drawcord-Cording-Laces 3

Zipper 1

ISO 301
Outline

Drawcord-Cording-Laces 3
Zipper 3

ISO 301
Understitching

Direct Embroidery 1

Drawcord-Cording-Laces 3

Zipper 2

Webbing and Tape 1

'/Volumes/Outerwear/2015 Spring/MENS/JACKETS/158036_Passo Alto Jacket UPDATE.ai'



Bead 1
Drawcord-Cording-Laces 2
Eyelet-Grommets 1
Toggle 2
Washer 1
Webbing and Tape 3
(See Detail Sketch)

ISO 301
1/2" from edge

ISO 301
Outline

Direct Embroidery 2

ISO 301
1/4" spacing
1" from edge

CONFIDENTIAL

**Page 132**

Columbia_01048

**Last Updated:** 11.14.13 DGB



Label Logo 2
Label Logo 1
Label 1
Label 2

Bead 1
Drawcord-Cording-Laces 1
Toggle 1

Eyelet-Grommets 1
Washer 1
Webbing and Tape 2

Label 3
Label 4
Label 5
Label 6

= Direction of Stretch

**Last Updated:**  12.12.13 DGB



Columbia_01050

# Style XL5035: Outlet SMU Build, Men's insulated jacket

❖Columbia





**010**
**Black, Shark**

**431**
**Hyper Blue,**
**Shark**

**691**
**Bright Red,**
**Shark**



**342**
**Cyber Green,**
**Shark**

**866**
**Backcountry Orange,**
**Shark**

**429**
**Everblue,**
**Night Shadow**
**(Tangy Orange zipper)**

**Page 136**

**FRONT SILHOUETTE**

**S6MO168444 - S16 OW**
**Hybrid OW Jacket**
**OUTLET**

**FABRICS:**

☐ Shell 1: 071776   Windbreaker WR finishing
☐ Shell 2: **065392**   **Novelty Cross Dye Thermarator Fleece**

☐ Lining 1: 073148   Windbreaker Cire Face Better OHR foil print
☐ **Lining 2:** 004476   Chamios Touch Tricot

☐ Insulation 1: 071921   60gsm OH Insulation

DC or DD   FGV: _____

FCA: _____

LANDED: _____

**Last Updated:**  10/1/15 TH

MARGIN: _____

*All Shell ① unless indicated

TARGET MARGIN: _____

DUTY: _____

All Topstitch
ISO 301 Edgestitch
unless otherwise noted

Quilt Channel
Spacing 2.375"

BASE: _____

ISO 301
Reverse coul zipper with
Centered
#005542 drawcord phemo
Zipper 1
Drawcord-Cording-Laces 2

**TRIMS:** Needlepunch 1:
☐ **SPECIAL TRIMS:**

All trims follow ref. style
unless noted
Insulation 1:
Body, collar, sleeves

☐ **SEAM SEAL:**
No
Interfacing 1:
Where needed

☐ **LASER CUTTING:**
No
Thread 1:
DTM

☐ **STITCH CALLOUT:**

Direct Embroidery 1
(as per sketch, same
placement on all sizes)

#3 coil zipper with
#005542 drawcord phemo
Zipper 2
Drawcord-Cording-Laces 2

☐ **CONTRAST STITCH:**
No
ISO 301
1/2" from edge

☐ **THREAD WEIGHT:**
Standard
ISO 301
Edgestitch

No side seam

☐ **PRINT/YD MATCHING:**
No

Direct Embroidery 2

☐ **WASHDOWN:**
No
ISO 401
Edgestitch
Pocket Bags
(inside garment)
ISO 301
1" from edge
Webbing and Tape 1

**Differences from Reference Style:**
- Updated design
- Updated shell fabric (1 & 2)
- Removed neck drawcord adjustment
- Removed chest pocket (Zipper 2)
- Updated hem toggle system to SRT's

☐ **COST REF:** WO4014: M Passo Alto Jkt

☐ **FIT or BLOCK:** Active Fit (on the larger side of Active)
☐ **CBL:** Ref= 28.5"

☐ **DESIGN REF:** WO4014: M Passo Alto Jkt

**TEAM: Jevon / Vikki, Tasha, Katelyn, Johanna, Chris, Sarah**

'/Volumes/SpecialMakes/2016 SPRING/TECH SKETCHES/OUTERWEAR/MEN/JACKETS/168444_Hybrid Jacket_Outlet.ai'

## BACK SILHOUETTE



ISO 401
Edgestitch

# LINING SKETCH

**Last Updated:** 06/1/15 TH



Label Logo 2 — Label Logo 1 — Label 1
— Label 2

B1        B1

L1

L1        L1

1

1        2B        2B        1

1        2        1        2        1

Drawcord-Cording-Laces 1
Eyelet-Grommets 1
Toggle 1
Washer 1
Webbing and Tape 2

Label 3
Label 4
Label 5
Label 6

1.5" Facing

# DETAIL SKETCH

## Hem Toggle Detail



## CF Foldover Chinguard



Style WM6044: Inline Garment,
Men's softshell jacket

**Columbia**





**053**
**Graphite**
C/O
AR

USA
CAN
INTL

**010**
**Black**
C/O
AR

USA
CAN
INTL

**464**
**Collegiate Navy**
C/O
AR

USA
CAN
INTL

**431**
**Hyper Blue**
C/O

USA
CAN
INTL

**221**
**Tusk**
C/O
AR

USA



**675**
**Rocket**
C/O

**003**
**Boulder**
C/O
AR

USA

**338**
**Commando**
*USA
*CAN
*INTL

**548**
**Night Tide**
CAN
*INTL

**Page 142**

**Last Updated:** 5/28/13 YL

# Ms CF Foldover Chinguard



CF Zipper Detail

Shell

Shell Fabric Chinguard

1"

1"

1/2" Zipper window

**Last Updated:** 5/28/13 YL

# M'S DETAIL SKETCH
# for SOFT SHELL CUFF TAB



1"

## STITCHED
* Stitched cuff & cuff tab
* Strip-cut hook & loop

3.5"



1.25"

Place velcro as close to
end as possible ⟶

1"

3.625"

**Last Updated:** 5/28/13 YL



**Last Updated:** 4/10/13JC



**Last Updated:** 7.9.14 YL



# Style XM6093: Outlet SMU Build, Men's softshell jacket



**010**
**Black**
**C/O**

**013**
**Black,**
**Hyper Blue zips**

**028**
**Grill**
**C/O**

**464**
**Collegiate Navy**
**C/O**

**221**
**Tusk**
**C/O**

**039**
**Columbia Grey**

**675**
**Rocket**
**C/O**

**252**
**Wet Sand**

**554**
**Whale**

**Page 149**

**CONFIDENTIAL**

**Columbia_00982**

FABRICS/DESCRIPTION:          SUB:        COLOR:
Shell 1: #032887 Nexgen Precision Softshell

Lining 1: #004476 Chamois Touch Tricot (Hand pkts)

F3MO155959 - F13 OW
Ross Ascender Softshell

**FRONT SILHOUETTE**

**TRIMS:**
Logos:
Zipper 1: 760258
Zipper 2: 002722
Phemo 1:
Phemo 2:
Elastic 1:
Drawcords:
Hem Toggle system:
Hanger loop:

Last Updated: 03/11/14 KSM





**SPECIAL INSTRUCTIONS:**

**SEAM SEALED:**

**LASER CUTTING:**

**WELDING:**

**PRINTED FABRIC INFO:**

**WASHDOWN:**

**STITCH CALLOUTS:**

**NOTES:**

**FIT REF:WM6615 with new F13
Modern Classic Fit.
COMP STYLE REF: WM6615**

**MEASUREMENTS:
CBL: 25"**

**NOTES: Modern Classic Fit**

**TEAM: Maria M., Tasha H., FE: Johanna L.**

/SpecialMakes/2015 SPRING/TECH SKETCHES/OUTERWEAR/MENS/XM6093_155959_Mt. Village Softshell_OUTLET.ai

**BACK SILHOUETTE**



**Page 151**

DETAIL SKETCH

**Last Updated:** 03/11/14 KSM



CONFIDENTIAL

**Page 152**

Columbia_00998

**Last Updated:** 02/6/13





# Style WL5033: Inline Garment, Women's insulated jacket

Columbia





**591**
**Nocturnal**
*USA
*CAN
*INTL

**011**
**Black**
C/O
USA
CAN
*INTL

**981**
**Mineshaft**
*USA
*CAN

**032**
**Tradewinds Grey**
C/O
USA
INTL

**562**
**Purple Dahlia**
T USA
T CAN
*INTL

**508**
**Bluebell**
T USA
T CAN

**Page 156**



Security/Media pocket on left side

Columbia_01035



CONFIDENTIAL

Columbia_01036

**Last Updated:** 12/21/12



ISO 301
Edgestitch
All Seams Unless
Otherwise Noted

Insulation 1

Zipper 1

ISO 301
1/4" from edge

Direct Embroidery 1

◆Columbia

Phemo 1

Zipper 2

Direct Embroidery 2

ISO 301, 2 Needle
1/8" spacing
1" from edge

ISO 301, 2 Needle
1/8" spacing
1" from edge

' /Volumes/Outerwear/2015 FALL/WOMENS/JACKETS/WL5033_46877_Mighty Lite Hooded.ai '



CONFIDENTIAL

Columbia_01038

**Last Updated:** 2/20/14 AA



Style XL5012: Outlet SMU Build,
Women's insulated jacket

Columbia

S16 Womens Outlet





**011**
**Black**
**C/O**

**316**
**Cypress**

**966**
**Eclipse Blue**

**Page 163**

FABRICS/DESCRIPTION:                    SUB:          COLOR:

☐ Shell 1: #057662 windowpane Triple Rip DP
☐ Shell 2: #060164 Stretch Jersey
☐ Shell 3:
☐ Shell 4:

☐ Lining 1: #031908 Reflective Print Microtex Lite
☐ Lining 2: #032201 Abraision Resist
☐ Lining 3: #100016 210T Taffeta
☐ Lining 4: #004476 Chamois Touch

☐ Piping 1: #057662 windowpane Triple Rip DP
☐ Lining 7:
☐ Lining 8:

☐ Insulation 1: #071922 80gm Omni Heat Insulation (Body, Sleeves, Hood)
☐ Insulation 2:

**F4WO158636 - F14 OW
Women's New Mighty Lit Jkt
Outlet**

**FRONT SILHOUETTE**

**TRIMS:**
☐ Special Trims:

**Last Updated:** 10/29/13 KJR
**\*\*All Shell ① unless Indicated**

All Topstitch ISO 301 Edgestitch
Unless Otherwise Noted

**COSTING:**

Landed Cost:    Lining 3: Hood, Sleeves & Security Pocket bag

Margin:         Lining 4: Hand Pocket bags
                Interfacing 1: As Needed

Base Price:     Insulation 1: Body, Sleeves & Hood

Review Date:

☐ **SPECIAL INSTRUCTIONS:**

☐ **SEAM SEAL:**

☐ **LASER CUTTING:**

☐ **WELDING:**

☐ **STITCH CALLOUTS:**

☐ **CONTRAST STITCH:**

☐ **THREAD WEIGHT:**

☐ **PRINT MATCHING REQ:**

☐ **WASHDOWN:**

☐ **NOTES:**

☐ **FIT REF: MODERN CLASSIC**

☐ **COMP STYLE: WL5033 - Merch Ref.
   XL5962 - Design Ref.**
☐ **MEASUREMENTS:**

☐ **CBL OR INS: Match WL5033**

☐ **NOTES:**

Binding 1

Zipper 1
Phemo 1

Direct Embroidery 1

ISO 301
1/4" from edge

Zipper 2
Phemo 1

Direct Embroidery 2

ISO 301
5/8" from edge

**TEAM: Maria, Alaina, Kate, Val, Ashley, Robin**

'/Volumes/SpecialMakes/2014 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/158636_Mighty Lite Hooded_OUTLET.ai'

**BACK SILHOUETTE**

\*\*All Shell ① unless Indicated



## LINING SKETCH



Columbia_01003

## DETAIL SKETCH

**Last Updated:** 2/01/13



SIDE VIEW



Security/Media pocket on left side

1.5"

1.25"

4"

Center zipper on facing

1.5"

'/Volumes/SpecialMakes/2014 FALL/TECH SKETCHES/OUTERWEAR/WOMENS/JACKETS/158636_Mighty Lite Hooded_OUTLET.ai'

**DETAIL SKETCH**

**Last Updated:** 2/01/13

# Inner Cuff w/ Gaiter
## W/ OUT SLEEVE GUSSET



Style AL4720: Inline Garment, Women's shorts





**938**
**Stone Blue**

ᵀUSA

**010**
**Black**
C/O

USA

**100**
**White**
C/O

USA
INTL

**160**
**Fossil**
C/O

USA

**683**
**Sunset Red**

USA

**591**
**Nocturnal**

USA

**377**
**Ocean Water**

ᵀUSA

**324**
**Emerald Sea**

USA
*INTL

**426**
**Stormy Blue**

USA
*INTL

**673**
**Bright Geranium**

ᵀUSA
*INTL

**561**
**Pulse**

ᵀUSA
*INTL

**Page 170**

■ SALES SAMPLE      ᵀ TRAVEL SAMPLE
**CONFIDENTIAL**

**Columbia_00987**

# Back Pocket Welt



.5"

5.25"

# CB Notch Detail at Waistband



2"

3/4"

mbia

**Last Updated:** 12/5/12

\*\*ALL SHELL ① UNLESS INDICATED



ISO 301
Edgestitch
All topstitching unless
otherwise specified

Interfacing 1
- Waistband
- CF Fly
- Belt loops
- Pocket facing

Thread 2
All topstitching

Label 1
Label 2
Label 3
(inside CB waist seam)

Button 1

Zipper 1

ISO 301
1" from edge

ISO 301
Outline

ISO 301
3/4" from edge



Direct Embroidery 1

# Style XL4712: Outlet SMU Build, Women's shorts



Columbia

S16 Womens Outlet



**160**
Fossil
C/O

**100**
White
C/O

**485**
Harbor Blue

**800**
Coral Flame

**470**
Candy Mint

**375**
Chameleon Green

**966**
Eclipse Blue

**Page 175**

FABRICS/DESCRIPTION:   SUB:   COLOR:

- [ ] Shell 1: 066879 2/1 twill 164gsm
- [ ] Shell 2:
- [ ] Shell 3:
- [ ] Shell 4:

- [ ] Lining 1:
- [ ] Lining 2:
- [ ] Lining 3:
- [ ] Lining 4:
- [ ] Lining 5:
- [ ] Lining 6:
- [ ] Lining 7:
- [ ] Lining 8:

- [ ] Insulation 1:
- [ ] Insulation 2:

**S5WS163577 - S15 SW Update Kenzie Cove Short Outlets**

**FRONT SILHOUETTE**

**TRIMS:**
- [ ] Special Trims:

**Last Updated:** 06/2/14 TH

ISO 301
Edgestitch
~~All topstitching~~ unless
otherwise specified

**COSTING:**
Target Cost: $6.47

Landed Cost:

Interfacing 1
- Waistband
- CF Fly
- Belt loops
- Pocket facing

Margin:

Factory/LO:

Thread 1
All topstitching

- [ ] SPECIAL INSTRUCTIONS:
- [ ] SEAM SEAL:
- [ ] LASER CUTTING:
- [ ] WELDING:
- [ ] STITCH CALLOUTS:
- [ ] CONTRAST STITCH:
- [ ] THREAD WEIGHT:
- [ ] PRINT MATCHING REQ:
- [ ] WASHDOWN:
- [ ] NOTES:

- [ ] FIT REF: Modern Classic
- [ ] COMP STYLE: AL4720
- [ ] MEASUREMENTS:
- [ ] CBL OR INS: 6"
- [ ] NOTES:

**\*\*All Shell ① unless Indicated**

Button 1

Label 2
Label 3

Zipper 1

ISO 301
1" from edge

ISO 301
Outline

ISO 301
3/4" from edge

**TEAM: JRuis, CJensen, THeddinger, RCather, ALewis**

SpecialMakes/2015 SPRING/TECH SKETCHES/SPORTSWEAR/WOMENS/BOTTOMS/163577_Update Kenzie Cove Short_Outlets.ai

Columbia_01006

## BACK SILHOUETTE

**All Shell ① unless Indicated



Label 1
(inside CB waist seam)

Direct Embroidery 1
(Middle of emb is 2.25"
out from side seam and
top is 1" down from
bottom of w/b seam)

## LINING SKETCH

**Last Updated:** 4/1/14 TH

## Back Pocket Welt



.5"

5.25"

CONFIDENTIAL

Columbia_01008

# DETAIL  SKETCH

**Last Updated:**  2/01/13

CONFIDENTIAL

Columbia_01009

Style XM6777: Outlet SMU Build,
Men's polo shirt





| 431 Hyper Blue | | 039 Columbia Grey | 683 Sunset Red |
|---|---|---|---|
| 053 Graphite | 376 Spring | 448 Marine Blue | 821 Tangy Orange |

CONFIDENTIAL · Columbia_01072

## FRONT SILHOUETTE

**FABRICS:**
- ☐ Shell 1: 078915  S16 SRT M Polo Solid OPT 1
- ☐ Shell 2: 078914  S16 SRT M Polo CD small Stripe OPT 1

- ☐ Rib 1: 078916  S16 SRT M Polo Rib OPT 1

**S6MS168499 - S16 SW
Stripe Polo #1
OUTLET**

DC or DD   FGV: _____

FCA: _____

LANDED: _____

MARGIN: _____

TARGET MARGIN: _____

DUTY: _____

**Last Updated:** 04/24/15 KSM

All topstitching is ISO 401, edgestitch, except where noted

Interfacing 1: CF Placket

Shell 2 Example of Stripe
NOT ACTUAL PATTERN
CUT STRIPE EXACTLY PARALLEL TO SEAM

Heat Transfer Glued 2
Heat Transfer Glued 1

**BASE:** _____

007079- 10mm
Solid Stretch Woven Tape 1
Webbing and Tape 1
(inside garment)

ISO 301
Edgestitch

**TRIMS:**
- ☐ **SPECIAL TRIMS:**
  All trims follow ref. style unless noted
- ☐ **SEAM SEAL:** No

ISO 301
1/4" spacing

- ☐ **LASER CUTTING:** No

ISO 406
1/4" spacing
1" from edge

Button 1

Heat Transfer Glued 3

- ☐ **STITCH CALLOUT:**

- ☐ **CONTRAST STITCH:** No

- ☐ **THREAD WEIGHT:** Standard

- ☐ **PRINT/YD MATCHING:**
  Yes- Shell 2 Yoke
  Horizontal matching
- ☐ **WASHDOWN:** No

Label 1
Label 2
(inside garment)
Button 1 (Spare)

ISO 301
1/4" spacing
Edgestitch

*not actual YD stripe

**Differences from Reference Style:**
- Updated Fabric
- Updated design

- ☐ **FIT or BLOCK:** Regular Fit
- ☐ **FIT REF:** XM6991: Bow Glacier™ Short Sleeve Polo
- ☐ **CBL:** 28"

- ☐ **COST REF:** XM6991: Bow Glacier™ Short Sleeve Polo

- ☐ **DESIGN REF:** XM6991: Bow Glacier™ Short Sleeve Polo

## TEAM: Jevon, Tasha, Katelyn, Kim, Chris, Sarah

'/Volumes/SpecialMakes/2016 SPRING/TECH SKETCHES/SPORTSWEAR/MEN/KNITS/168499_Stripe Polo #1_Outlet.ai'

CONFIDENTIAL

**Page 182**

Columbia_01173

## BACK SILHOUETTE



**Page 183**

No Inline Comp for Outlet XM6777
(Filchner™ Short Sleeve Polo)

**Page 184**

CONFIDENTIAL

Columbia_01098

# Style XL6968: Outlet SMU Build, Women's polo shirt



754
Tippet
USA
*CAN

100
White
USA
CAN

677
Red Hibiscus
Print
USA
*INTL

416
Air Stream
USA
*CAN

732
Geyser
†USA

733
Geyser
Print
*USA
*INTL

676
Red
Hibiscus
*USA
*CAN

501
Whitened
Violet
*USA
*CAN

650
Groovy Pink
Print
†USA

497
Inkling
Print
USA
*INTL

010
Black
*USA
*CAN



100
White
C/O
*USA
*CAN
*INTL

676
Red Hibiscus
†USA
*CAN
*INTL

732
Geyser
USA
CAN
INTL

650
Groovy Pink
USA
CAN

010
Black
USA
CAN
INTL

CONFIDENTIAL

Columbia_00995

**Last Updated:** 5/17/12

## \*\*All Shell ① unless Indicated



Heat Transfer Glued 1
3/8" down from NK SM

ISO 301
1/4" spacing
Edgestitch

ISO 301
Edgestitch

ISO 406
3/4" from edge

Label 1
Label 2
(3" up from edge)

"/Volumes/Sportswear/ 2011 FALL/ MENS/ TECH SKETCHES/ WOVENS/ F1MS42558 Woven Shirt.ai"



Interfacing 1
(inside garment)

Webbing and Tape 1
(inside garment)

Label Logo 1
1/2" up from stitching

ISO 406
1/4" spacing
1/2" from edge

Thread 1
ISO 602
Straddle seam

# Style XL6923: Outlet SMU Build, Women's polo shirt

**❖Columbia**





**010**
**Black**
**(1/23 SOD)**

**565**
**Quill**
**(1/23 SOD)**

**650**
**Groovy Pink**
**(1/23 SOD)**

**676**
**Red Hibiscus**
**(1/23 SOD)**

**960**
**Oceanic**
**(1/23 SOD)**

**Page 190**

**CONFIDENTIAL**   ● SALES SAMPLE   **T** TRAVEL SAMPLE

**Columbia_00994**

**FABRICS/DESCRIPTION:**       SUB:        COLOR:

- [ ] Shell 1: #062187 Freeze Cotton Jersey
- [ ] Shell 2:
- [ ] Shell 3:
- [ ] Shell 4:

- [ ] Lining 1:
- [ ] Lining 2:
- [ ] Lining 3:
- [ ] Lining 4:
- [ ] Lining 5:
- [ ] Lining 6:

- [ ] Insulation 1:
- [ ] Insulation 2:

## S5WS164667 - S15 OW W's Cool Camper Polo Outlets

### FRONT SILHOUETTE

Di erences from Reference Style:
- removed chest pocket

**TRIMS:**
- [ ] Special Trims:

**Last Updated:** 06/17/14 CMW

**\*\*All Shell ① unless Indicated**

**COSTING:**
Target Cost/Margin:

Base Price:

Landed Cost:

Thread 1
Follow BOM for color

Margin:

Factory/LO:

Heat Transfer Glued 1
3/8" down from NK SM

ISO 301
1/4" spacing
Edgestitch

ISO 301
Edgestitch

- [ ] **SPECIAL INSTRUCTIONS:**
- [ ] **SEAM SEAL:**
- [ ] **LASER CUTTING:**
- [ ] **WELDING:**
- [ ] **STITCH CALLOUTS:**
- [ ] **CONTRAST STITCH:**
- [ ] **THREAD WEIGHT:**
- [ ] **PRINT MATCHING REQ:**
- [ ] **WASHDOWN:**
- [ ] **NOTES:**

Label 1
Label 2
(3" up from edge)

ISO 406
3/4" from edge

- [ ] **FIT REF: Follow comp Style**
- [ ] **COMP STYLE: XL6968**
- [ ] **MEASUREMENTS:**
- [ ] **CBL OR INS:**
- [ ] **NOTES:**

**TEAM: J Ruis, C Westlund, T Heddinger, R Cather, A Lewis**

SpecialMakes/2015 SPRING/TECH SKETCHES/SPORTSWEAR/WOMENS/KNITS/164667 W's cool camper polo outlets.ai

## BACK SILHOUETTE

**All Shell ① unless Indicated



Interfacing 1
(inside garment)

Webbing and Tape 1
(inside garment)

Label Logo 1
1/2" up from stitching

ISO 406
1/4" spacing
1/2" from edge

**Page 192**

**LINING SKETCH**

**Last Updated:** 2/01/13

**Page 193**

Columbia_01012