EXHIBIT C

Kristen Law Sagafi (Cal. Bar No. 222249)
Martin D. Quiñones (Cal. Bar No. 293318)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
E-mail: ksagafi@tzlegal.com
E-mail: mquinones@tzlegal.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YRG<br><br>**DECLARATION OF JEANNE STATHAKOS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:  March 28, 2017; 2:00 PM<br>Courtroom:      1, 4th Floor, Oakland Courthouse |

I, Jeanne Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My husband and I reside in Oakland, CA in the County of Alameda.

5. On or about September 14, 2015, I signed an agreement retaining the law firm of Tycko & Zavareei to represent me in this case.

6. Before the initial complaint was filed, my husband and I shared information related to our Columbia outlet purchases with Tycko & Zavareei.

7. I recall reviewing a draft of the complaint for accuracy before it was filed.

8. On or about February 17, 2016, I received an email copied to Kristen Sagafi, who had recently opened an Oakland, CA office for Tycko & Zavareei. At some point in or around February or March 2016, my husband and I met with Ms. Sagafi in her Oakland office. Since then, she and her colleagues, Martin Quiñones and Audrey Abate, have been our primary points of contact for this case.

9. During the spring of 2016, my husband and I searched our house and storage facility to gather all the Columbia brand items we could find. In total, we gathered approximately 70 items, which we provided to Tycko & Zavareei. I am informed and believe that those items were photographed and cataloged and that the photos and index were produced to Columbia in discovery.

10. My husband and I worked with Ms. Sagafi and Mr. Quiñones to prepare responses to Columbia's written discovery requests, and reviewed the discovery responses for accuracy before they were finalized.

11. On or about May 3, 2016, Mr. Quiñones sent us a copy of the Court's order denying Columbia's motion to dismiss, which I reviewed.

12. On or about Saturday, October 15, 2016, my husband and I met with Ms. Sagafi

and Mr. Quiñones in their Oakland office to prepare for our upcoming depositions. Between that meeting and our depositions in November 2016, we were in touch several times to further discuss the upcoming deposition.

13.    My deposition was originally scheduled for November 1, 2016. On the evening of October 30, 2016, I slipped and fell and went to the emergency room for treatment. The next day, October 31, 2016, I stayed home from work to rest. To allow myself an additional day to fully recover from the fall, my deposition was postponed to November 2, 2016. I was deposed on November 2, 2016, and I attended my husband's deposition the following day.

14.    I have reviewed my deposition transcript and provided minor corrections to my counsel.

15.    I take my role as a potential class representative seriously, and I am willing and able to continue to take an active part in the litigation until its conclusion, including testifying at trial if necessary.

16.    I do not believe that my personal interests conflict in any way with the interests of the class that I am seeking to represent.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on November 17, 2016 in Oakland, California.

By: _____
Jeanne Stathakos