# EXHIBIT D

Kristen Law Sagafi (Cal. Bar No. 222249)
Martin D. Quiñones (Cal. Bar No. 293318)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
E-mail: ksagafi@tzlegal.com
E-mail: mquinones@tzlegal.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YRG<br><br>**DECLARATION OF NICOLAS STATHAKOS**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date:   March 28, 2017; 2:00 PM<br>Courtroom:   1, 4th Floor, Oakland Courthouse |

DECLARATION OF NICOLAS STATHAKOS
4:15-cv-04543-YGR

I, Nicolas Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My wife, Jeanne, and I reside in Oakland, CA in the County of Alameda.

5. I signed a representation agreement with Tycko & Zavareei on or about September 14, 2015.

6. Before the initial complaint was filed, my wife and I submitted information related to our Columbia outlet purchases to Tycko & Zavareei. My wife and I reviewed a draft of the initial complaint in this case before it was filed in October 2015.

7. In or around February 2016, my wife received an email copied to Kristen Sagafi, who had recently opened an Oakland, CA office for Tycko & Zavareei. At some point in or around February or March 2016, my wife and I met with Ms. Sagafi in her Oakland office. Since then, she and her colleagues, Martin Quiñones and Audrey Abate, have been our primary points of contact for this case.

8. During the spring of this year, my wife and I searched our closets and storage areas to collect all Columbia brand items of clothing we could find. We gathered all of the items in our possession and provided them to Tycko & Zavareei to be photographed and cataloged. It is my understanding that the photographs of our items were produced in discovery in this case.

9. My wife and I worked with Ms. Sagafi and Mr. Quiñones to prepare responses to Columbia's written discovery requests, and reviewed the discovery responses the lawyers prepared on our behalf to ensure that they were accurate before they were finalized.

10. My wife and I spent several hours on or about Saturday, October 15, 2016 meeting with Ms. Sagafi and Mr. Quiñones in their Oakland office to prepare for our upcoming depositions. Between that meeting and our depositions in November 2016, we were in touch at least once by phone or email to further prepare for deposition.

DECLARATION OF NICOLAS STATHAKOS
4:15-cv-04543-YGR

11. I attended my wife's deposition in this case on November 2, 2016, and I was deposed on November 3, 2016. I have reviewed my deposition transcript and provided minor corrections to my counsel.

12. I take my role as a potential class representative seriously, and I am willing and able to continue to take an active part in the litigation until its conclusion, including testifying at trial if necessary.

13. I do not believe that my personal interests conflict in any way with the interests of the class that I am seeking to represent.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on November 17, 2016 in Oakland, California.

By: _____

Nicolas Stathakos