# EXHIBIT E



# TYCKO & ZAVAREEI LLP

## HISTORY

Our firm was founded in 2002, when Jonathan Tycko and Hassan Zavareei left the large national firm at which they both worked to start a new kind of practice. Since then, a wide range of clients have trusted us with their most difficult problems. Those clients include individuals fighting for their rights, tenants' associations battling to preserve decent and affordable housing, consumers seeking redress for unfair business practices, whistleblowers exposing fraud and corruption, and non-profit entities and businesses facing difficult litigation.

Our practice is focused in a few select areas: consumer class action litigation, employment litigation, appellate litigation, whistleblower *qui tam* litigation, intellectual property litigation, First Amendment litigation, and business litigation.

## EXPERIENCE

Our firm's practice focuses on complex litigation. This includes representation of plaintiffs in class action litigation. Since the founding of our firm, we have been plaintiff's counsel in dozens of separate lawsuits brought as class actions. In addition to this work on class actions, our practice also involves representing businesses in unfair competition and antitrust litigation, representing employees in employment litigation, and representing whistleblowers in *qui tam* litigation brought under the False Claims Act and other similar whistleblower statutes..

## PRACTICE AREAS

CONSUMER CLASS ACTIONS

Our attorneys have a wealth of experience litigating consumer and other types of class actions. We primarily represent consumers who have been the victims of corporate wrongdoing. Our attorneys bring a unique perspective to such litigation because each of our partners trained at major national law firms where they obtained experience representing corporate defendants in such cases. This unique perspective enables us to anticipate and successfully counter the strategies commonly employed by corporate counsel defending class action litigation.

In addition, because class actions present such high-stakes litigation for corporate defendants, our ability to skillfully oppose motions to dismiss the case at an early stage of the litigation before the class has a chance to have a judge or jury consider the merits of its claims is critical to obtaining relief for our clients. Our attorneys have successfully obtained class certification, the most critical step in winning a class action, and obtained approval of class action settlements with common funds collectively amounting to over $250 million.

EMPLOYMENT LITIGATION

Our attorneys have substantial experience representing employees and employers in employment disputes. In most of the employment litigation that we handle, however, we represent groups of plaintiffs who are challenging systemic unlawful employment practices. For instance we successfully represented seven women in their claims of systemic discrimination and sexual harassment by Hooters restaurants in West Virginia, and we represented a group of women seeking class treatment of their allegations of sexual discrimination by Ruth's Chris.

APPELLATE

Our attorneys have substantial experience in analyzing, briefing and arguing appeals. We have handled appeals in courts around the country, including the U.S. Supreme Court, the U.S. Circuit Courts, and the District of Columbia Court of Appeals.

QUI TAM AND FALSE CLAIMS ACT

Our firm represents whistleblowers who courageously expose fraud by government contractors, healthcare providers, and other companies doing business with the government through litigation under the False Claims Act. We also represent whistleblowers who expose tax fraud through the IRS Whistleblower Office program, whistleblowers who expose violations of the securities laws through the SEC Whistleblower Office program, and banking industry whistleblowers through the Department of Justice's FIRREA program.

INTELLECTUAL PROPERTY

Our attorneys have substantial experience litigating cutting-edge intellectual property cases in state and federal courts. Proper handling of intellectual property controversies requires substantive knowledge of the relevant body of law, together with strong litigation experience and skill. We bring these elements together to effectively represent our clients in complex trademark and copyright lawsuits.

We have litigated copyright infringement cases on behalf of corporations and associations, including submitting an amicus brief on behalf of three technology companies in the United States Supreme Court on Internet file sharing in the *MGM, et al. v. Grokster, et al.* case. We have also counseled clients on copyright matters, and written and presented on important copyright issues, such as the intersection of technology, copyright and the First Amendment. The firm briefed and argued an appeal to the Fifth Circuit Court of Appeals on a novel issue of law in a dispute over the competing trademark rights of two test preparation companies operating in the same markets, using the same trade name.

FIRST AMENDMENT

Partner Hassan Zavareei represented the plaintiff in one of the most important cases of media defamation handled recently by the courts, namely, the case brought by Dr. Steven Hatfill

against Condé Nast Publications (the publisher of Vanity Fair magazine) and Reader's Digest for articles that falsely accused Dr. Hatfill of perpetrating the Anthrax murders that occurred in the fall of 2001.

Further, our firm has represented a number of employees who have fought back against former employers for defamatory statements. Our lawyers have obtained very substantial settlements on behalf of our clients. Also, our firm has represented businesses seeking to protect their hard-earned reputations against such defamation by their competitors.

Our attorneys also have experience in other types of First Amendment litigation. For example, partner Jonathan Tycko represented a consortium of media clients in a series of lawsuits to gain access to the sealed proceedings in the Independent Counsel investigation of and impeachment proceedings against President Bill Clinton. And partner Hassan Zavareei successfully challenged a district court injunction that violated our client's First Amendment guarantees to free speech and rights to petition the government.

BUSINESS DISPUTES

We represent businesses, large and small, in their most significant business disputes. Indeed, prior to the founding of Tycko & Zavareei LLP, our partners spent many years at a large law firm specialized in representing business interests. We have represented some of the largest, publicly-traded corporations in the world, but also have represented small and medium size businesses.

# JONATHAN K. TYCKO
## PARTNER

In 2002, Jonathan K. Tycko helped found Tycko & Zavareei LLP. Prior to that, Mr. Tycko was with Gibson, Dunn & Crutcher LLP, one of the nation's top law firms. He received his law degree in 1992 from Columbia University Law School, where he was a Stone Scholar, and earned a B.A. degree, with honors, in 1989 from The Johns Hopkins University.

After graduating from law school, Mr. Tycko served for two years as law clerk to Judge Alexander Harvey, II, of the United States District Court for the District of Maryland.

Mr. Tycko's practice has focused primarily on civil litigation. He has extensive trial and appellate experience in real estate, housing, employment, False Claims Act, environmental, consumer class action, media, and professional malpractice litigation. Mr. Tycko has represented a wide range of clients, including Fortune 500 companies, privately-held business, non-profit associations, and individuals.

In addition, Mr. Tycko has handled many pro bono cases in the area of human rights law, including representation of political refugees seeking asylum, and preparation of amicus briefs on behalf of the Lawyers Committee for Human Rights (now known as Human Rights First) and other organizations and individuals in various appellate matters, including matters before the Supreme Court.

For two years, from 2002 through 2004, Mr. Tycko taught as an Adjunct Professor at the George Washington University Law School.

He is admitted to practice before the courts of the District of Columbia, Maryland and New York, as well as before numerous federal courts, including the Supreme Court, the Circuit Courts for the D.C. Circuit, Third Circuit, Fourth Circuit, Ninth Circuit and Federal Circuit, the District Courts for the District of Columbia, the District of Maryland, the Northern and Southern Districts of New York, and the Court of Federal Claims.

## HASSAN A. ZAVAREEI
PARTNER

Hassan Zavareei earned his law degree from the University of California, Berkeley School of Law (Boalt Hall) in 1995, where he graduated as a member of the Order of the Coif. Mr. Zavareei graduated cum laude from Duke University in 1990, with degrees in Comparative Area Studies and Russian. After graduation from Boalt Hall, Mr. Zavareei joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP, one of the nation's premier law firms. In April of 2002, Mr. Zavareei became a founding partner of Tycko & Zavareei LLP.

Mr. Zavareei has handled numerous trials and appeals in state and federal courts across the nation in a wide range of practice areas. In his civil rights practice, Mr. Zavareei represents individuals, groups of employees, and tenant associations in employment and fair housing litigation. Since co-founding Tycko & Zavareei LLP in 2002, Mr. Zavareei has obtained substantial judgments and settlements for his civil rights clients.

Mr. Zavareei also has significant experience and success in litigating nationwide class actions on behalf of plaintiffs and defendants. Prior to forming Tycko & Zavareei LLP, Mr. Zavareei litigated class actions on behalf of defendant corporations at Gibson, Dunn & Cruther LLP.  Since forming Tycko & Zavareei LLP, Mr. Zavareei has litigated numerous class action lawsuits on behalf of millions of consumers. Mr. Zavareei has been appointed as class counsel and co-lead counsel by federal and state judges in the District of Columbia, Chicago, Hawaii, West Virginia, Missouri, Kansas, Oklahoma, Miami, and Connecticut.  Mr. Zavareei has also served as lead counsel in two separate multidistrict litigation class actions.  To date, Mr. Zavareei's class action cases have resulted in hundreds of millions of dollars in compensation to class members across the country.

Mr. Zavareei is admitted to the State Bars of California and Maryland, The Bar of the District of Columbia, the U.S. District Court for the District of Columbia, the Northern, Central and Southern Districts of California, the Eastern District of Michigan, the District of Maryland, and the Circuit Courts of the District of Columbia and the Ninth Circuit.

## ANDREA R. GOLD
### PARTNER

Andrea Gold earned her law degree from the University of Michigan Law School in 2004, where she was an associate editor of the Journal of Law Reform, co-President of the Law Students for Reproductive Choice, and a student attorney at the Family Law Project clinical program. Ms. Gold graduated with high distinction from the University of Michigan Ross School of Business in 2001, concentrating her studies in Finance and Marketing.

After finishing law school, Ms. Gold was awarded a prestigious public interest fellowship by the Skadden Fellowship Foundation. The Skadden Fellowship Foundation was created by Skadden, Arps, Slate, Meagher & Flom, LLP, one of the nation's top law firms, to support the work of new attorneys at public interest organizations around the country. The Skadden Fellowship Foundation receives hundreds of applications each year, but only a very small number of Skadden fellows are selected.

As a Skadden fellow, Ms. Gold represented indigent battered women in dissolution of marriage, paternity, and order of protection matters. In this capacity, Ms. Gold was lead counsel at both trial and various evidentiary hearings. In addition to the aforementioned litigation experience, Ms. Gold provided legal counsel to clients, members of the legal community, and social service providers regarding the Illinois Victim's Safety and Security Act (VESSA), a state law protecting survivors of abuse from employment discrimination and providing for unpaid leave.

Ms. Gold became an associate at Tycko & Zavareei LLP in October 2006. Since that time, Ms. Gold has taken and defended numerous depositions in various cases, drafted appellate briefing and assisted in preparation for oral argument, and successfully brought and/or defended several case dispositive motions.  She has served as trial counsel in two lengthy jury trials.  First, she was second-chair in a four month civil jury trial in state court in California.  She more recently served as second-chair in a multi-week jury trial in Maryland.  Ms. Gold was named a partner of the firm in January of 2013.

Ms. Gold is a member of the District of Columbia Bar and a licensed member of the State Bar of Illinois. Ms. Gold is also admitted to the U.S. District Court for the District of Columbia. She is also a member of the National Employment Lawyer's Association and the Metropolitan Washington Employment Lawyer's Association.

## **LORENZO B. CELLINI**
PARTNER

Lorenzo Cellini graduated magna cum laude from the University of Arizona, James E. Rogers College of Law in 2004. In law school he was a member of the moot court board, a legal writing fellow and the recipient of the E. Thomas Sullivan Antitrust Award. He also received his B.A. from the University of Arizona, graduating magna cum laude and as a member of Phi Beta Kappa.

Before joining Tycko & Zavareei LLP, Mr. Cellini practiced law in Tucson, Arizona. He specialized in commercial litigation, with an emphasis on contract disputes, real estate, intellectual property and bankruptcy. Additional practice areas included real estate and business transactions, appellate, employment and civil rights law. Representative clients included large biomedical engineering, technology and real estate development firms, as well as local restaurants, banks and individuals.

Mr. Cellini also has substantial experience in antitrust law. While in law school, he served as a law clerk in the Antitrust Division of the U.S. Department of Justice, where he assisted in investigations of anticompetitive conduct and proposed mergers. Before attending law school, he worked in the Federal Trade Commission's Bureau of Competition.

Other legal experience includes externships with the University of Arizona Student Legal Services and Judge Raner Collins of the U.S. District Court for the District of Arizona.

Mr. Cellini is a member of the District of Columbia Bar, and also is admitted to practice before the Supreme Court of Arizona, U.S. District Court for the Districts of Arizona and Maryland and the U.S. Court of Appeals for the Federal Circuit.

## JEFFREY D. KALIEL
PARTNER

Jeffrey Kaliel earned his law degree from Yale Law School in 2005. Mr. Kaliel graduated from Amherst College summa cum laude in 2000 with a degree in Political Science. He spent one year studying Philosophy at Robinson College, Cambridge University, England.

Mr. Kaliel has substantial class action experience.  He has been appointed Class Counsel in numerous actions and has served as co-counsel in numerous other class actions.  In those cases, Mr. Kaliel has defended several dispositive motions, engaged in data-intensive discovery and worked extensively with economics and information technology experts.  Mr. Kaliel has also successfully resolved numerous class actions by settlement, resulting in relief for millions of class members.  Mr. Kaliel is actively litigating several national class action cases, including several actions against financial services entities.

Prior to joining Tycko & Zavareei, Mr. Kaliel was in the Honors Program at the Department of Homeland Security, where he worked on some the Department's appellate litigation.  Mr. Kaliel also helped investigate the DHS response to Hurricane Katrina in preparation for a Congressional inquiry.

Mr. Kaliel has also served as a Special Assistant US Attorney in the Southern District of California, prosecuting drug and border crimes.

In 2008, Mr. Kaliel worked in Namibia with Lawyers Without Borders on the observation of a 400-defendant treason trial arising from a 1998 armed rebellion.

Mr. Kaliel is a former Staff Sergeant in the Army Reserve and a veteran of the second Iraq war, having served in Iraq in 2003. His publications include contributions to Homeland Security Today and American Bar Association's Homeland Security Handbook.

Mr. Kaliel is admitted to practice in California and Washington, DC.  He is also admitted to the U.S. District Court for the District of Columbia, the Southern, Central, and Northern Districts of California, and the Northern District of Illinois.

# KRISTEN L. SAGAFI
## PARTNER

Kristen Law Sagafi is a 2002 graduate of the University of California, Berkeley School of Law, where she served as articles editor for Ecology Law Quarterly and a student law clerk to the Hopi Appellate Court in Keams Canyon, Arizona. After graduating from law school, Ms. Sagafi joined the San Francisco office of Lieff Cabraser Heimann & Bernstein, LLP, one of the nation's premier class action firms. Ms. Sagafi was recognized as a "Rising Star for Northern California" by Super Lawyers every year between 2009 and 2014, before being named as a "Super Lawyer" in 2015.

Ms. Sagafi focuses her practice on consumer fraud cases, including matters involving false advertising and unfair competition. In 2014, Ms. Sagafi drafted and advanced a bill to strengthen the protections afforded to consumers under California's Consumers Legal Remedies Act, an effort that included presenting testimony to the California State Senate Judiciary Committee. Beyond her consumer protection practice, Ms. Sagafi has received more than 40 hours of accredited mediation training and has served as a volunteer mediator at Contra Costa Superior Court, successfully mediating small claims and landlord-tenant cases.

In addition, Ms. Sagafi has been a guest lecturer on class action law at UC Berkeley and law firm management at UC Hastings. Since 2010, she has been co-chair of the Berkeley Consumer Law Alumni Group. Ms. Sagafi currently sits on the Board of the Justice and Diversity Center of the Bar Association of San Francisco, which advances fairness and equality by providing pro bono legal services to low-income people and educational programs that foster diversity in the legal profession. From 2009-2014, Ms. Sagafi served on the Board of Governors of California Women Lawyers, where she was a member of the executive committee and co-chair of the membership committee.

## ANNA C. HAAC
### PARTNER

Anna Haac earned her law degree cum laude from the University of Michigan Law School in 2006. While in law school, she was selected as a contributing editor of the Michigan Law Review, awarded a "Book Award" for outstanding legal writing, and elected President of the Food Stamp Advocacy Project. In 2002, Ms. Haac graduated with a B.A. in political science with highest distinction from the Honors Program at the University of North Carolina at Chapel Hill.

After law school, Ms. Haac clerked for the Honorable Catherine C. Blake of the United States District Court for the District of Maryland

Prior to joining Tycko & Zavareei LLP, Ms. Haac was a litigation associate at Covington & Burling LLP, one of the nation's most prestigious defense-side law firms. During her time at Covington, she represented corporate clients in high stakes cases, focusing her practice on complex civil litigation, white collar defense work, and employment disputes. Among other matters, Ms. Haac represented Fortune 500 companies in government investigations into violations of federal laws and regulations, advised employers on applicable federal and state employment laws, and litigated on behalf of companies and individuals in patent, insurance, and other civil matters.

While at Covington, Ms. Haac also maintained an active pro bono practice. She represented two prison inmates, for example, in a civil rights case against the District of Columbia alleging unconstitutional conditions of confinement, in which one of her clients reportedly received the largest settlement for a prisoner wrongful death action in the District's history. Ms. Haac, in addition, took advantage of her firm's relationship with the Neighborhood Legal Services Program, through which she advocated on behalf of indigent clients in court on a daily basis at motion hearings, oral examinations, and trial, including as lead trial and appellate attorney.

A member of the District of Columbia and Maryland state bars, Ms. Haac is also admitted to the United States Court of Appeals for the Fourth Circuit and the United States District Courts for the District of Maryland and the District of Columbia. In addition, Ms. Haac is co-author of the 2012 edition of the District of Columbia Employment Privacy Law Section of the MLRC 50-State Survey of Employment Libel and Privacy Law.

**ANDREW J. SILVER**
ASSOCIATE

Andrew Silver graduated magna cum laude as a member of the Order of the Coif from Boston College Law School in 2012.  While in law school, he was selected as an Articles Editor of the Boston College International & Comparative Law Review, for which he previously served as a Staff Writer.  In 2007, Mr. Silver graduated from Tufts University with a B.A. in Economics and a concentration in Communication and Media Studies.

Prior to joining Tycko & Zavareei LLP, Mr. Silver worked as a student-attorney at the Boston College Legal Assistance Bureau, practicing housing law, family law, and administrative law on behalf of indigent clients.  During law school, he spent summers at the Appeals Bureau of the Manhattan District Attorney's Office and as a judicial intern for the Honorable Williams K. Sessions III at the United States District Court for the District of Vermont.

Prior to law school, Mr. Silver worked as a correspondent and desk assistant at The Boston Globe's Sports Department and additionally served as Managing Editor of The Tufts Daily, an independent daily student newspaper.  He also worked as an administrator and senior staff member at Camp Bauercrest, a nonprofit residential overnight camp in northeastern Massachusetts for boys aged 8 to 16.

Mr. Silver is a member of the Massachusetts and District of Columbia bars and is admitted to practice before the United States District Court for the District of Columbia.

# MARTIN QUIÑONES
ASSOCIATE

Martin Quiñones is an alumnus of the University of California, Berkeley, School of Law, and Brown University, working in Tycko & Zavareei LLP's Oakland, California office. Since law school, he has dedicated his career to representing consumers, workers, and average people harmed by bad corporate conduct. At Berkeley, Mr. Quiñones served as a Counselor and then Director of the East Bay Workers' Rights Clinic, and as an editor to both the Berkeley Journal of Gender, Law & Justice and the California Law Review. Prior to law school, Mr. Quiñones worked in non-profit development at Planned Parenthood League of Massachusetts.

Before joining Tycko & Zavareei LLP, Mr. Quiñones represented individuals against major corporate defendants in both individual and class actions at Lieff Cabraser Heimann & Bernstein, LLP. Mr. Quiñones worked on a team representing hundreds of injured smokers and their families in federal court against the world's biggest tobacco companies. Mr. Quiñones participated in all aspects of the litigation, and his role included serving as second-chair trial counsel in a two-week jury trial that resulted in a plaintiff's verdict and settled on confidential terms during the punitive damages phase. Soon thereafter, the plaintiffs' counsel team reached a $100 million mass settlement with the tobacco companies on behalf of more than 400 plaintiffs.

In addition to his tobacco work, Mr. Quiñones has represented plaintiffs in consumer protection, defective products, employment discrimination, and medical malpractice cases. He took a lead role, for example, in *Lusardi v. Dept. of the Army*, a pro bono administrative appeal to the Equal Employment Opportunity Commission on behalf of a transgender civilian army employee. In a first-of-its-kind-ruling, the Commission determined that by barring the complainant from using a public restroom that matched her gender identity, the Army violated the complainant's rights under federal employment anti-discrimination laws.

When not in the office, Martin serves on the board of directors of the Pride Law Fund, and enjoys spending afternoons alongside Oakland's Lake Merritt with his partner, Olga, and their teacup Chihuahua.

**SOPHIA J. GOREN**
ASSOCIATE

Sophia Goren graduated from the University of California, Berkeley, School of Law in 2015. While in law school, Sophia was involved in the Berkeley Mock Trial Team and placed 1st in the prestigious Bales Mock Trial Competition. Sophia also participated in the California Asylum Representation Clinic and served as the student chair of the Faculty Appointments Committee. She received the Jurisprudence Award for Conflict of Laws.

Sophia spent her first summer in law school representing workers exposed to asbestos. In her second summer, Sophia was selected by the San Francisco Trial Lawyers' Association for the Trial Advocacy Fellowship, through which she split her summer between three San Francisco plaintiff-side firms.

Sophia graduated summa cum laude from Wake Forest University with a degree in Political Science.

## DAVID W. LAWLER
OF COUNSEL

David Lawler received his law degree from Creighton University School of law in 1997. Mr. Lawler graduated from the University of California, Berkeley in 1989 with a degree in Political Science.

Mr. Lawler joined Tycko & Zavareei LLP in January 2012. He has over fifteen years of commercial litigation experience, including an expertise in eDiscovery and complex case management. At the firm Mr. Lawler has worked extensively on overdraft fee litigation and *In re Automotive Parts Antitrust litigation*.

Before joining Tycko & Zavareei LLP, Mr. Lawler was an attorney in the litigation departments at McKenna & Cuneo LLP and Swidler Berlin Shereff Friedman LLP.

Among Mr. Lawler's accomplishments include the co-drafting of appellate briefs which resulted in reversal and remand of lower court decision, US Court of Appeals for the Fourth Circuit.

Mr. Lawler is a member of the District of Columbia Bar, as well as numerous federal courts.