# OLSEN EXHIBIT B

# CASE LIST: ARTHUR OLSEN

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Gutierrez, et al. v. Wells Fargo & Co., et al.* | 11/21/2007 | 3:07-cv-05923-WHA | U.S. District Court, Northern District of California |
| *Garcia v. Wachovia Bank, N.A.* | 9/04/2008 | 1:08-cv-22463-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Tornes v. Bank of America, N.A.* | 12/01/2008 | 1:08-cv-23323-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Spears-Haymond v. Wachovia Corp., et al.* | 6/18/2009 | 1:09-cv-21680-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Yourke v. Bank of America, N.A.* | 7/15/2009 | 1:09-cv-21963-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Waters, et al. v. U.S. Bancorp, et al.* | 10/08/2009 | 1:09-cv-23034-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Speers v. U.S. Bank, N.A.* | 10/19/2009 | 1:09-cv-23126-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Lopez v. J.P. Morgan Chase Bank, N.A.* | 10/19/2009 | 1:09-cv-23127-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Zankich, et al. v. Wells Fargo Bank, N.A.* | 10/21/2009 | 1:09-cv-23186-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |

| Case Name | Filing Date | Case Number | Court |
| --- | --- | --- | --- |
| *Larsen v. Union Bank, N.A., et al.* | 10/26/2009 | 1:09-cv-23235-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Arizmendi, et al. v. BankAtlantic* | 11/2/2009 | 09-059341 CA 07 | Division 17 Cir. Court Broward County, Florida |
| *Luquetta v. JP Morgan Chase Bank, N.A.* | 11/10/2009 | 1:09-cv-23432-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Buffington v. SunTrust Banks, Inc.* | 12/04/2009 | 1:09-cv-23632-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Gutierrez v. Wells Fargo Bank, N.A.* | 12/11/2009 | 1:09-cv-23685-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Martinez v. Wells Fargo Bank, N.A.* | 12/28/2009 | 1:09-cv-23834-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Given v. M&T Bank Corp.* | 2/16/2010 | 1:10-cv-20478-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Hough v. Regions Fin. Corp.* | 2/16/2010 | 1:10-cv-20476-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Casayuran v. PNC Bank, N.A.* | 2/18/2010 | 1:10-cv-20496-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Barras v. Branch Banking & Trust Co.* | 3/18/2010 | 1:10-cv-20813-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Dwyer v. TD Bank, N.A.* | 3/19/2010 | 1:10-cv-20855-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Hofstetter v. Chase Home Finance, LLC* | 3/29/2010 | 3:10-cv-01313-WHA | U.S. District Court, Northern District of California |
| *Duval v. Citizens Fin. Grp., Inc.* | 4/06/2010 | 1:10-cv-21080-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Mascaro v. TD Bank, N.A.* | 4/08/2010 | 1:10-cv-21117-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Liddell v. Citizens Bank* | 4/09/2010 | 2:12-cv-11604-DPH-RSW | U.S. District Court, Eastern District of Michigan |
| *Mosser v. TD Bank, N.A.* | 4/29/2010 | 1:10-cv-21386-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Blahut v. Harris, N.A.* | 6/03/2010 | 1:10-cv-21821-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Mazzadra v. TD Bank, N.A.* | 6/07/2010 | 1:10-cv-21870-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Cowen v. PNC Bank, N.A.* | 6/07/2010 | 1:10-cv-21869-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Hernandez v. PNC Bank, N.A.* | 6/07/2010 | 1:10-cv-21868-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Daniels v. Citizens Fin. Grp., Inc.* | 6/18/2010 | 1:10-cv-22014-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Wolfegeher v. Commerce Bank, N.A.* | 6/18/2010 | 1:10-cv-22017-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Steen v. Capital One Fin. Corp., et al.* | 6/23/2010 | 1:10-cv-22058-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Bickerstaff v. SunTrust Bank* | 7/12/2010 | 10EV010485 | State Court of Fulton County, Georgia |
| *Chierici v. Citizens Fin. Grp., Inc.* | 7/14/2010 | 1:10-cv-22323-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Eno v. M & I Marshall & Ilsley Bank* | 7/28/2010 | 1:10-cv-22730-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *McKinley v. Great Western Bank* | 7/30/2010 | 1:10-cv-22770-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Orallo v. Bank of The West* | 8/13/2010 | 1:10-cv-22931-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Harris v. Associated Banc-Corp.* | 8/16/2010 | 1:10-cv-22948-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Blankenship v. RBS Citizens, N.A.* | 8/16/2010 | 1:10-cv-22942-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Simmons v. Comerica Inc.* | 8/17/2010 | 1:10-cv-22958-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Dee v. Bank of the West* | 8/19/2010 | 1:10-cv-22985-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Legg v. West Bank* | 9/29/2010 | CV008364 | District Court of Polk County, Iowa |
| *Swift v. BancorpSouth Bank* | 10/26/2010 | 1:10-cv-23872-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Childs, et al. v. Synovus Bank, et al.* | 11/01/2010 | 1:10-cv-23938-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Freeman v. Hawthorn Bancshares, Inc.* | 11/18/2010 | 1016-CV35061 | Division 13 Cir. Court Jackson County, Missouri |
| *Brown, et al. v. US Bank, N.A.* | 11/18/2010 | 1:10-cv-24147-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Scarey v. Great Southern Bank* | 11/22/2010 | 1031-CV17327 | Division 1 Cir. Court Greene County, Missouri |
| *Anderson v. Compass Bank* | 2/08/2011 | 1:11-cv-20436-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Elite Logistics Corp.v. MOL America, Inc.* | 4/07/2011 | 2:11-cv-02952-DDP-PLA | U.S. District Court, Central District of California |
| *Elite Logistics Corp. v. Hanjin Shipping Co., Ltd.* | 4/07/2011 | 2:11-cv-02961-DDP-PLA | U.S. District Court, Central District of California |
| *Sachar v. IBERIABANK Corp.* | 8/08/2011 | 1:11-cv-22844-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *LaCour v. Whitney Bank* | 8/22/2011 | 8:11-cv-01896-VMC-MAP | U.S. District Court, Middle District of Florida |
| *Hawkins, et al. v. First Tennessee Bank* | 9/6/2011 | CT-004085-11 | Circuit Court of Shelby County, Tennessee |
| *Mello v. Susquehanna Bank* | 9/08/2011 | 1:11-cv-23250-JLK (*In re Checking Account Overdraft Litig.*, 1:09-md-02036-JLK) | U.S. District Court, Southern District of Florida |
| *Barlow v. Zions First National Bank* | 10/05/2011 | 2:11-cv-00929-BSJ | U.S. District Court, District of Utah |
| *McKenzie v. Wells Fargo Home Mortgage, Inc., et al.* | 10/07/2011 | 3:11-cv-04965-JCS | U.S. District Court, Northern District of California |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Farmer v. Bank of America, N.A.* | 11/09/2011 | 5:11-cv-00935-OLG | U.S. District Court, Western District of Texas |
| *Arnett, et al. v. Bank of America, et al.* | 11/14/2011 | 3:11-CV-01372-SI | U.S. District Court, District of Oregon |
| *Hawthorne v. Umpqua Bank* | 12/29/2011 | 4:11-cv-06700-YGR | U.S. District Court, Northern District of California |
| *DJSP Ent. v. P&M Corp. Finance* | 1/3/2012 | 12-00096 CACE (19) | Division 17 Cir. Court Broward County, Florida |
| *Lunsford, et al. v. Woodforest National Bank, et al.* | 1/11/2012 | 1:12-cv-00103-CAP | U.S. District Court, Northern District of Georgia |
| *Simpson v. Citizens Bank* | 1/20/2012 | 2:12-cv-10267-DPH-RSW | U.S. District Court, Eastern District of Michigan |
| *Taylor v. Mission Fed. Credit Union* | 2/09/2012 | 37-2012-00092073-CU-BT-CTL | Superior Court of San Diego County, California |
| *Clements v. JP Morgan Chase Bank, N.A.* | 5/01/2012 | 3:12-cv-02179-JCS | U.S. District Court, Northern District of California |
| *Toth, et al. v. Northwest Savings Bank* | 5/7/2012 | GD-12-008014 | The Court of Common Pleas of Allegheny County, Pennsylvania |
| *Ellsworth, et al. v. US Bank, N.A.* | 5/16/2012 | CV 12-2506 LB | US District Court, Northern District of California |
| *Campidoglio LLC, et al. v. Wells Fargo & Co., et al.* | 6/04/2012 | 2:12-cv-00949-TSZ | U.S. District Court, Western District of Washington |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Simpkins v. Wells Fargo Bank, N.A., et al.* | 7/05/2012 | 3:12-cv-00768-DRH-PMF | U.S. District Court, Southern District of Illinois |
| *Holmes, et al. v. Bank of America, et al.* | 8/6/2012 | 12-cv-00487-MOC-DCK | U.S. District Court, Western Division of North Carolina |
| *Fields, et al. v. Wise Media, LLC, et al.* | 10/04/2012 | 3:12-cv-05160-WHA | U.S. District Court, Northern District of California |
| *Jura, et al. v. HSBC Bank USA, N.A., et al.* | 12/19/2012 | 12-CV-6224 (ADS) | U.S. District Court, Eastern District of New York |
| *Leghorn, et al. v. Wells Fargo Bank, N.A., et al.* | 2/19/2013 | 3:13-cv-00708-JCS | U.S. District Court, Northern District of California |
| *Manwaring, et al. v. Golden 1 Credit Union* | 4/2/2013 | 34-2013-00142667 | Superior Court of Sacramento County, California |
| *Hernandez, et al. v. Point Loma Credit Union* | 06/18/2013 | 37-2013-00053519-CU-BT-CTL | Superior Court of San Diego County, California |
| *Faris, et al. v. Flagstar Bank* | 10/21/2013 | 14-141206-CZ<br>15-145287-CZ | Circuit Court for Oakland County, Michigan |
| *Warren, et al. v. Commerce Bank* | 8/15/2014 | 1416-CV19197 | Division 8 Circuit Court of Jackson County, Missouri |
| *Longest, et al. v. Green Tree Servicing, LLC* | 10/21/2014 | 2:14-cv-08150-CAS-(AJWx) | U.S. District Court, Central District of California |
| *Lathrop, et al. v. Uber Technologies, Inc.* | 12/31/2014 | 3:14-cv-05678-JST | U.S. District Court, Northern District of California |
| *Lynch, et al. v. San Diego County Credit Union* | 3/12/2015 | 1:15-cv-1208 | U.S. District Court, Western District of Michigan |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *IN RE: TD Bank, N.A. Debit Card Overdraft Fee Litigation* | Consolidated 4/15/2015 | MDL No. 2613. Civil Action No. 6:15-MN-2613-BHH | U.S. District Court, District of South Carolina |
| *Hunters Run, et al. v. WCA Waste Corporation* | 6/17/2015 | 1:15-cv-151-MW-GRJ | U.S. District Court, Northern District of Florida |
| *Sewell, et al. v. Wescom Credit Union* | 6/24/2015 | BC586014 | Superior Court of Los Angeles County, California |
| *Gunter, et al. v. United Federal Credit Union* | 9/21/2015 | 3:15-cv-00483-MMD-WGC | U.S. District Court, District of Nevada |
| *Pingston-Poling, et al. v. Advia Credit Union* | 11/19/2015 | 1:15-cv-1208 | U.S. District Court, Western District of Michigan |