**TYCKO & ZAVAREEI LLP**
KRISTEN LAW SAGAFI, California Bar No. 222249
ksagafi@tzlegal.com
MARTIN D. QUIÑONES, California Bar No. 293318
mquinones@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (202) 973-0950

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 4:15-cv-04543 (YGR)<br><br>**DECLARATION OF MARTIN D. QUIÑONES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: March 28, 2017; 2:00 PM<br>Courtroom: 1, 4th Floor, Oakland Courthouse |

1    I, Martin Daniel Quiñones, declare as follows:

2    1.    I am an attorney in good standing with the California State Bar, State Bar No. 293318. I am an Associate at the law firm of Tycko & Zavareei, LLP, and I am counsel for Plaintiffs Jeanne and Nicolas Stathakos in the above-captioned matter.

3    2.    I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify to the matters included herein.

4    3.    I am familiar with all discovery materials that have been produced in this case, by both Defendants Columbia Sportswear Co. and Columbia Sportswear USA Corp. (collectively "Columbia"), and by Plaintiffs.

5    4.    Columbia has produced eleven documents reflecting lease agreements between Columbia and various landlord corporations, governing the terms of tenancy for each of its Columbia Outlet stores in California. *See* Columbia_00190–00259 (covering premises at ■■■); Columbia_00260–325 (covering premises at The Promenade at ■■■); Columbia_00326–00386 (covering premises at ■■■); Columbia_00387–00449 (covering premises at ■■■); Columbia_00450–00552 (covering premises at ■■■); Columbia_00553–00594 (covering premises at ■■■); Columbia_00595–00633 (covering premises at ■■■); Columbia_00634–00707 (covering premises at ■■■); Columbia_00708–00765 (covering premises at ■■■); Columbia_00766–00852 (covering premises at ■■■); Columbia_00853-00937 (covering premises of ■■■).

6    5.    ■■■. Relevant pages of those agreements are attached hereto as Exhibit A. *See* Columbia_00196 (■■■); Columbia_00275 (

---

Case No. 4:15-cv-04543 (YGR)     1     DECLARATION OF MARTIN D. QUIÑONES

1    ███████); Columbia_00339 (same); Columbia_00397 (████████████████████████
2    ███████); Columbia_00561 (████████████████████████████████████████████████
3    ███████); Columbia_00603 (███████████████████████████████████████████████);
4    Columbia_00659 (████████████████████████████████████████████████████████);
5    Columbia_00720 (████████████████████████████████████████████); Columbia_00879
6    (███████████████████████████████████████████████████████████████████████
7    ████████████████████████).

8    6.     Columbia's designated representatives, Melissa Olson and James Robert Bui
9    testified pursuant to Fed. R. Civ. P. 30(b)(6) on September 27, 2016, and September 28, 2016,
10   respectively. Excerpts from Ms. Olson's deposition as cited in Plaintiffs' Memorandum of Law in
11   Support of Motion for Class Certification are attached hereto as Exhibit B. Excerpts and exhibits
12   from Mr. Bui's deposition as cited in Plaintiffs' Memorandum of Law in Support of Motion for
13   Class Certification are attached hereto as Exhibit C.

14   7.     Plaintiffs Jeanne and Nicolas Stathakos testified at deposition on November 2, 2016,
15   and November 3, 2016, respectively. Excerpts from Jeanne Stathakos' deposition as cited in
16   Plaintiffs' Memorandum of Law in Support of Motion for Class Certification are attached hereto as
17   Exhibit D. Excerpts from Nicolas Stathakos' deposition as cited in Plaintiffs' Memorandum of Law
18   in Support of Motion for Class Certification are attached hereto as Exhibit E.

19   8.     Columbia served Supplemental Responses to Interrogatories Propounded by
20   Plaintiffs Jeanne and Nicolas Stathakos on June 10, 2016. Those supplemental responses, as cited n
21   Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, are attached hereto as
22   Exhibit F.

23   9.     Columbia served Responses to Plaintiffs' Second Set of Requests for Admission on
24   September 15, 2016. Those responses, as cited in Plaintiffs' Memorandum of Law in Support of
25   Motion for Class Certification, are attached hereto as Exhibit G.

26   10.    Columbia's counsel has represented in informal discovery communications that,
27   based on its records and its review of discovery responses produced by Plaintiffs, Plaintiffs have
28   purchased seven Columbia "Outlet SMU Builds," which are garments exclusively sold at Columbia

1 | Outlet stores. Columbia production document Columbia_00188 lists the style numbers and per-unit
2 | costs for the seven Outlet SMU Builds the Plaintiffs purchased, along with the style numbers and
3 | per-unit costs of the Inline counterpart to each of those seven Outlet SMU Builds. A true and
4 | correct copy of that document is attached hereto as Exhibit H.

5 |       11.    On or about August 1, 2016, Columbia produced "line plans" for the Fall 2014
6 | through Spring 2016 seasons, which are Excel spreadsheets listing every Outlet SMU Build
7 | garment style offered for sale at Columbia Outlet stores during each of those seasons. The "line
8 | plans" show that Columbia offered ▇ Outlet SMU Builds for sale in Fall 2014; ▇ Outlet SMU
9 | Builds in Spring 2015; ▇ Outlet SMU Builds in Fall 2015; and ▇ Outlet SMU Builds in Spring
10 | 2016. On or about October 3, 2016, Columbia produced a "line plan" listing all styles offered for
11 | sale at Columbia Outlet stores in the Fall 2016 season, including Outlet SMU Builds. The
12 | spreadsheet indicates that ▇ total styles were offered for sale at Columbia Outlet stores in that
13 | season, including footwear, accessories, and overstock or out of season Inline styles. Of the total
14 | number of styles offered for sale at Columbia Outlet stores for the Fall 2016 season, ▇ (▇%)
15 | were Outlet SMU Builds.

17 | DATED: November 17, 2016    By: _____
                                                          Martin D. Quiñones
18 |                                                           Attorney for Plaintiffs