QUINONES DECL.
EXHIBIT A



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Columbia_00339



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY

Columbia_00603



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY