QUINONES DECL.
EXHIBIT B

Melissa Olson                                              September 27, 2016

Page 1

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3

4    JEANNE and NICOLAS STATHAKOS,   )

5    individually and on behalf of   )

     all others similarly situated, )

6                                    )

                    Plaintiffs,      )

7                                    )

        vs.                          ) No. 4:15-cv-04543(YGR)

8                                    )

     COLUMBIA SPORTSWEAR COMPANY;    )

9    COLUMBIA SPORTSWEAR USA         )

     CORPORATION,                    )

10                                   )

                    Defendants.      )

11

12

13               C O N F I D E N T I A L

14          VIDEOTAPED DEPOSITION OF MELISSA OLSON

15              Taken on behalf of Plaintiffs

16                  September 27th, 2016

17                       *  *  *

18          BE IT REMEMBERED THAT, pursuant to the

19   Federal Rules of Civil Procedure, the deposition

20   of MELISSA OLSON was taken before KERI M. NIETH, a

21   Certified Shorthand Reporter and Notary Public for

22   Oregon, on Tuesday, September 27th, 2016, commencing

23   at the hour of 9:00 AM, in the law offices of

24   SCHWABE, WILLIAMSON & WYATT, 1211 SW 5th Avenue,

25   Suite 1900, Portland, Oregon.

1    Penney's, the outlet line, any special makes that a        09:29:38

2    wholesale account needed globally.

3        Q.   You're familiar with the term "SMU," of

4    course --

5        A.   Yes.                                               09:29:58

6        Q.   -- right?

7        A.   Yes.

8        Q.   Does "SMU" stand for something?

9        A.   Special Makeup.

10       Q.   And are there various categories of                09:30:05

11   special makeup products?

12       A.   I'm not sure what you mean.

13       Q.   I'm trying to understand what all is under

14   that SMU umbrella.

15           So it sounds like the products that                 09:30:23

16   Columbia developed for sale at Kohl's and Penney's,

17   perhaps other wholesale channels and outlet only all

18   fall under that SMU umbrella; is that correct?

19       A.   They're all special make/builds, yes.

20       Q.   Okay.  Are there other types of special            09:30:46

21   make/builds that would accurately be described as

22   part of that SMU world --

23           That's a terrible question.

24       A.   I know.  I'm not sure I really understand

25   that.                                                       09:30:59

Melissa Olson                                    September 27, 2016

Page 26

1        Q.   If you wanted to look at the product life          09:37:35

2   cycle calendar for a particular product --

3        A.   Uh-huh.

4        Q.   -- could you do it?

5        A.   It's for the season, I guess, is a better          09:37:42

6   -- it's a calendar season.

7             So if we have a bunch of products -- like

8   we have outerwear, sportswear, accessories --

9        Q.   Um-hum.

10        A.   -- the season we're currently working on          09:37:57

11   is spring '18.

12             And so in the calendar right now, we -- in

13   our inline calendar, to be specific, we are at the

14   point of -- we just finished our design review for

15   the whole season.  So all of the products that          09:38:12

16   inline works on.

17        Q.   For spring '18.

18        A.   Correct.

19        Q.   So you're working --

20        A.   We generally work 18 months out, correct,          09:38:25

21   for inline product.

22        Q.   And what's the -- how far out do you work

23   on the outlet exclusive products as a general

24   matter?

25        A.   It's about probably nine to twelve months.          09:38:40

Melissa Olson                                            September 27, 2016

                                                            Page 27

1          Q.    Is there a reason why it's a different        09:38:49

2    timeframe?

3          A.    Yes.

4          Q.    What's the reason?

5          A.    The main reason is that our inline team       09:38:55

6    needs to commercialize and finish their season

7    before we start on our outlet product.

8               We don't want to -- we don't -- we want to

9    make sure we know what is going in inline first

10   before we decide how to build the outlet product.        09:39:17

11   It's the easiest way to say it.

12         Q.    That makes sense.

13              And why is that important?

14         A.    One of the -- if we decide to come out

15   with a new technology in inline, we need to see how       09:39:28

16   that's going to look with the inline wholesale

17   accounts and not develop or have that same

18   technology launched in the same season in our outlet

19   stores.

20              It would need to be several seasons after      09:39:44

21   the first launch of a new technology.

22         Q.    When you say "new technology," what kinds

23   of things would qualify as a new technology?

24         A.    So, for instance, our Omni-Heat technology

25   or our Omni-Grip in footwear or something like that,      09:40:02

| | | |
|---|---|---|
| 1 | if it's a brand-new technology, we're not going to | 09:40:09 |
| 2 | also have it in the outlet in the same launch | |
| 3 | season. | |
| 4 | Q.   Why not? | |
| 5 | A.   We show a much better value in the outlets | 09:40:18 |
| 6 | than, you know -- so for inline, if we had it at the | |
| 7 | same time as our wholesales -- wholesale accounts, | |
| 8 | they would get very upset, because they would be | |
| 9 | selling it at one price, and our outlets could go | |
| 10 | lower. | 09:40:36 |
| 11 | Q.   Ah.   Let me make sure I understand. | |
| 12 | So -- can you give me an example of -- | |
| 13 | A.   Yeah.   So let's say we have an Omni-Heat | |
| 14 | jacket. | |
| 15 | Q.   Okay. | 09:40:54 |
| 16 | A.   To make it easy, let's call it a "rain | |
| 17 | jacket." | |
| 18 | Q.   Okay. | |
| 19 | A.   If we have it at inline, we build it for | |
| 20 | the inline at a hundred dollars. | 09:41:02 |
| 21 | For our outlet style, it's the same | |
| 22 | fabric, it's the same features.   It's essentially | |
| 23 | the same jacket with just some slight design tweaks, | |
| 24 | different style name. | |
| 25 | But while we may have -- we'll have the | 09:41:14 |



Melissa Olson                                        September 27, 2016

Page 29

1    same hundred dollars my team puts on, 'cause we'll        09:41:18

2    have the same price as the inline, if it's the same

3    thing essentially -- Bobby's going to be much better

4    at explaining this --

5        Q.    Okay.                                          09:41:27

6        A.    -- but in his world, they show the value.

7              So they'll have a different price that

8    they would put on it, because outlets generally will

9    go out with the same product at a lower price.

10       Q.    And so your inline accounts would not want    09:41:39

11   to be undersold by the outlet on the same type of

12   technology.

13             Is that the issue?

14

15                                                            09:42:06

16

17

18

19       Q.    And when you say "better value," you mean

20   lower price to --                                        09:42:16

21       A.    Lower price.  Sorry.

22             In my head, it's -- it's a better value.

23       Q.    Yeah.  That's fine.  We can say "better

24   value."  I just --

25       A.    It doesn't -- yeah.  They would have a         09:42:24

Page 30

1                                                          09:42:27

2        Q.   Okay.  All right.

3                  MR. RAMSEY:  Can we take a break real

4    quick?

5                  MS. SAGAFI:  Sure.                      09:42:34

6                  THE VIDEOGRAPHER:  Going off the

7    record.  The time is 9:41.

8                  (Recess taken:  9:41 AM - 9:53 AM)

9                  THE VIDEOGRAPHER:  We're back on the

10   video record.  The time is 9:53 AM.                   09:54:48

11                 MS. SAGAFI:  Thanks.

12   BY MS. SAGAFI:  (Continuing)

13       Q.   Melissa, any part of your testimony that

14   you've already given me that you want to revise or

15   revisit in light of the break that we just had?       09:54:57

16       A.   No.

17       Q.   Okay.  I should have mentioned at the top

18   of the depo, if ever it crosses your mind that you'd

19   like to revise or revisit something that we've

20   talked about at any point, you're welcome to just     09:55:10

21   raise it, and we'll go back and revisit it, or if

22   you want to have a break to visit with your counsel

23   about it and then come back and revise, that's fine.

24   Okay?

25       A.   Okay.                                        09:55:25

Page 41

```
 1            It sounds like what you've just described      10:08:12

 2   to me as the new name products --

 3       A.   Yes.

 4       Q.   -- is something different from what we're

 5   talking about in this case, which is the SMU outlet     10:08:20

 6   exclusive products that are different a little bit

 7   --

 8       A.   Um-hum.

 9       Q.   -- from the inline products upon which

10   they are based.                                         10:08:32

11       A.   The seven styles -- is that what you're

12   asking about specifically or (Pausing) --

13       Q.   Well, we'll talk about the seven

14   specifically, but is there a different name that

15   Columbia uses internally for SMU builds that are        10:08:48

16   exclusive for outlet that are not exactly the same

17   as the inline style that they're modeled on?

18       A.   They're just SMUs to us.

19            So when we brief the design team of -- on

20   the line plan, the product is either a new name, new    10:09:11

21   number, and the design team knows it's an exact -- I

22   need no work done -- or it's a new style request.

23       Q.   Is new style request the same -- is that

24   term interchangeable with SMU built?

25       A.   They're -- I guess I'm getting confused,       10:09:37
```

Melissa Olson                                                September 27, 2016

Page 42

1    because they're all SMU builds.                            10:09:39

2         Q.   Okay.

3         A.   All -- everything on the line plan is

4    built.  So it's either a new name, new number style

5    -- they're all SMU styles to us.  It's either a new    10:09:47

6    name, new number -- no design work needed -- or it's

7    a new -- new style, new design, updated design.

8              There's different things we call it, but a

9    designer knows that they need to do a new sketch

10   essentially if we call a new design style or a new    10:10:06

11   style.

12        Q.   Okay.  Very good.

13             So is it fair to say that a new style

14   request will not be exactly identical to the inline

15   style upon which it's based?                           10:10:21

16        A.   The design esthetic, design lines will not

17   be.

18             The fabric, the features, the trims, the

19   technology, the MSRP will all be the same as the

20   inline comparable style.                               10:10:37

21        Q.   Every single time?

22        A.   The only time would be if we're no longer

23   using a fabric mill, we might have to switch out the

24   fabric.  Or let's say there might be a zipper that,

25   you know, we don't use that from supplier anymore.     10:10:54

Melissa Olson                                        September 27, 2016

Page 48

1    in the "Styles" column whether a particular product        10:17:31

2    is a new name or a new style request?

3        A.   No.

4        Q.   So the "X" doesn't -- at the beginning of

5    the style number doesn't indicate that it's a new          10:17:42

6    style request?

7        A.   No.  It could be a new name.

8        Q.   Okay.

9        A.   It could -- yeah.

10                                          10:18:13

11

12

13

14

15                                                              10:18:32

16

17

18

19

20                                                              10:18:52

21

22

23

24

25                                                              10:19:06

Melissa Olson                                                September 27, 2016

Page 49

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 10:19:12 |
| 2 | ████████████████████████████ | |

3      Q.   When you say "inline was carrying over,"

4   what does that mean?

5      A.   So if inline built a style in fall '14 and      10:19:24

6   it sold in well, they decided to carry it over to

7   fall '15 --

8      Q.   In line.

9      A.   Yes, inline, keep the same style.

10          So as they carry over more inline            10:19:38

11   products, then we would do more new styles.

12          It's easier to take an inline style

13   exactly as it is and just give it a new name if

14   inline is not running that style anymore.

15      Q.   I see.  But if a particular style is still      10:19:58

16   running inline, you're not going to offer the exact

17   same product in the outlet under a new name?

18              MR. RAMSEY:  I'll object.  That

19   misstates the testimony a little bit.

20   BY MS. SAGAFI:  (Continuing)                        10:20:07

21      Q.   Did I get that wrong?

22      A.   Yes.

23      Q.   Okay.  Will you explain to me, please.

24      A.   We might still -- if inline carries it

25   over, we might still do a new name.                 10:20:15

Melissa Olson                                    September 27, 2016

Page 50

1        If we decide to do a new style, it's a           10:20:18

2   design style change.  It's not a -- I can't remember

3   what you called it.  What you --

4        Q.   New style request?

5        A.   We would -- we could still do a new style    10:20:29

6   request, but it's essentially still in the inline

7   comp.  It's just a design change.

8        Q.   Okay.  I think I understand that.

9   

10                                                          10:21:02

11

12

13

14

15                                                          10:21:22

16

17  BY MS. SAGAFI:   (Continuing)

18

19

20                                                          10:21:30

21

22

23

24

25                                                          10:21:43



Melissa Olson                                          September 27, 2016

Page 51

1                                                        10:21:45

2

3

4

5                                                        10:21:57

6        Q.    I think I can probably infer the answer to

7   my next question,

8

9

10                                                       10:22:12

11       Q.    The wholesalers --

12       A.    The exact same thing.

13

14

15       A.    Okay.                                     10:22:25

16

17

18

19

20            MR. RAMSEY:   I'm going to object;         10:22:39

21   calls for speculation with respect to what a

22

23   BY MS. SAGAFI:   (Continuing)

24       Q.    But you can answer, if you understood.

25                                                       10:22:50

Melissa Olson                                            September 27, 2016

Page 52

| | | |
|---|---|---|
| 1 | ████████████████████████████ | 10:22:52 |
| 2 | ████████████████████████ | |
| 3 | █████████████████████████████ | |
| 4 | █████████████████████████████ | |
| 5 | ███████████████ | 10:23:08 |
| 6 | ██ ████████████████ | |
| 7 | █████████████████ | |
| 8 | ██ ██████████████████████ | |
| 9 | █████████████ | |

10        I mean, a very good buyer could go into      10:23:24

11   the outlet and say, "That's the same jacket that I

12   have.  You just put the pockets from the bottom to

13   the top.  There's no other difference.  That's my

14   jacket, and you're selling it for a lower price."

15        Q.   Is there a way for the consumer to       10:23:41

16   identify which products are new name and which

17   products are new style requests just by looking at

18   the way the products are labeled or tagged in the

19   outlet store?

20        A.   No.  Sorry.  Be a little more clear.     10:24:03

21             Is there a way for the consumer to

22   identify if it's a new name or a new style build?

23        Q.   Yes.

24        A.   Not that I know of.

25        Q.   If you walked into a Columbia outlet      10:24:21

Page 80

1    correct?                                              11:10:51

2        A.    Yeah.

3        Q.    Okay.   Okay.   Great.

4              Let's scroll back up to the top here.   And

5    I want to look at Column J, "MSRP."                   11:11:14

6        A.    Okay.

7        Q.    I think I know the answer to this, but as

8    that term is used here, what do the letters "MSRP"

9    stand for?

10       A.    Manufacturer Suggested Retail Price.        11:11:27

11

12

13

14

15                                                         11:11:49

16

17

18

19

20             So same fabric features, technology,        11:12:18

21    whatever, the inline style that we're comparing the

22    outlet new design to.

23       Q.    Okay.   And I think you've just told me

24    that Document 189 does not include -- does not

25    always include the inline comp for each of the       11:12:38

Melissa Olson                                    September 27, 2016

                                                              Page 93

1    change the price before we go to final price to make      11:30:04

2    sure that we're still aligning with them?"  Those

3    kinds of things just to make sure that we're on the

4    same page.

5         Q.   Okay.  Would you say that it's common          11:30:13

6    knowledge within the Columbia Sportswear community

7    that customers are more likely to buy products that

8    are on sale?

9              MR. RAMSEY:  I'll object beyond the

10   scope of topics.  It calls for speculation.              11:30:36

11   BY MS. SAGAFI:  (Continuing)

12        Q.   If you can answer.

13        A.   Okay.  I wouldn't know what customers were

14   more likely to buy or not.  I think that, you know,

15   personally you're either an outlet customer or          11:30:47

16   you're not.  You're looking for a deal or you're

17   not.  I mean, that's my own speculation.

18             If you're an outlet customer, you probably

19   are looking for a sale price, in my opinion.

20        Q.   Do you think that opinion is generally         11:31:03

21   held by Columbia?

22        A.   I don't know.

23             MR. RAMSEY:  Object again for beyond

24   the scope and calls for speculation.

25             THE WITNESS:  I couldn't answer that.          11:31:14

Melissa Olson                                                    September 27, 2016

                                                                          Page 94

1       I don't know.                                            11:31:16

2       BY MS. SAGAFI:   (Continuing)

3            Q.    Okay.   You said you're either an outlet

4       customer or you're not.

5               What's the difference between somebody         11:31:20

6       who's an outlet customer and somebody's who's not?

7                    MR. RAMSEY:   Same objections.

8                    THE WITNESS:   In my opinion, there

9       are consumers who are looking for the best deal they

10      can find.   Generally you can find those at outlet      11:31:32

11      stores.   And that's why I said that.

12      BY MS. SAGAFI:   (Continuing)

13           Q.    Okay.   Let me show you Columbia 001055.

14      And we'll treat this one as Exhibit 7.

15                   (Excel Spreadsheet Columbia               11:32:53

16                   001055, EXB. 7, referred to.)

17      BY MS. SAGAFI:   (Continuing)

18           Q.    Do I have it up there?   Yes.

19               Are you familiar with this document --

20           A.    Yes.                                          11:33:10

21           Q.    -- Columbia 1055?

22           A.    Yes.

23           Q.    What do you understand this document to

24      be?

25           A.    It's like the fall '16 outlet line.          11:33:15

Melissa Olson                                September 27, 2016

Page 105

1    get developed?                                    11:46:30

2         The style level can include a Pan-Asian

3    fit, so we might offer -- you know, and this is

4    really inline where I'm jumping out of outlet and

5    into inline.                                      11:46:43

6         There might be inline styles that China

7    decides they want, and so they'll add a Pan-Asian

8    fit, and then it would be China developed at the

9    style level.

10        Q.   That sounds very confusing.             11:46:57

11        A.   (Laughing.)

12        Q.   Is the information in Columns S and T

13   here, is that data available on the apparel side

14   such that we could, if you needed to, pull a new

15   line plan report for fall of '16 that includes those   11:47:20

16   two data fields?

17        A.   I'm not sure that drops in there yet or

18   not for fall in the apparel side.  All of the outlet

19   styles are corporate developed.

20        Q.   Well, that makes it easy.  Thank you.    11:47:40

21             Okay.  That's all for this document.

22             Do you know when Columbia started

23   producing new style request products for sale at its

24   outlet stores in California?

25        A.   I believe it was the 2014.              11:48:15

VERITEXT LEGAL SOLUTIONS
202-803-8830

Melissa Olson                                                September 27, 2016

Page 106

```
1        Q.    Spring or fall?                              11:48:19

2        A.    I'm pretty sure it's fall.

3        Q.    What would you need to look at to be sure?

4        A.    It would take some -- it would take some

5   research.                                               11:48:34

6              I think I already did this, and that's

7   where we're at.  So I'm pretty confident that it was

8   twenty -- the fall 2014 season.

9        Q.    Okay.  And do you have an understanding of

10  the reasons why Columbia started producing new style    11:48:49

11  request products for sale in the outlets at that

12  time?

13  ██    ████████████████████████████████

14  ███████████████████████████████████████

15  ██████████████████████████████████         11:49:04

16  ███████████████████████████████████████████

17  ████████████████

18       Q.    Prior to the fall 2014 season, did

19  Columbia produce new name styles for sale in their

20  outlet stores?                                          11:49:28

21       A.    I would have to go back and double check.

22  I'm not sure if that started the same season or not

23  or if it was 2013.  I -- might have been the same

24  season that we started doing new names.

25       Q.    Okay.  So it sounds like it's not that       11:49:51
```

Page 144

```
 1              What do you understand her to be asking      13:56:05

 2   you for in that question?

 3        A.   I believe we are getting Japan on the same

 4   PDM system.  And if they were going to start running

 5   SMUs, she was wondering if we -- how we ran SMUs in     13:56:17

 6   the U.S.

 7        Q.   And was she requesting whether or not

 8   there was a single document that outlined

 9   considerations for SMU approvals here?

10        A.   It seems like she was asking for a doc --     13:56:36

11   if we had a certain document, yes.

12        Q.   And does such a document exist, to the

13   best of your knowledge?

14        A.   We don't have a formal document.

15        Q.   Let's look at the next email in this          13:56:51

16   string, so your reply to her, which starts on the

17   first page of this document and continues to the

18   second page.

19              And let's just walk through this sentence

20   by sentence here.                                       13:57:14

21              You say, "No, the MOQ really comes from

22   planning."

23              What did that mean?

24   ▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

25        Q.   And what does the minimum order quantity      13:57:25
```

Melissa Olson                                    September 27, 2016

Page 145

1    mean?                                        13:57:32

2         A.    Planning -- in order to issue a production

3    order, planning likes to have a certain amount -- a

4    minimum order amount that they need before they'll

5    place a production order.                     13:57:46

6         Q.    Okay.   And when you say, "The MOQ really

7    comes from planning," is "planning" a department --

8         A.    Yes.

9         Q.    -- or a division?

10        A.    It is.                             13:57:53

11        Q.    And then you write, ▮▮▮▮▮▮▮▮▮▮▮

▮    ▮▮▮▮▮▮▮▮▮▮ and if an account comes in lower

13   than that, we check to see if it's possible."

14             ▮▮▮▮▮▮▮▮▮ the MOQ that you try

15   to adhere to?                                13:58:12

16        A.    That is -- in general, yes.

17   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮

19        A.    Well, so, the subject header's "SMU

20   Rules," so it's any SMU, not just -- it could be any    13:58:28

21   SMU, right?

22             So if we're doing a media jacket --

23        Q.    Um-hum.

24        A.    -- we might only do a couple hundred

25   units, because that's all they need, and that's a      13:58:40

Melissa Olson                                    September 27, 2016

Page 148

1    A.   For outlet.  Correct.                    14:01:08

2    Q.   Okay.  I am confused.

3         Are outlet SMUs -- if I say "outlet SMUs,"

4    does that include both new name styles and new

5    product request products?                     14:01:45

6         A.   The new styles, the new names, yes.

7    Q.   Okay.  And if I say "wholesale SMUs," does

8    that include new name products and new style request

9    products?

10   A.   Wholesale SMUs are usually always new     14:02:11

11   style.

12   Q.   Okay.  ████████████████████████

13   ████████████████████████████████████

14   ████████████████████████████████████

15   ██████████                                     14:02:34

16   A.   Wholesale only, not outlet.  █████████

17   ████████████████████████   █████████████

18   ██████████████████   ████████████████

19   ██████████

20   Q.   I see.  And is it that there's no ████    14:02:44

21   ████████████████████████████████████

22   ████████████████████████████████

23   ████████████████████████████████

24   A.   Are you talking about the outlet again?

25   Q.   Yes.                                      14:03:08