QUINONES DECL.
EXHIBIT C

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3

4   JEANNE and NICOLAS STATHAKOS,      )

    individually and on behalf of      )

5   all others similarly situated,     )

                                       )

6                    Plaintiffs,       )

                                       )

7        v.                            ) No. 4:15-cv-04543 (YGR)

                                       )

8   COLUMBIA SPORTSWEAR COMPANY;       )

    COLUMBIA SPORTSWEAR USA            )

9   CORPORATION,                       )

                                       )

10                   Defendants.       )

11

12

13              C O N F I D E N T I A L

14       VIDEOTAPED DEPOSITION OF JAMES ROBERT BUI

15            Taken on behalf of Plaintiffs

16              September 28th, 2016

17                    * * *

18          BE IT REMEMBERED THAT, pursuant to the Federal

19   Rules of Civil Procedure, the deposition of JAMES ROBERT

20   BUI was taken before Robin L. Nodland, an Oregon Certified

21   Shorthand Reporter, a Registered Diplomate Reporter, and a

22   Certified Realtime Reporter, on Wednesday, September 28,

23   2016, commencing at the hour of 9:10 a.m., in the law

24   offices of SCHWABE WILLIAMSON & WYATT PC, 1211 SW Fifth

25   Avenue, Suite 1900, Portland, Oregon.

James Robert Bui                                    September 28, 2016

Page 26

1          BY MS. SAGAFI:  (Continuing)

2     Q.    Okay.

3          Did you provide, as one of your criteria,

4     a date range for which you wanted your colleague to

5     pull Aspect transaction data?

6     A.    Yes.  I asked her to go back as far as she

7     could, ideally 2010 or up to the present, and that's

8     what she did.

9     Q.    So am I correct in understanding that she

10    looked for any transaction at these 11 stores

11    involving any of the SKUs listed in sheet 1 going

12    back to 2010?

13    A.    Yes.

14    Q.    Great.  That's very helpful.  Thank you.

15          Sorry.

16    A.    That's okay.

17    Q.    There's just a whole lot of questions that I

18    don't need to ask now.

19               MR. RAMSEY:  That's a good sign when

20    they cross things off.

21    BY MS. SAGAFI:  (Continuing)

22    Q.    In looking at the data collected in the data

23    tab of document 1054, it looks to me like the most

24    recent transaction occurred September 16th, 2016.

25    Was that an end date that you provided to your

1   colleague who pulled this data?

2   A.    I didn't give her a specific end date.   I just

3   said to the present.   So I believe she -- this

4   reflects the date she pulled it.

5   Q.    And if she were to pull the data again, today,

6   would it include transactions, if any, for these

7   SKUs that had taken place between September 16th and

8   today?

9   A.    It should, yes.

10  Q.    Do you have a sense of how often the Aspect

11  database updates itself or is updated?   Another way

12  of asking that question is, how long is the delay

13  between when a transaction happens and when it would

14  show up in Aspect?

15  A.    Unfortunately, I don't know that.   I don't know

16  if it's real time or if it's overnight or -- I don't

17  know that answer.

18  Q.    It must be pretty quick, though, because this

19  includes data up to September 16th, and we're only a

20  couple weeks past that now.

21        That wasn't a question; that's just me

22  thinking out loud.

23        All right.   Let's look at the codes tab.

24  And let's just take these in order by row.   And I'd

25  just like you to explain to me in your own words

1    completed.

2    Q.   Is there a business reason for tracking that?

3    A.   I don't know.  I don't know.

4    Q.   It doesn't matter.

5    A.   Yeah.

6    Q.   I was just curious.

7             Okay.  That brings us to the end of the

8    columns.  Let's take a break.

9             We'll work a little bit more with this

10   document when we come back.

11                  THE VIDEOGRAPHER:  We're off the

12   record at 10:40.

13                  (Recess taken from 10:40 to 10:57

14                  a.m.)

15                  THE VIDEOGRAPHER:  We are back on the

16   record at 10:57.

17   BY MS. SAGAFI:  (Continuing)

18   Q.   All right.  Great.  Let's continue working with

19   this document, Columbia 1054.  Let me direct your

20   attention to column AG on the data tab.  And if we

21   click on the arrow in AG 2, we can see all of the

22   values that appear in this column.  And AG is the

23   number of items in the transaction; correct?

24   A.   Correct.

25   Q.   Okay.  So if we scroll down, as I'm doing on

James Robert Bul                                          September 28, 2016

1    this screen, to look through the values that appear

2    in this column, we get into some really high numbers

3    here.   It looks like there's at least one

4    transaction here for 109 items, one at least for

5    175, one for 196.

6              When you see those really high values --

7    are you surprised to see those high values here?

8    A.    No, I'm not.

9    Q.    Why not?

10   A.    We have what we refer to as bulk buyers.

11   Q.    Okay.

12   A.    And they'll come in, and they'll -- they'll

13   have a very large dollar transaction.   It's -- I

14   wouldn't call it rare, and I wouldn't call it

15   frequent, but it happens enough that it's not an

16   oddity.

17   Q.    Okay.   So there's no reason for us to think

18   that these high number of items in a single

19   transaction are incorrect in the data or anything

20   like that, is there?

21   A.    No, there isn't.

22   Q.    Okay.  I also notice that there are a couple of

23   sales where there are e-mail addresses in the field

24   for number of items.  Do you have any explanation

25   for that?

1    A.   So that's what it appears like, that the

2    transaction was completed for zero value.

3    Q.   And do you have any understanding of why the

4    EO3 code would have been applied here?

5    A.   I don't know if these codes are an option that

6    the sales associate has to choose from or if it's

7    automatically assigned.  I would imagine there could

8    be some human error in there on some level.

9    Q.   Okay.

10            All right.  I think we can finally close

11   this document right now.

12            Columbia has a loyalty or rewards program

13   for its customers; correct?

14   A.   Yes.

15   Q.   What's it called?

16   A.   Columbia Greater Rewards.

17   Q.   Okay.  Does a customer who signs up for

18   Columbia Greater Rewards get assigned a unique

19   rewards number?

20   A.   I believe so, yes.

21   Q.   And do you know what, if any, personal

22   information a customer provides to Columbia to get a

23   Columbia Greater Rewards number?

24   A.   I believe there's different data fields that

25   can be filled out.  I don't know if customers fill

1    out all data fields, but name, e-mail address, that
2    sort of thing.  I honestly don't know beyond that
3    what is collected.
4    Q.   Do you know -- it sounds like some of the data
5    fields for signing up for Columbia Greater Rewards
6    are required and some are optional.  Is that right?
7    A.   I believe the name and e-mail address are
8    probably required because that's the only way of --
9    that's the only method of communication, or the
10   primary method of communication.
11   Q.   Do you know how many Greater Rewards members
12   Columbia currently has?
13   A.   I don't know.
14   Q.   If you wanted to find out, is there a resource
15   that you could --
16   A.   Sure.
17   Q.   -- consult?
18   A.   Yeah.  I would talk to somebody on the
19   E-commerce marketing team.
20   Q.   Is there a system that tracks Greater Rewards
21   customers?  Would it --
22   A.   Yes.
23   Q.   -- be in Aspect, for example, or something
24   else?
25   A.   Yes.  I don't know the name of the system

Page 82

1  that manages the marketing and the loyalty program.

2  Q.   And what specific person would you go to?

3  A.   I don't know a specific person.  I'd have to

4  ask around.

5  Q.   Okay.

6          All right.  Let's look now at what was

7  previously marked as Exhibit 13 yesterday.

8                  MR. RAMSEY:  Are we done with the

9  sheet?

10                 MS. SAGAFI:  For a while, yeah.

11                 MR. RAMSEY:  We should probably turn

12  off the projector, then.

13                 MS. SAGAFI:  Yeah.  That's a good

14  idea.  I won't need the projector for a little

15  while.

16  BY MS. SAGAFI:  (Continuing)

17  Q.   Okay.  Bobby, so you have in front of you what

18  was marked yesterday as Exhibit 13.  Do you

19  recognize this document?

20  A.   I do, yes.

21  Q.   What is it?

22  A.   It's what we call our ████████████████

23  Q.   Do you know who created this document?

24  A.   Yes, I do.

25  Q.   Who created it?

Page 83

1   A.   I did.

2   Q.   When?

3   A.   I think it was ████   Somewhere around then.

4   Q.   ████████████████████████████████████████

5   ██████████████████████████████████████████

6       ██████████████████████████████████████████

7   ██████████████████████████████████████████

8   A.   ████████████████████████████████████████

9   ██████████████████████████████████████████

10  Q.   I see.

11       So looking at this document, describe to

12  me what is meant by ████████████████████████████

13  ████████████████

14  A.   ████████████████████████████████

15  Q.   Okay.   ████████████████████████████

16  A.   ████

17  Q.   ████████████████████████

18  A.   ████████████████████████

19  Q.   Okay.  And if we were to look at an outlet

20  product on the first day that it's available for

21  sale at the outlet store, would we typically see

22  these two prices on the price tag?

23  A.   Yes.

24  Q.   And do the prices on the price tags for outlet

25  products sometimes vary ██████████████████████████

James Robert Bur                                September 28, 2016

Page 84

1 █████████████████████████

2 A.   ██████████████████████████████████

3 ████████████████████    ██████████████████

4 ███████████████████████████████████████████

5 ████████████████████████████████████████

6 █████████████████████████████████

7 Q.   Okay.

8 A.   Individual -- individually.

9 Q.   ███████████████████████████████████

10 ███████████████████████████████████████

11 ██████████████

12 A.   ███████████████

13 Q.   ██████

14 A.   ██████████████████████

15 Q.   ███████████████████████████████

16 ████████████████████████████████████

17 ████████

18 A.   It could be history, the performance of the

19 product.  So if we -- ██████████████████████

20 ███████████████████████████████████████

21 ██████████████████████████    █████████████

22 ███████████████████████████████████████████

23 ████████████████████    ████████████████████

24 ████████████████████

25 Q.   Anything else?  Any other reasons you can think

James Robert Bur                                    September 28, 2016

Page 88



1   A.   M-hm.  Yes.

2   Q.

3

4   A.

5   Q.

6   A.

7

8   Q.

9   A.

10

11  Q.

12  A.

13

14

15  Q.

16  A.

17  Q.

18  A.

19

20

21  Q.

22  A.

23  Q.

24  A.

25  Q.

Page 89



1   Q.   And associates do that permanent markdown

2   typically by stickering?

3   A.   Yes.  Restickering, yes.

4   Q.   Okay.

5   A.   

6

7

8   Q.

9   A.

10

11

12

13

14

15

16

17

18

19

20   Q.   Say that part again, about the rounding.  I

21   didn't follow that.

22   A.

23

24   Q.

25   A.



1    Q.    Okay.   Let me say it back to you to make sure

2    I've got it.   ████████████████████████████████

3    ██████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    ████████████

6    A.    Correct.   Yes.

7    Q.    Got it.   Okay.   Now explain to me again about

8    the rounding, please.

9    A.    ████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ████████████████████████████████████████████   ████

12   ██████████████████████████████████   ████████████████

13   ████████████████████████   ████████████████████████

14   █████████████████████████████████████████████████████

15   Q.    ██████████████████████████████████████████

16   ████████████████████████

17   A.    ██████████████████████

18   Q.    Oh, yeah.   Sorry.   ████████████████████████████

19   ████████████████████████

20   A.    Yes.

21   Q.    -- but yes --

22   A.    Okay.

23   Q.    -- the top of them, the top of this document?

24   A.    Yes.

25   Q.    Okay.   And   ████████████████████████████████

Page  93



James Robert Bur                                September 28, 2016

Page 94



Page  95



James Robert Bur                                    September 28, 2016

Page 96



21  Q.   And what did you mean by nobody tells a story

22  better than we do?

23  A.    Nobody presents our brand in the way we want to

24  present our brand better than the people who have

25  created the product.  So in other words, how we

James Robert Bur                                      September 28, 2016

Page 101

1 

2

3

4          MR. RAMSEY:  I'm going to object.

5  Misstates the testimony.

6          THE WITNESS:  I don't -- I don't know

7  what the consumer -- I can't speak for the consumer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 102

1  ████████████████████████████

2  ██    ████████████████████████████

3  ████████████████████████████████████████

4  ████████████████████████████████

5  ██    ██████████

6  ██    ████████████████████████████

7  ██    ██████████

8          MR. RAMSEY:  Calls for speculation.

9  A.   I don't -- I can't -- I think we're going

10 circular here.  I just -- ██████████████████

11 ██████████████████████████████████████

12 ████████████████████████████

13 BY MS. SAGAFI:  (Continuing)

14 Q.   ██████████████████████████████████████

15 ██████████████████

16 A.   ████████████████████████████████

17 ████████████████████████████████████

18 ████████████████████████████████████

19 ██████████████    ████████████████████████

20 ████████████████████████████████████████

21 ██████████████████

22 Q.   What does Columbia intend to communicate to the

23 customer by including the MSRP and the outlet price

24 on a price tag?

25          MR. RAMSEY:  Object.  Calls for

James Robert Bur                                    September 28, 2016

Page 103

1    speculation.  Beyond the scope of the topics.

2    A.   I don't -- I don't know the answer to that

3    question.

4    BY MS. SAGAFI:  (Continuing)

5    Q.   Really?

6                    MR. RAMSEY:  Object.  Argumentative.

7    There's no question pending.

8    BY MS. SAGAFI:  (Continuing)

9    Q.   Why does Columbia include two prices on the

10   price tag?

11                   MR. RAMSEY:  Same objection.  It's

12   beyond the scope of the topic.  Calls for

13   speculation.

14            If you can answer.

15   A.   Why do we include two?

16   BY MS. SAGAFI:  (Continuing)

17   Q.   Yes.

18   A.   ███████████████████████████████████████

19   ████████████████████████████████████████████

20   ███████████████████████████████

21   Q.   ██████████████████████████████████████

22   ██████████████████████████████████████████████

23   ██████████████████████████████

24   A.   ████

25   Q.   █████████████████████████████

Page 104



1    A.
2    Q.
3    A.
4    Q.
5    A.
6    Q.
7
8    A.
9    Q.
10
11
12
13   A.
14                   MR. RAMSEY:  Can we take a break?
15                   MS. SAGAFI:  Sure.
16                   THE VIDEOGRAPHER:  We're off the
17   record at 12:01.
18                   (Ms. Gold disconnected from the
19                   speakerphone.)
20                   (Recess taken from 12:01 to 1:04
21                   p.m.)
22                   (Exhibit Nos. 25-29 marked.)
23                   THE VIDEOGRAPHER:  We are back on the
24   record at 1:04.
25   BY MS. SAGAFI:  (Continuing)

James Robert Burr                                      September 28, 2016

Page 106

1    through the present?

2    A.   I can't say if it was exactly fall '14, but it

3    is presently done.

4    Q.   Okay.  So at what point in the process are the

5    price stickers placed on the price tag for outlet

6    products?

7    A.   It would be done at factory.

8    Q.   Okay.  And is that true across the board for

9    all outlet products?

10   A.   No, it isn't.

11   Q.   Is it true across the board for all new design

12   outlet products?

13   A.   Yes.  That's the intent.

14   Q.   Okay.  Let's look at point number seven here,

15   which says, ██████████████████████████████████

16   ████████████████████████████████████████████████

17   █████████████████████████████████████████████

18        ██████████████████████████████████████████

19   ███████████

20   A.  ██████████████████████████████████████████████

21   ██████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   ██████████████████████████████████████████

24   ████████████████████████████████████████████████

25   ██████████████████████████████████████████

Page 123

1   Q.   So do you conclude, looking again at the price

2   tag pictured in Exhibit 28, since this is not a Z

3   sticker, do you conclude that the sticker that bears

4   the price 24.90 was already affixed when this

5   product arrived at the outlet store in which it was

6   sold?

7   A.   Yes.

8   Q.   Okay.   And looking at the UPC sticker pictured

9   in Exhibit 28, is it accurate to refer to the $35

10  price as the MSRP?

11  A.   Yes.

12  Q.   To the best of your knowledge, does the MSRP

13  appearing on UPC stickers for outlet products ever

14  say the letters MSRP?

15  A.   This is -- the way it's represented here is the

16  way I'm used to seeing it.

17  Q.   Are you aware of any reason why the sticker

18  does not say MSRP in front of the MSRP price?

19  A.   I am not aware, no.

20  Q.   Let's look now at the additional sticker that

21  appears below the UPC sticker on the price tag in

22  Exhibit 28.   And the price appearing there is 24.90.

23  Is it fair to refer to that price as the outlet

24  price?

25  A.   Yes.

1    Q.    Is it also correct to refer to that 24.90 price

2    as the original price?

3                   MR. RAMSEY:   I'll object as vague and

4    ambiguous as to "original."

5    A.    Original price of what?

6    BY MS. SAGAFI:   (Continuing)

7    Q.    Of the product pictured in Exhibit 28.

8    A.    That's our outlet price.

9    Q.    And so is 24.90 the highest price that this

10   product would ever be sold at the outlet?

11   A.    It's our starting price, yes.   It's our first

12   price.

13   Q.    Okay.

14              All right.   Please take a look now at what

15   has been marked as Exhibit 29.   Jay already has

16   that.

17              And during the break your counsel had the

18   opportunity to compare the photograph that we have

19   marked as Exhibit 29 to the original paper receipt

20   that is pictured in Exhibit 29, and so I guess I'll

21   direct this question to counsel.

22                   MR. RAMSEY:   I'll confirm that it's

23   the same.

24                   MS. SAGAFI:   Okay.   Thanks.

25                   MR. RAMSEY:   I'll confirm that it's





Confidential

Columbia_00183

EXHIBIT
28
Bui
Columbia
1716871010
XL1397-010
Siesta Key™ Long Sleeve Tee
M
Womens / Femmes
$ 35.00
$ 24.90
1716871010
XL1397 010
Columbia
Sportswear Company

