# QUINONES DECL. EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
                                    )
JEANNE and NICHOLAS STATHAKOS,      )
individually and on behalf of all   )
others similarly situated,          )
                                    )
              Plaintiffs,           )
                                    )
       vs.                          ) Case No.
                                    ) 4:15-cv-04543-YGR
COLUMBIA SPORTSWEAR COMPANY;        )
COLUMBIA SPORTSWEAR USA             )
CORPORATION,                        )
                                    )
              Defendants.           )
_____)
```

VIDEOTAPED DEPOSITION OF JEANNE STATHAKOS, taken at Four Embarcadero Center, 17th Floor, San Francisco, California on November 2, 2016, at 9:42 a.m., before Jay W. Harbidge, Certified Shorthand Reporter in and for the State of California.

JEANNE STATHAKOS
November 02, 2016

```
 1     Q.     You're in Oakland, okay.
 2            When did you move from Tracy to Oakland?
 3     A.     2000.
 4     Q.     So Columbia Sportswear is the defendant in
 5   this action, as you know.  When, if you remember, was
 6   the first time you went to a Columbia store?
 7     A.     I don't remember the exact date.  It was
 8   quite a number of years ago.  And the first store was an
 9   outlet store, actually.
10     Q.     Have you ever been to a Columbia store that
11   was not an outlet?
12     A.     No.
13     Q.     Do you remember the last time you went
14   shopping in a Columbia outlet?
15     A.     Yes.  February 14th, 2016.
16     Q.     And do you know -- why did you go shopping at
17   Columbia that day?
18     A.     We were planning -- we were getting ready for
19   a trip to Rhode Island and needed some outerwear.
20     Q.     Would you say that you do most of your
21   shopping at an outlet mall versus a regular mall?
22     A.     No.
23     Q.     About the same or more for the regular mall?
24     A.     I wouldn't even say regular mall.  Maybe
25   online shopping.
```

```
 1   that sold sporting goods, so...
 2        Q.     Other than Columbia outlets, have you
 3   purchased -- excuse me.  Other than at a Columbia
 4   outlet, have you purchased Columbia products anywhere
 5   else?
 6        A.     No, not directly, no.
 7        Q.     What do you mean by "not directly"?
 8        A.     Well, I haven't purchased any -- I'm sorry.
 9   I have not purchased any Columbia products other than at
10   the outlet stores, no.
11        Q.     Have you ever seen Columbia gear at another
12   store?
13        A.     I have seen other -- I have seen Columbia
14   products, yes.
15        Q.     Which stores?
16        A.     I've seen them at REI.  I have seen them
17   at -- I want to say when I went with my friend to a
18   Mountain Hardware store.
19        Q.     Anywhere else that you can remember?
20        A.     No.  I don't do a lot of store shopping,
21   but --
22        Q.     Okay.  When you saw the Columbia product at
23   the REI -- let's take that --
24        A.     Uh-huh.
25        Q.     -- you said you've never purchased something
```

```
 1   of Columbia's from REI; is that correct?
 2        A.        Yes, no.
 3        Q.        So correct?
 4        A.        That's correct.
 5        Q.        Okay.  Why not?
 6        A.        I always felt Columbia was an expensive
 7   product to purchase, and usually at retail stores I tend
 8   not to look at them.
 9        Q.        You tend not to look at Columbia products?
10        A.        Correct.
11        Q.        But you do look at other things?
12        A.        I do look at other things, depending on what
13   I'm in there for.
14        Q.        Do you remember any particular items you may
15   have looked at at an REI store that was a Columbia
16   product?
17        A.        I don't remember.
18        Q.        No particular jacket or T-shirt or shorts?
19        A.        No.
20        Q.        Do you have a view at all as to whether the
21   products available at REI that are Columbia's are of
22   equal quality to the products available at the outlet?
23        A.        I'm sorry.  Could you repeat that one more
24   time?
25        Q.        Sure.  So there's products at REI that are
```

```
 1             MS. SAGAFI:  Objection, calls for an expert
 2   opinion.
 3             THE WITNESS:  Explain or describe to me what
 4   damaged would be.
 5   BY MR. RAMSEY:
 6      Q.     Sure.  So do you think by buying at a
 7   Columbia outlet where the higher price on the tag was
 8   not the price at which that item had been selling for at
 9   a retail location -- say REI -- that as a result of you
10   buying that item, you should get money from Columbia?
11             MS. SAGAFI:  Same objections.
12             THE WITNESS:  I felt -- I feel actually I was
13   fooled.  I'm not sure I would quite use the term
14   "damaged."
15   BY MR. RAMSEY:
16      Q.     Do you think you were harmed?
17             MS. SAGAFI:  Same objection.
18             THE WITNESS:  Physical harm, no.
19   BY MR. RAMSEY:
20      Q.     Any other type of harm?
21      A.     I guess it goes back to damage.  I don't
22   believe damage, but absolutely fooled.
23      Q.     Do you think you were injured in any way?
24             MS. SAGAFI:  Same objections.  It calls for a
25   legal conclusion and an expert opinion.
```

```
 1      A.      I guess I would have to say February 2016.
 2      Q.      Okay.  So let's just use that as an example,
 3   then.  So when you were at the Columbia store, say, in
 4   February and you were looking for a specific item, what
 5   would cause you to buy, you know, one jacket over
 6   another jacket?
 7      A.      In that store?
 8      Q.      Yes, yes.
 9      A.      First of all, the price, and if I feel like I
10   was getting a bargain, and the need that it fills.
11      Q.      What about how it fits; is that important to
12   you?
13      A.      It is important, yes.
14      Q.      How about the color; is that important to
15   you?
16      A.      I would say yes.
17      Q.      If the jacket maybe wasn't a color that you
18   particularly liked, would you buy the jacket?
19      A.      No.
20      Q.      What if the jacket didn't fit quite right;
21   would you buy the jacket?
22      A.      Absolutely not.
23      Q.      Okay.  What about the quality of the product;
24   is that something that's important to you?
25              MS. SAGAFI:  Objection, vague, calls for
```

```
 1   BY MR. RAMSEY:
 2        Q.    So how do you, when you're browsing for
 3   Columbia products at an outlet, come up with a price
 4   sort of, yeah, that's a good price for me versus no,
 5   that's a bit too expensive for me?  How do you come up
 6   with that price?
 7              MS. SAGAFI:  Objection, calls for
 8   speculation, incomplete hypothetical.
 9              THE WITNESS:  I would look at the price tag
10   and see what I assume is the retail price that it's
11   going for, what the sale price is and see if I feel
12   that's a bargain.
13   BY MR. RAMSEY:
14        Q.    Okay.  So let's say -- let's stick with that
15   hooded sweater dress.  I think you said that you would
16   not have been willing to pay $50 for it.  Let's say the
17   price tag had two prices on it and the higher price was
18   a hundred dollars and the lower price was $50, so you
19   would have paid $50 for the dress had you decided to buy
20   it.  Would you have bought the dress?
21              MS. SAGAFI:  Objection, calls for
22   speculation.
23              THE WITNESS:  Even if the retail price -- or
24   the higher price at a hundred and it was at $50, no, I
25   don't feel that dress was worth it.
```

```
 1      A.     I didn't pay attention to that, no.
 2      Q.     Do you remember a time where Columbia had
 3   only one price tag on its items, one price on its price
 4   tag?
 5      A.     I couldn't tell you.  I don't remember.
 6      Q.     It may have happened, may not have happened?
 7             MS. SAGAFI:  Objection, asked and answered.
 8             THE WITNESS:  Yes, I don't know.
 9   BY MR. RAMSEY:
10      Q.     Okay.  When you're at an outlet store where
11   there's just one price on a price tag, how do you
12   determine whether you're getting a good bargain?
13             MS. SAGAFI:  Objection, calls for
14   speculation.
15             THE WITNESS:  If there's only one price and
16   it's a printed price on the tag and it looks like an
17   original, I would not think it's a bargain.  I would not
18   even contemplate purchasing it.
19   BY MR. RAMSEY:
20      Q.     What if it were sitting on a rack that said,
21   you know, 20 percent off, 30 percent off?
22             MS. SAGAFI:  Objection, calls for
23   speculation.
24   BY MR. RAMSEY:
25      Q.     Have you ever seen something like that at an
```

```
 1   outlet?
 2        A.    I have.
 3        Q.    And in that case, when do you consider you to
 4   be getting a good bargain?
 5        A.    It still depends on what I think the retail
 6   price is and, after the discount, if that price is to me
 7   a bargain for that item.
 8        Q.    So would you -- focusing on that situation,
 9   there's one price on the price tag and it's sitting on a
10   rack that has some percentage off, if it said "20
11   percent off," would you consider you to be getting a
12   good bargain?
13              MS. SAGAFI:  Objection, calls for
14   speculation.
15              THE WITNESS:  I would consider that a
16   bargain.
17   BY MR. RAMSEY:
18        Q.    Would you buy an item that was at 20 percent
19   off only?
20              MS. SAGAFI:  Objection, calls for
21   speculation.
22              THE WITNESS:  Most likely not.
23   BY MR. RAMSEY:
24        Q.    How about 30 percent off; would you consider
25   that to be a good bargain?
```

```
 1    AFTERNOON SESSION                          12:51 P.M.
 2
 3              THE VIDEOGRAPHER:  Back on the record, the
 4    time is 12:51 p.m.
 5
 6                    EXAMINATION (RESUMED)
 7              MS. SAGAFI:  Jay, before you get started,
 8    there was one thing from this morning that Jeanne wanted
 9    to clarify, so --
10              THE WITNESS:  So Jay, right?
11    BY MR. RAMSEY:
12        Q.    Yes.
13        A.    I'm sorry.  This morning when you asked if I
14    was damaged or injured or harmed in any way and I asked
15    if it was physically.  But in terms of that, physically,
16    no.  But if I had all the facts about Columbia's
17    products, Columbia's pricing, I may have made other
18    decisions about whether to buy the items at the time,
19    and I guess in that way harm or injury would have been
20    caused if -- I mean, I spent money that I may not have
21    spent.
22        Q.    Okay.  What would you need to know in order
23    to figure that out?
24        A.    I would like to know whether these items
25    priced are from a retail store or somehow otherwise
```

```
 1   the higher price on the outlet item to be deceptive?
 2           MS. SAGAFI:  Objection, calls for
 3   speculation, assumes facts not in evidence.
 4           THE WITNESS:  I don't know about that.  It's
 5   how the tag is labeled.
 6   BY MR. RAMSEY:
 7       Q.   What about the tag would make it deceptive or
 8   not deceptive?
 9       A.   It's not saying it's a retail price; it's not
10   saying it's an outlet-only price.  So again, as I said,
11   if I go in, I look at this tag, whether it's in a retail
12   store or outlet store, I'm thinking it's an item that
13   was sold at a retail store originally at this retail
14   price.
15       Q.   Okay.  So you're looking at 47 with the two
16   prices on the tag.
17       A.   Okay.
18       Q.   And you are in the store and you don't know
19   whether it's an item or not -- or whether it's been sold
20   at the outlet or not, and then you later come to find
21   out that it has not been sold anywhere at that higher
22   price but instead this striped shirt in 48 was sold at
23   the higher price.  Would you care?
24           MS. SAGAFI:  Objection, vague, ambiguous
25   calls for speculation.
```

```
 1     A.      Not offhand, no.
 2     Q.      Okay.  And you know what?  I forgot to ask
 3  that about the last set, so I'm happy to give these to
 4  you again.  These were Exhibits 65 and 66, the two
 5  jackets we looked at previously.  If I told you that one
 6  was an outlet item and one was a retail item, would you
 7  be able to tell me which is the retail version?
 8     A.      No.
 9     Q.      Okay.  We're done with show and tell.
10             Other than yourself, your husband and your
11  children, do you know anyone else that shops at Columbia
12  outlets?
13     A.      No.
14     Q.      Do you understand that you're representing a
15  class of people in this case, are seeking to?
16     A.      Yes.
17     Q.      And what is your understanding of your role
18  as a class representative?
19     A.      That I represent possibly a whole bunch of
20  other people that felt the pricing structure from
21  Columbia outlet was misrepresented.
22     Q.      And do you know any other people other than
23  your husband who would be a member of that class?
24     A.      No, I don't.
25     Q.      Going back to something vastly different for
```