# QUINONES DECL. EXHIBIT E

```
                  UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA


                                        )
 JEANNE and NICHOLAS STATHAKOS,         )
 individually and on behalf of all      )
 others similarly situated,             )
                                        )
                Plaintiffs,             )
                                        )
         vs.                            ) Case No.
                                        ) 4:15-cv-04543-YGR
 COLUMBIA SPORTSWEAR COMPANY;           )
 COLUMBIA SPORTSWEAR USA                )
 CORPORATION,                           )
                                        )
                Defendants.             )
 _____)
```

         VIDEOTAPED DEPOSITION OF NICHOLAS STATHAKOS, taken at Four Embarcadero Center, 17th Floor, San Francisco, California on November 3, 2016, at 9:39 a.m., before Jay W. Harbidge, Certified Shorthand Reporter in and for the State of California.

Page 18

1  A.  No.
2  Q.  Did you speak to anyone on the phone between
3  those two time periods regarding this case?
4  A.  Yes.
5  Q.  Who did you speak with?
6  A.  Sidney.
7  Q.  I'm sorry.  So was there more than one call
8  with Sidney.
9  A.  Yes, there were a couple of calls.
10 Q.  I see.  How many calls were there with
11 Sidney?
12 A.  I don't remember.
13 Q.  More than five?
14 A.  I couldn't remember.
15 Q.  But definitely more than one?
16 A.  Yes.
17 Q.  Do you remember how far apart the first one
18 and the second one was?
19 A.  No.
20 Q.  Do you remember if you signed the engagement
21 letter prior to the filing of the action?
22 A.  I don't remember.
23 Q.  Was it before or after the first phone call
24 with Sidney?
25 A.  I would imagine it was after.

Page 19

1  Q.  What did Sidney ask you on that first phone
2  call?
3      MS. SAGAFI:  Objection, calls for a
4  privilege.  I'll instruct the witness not to answer.  No
5  way.
6  BY MR. RAMSEY:
7  Q.  What did you tell Sidney on the first phone
8  call?
9      MS. SAGAFI:  Same objections.  Don't answer
10 that.
11 BY MR. RAMSEY:
12 Q.  When you spoke with Sidney that first time,
13 did you understand that she was representing you?
14 A.  The first time she was not representing me;
15 she was representing her law firm.
16 Q.  When you spoke with Sidney that first time,
17 did you understand that anyone at her law firm was
18 representing you?
19 A.  No.
20 Q.  Well, I'll ask it again.  Do you remember
21 what Sidney -- or what did Sidney tell you in that first
22 phone call?
23      MS. SAGAFI:  Objection, calls for privileged
24 information.  Do not answer.
25 BY MR. RAMSEY:

Page 20

1  Q.  What did you tell Sidney on that first phone
2  call?
3      MS. SAGAFI:  Same objection.  Do not answer.
4  BY MR. RAMSEY:
5  Q.  Have you paid any money or legal fees to any
6  counsel in this case?
7  A.  I have not.
8  Q.  Have you paid any costs associated with this
9  case?
10 A.  No.
11 Q.  What is your understanding of the claim that
12 you are asserting in this case against Columbia?
13 A.  The claim is that basically Columbia used
14 deceptive pricing in its outlet stores and sold items
15 that were not necessarily sold in their retail stores.
16 Q.  What is your understanding of what you're
17 contending is deceptive about Columbia's -- excuse me --
18 pricing at its outlet stores?
19     MS. SAGAFI:  Objection, calls for a legal
20 conclusion.
21 BY MR. RAMSEY:
22 Q.  You can answer.
23 A.  Sorry.
24 Q.  That's fine.
25 A.  I'm contending that the items that were sold

Page 21

1  in the outlet store that were marked with a Columbia
2  sticker as showing their retail price were not sold in
3  the retail stores or any retail outlet, but rather, I
4  guess, made specifically for the outlets and not
5  necessarily -- what was on the sticker was not
6  necessarily a retail price.
7  Q.  Excuse me.  Can you describe for me what a
8  typical price tag looks like at a Columbia outlet?
9  A.  From the top of my head, it's basically kind
10 of a rectangular shape, probably rounded corners.  And
11 it has a barcode; it has a description, like I think a
12 line description of what the item is, and the price.
13 Q.  Just one price?
14 A.  Usually just one price, yes, unless you're at
15 the outlet, and then there is a price below it or there
16 is a little sticker when it's been reduced even more.
17 Q.  So focusing just on the outlet price tag --
18 A.  Yes.
19 Q.  -- from your memory, there are two prices on
20 the tag?
21 A.  Usually, yes.
22 Q.  And sometimes a third?
23 A.  Yes.
24 Q.  Is there ever just one price on the tag?
25 A.  Sometimes there's just one price on the tag.

Page 22

1  Q.  Do you actually remember seeing a price tag
2  with just one price on the tag?
3  A.  I have in at least -- I mean, I've seen
4  Columbia clothes in other places other than an outlet,
5  like I've seen it at an REI store or Sierra Trading
6  Post, and then it's just the regular retail tag.
7  Q.  Got it.  So focusing again just on the
8  outlet, do you have a memory of seeing at the outlet a
9  price tag where there was only one price listed?
10  A.  At the outlet I think there's usually two
11  prices.
12  Q.  Of those two prices, is there a higher one
13  and a lower one?
14  A.  There is.
15  Q.  Which of those prices, if either, are you
16  claiming is deceptive in this action?
17  A.  The higher one.
18  Q.  And what is your understanding as to why the
19  higher price is -- or why are you claiming it to be
20  deceptive?
21      MS. SAGAFI:  Objection, calls for a legal
22  conclusion, but you can go ahead and answer.
23      THE WITNESS:  The assumption I make when I
24  make -- when I buy something and I see the tag with
25  Columbia is that it is a retail price, and it is a

Page 23

1  retail price of an item that was sold in their store, in
2  their non-outlet stores, the retail stores, and/or a
3  place like REI where it sells nondiscounted items.  And
4  based on the faith I have in the company, I feel that
5  that is something that was sold normally in their
6  stores.
7  BY MR. RAMSEY:
8  Q.  Have you ever shopped at a different store,
9  not Columbia, where you have seen a price tag with two
10  prices on it?
11  A.  Yes.
12  Q.  Can you tell me the stores?
13  A.  I've been to Eddie Bauer; I've been to --
14  Eddie Bauer is what sticks out in my mind right now.
15  Q.  Is that an outlet?
16  A.  I went to the outlet.
17  Q.  And where you've seen the two prices, is it
18  at the outlet or a retail store?
19  A.  At the outlet.
20  Q.  In the cases where you've seen two prices on
21  a tag at the Eddie Bauer outlet, is the lower price also
22  printed on the tag or has it been placed on it with a
23  sticker gun?
24  A.  Well, then that's a third price with a
25  sticker gun.  But otherwise, it is below it.  And I've

Page 24

1  also seen it listed as "Outlet Price."
2  Q.  I understand.  This is at Eddie Bauer?
3  A.  Yes.
4  Q.  Is there anything on the Eddie Bauer outlet
5  price tags -- I take that back.  Let me start over.
6      The higher price on the Eddie Bauer price
7  tag, what do you understand that price to represent?
8      MS. SAGAFI:  Objection, calls for speculation
9  and a legal conclusion.
10      Go ahead.
11      THE WITNESS:  I understand it to mean that
12  that is the price that this garment or whatever I'm
13  looking at was sold normally in the store or online.
14  BY MR. RAMSEY:
15  Q.  Sticking with the Eddie Bauer price tag, do
16  you understand that the higher price on the Eddie Bauer
17  price tag at the outlet could refer to the price at
18  which Eddie Bauer sold a similar item previously?
19      MS. SAGAFI:  Objection, vague and ambiguous,
20  calls for speculation and a legal conclusion.
21      THE WITNESS:  Sorry.  I believe that it is
22  the price of that garment, nothing else, nothing more
23  but that garment that I'm looking at.
24  BY MR. RAMSEY:
25  Q.  So you believe that it's the price that that

Page 25

1  specific garment or perhaps another version -- or not
2  another version but another identical copy of that
3  garment was sold?
4  A.  That specific item.
5  Q.  And so you don't believe that the higher
6  price would refer to the price at which a similar or
7  comparable item sold?
8  A.  No.
9  Q.  And why is that?
10  A.  Because I don't know why that would be.  I
11  mean, I'm -- I'm kind of confused by your question
12  around that.  I take faith in the company, I take faith
13  in Columbia, I have faith in Eddie Bauer that what
14  they're telling me is what's on that tag, and that is
15  that particular item, nothing that was mislabeled,
16  nothing that was changed.  If that tag is attached to
17  that particular item, I have faith that that is what
18  they're telling me that's what they're selling it for,
19  that it's a retail price, not a fictitious price.
20  Q.  I asked the question about Eddie Bauer, so
21  I'm going to ask it specifically about Columbia.
22      I think I know your answer, but is it correct
23  to say that you would not consider the higher price
24  listed on a price tag at a Columbia outlet to be the
25  price at which Columbia sold a similar or comparable

Page 26

1  item?
2  A.  No.  How could I know that?  That is -- when
3  I see a price -- when I see a price tag attached to an
4  item, that is what I believe it is, nothing more,
5  nothing less.
6  Q.  And so I think you said before that you
7  understand now that some of the items at Columbia's
8  outlet were not previously sold for the higher price on
9  the price tag; is that right?
10  A.  That's correct.
11  Q.  When did you first come that understanding?
12  A.  Probably around the time the suit was filed.
13  Q.  How about in relation to the first phone call
14  with Sidney; was it at that moment in time that you came
15  to that understanding?
16      MS. SAGAFI:  Objection to the extent that the
17  answer would require you to divulge the substance of any
18  conversation, Nick, that you've had with anyone from any
19  of the law firms.
20  BY MR. RAMSEY:
21  Q.  Are you able to answer the question?
22      MS. SAGAFI:  I don't remember what the
23  question was.
24      MR. RAMSEY:  Sure.
25  BY MR. RAMSEY:

Page 27

1  Q.  So --
2  A.  Sorry.
3  Q.  -- we were talking about when you came to
4  understand that some of Columbia's outlet products were
5  not actually sold for the higher price on the tag, and I
6  asked whether that was -- and you said it was sometime
7  before the suit was filed.  So I'm trying to narrow down
8  more specifically as to when that understanding first
9  came about.
10     And so my question was, was it at the time of
11  your phone call with Sidney, your first phone call with
12  Sidney?
13     MS. SAGAFI:  And I'll state the objection
14  again.  If you can answer that question, Nick, without
15  divulging the substance of your conversations with
16  Sidney, you can answer.
17     THE WITNESS:  I guess I can't.
18  BY MR. RAMSEY:
19  Q.  Okay.  Did you reach your understanding by
20  reading any newspaper articles?
21  A.  No.
22  Q.  Did you reach your understanding by seeing
23  any news report on TV?
24  A.  No.
25  Q.  Did you reach your understanding from any

Page 28

1  source other than counsel in this matter?
2     MS. SAGAFI:  You can answer that one.
3     THE WITNESS:  No.
4  BY MR. RAMSEY:
5  Q.  I'm just going to show you what was marked
6  yesterday as Exhibits 40, 41, 42 and 43.  All I'm going
7  to ask is whether you've seen them before.  Assuming you
8  say no, that will be all I'll ask.  Just take your time
9  and let me know when you've had a chance to go through
10  them.
11  A.  I have never seen these documents before.
12  Q.  Okay.  Do you remember the last time you
13  shopped at a Columbia outlet store?
14  A.  I think so.
15  Q.  Do you remember when that was?
16  A.  Well, prior to the trip we took in February
17  of this year, so before that.  I think it was in the
18  same month or the month before.
19  Q.  So earlier this year?
20  A.  Yes.
21  Q.  Around February?
22  A.  Yes.
23  Q.  And you haven't shopped at the Columbia
24  outlet since then?
25  A.  No.

Page 29

1  Q.  You probably don't remember, but that's fine.
2  Prior to February, the last time you shopped at a
3  Columbia outlet, do you remember the time before that?
4  A.  I did shop at one.  I don't know when.  I
5  think you probably know that better than I do.
6  Q.  Okay.  How many times would you say you've
7  been to a Columbia outlet store?
8  A.  At least five times.  I'm sorry.
9  Q.  No, that's fine.  Have you ever shopped at a
10  Columbia store that was not an outlet store?
11  A.  No.
12  Q.  Have you ever purchased a piece of Columbia
13  clothing at a store that was not a Columbia outlet
14  store?
15  A.  I have.
16  Q.  At which store?
17  A.  It would usually be Sierra Trading Post.
18  Q.  And was that online?
19  A.  Yes.  I've also gone to the store when
20  traveling.
21  Q.  Gone to which store?
22  A.  Sierra Trading Post.
23  Q.  Oh, okay.
24  A.  The brick and mortar, I guess.
25  Q.  Got it.  The Columbia items that you

Page 30

1  purchased from Sierra Trading Post, do you remember
2  whether they were all online or all in the store or some
3  combination?
4     A.   I couldn't tell you the ratio.
5     Q.   Okay.  But you've purchased some from Sierra
6  Trading Post online?
7     A.   Yes.
8     Q.   And some from the Sierra Trading Post --
9     A.   Yes.
10    Q.   -- store?  Okay.  Just let me finish the
11  question before you answer it, even though I know you
12  know what I'm going to ask.
13         Have you ever been to a Columbia outlet store
14  and not purchased something?
15    A.   Yes.
16    Q.   Would you say that of your trips to a
17  Columbia outlet store you more often end up purchasing
18  something or more often end up not purchasing something?
19    A.   I couldn't tell you the ratio of that.  I
20  don't know.
21    Q.   Okay.  Have you ever been to a Columbia
22  outlet store without your wife?
23    A.   No.
24    Q.   Why do you shop at Columbia outlet stores?
25    A.   First of all, I respect the label, as I do

Page 31

1  certain labels in clothing.  I'm kind of embarrassed to
2  say this, but with me I have a little bit of a girth, so
3  the fit is pretty good.  I can find clothes that fit me
4  well.  And I kind of respect the quality of it.  And
5  they have -- I guess up until this point I felt that
6  their discounts were pretty great.
7     Q.   Is there any other brand or company, clothing
8  company that you would consider to be similar to
9  Columbia?
10    A.   I would say North Face is pretty similar.
11    Q.   Have you shopped at North Face before?
12    A.   I have.
13    Q.   How about a North Face outlet?
14    A.   Yes.
15    Q.   Do you remember what their price tags look
16  like?
17    A.   Offhand, no, because I have not been there in
18  at least the past year, so...
19    Q.   Would you say that you shop more often at a
20  Columbia outlet than a North Face outlet?
21    A.   Probably.
22    Q.   Do you consider each to have -- Columbia and
23  North Face to have products that are of similar quality?
24         MS. SAGAFI:  Objection, calls for a legal
25  conclusion, calls for speculation.

Page 32

1         THE WITNESS:  I couldn't say that for sure.
2  BY MR. RAMSEY:
3     Q.   Have you ever shopped at Ross?
4     A.   I have shopped at Ross.
5     Q.   Do you remember what their price tags look
6  like?
7     A.   Vaguely.
8     Q.   Do you remember if they have one or two
9  prices on them?
10    A.   They usual have two prices.
11    Q.   A higher price and a lower price?
12    A.   Yes.
13    Q.   And what do you understand the higher price
14  on the Ross price tags to represent?
15    A.   What this item sold at retail at a
16  store wherever that was being sold at.
17    Q.   And again, you would not, then, believe that
18  the higher price on the Ross price tag referred to the
19  price at which a similar or comparable product sold?
20    A.   No.
21    Q.   Okay.  Has there ever been a time where
22  you've been shopping and there have been two prices on
23  the price tag and you have considered the higher price
24  on the price tag to be something other than the price at
25  which that specific item sold?

Page 33

1     A.   No.
2     Q.   Have you ever shopped at TJ Maxx?
3     A.   I think I have.
4     Q.   How about Marshall's?
5     A.   Yes.
6     Q.   How about Nordstrom Rack?
7     A.   Yes.
8     Q.   Of those stores, Nordstrom Rack, TJ Maxx,
9  Marshall's and Ross, would you say you've shopped at
10  those stores more or less than Columbia outlet?
11    A.   I have no idea.  I don't know that ratio.
12    Q.   Do you ever shop -- I know you mentioned
13  Sierra Trading Post online, but is shopping online
14  something you do regularly?
15    A.   Not regularly.
16    Q.   Do you do most of your clothes shopping out
17  of brick and mortar stores?
18    A.   Usually.
19    Q.   When you're shopping online, what is it
20  you're looking for typically?
21    A.   It might be something very specific that I
22  can't find, or it may be something that, using Sierra
23  Trading Post as an example, I may get an additional
24  savings perk that kind of gets me to go and browse.
25    Q.   So you may get a coupon or something?

Page 34

1   A.   Yes, an online coupon.
2   Q.   Do you receive coupons or other similar
3   promotional opportunities from Columbia?
4   A.   Myself personally, no.
5   Q.   Does your wife?
6   A.   Yes.
7   Q.   When we were talking earlier about what
8   factors go into why you may -- I take that back.
9        If you're looking at a particular item of
10  clothing -- let's say at Columbia, a Columbia outlet --
11  what factors go into your decision to buy that item?
12  A.   Well, myself personally, again, size and fit
13  is important.  So it's first of all finding the -- an
14  item of clothing that fits me appropriately and well,
15  and then how it's priced, how much of a discount I'm
16  getting.
17  Q.   So with price, you said how it's priced and
18  how much of a discount.  Do you view that as the same
19  thing or two things?
20  A.   I'm sorry?
21  Q.   Let me try that again.  So there's the price
22  at which you're going to buy it --
23  A.   Right.
24  Q.   -- at the end of the day.  Is that price,
25  irrespective of any discount you may or may not be

Page 35

1   getting, important to you?
2   A.   The discount is important to me.
3   Q.   Is the actual sales price important to you?
4   A.   Can you rephrase that?  I'm not -- something
5   I'm not -- that's not clicking for me here.
6   Q.   Sure.  So let's take an example.  There's a
7   jacket that you're considering buying.  It has two
8   prices on the price tag.  The higher price is a hundred
9   dollars and the lower price is $20.
10  A.   Okay.
11  Q.   So in that case I guess you have a discount
12  of $80?
13  A.   Eighty percent.
14  Q.   Eighty percent.  So does the $20,
15  irrespective of the fact that you're getting an 80
16  percent discount, matter to you?
17  A.   Not so much.  It's more of the -- personally
18  for me it's how much of a discount I'm getting.
19  Q.   Okay.  What's the most you would spend for a
20  jacket at a Columbia outlet store?
21       MS. SAGAFI:  Objection, calls for
22  speculation.
23       THE WITNESS:  I don't know.
24  BY MR. RAMSEY:
25  Q.   Would you spend $200 on a jacket at a

Page 36

1   Columbia outlet store?
2        MS. SAGAFI:  Objection, calls for
3   speculation.
4        THE WITNESS:  I don't know.
5   BY MR. RAMSEY:
6   Q.   $500?
7        MS. SAGAFI:  Objection, calls for
8   speculation.
9        THE WITNESS:  I don't know.
10  BY MR. RAMSEY:
11  Q.   Let's go back to that jacket that we were
12  talking about.
13  A.   Okay.
14  Q.   This time the higher price is a hundred
15  dollars and the lower price is $50, so you're getting a
16  fifty percent discount, I guess.
17  A.   Okay.
18  Q.   And in that case I think you're telling me
19  that the $50 price, the actual price you're going to
20  pay, doesn't matter to you; it's the fifty percent
21  discount that matters.  Is that true?
22       MS. SAGAFI:  Objection, misstates testimony,
23  calls for speculation.
24       Go ahead.
25       THE WITNESS:  One more time?  I'm sorry.

Page 37

1   BY MR. RAMSEY:
2   Q.   Sure.  So you have the jacket.  There's --
3   the price tag has a hundred dollars as the higher price
4   and $50 as the lower price, so 50 is what you would
5   actually be paying and you're getting a discount of
6   fifty percent in that case.
7   A.   Correct.
8   Q.   And I think what you're telling me is that
9   the amount you're actually going to pay, the $50,
10  doesn't matter to you; it's only the discount between --
11  the fifty percent discount that matters; is that right?
12       MS. SAGAFI:  Objection, misstates the
13  testimony.
14       THE WITNESS:  The discount is important to
15  me.
16  BY MR. RAMSEY:
17  Q.   Is the price you're actually paying also
18  important to you?
19  A.   It may be.
20  Q.   Would you say that the discount or the price
21  that you're actually paying is more important to you?
22  Which would you say is more important?
23  A.   The discount is very important to me.
24  Q.   Is there a circumstance in which the actual
25  price would be more important to you than the discount

Page 38

1  you were receiving?
2       MS. SAGAFI:  Objection, calls for
3  speculation.
4       THE WITNESS:  A time where the price would be
5  more important to me than the discount?
6  BY MR. RAMSEY:
7    Q.   Yes.
8    A.   The discount is what usually helps me make my
9  decision.
10   Q.   Okay.  When you're at a Columbia outlet
11  store, is there a minimum percentage discount that
12  you're looking for before buying an item?
13   A.   I would say offhand at least 25 percent on
14  the rack.
15   Q.   When you say "on the rack," what does that
16  mean?
17   A.   What it's being sold -- what it's -- you
18  know, the outlet price without any further discounts.
19  And then I know there are further discounts on top of
20  that, so...
21   Q.   Always?  Are there always further discounts
22  on top of that?
23       MS. SAGAFI:  Objection, calls for
24  speculation.
25       THE WITNESS:  I don't know in general for the

Page 39

1  store.  For me, there usually is.
2  BY MR. RAMSEY:
3    Q.   Okay.  Let's go back to that last shopping
4  trip at Columbia outlet --
5    A.   Uh-huh.
6    Q.   -- which you said it was before your trip
7  January or February of 2016.
8    A.   Uh-huh.
9    Q.   Do you remember what you bought during that
10  trip to Columbia?
11   A.   Off the top of my head, I think there was two
12  jackets -- one for myself, one for my wife.
13   Q.   Do you remember -- can you picture in your
14  head the jacket that you bought that day?
15   A.   Yes.
16   Q.   Is it something you wear on a regular basis?
17   A.   When it's cold.
18   Q.   Do you remember the last time you wore it?
19   A.   Well, it was before I turned it over to
20  legal -- to my attorneys here, and it was sitting in a
21  bag in my garage, so, you know, whenever that date was,
22  it was before that.
23   Q.   Okay.  Do you remember what you paid for that
24  jacket?
25   A.   I don't.

Page 40

1    Q.   Do you remember the percentage discount that
2  you received or believe you received that day?
3    A.   I don't.
4    Q.   Do you remember believing that you got a good
5  deal that day on that jacket?
6    A.   I believe I got a good deal.
7    Q.   Do you happen to remember the higher price on
8  the price tag for that jacket?
9    A.   No.
10   Q.   Do you know whether that jacket was sold -- I
11  know you don't know the higher price, but do you know
12  whether that jacket was sold for the higher price on
13  that price tag at a retail store?
14   A.   I assumed it was.
15   Q.   At that time, though, didn't you know that at
16  least some of the Columbia outlet products were not sold
17  for the retail price?
18   A.   I was told, yes.
19   Q.   So then why did you assume this jacket was?
20   A.   I -- well, I didn't end up in Columbia --
21  that was not my first store that I went to that day.  It
22  was -- I went to several others.  And again, it had to
23  do with fit and discount, and I finally found something
24  that fit and the discount seemed good.
25   Q.   Okay.  But you told me that you assumed that

Page 41

1  day that the jacket you bought had previously sold for
2  the higher price on the price tag --
3    A.   Uh-huh.
4    Q.   -- is that right?
5    A.   That's right.
6    Q.   But you also knew on that day or understood
7  that some of the products at the Columbia outlet had not
8  sold for the higher price on the price tag.
9    A.   Right.
10   Q.   Okay.  So why did you assume that this
11  particular jacket had sold for the higher price on the
12  price tag at retail?
13   A.   To be quite honest, I don't know which
14  products would have or have not sold in the store for a
15  higher price for a lower price.  I found something that
16  fit me well.  I found something that I was -- with the
17  discounts seemed like a value, and I bought it, and that
18  it did its job, kept me warm.
19   Q.   If I told you today that that jacket had not
20  actually been sold for the higher price on the price
21  tag, would you still have purchased the jacket that day?
22       MS. SAGAFI:  Objection, calls for
23  speculation.
24       THE WITNESS:  I don't know.
25  BY MR. RAMSEY:

Page 70

1   THE WITNESS: So you're saying -- please
2   repeat the question. Something got lost in there.
3   BY MR. RAMSEY:
4       Q.   Sure. We'll just set up the sort of
5   hypothetical for the moment.
6       A.   Yes.
7       Q.   Exhibit 62 is sold at the Columbia retail
8   store. It has a single price on its tag, a hundred
9   dollars.
10      A.   Okay.
11      Q.   Exhibit 61 is sold at the outlet. It's only
12  ever at the outlet, has never sold at a retail store.
13      A.   Okay.
14      Q.   Its price tag has two prices on it. The
15  higher price is a hundred dollars, which is the same
16  price that Exhibit 62 sold for, and the lower price on
17  the tag of Exhibit 61 at the outlet is $70.
18           Are you with me?
19      A.   Right.
20      Q.   All right. Let's pretend that you bought
21  this jacket, Exhibit 61, at the outlet for the $70.
22  Would you consider yourself injured?
23           MS. SAGAFI: Objection, calls for speculation
24  and a legal conclusion.
25           THE WITNESS: I don't know because I'm -- if

Page 71

1   I were to buy that jacket, I'm basing it on the
2   assumption that this sold in the store. Now, whether
3   this is the same as this, whether this sold in the store
4   or this didn't sell in the store, I'm making the
5   assumption that this sold -- this style, this same
6   jacket, sold in the store and I'm basing my decision
7   based on what you tell me the price of this jacket was,
8   so whatever that is.
9   BY MR. RAMSEY:
10      Q.   Okay. So now I'm telling you that this
11  jacket, Exhibit 61, had not sold retail and had never
12  sold for a hundred dollars. And I'm asking you, if you
13  purchased it for $70, whether you would consider
14  yourself injured?
15           MS. SAGAFI: Objection, asked and answered,
16  calls for speculation, calls for a legal conclusion.
17           THE WITNESS: Well, I'm not sure what the
18  legal definition is, but I would consider myself duped.
19  I made a decision on I guess false information.
20  BY MR. RAMSEY:
21      Q.   And in this scenario do you consider yourself
22  to have lost money?
23           MS. SAGAFI: Objection, asked and answered,
24  calls for speculation, calls for a legal conclusion.
25           THE WITNESS: I don't know.

Page 72

1   BY MR. RAMSEY:
2       Q.   Would you consider yourself damaged?
3            MS. SAGAFI: Objection, asked and answered,
4   calls for speculation, calls for a legal conclusion.
5            THE WITNESS: Again, I don't know the -- can
6   you define damages for me a little bit better?
7   BY MR. RAMSEY:
8       Q.   Okay. Let me try it this way. If you
9   bought, in the scenario that we're talking about,
10  Exhibit 61, for the $70, do you believe that as a result
11  of your purchase of that jacket for $70 Columbia owes
12  you money?
13           MS. SAGAFI: Objection, asked and answered,
14  calls for speculation, calls for a legal conclusion.
15           THE WITNESS: I don't know the answer to
16  that, but what I guess -- I don't know -- would cause me
17  to have an issue is that if I found out that in fact
18  this was not -- this price that I based my decision on,
19  that in fact it was fictitious, that it was false.
20  BY MR. RAMSEY:
21      Q.   Okay. So let's pretend that you found those
22  things out. What is it that you contend you are
23  entitled to as a result of this fictitious price?
24           MS. SAGAFI: Objection, asked and answered,
25  calls for speculation, calls for an expert opinion,

Page 73

1   calls for a legal conclusion.
2            THE WITNESS: I don't know what that is. But
3   as a consumer, I think I am entitled to more transparent
4   pricing, that I know that this in fact has been sold or
5   not sold in a store, in fact that is the retail price or
6   it's not the retail price or like it's a second or a
7   return or whatever that is so that I can make an honest
8   and right decision whether to buy this or not, whether
9   it's a deal for me or it's not a deal.
10  BY MR. RAMSEY:
11      Q.   Do you think you should receive money from
12  Columbia?
13           MS. SAGAFI: Objection, asked and answered,
14  calls for speculation, calls for an expert opinion,
15  calls for a legal conclusion.
16           THE WITNESS: That part I don't know. That's
17  between you and Kristen the figure that out. That's not
18  my realm.
19  BY MR. RAMSEY:
20      Q.   Okay. We're done with these for now. Well,
21  not for now. I think we're done with them. Sorry, one
22  moment.
23           I'll show you what was marked yesterday as
24  Exhibits 64 and Exhibit 63.
25      A.   Okay.

Page 86

1    Next up I'm going to hand you what was marked
2  yesterday as Exhibit 45.
3    A.   Okay.
4    Q.   Have you sheen this document before?
5    A.   No.
6        MR. RAMSEY:  For the record, it's a document
7  Bates stamped STATHAKOS1 through STATHAKOS113.
8        THE WITNESS:  Okay.
9        MR. RAMSEY:  I'll represent to you that these
10 documents were provided in discovery in this action.  I
11 think if you'll flip through, you'll see photographs of
12 various items.
13   A.   Yes.
14   Q.   And if you continue to flip towards the back,
15 there are additional photographs of price tags or other
16 hangtags.
17   A.   Yes, yes, yes.  You want me to take a look at
18 all of them or --
19   Q.   Sure.  You're welcome to if you want.  I'm
20 only going to ask you about a few of them.
21   A.   Sure.
22   Q.   I'll also represent to you that these are
23 photographs -- or we believe them to be photographs of
24 items that you and your wife bought.
25   A.   Yes, yes.

Page 87

1    Q.   And just to orient you to the document or the
2  stack, the first three pages are a chart -- or actually,
3  the first four pages.
4    A.   Here's the jacket in question that I bought.
5    Q.   Okay.  We'll circle back to that.
6    A.   Okay.
7    Q.   So the first three -- four pages are a chart
8  of sorts.
9    A.   Okay.
10   Q.   And it lists the various items.
11   A.   All righty.
12   Q.   And in some cases it lists the date and
13 method of purchase and the price paid for the item.  Do
14 you see that?
15   A.   Yes.
16   Q.   I am going to start, if you could flip to
17 item number 1, the photograph of it, which is on page
18 STATHAKOS5 --
19   A.   Okay.
20   Q.   -- you should see a gray jacket.
21   A.   Right.
22   Q.   Are we on the same -- okay, good, we're on
23 the right page.
24        Do you recognize this jacket?
25   A.   I believe I do, yes.

Page 88

1    Q.   Is it something that you wear?
2    A.   I don't think it's my jacket.  It might be
3  either my son's or wife's.
4    Q.   Do you remember buying it?
5    A.   I mean, I remember all these articles of
6  clothing, but when I got them, I couldn't tell you.
7    Q.   No, that's fine.
8    A.   I can tell you that we bought it, I guess,
9  but that's about --
10   Q.   But you can't remember the day, for
11 example --
12   A.   No, no.
13   Q.   -- at the store, you buying it -- maybe not
14 the date but the experience; is that right?
15   A.   Yes.
16   Q.   Okay.  Do you know if the item depicted in
17 Columbia Outlet Item No. 1 was an item that was -- I
18 take that back.
19        Do you remember the price you paid for the
20 item that is depicted in Columbia Outlet Item No. 1?
21   A.   Not at all.
22   Q.   Do you remember the higher price on the price
23 tag?
24   A.   No.
25   Q.   Okay, that's fine.  I assumed that, but just

Page 89

1  getting it out there.
2    A.   I wish my memory was that good.
3    Q.   Don't we all.
4        Okay.  Do you know whether the item depicted
5  in Columbia Outlet Item No. 1 was an item that was
6  previously sold at a Columbia outlet retail
7  establishment, REI or someplace other than the outlet?
8    A.   I assumed it was.  I don't know if it was or
9  if it wasn't.
10   Q.   Okay.  But when you bought it, you believe --
11 you believed that at that time you thought it was?
12   A.   Yes.
13   Q.   Okay.  If I told you that this item was not
14 in fact ever sold at a Columbia outlet retail store, REI
15 or someplace other than the outlet and was only ever
16 sold at the outlet, do you believe you would have still
17 purchased the item?
18       MS. SAGAFI:  Objection, calls for
19 speculation.
20       THE WITNESS:  To be quite honest, if I had
21 all the facts, I don't know.
22 BY MR. RAMSEY:
23   Q.   What would all the facts be?
24   A.   That I would know that in fact this was --
25 whether this item was in fact sold at a retail store and

Page 90

1  that it wasn't just made for, I guess, the outlets which
2  is kind of, I think, fictitious.  I mean, I'm assuming
3  when I saw the price tag that that was the retail price.
4  And the retail price to me means it was sold, unless
5  otherwise stated, at a store, at a regular Columbia
6  store or REI store for the full price and I'm buying it
7  at the cheaper price.  I'm getting a deal, whatever that
8  was.
9     Q.   Okay.  So now I'm asking you to assume that
10 it was not sold ever at the higher price and it was only
11 ever sold at the outlet.  Knowing that, do you think you
12 would have purchased the jacket nonetheless?
13          MS. SAGAFI:  Objection, asked and answered,
14 calls for speculation.
15          THE WITNESS:  That somehow the price tag
16 mentioned that this was outlet-only or what -- what
17 knowledge do I have?  How do I know?  What do I know?
18 BY MR. RAMSEY:
19    Q.   Can you picture in your head what a
20 regular -- what a Columbia price tag looks like?
21    A.   Yes.
22    Q.   Okay.  We don't know what the higher price is
23 on that tag.
24    A.   Okay.
25    Q.   We don't even know what the sales price on

Page 91

1  that tag was.  Okay?  I am asking you whether -- you
2  still don't know those things -- whether knowing now
3  that this was never sold anywhere but the outlet,
4  whether you would have still purchased it for whatever
5  price you paid that day?
6           MS. SAGAFI:  Objection, asked and answered,
7  calls for speculation.
8           THE WITNESS:  I'm not sure.
9  BY MR. RAMSEY:
10    Q.   Okay.  Would you want to see the price tag
11 also?
12    A.   You can show it to me, but right now, I mean,
13 I don't know what the factors were the day I bought it.
14 I don't know what my budget was.  I don't know what I
15 needed that day.  I mean, there's different factors.
16    Q.   So you may have still bought it; you may not
17 have still bought it?
18    A.   Right.  I don't know.
19    Q.   Okay.  Let's go next to item number --
20 Columbia Item No. 35, which is on page STATHAKOS39.
21 This is the jacket I believe you purchased in February.
22    A.   Okay.
23    Q.   Okay.  And if I could get you to hold this
24 page, I'm going to have you flip to another page.
25    A.   Okay.

Page 92

1     Q.   Flip to page STATHAKOS77.  You should see a
2  photograph of a Columbia price tag.
3     A.   Okay.
4     Q.   Okay.  I'm going to represent to you that
5  this is the price tag that is associated with item
6  number 35.
7     A.   Okay.
8     Q.   Okay.  If you could, hold both of those pages
9  for a moment.
10    A.   All righty.
11    Q.   If you go back to the chart at the very
12 beginning --
13    A.   All righty.
14    Q.   -- and you go to item 35 which is on the
15 second page and you scroll all the way to the right,
16 you'll see that the actual price out the door paid that
17 day was $47.94.
18    A.   Okay.
19    Q.   Okay.  And we'll keep all those pages for
20 now.  Do you know, looking at item 35, that jacket --
21    A.   Uh-huh.
22    Q.   -- whether that jacket was ever sold anywhere
23 other than a Columbia outlet?
24    A.   I don't know.  I went by this tag, which is a
25 regular Columbia tag, and it had a retail price on there

Page 93

1  and that made me assume that it was sold at a retail
2  store.
3     Q.   At which price did you believe it sold at the
4  retail store?
5     A.   $120.
6     Q.   And is that because it's the higher price
7  listed on the tag?
8     A.   Yes.  That's the original sticker -- or the
9  original price that's printed on this -- on the tag, on
10 the Columbia tag that's attached to the jacket.
11          MR. RAMSEY:  Just for the record, this is
12 STATHAKOS77 that we're looking at.
13          THE WITNESS:  This -- the $79.90 is what they
14 put at the outlets.
15 BY MR. RAMSEY:
16    Q.   And then you'll remember that day you didn't
17 pay the 120; you didn't pay the 79.90 --
18    A.   Right.
19    Q.   -- but instead paid 47.94.
20    A.   That's correct.
21    Q.   Do you know how that would have happened?
22    A.   The store had a sale, number one; number two,
23 I got an additional discount at the register.
24    Q.   Okay.  So taking a look at the jacket in
25 Columbia item 35, if I told you that this item was never

Page 102

1  BY MR. RAMSEY:
2    Q.   What is your understanding of your role as a
3  class representative in this action?
4    A.   Can you expand that -- rephrase that
5  question, please?
6    Q.   Sure.  Do you know what I mean when I say
7  "class representative"?
8    A.   Yes, I know what you mean, "class
9  representative."
10   Q.   What is your understanding with respect to
11 what you are obligated to do in order to be a class
12 representative?
13   A.   So I know that I'm obligated to participate
14 in all legal proceedings as required, to participate
15 with my legal team here to provide any information
16 and/or documents and/or -- like all the sacks of clothes
17 that I've provided.
18        The -- I think there's three things that
19 perhaps the suit is seeking, and that is more -- I guess
20 more transparent pricing practices from Columbia so when
21 something is, I guess, listed as -- with a retail --
22 suggested retail price, that in fact people know or
23 consumers know that in fact that item was sold or not
24 sold at a regular Columbia outlet retail store or
25 retailer and not just made for the outlets.

Page 103

1        I think it is seeking to at some point become
2  a class-action motion, and I think there may be some
3  financial compensation.
4    Q.   With respect to the financial compensation,
5  do you have an understanding one way or the other how
6  much you believe you will be getting in this action?
7        MS. SAGAFI:  Objection, calls for
8  speculation, calls for an expert opinion.
9        THE WITNESS:  Actually, none at all.  I mean,
10 that's -- that's not up to me.
11 BY MR. RAMSEY:
12   Q.   You mentioned just a moment ago that you're
13 seeking in some sort more transparency about whether the
14 items were made for the outlet or not; is that fair?
15   A.   Uh-huh.
16   Q.   What do you think, in your opinion, Columbia
17 should do to its price tags in order to indicate whether
18 an item was sold only at the outlet or was previously
19 sold at the retail establishment?
20        MS. SAGAFI:  Objection, calls for an expert
21 opinion and a legal conclusion.
22        THE WITNESS:  I'm -- I'm not exactly sure how
23 that would look like or what that would look like.
24 BY MR. RAMSEY:
25   Q.   Have you ever seen at any other outlet

Page 104

1  anything on a price tag that indicated that the item was
2  outlet-only?
3    A.   I have seen where an item is listed as either
4  second quality or it's listed as a return or it's listed
5  as an irregular.  So that's what I've seen.
6    Q.   Have you seen those things at Columbia?
7    A.   I don't believe I've seen that at Columbia.
8    Q.   Okay.  Have you seen, other than the price
9  tag -- I realize my question was focused on that -- have
10 you seen anything other than a price tag at an outlet
11 store, maybe a sign, maybe something else, that
12 indicated that a particular product or group of products
13 was made for the outlet?
14   A.   Columbia outlet?
15   Q.   At any outlet.
16   A.   At any outlet.  Offhand, I can't remember.
17   Q.   Okay.  You previously told me that -- after
18 lunch actually or after the morning break -- that you
19 signed an engagement letter with your counsel on
20 September 14th, 2015.
21   A.   Uh-huh.
22   Q.   And I was asking you when that was in
23 relation to when you spoke to the paralegal for the
24 first time.
25   A.   Uh-huh.

Page 105

1    Q.   And you had said or we had talked about you
2  speaking to the paralegal prior to signing the
3  engagement letter but that you didn't remember how long
4  before; is that right?
5    A.   I'm sorry, say it again.  Signed an
6  engagement letter prior to signing the --
7    Q.   Okay.  Let me put it this way:  On the first
8  day you spoke to Sidney, was that the day you signed the
9  engagement letter?
10   A.   It was not the day, no.
11   Q.   So you spoke to Sidney prior to signing the
12 engagement letter?
13   A.   Yes.
14   Q.   But you the just don't know how long prior?
15   A.   No.
16   Q.   In that first conversation with Sidney, did
17 she ask you to sign an engagement letter?
18        MS. SAGAFI:  Objection to the extent that it
19 calls for the witness to divulge the substance of
20 communications with a member of the counsel team.
21        Don't answer that question.
22        MR. RAMSEY:  How is that a confidential
23 communication?
24        MS. SAGAFI:  Any communication with a member
25 of the law firm or the law firm's staff that takes place