# QUINONES DECL. EXHIBIT H



| | | F14 | S15 | F15 | S16 |
|---|---|---|---|---|---|
| 1 | XM6093 (outlet) WM6044 (inline) | | | | |
| 2 | XL5077 (outlet) AL5030 (inline) | | | | |
| 3 | XL4712 (outlet) AL4720 (inline) | | | | |
| 4 | XL6981 (outlet) FL6148 (inline) | | | | |
| 5 | XO5035 (outlet) WO4014 (inline) | | | | |
| 6 | XL5012 (outlet) WL5033 (inline) | | | | |
| 7 | XL6923 (outlet) AL6968 (inline) | | | | |