PUBLIC REDACTED VERSION

# APPENDIX A*

| Outlet SMU Build | | | | Inline Style Counterpart | | | Information on Plaintiffs' Purchases | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product Code | Reference Price | Selling Price | Average Landed Cost | Product Code | Selling Price | Average Landed Cost | Date of Purchase | Price Plaintiffs Paid | Purchase Anyway? | Depo Cites |
| XM6093 | $115 | $54.90 | ■ | WM6044 | $115 | ■ | 5/30/2015 | $16 | Unsure | JS at 63:12-19, 66:12-21; NS at 87:7-89:21 |
| XL5077 | $60 | $39.90 | ■ | AL5030 | $60 | ■ | 2/14/2016 | $11.98 | Yes | JS at 70:3-71:22, 73:4-74:3; NS at 98:4-100:2; 101:4-8 |
| XL4712 | $30 | $24.90 | ■ | AL4720 | $40 | ■ | 7/26/2015 | $8.98 | Yes | JS at 74:7-75:10 |
| XL6981 | $40 | $29.90 | ■ | FL6148 | $45 | ■ | 2/14/2016 | $7.98 | Yes | JS at 75:12-76:12 |
| XO5035 | $120 | $79.90 | ■ | WO4014 | $100 | ■ | 2/14/2016 | $47.94 | Unsure | JS at 76:14-78:21 (confirming it was NS's purchase); NS at 91:19-94:21 (unsure) |
| XL5012 | $140 | $99.90 | ■ | WL5033 | $140 | ■ | 2/14/2016 | $39.98 | Yes | JS at 78:25-80:3 |
| XL6923 | $35 | $24.90 | ■ | XL6968 | $35 | ■ | 11/22/2015 | $11.95 | Unsure | JS at 80:5-81:8 |

\*   Appendix A is a compilation of information from the Declarations of Melissa Olson and Jay T. Ramsey and the evidence cited therein.