SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
ccardon@sheppardmullin.com
jramsey@sheppardmullin.com

Attorneys for Defendants
COLUMBIA SPORTSWEAR COMPANY and COLUMBIA BRANDS USA, LLC (f.k.a. COLUMBIA SPORTSWEAR USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION;<br><br>Defendants. | Case No. 4:15-cv-04543-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**DECLARATION OF MELISSA OLSON IN SUPPORT OF COLUMBIA'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:       April 25, 2017<br>Time:       2:00 p.m.<br>Courtroom: 1 (4th Floor. Oakland) |

# DECLARATION OF MELISSA OLSON

I, Melissa Olson, hereby declare:

1. I am the Director of the Global Strategic Response Team ("SRT") and Product Creation OPS at Columbia Sportswear Company ("Columbia"). I have held my current position for almost two years, and previously held similar positions overseeing the same or similar functions. I have been a Columbia employee for over 22 years. In my current role, I oversee design and merchandise operations, including the design and construction of special makes. I also regularly work with and rely on numerous individuals at Columbia, including individuals that oversee the manufacturing of garments, including their cost, and individuals who oversee the selling of merchandise in Columbia's various retail channels.

2. Columbia creates and sells a wide-range of products for outdoor enthusiasts, including men's, women's and youth clothing. The products are sold through a variety of different channels, including (1) by Columbia, both online and in Columbia's non-outlet stores; (2) through Columbia's wholesale partners (like REI) and international distributors, both in-store and, in some cases, online; and (3) by Columbia in Columbia's outlet stores.

3. At the outlet stores, Columbia offers for sale both products that were previously or are sold elsewhere ("Inline Styles") and products offered for sale only at the outlets ("Outlet SMU Builds"). In my role, I oversee the merchandising and design of the Outlet SMU Builds and collaborate with the manufacturing teams that are responsible for creating them. I also work with the team who designs and manufactures the Inline Styles.

4. Columbia started developing Outlet SMU Builds at its outlets in the Fall 2014 season, which ran from July 2014 to December 2014. From Fall 2014 to the most recent season, Fall 2016, the total number of different Outlet SMU Builds that Columbia has developed for sale at its outlets is approximately 580 different garments.

5. The Outlet SMU Builds are not inferior to the Inline Styles – as a rule, across all channels, Columbia creates quality products using the same or similar quality fabrics, materials, and performance "technologies" (*e.g.*, waterproof, wind-resistant, heat-resistant, etc.). Columbia generally refers to these "technologies" with the prefix "Omni-;" so, for example, "Omni-Heat" is Columbia's proprietary technology that reflects and retains body heat, thereby helping someone stay warm.

6. To create Outlet SMU Builds, except in rare circumstances, Columbia models the Outlet SMU Builds after Inline Styles. The design team will start with an Inline Style, and then make small aesthetic changes to give the Outlet SMU Build a slightly different visual look. The angle of a pocket might go from straight up and down to slightly angled; a zipper might change color; a hemline might get added; the waste-line might get pinched or expanded; the Columbia logo might get moved from the breast pocket to the sleeve; and so on. There is no set formula or policy detailing what changes will be made to each garment. Even products within the same category may receive different alterations – the changes to one winter coat may be different to the changes made to a different winter coat. Moreover, because certain garments are inherently simpler (*e.g.*, a t-shirt v. a jacket), some garments undergo fewer changes than others.

7. Except in rare circumstances, none of the changes affect the quality or value of the products. The same or equal quality fabrics are used; the same technologies are used; the same features included; and so on. A cold and wind-resistant Outlet SMU Build ski jacket is designed to be equally as cold and wind-resistant as its Inline Style counterpart.

8. Information about the Inline Styles and Outlet SMU Builds, including the cost to manufacture each, is kept in Columbia's Product Development Management ("PDM") system, which I have access to. Because only minor changes are made to Inline Styles, the cost to produce the Inline Styles and Outlet SMU Build counterparts is nearly identical. In fact, Columbia's starting point is that the

cost to manufacture the Outlet SMU Build will equal the cost to manufacture the counterpart Inline Style.  In some cases, the Outlet SMU Build will end up slightly more expensive; in others, the Inline Style ends up slightly more expensive.  But, in either case, the difference in cost is minimal – usually within a range of plus or minus 5%.  There are circumstances when cost does come in outside this 5%.  The difference in costing can be caused by a variety of factors, including a change in the cost of fabrics, labor, taxes, and so on over a period of time.

9. Products offered for sale at Columbia's outlet stores (whether Inline Styles or Outlet SMU Builds) generally have a tag that lists two prices:  (1) a higher price, which Columbia internally refers to as the Manufacturer's Suggested Retail Price (or MSRP), but which I understand Plaintiffs refer to as a reference price; and (2) a lower price, at which the consumer can buy the product (the "selling price").  For Inline Styles, the reference price is the price at which that product was offered for sale through other channels.  For Outlet SMU Builds, except in rare circumstances, the reference price is the price at which its Inline Style counterpart was previously sold in the inline market.  For example, if an Inline Style winter coat sold for $200 at REI, then the reference price on the Outlet SMU Build counterpart will be $200.  The reference prices for the Outlet SMU Builds are thus the price at which Columbia would sell the item in its inline channels.

10. In this case, I was provided with a list of products purchased by Plaintiffs Jeanne and Nicolas Stathakos ("Plaintiffs") at Columbia's outlet stores.  I directed my team to identify which products on that list were Outlet SMU Builds.  There were only seven items that were Outlet SMU Builds.  For those seven items, I was asked to retrieve certain information from Columbia's PDM system.  First, I was asked to identify the Inline Style counterpart of each Outlet SMU Build.  I was able to do so and can confirm that that each Outlet SMU Build had an Inline Style counterpart.  Second, I was asked to collect the "Landed Cost" for each Outlet SMU Build and Inline Style counterpart for each season the products were made.  The

1. Landed Cost is the total cost to Columbia of manufacturing a garment and shipping it to the United States, so therefore includes the cost of materials, cost of labor, and any duties, taxes or excises that apply. With that information, I created a chart with the product code for each item and a listing, by season, of the Landed Cost for each item. That chart is attached as Exhibit H to Plaintiffs' Motion for Class Certification. (There is a typographical error in the chart. The Inline Style item for Item No. 7 should be XL6968, rather than AL6968.)

11. As reflected on the chart, sometimes the Landed Cost for the Outlet SMU Build was greater than the Landed Cost for the Inline Style, other times the difference was reversed. If you compare average Landed Costs, the smallest difference was just $0.06 and the largest difference was just $1.16. This slight variability is consistent with the costing information for Columbia's entire line of Outlet SMU Builds.

12. I was also asked, along with my colleague Bobby Bui, to determine for each Outlet SMU Build the reference price and selling price that would have appeared on the price tag at the outlet. And I was asked to determine the price at which the Inline Style counterparts were sold. That information is below:

| Outlet SMU Build | | | Inline Style Counterpart | |
|---|---|---|---|---|
| Product Code | Reference Price | Selling Price | Product Code | Selling Price |
| XM6093 | $115 | $54.90 | WM6044 | $115 |
| XL5077 | $60 | $39.90 | AL5030 | $60 |
| XL4712 | $30 | $24.90 | AL4720 | $40 |
| XL6981 | $40 | $29.90 | FL6148 | $45 |
| XO5035 | $120 | $79.90 | WO4014 | $100 |
| XL5012 | $140 | $99.90 | WL5033 | $140 |

| XL6923 | $35 | $24.90 | AL6968 | $35 |

13.     As reflected in this chart, for six of the seven items, the reference price on the Outlet SMU Build was at or less than the price at which the Inline Style Counterpart sold.  In one instance, for Outlet SMU Build XO5035 and Inline Style WO4014, the reference price was higher than the price at which the Inline Style sold.  This reflects one of the rare instances in which a change was made to the Inline Style that was not purely aesthetic.  In some cases, where an Inline Style did not sell well or Columbia believes the product would be better if features were altered, Columbia will make more than minor, aesthetic changes to the garment.  There is no set formula for when such changes are made, to which garments these types of changes are made, or what changes are made.  In some instances, Columbia will add features to an Outlet SMU Build; in other cases, Columbia will remove features from the Inline Style.  In either case, Columbia will adjust the reference price used on the Outlet SMU Build so that the reference price on the Outlet SMU Build is still the price at which Columbia would sell the product if it were sold in its inline distribution channels.  Changes like this are extraordinarily rare.

14.     In this particular case, the outlet team received feedback that Inline Style (WO4014) had an outer shell that was stiff as a result of the fabric coating.  In creating the Outlet SMU Build (XO5035), Columbia used an alternative fabric to address the feedback received by replacing the outer shell with a smooth face fleece, which allowed the jacket to move more with the body.  The change in fabric resulted in the jacket being classified from a rainwear item to a regular shell jacket, and Columbia increased the MSRP (which Plaintiffs refer to as a reference price) to $120.  The reference price was still the price at which the product would have sold if we developed this type of style for inline.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed January 30, 2017 at Portland, Oregon.

_____
MELISSA OLSON