1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  JAY T. RAMSEY, Cal. Bar No. 273160
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California 90067-6055
   Telephone: 310.228.3700
5  Facsimile: 310.228.3701
   ccardon@sheppardmullin.com
6  jramsey@sheppardmullin.com

7  Attorneys for Defendants
   COLUMBIA SPORTSWEAR
8  COMPANY and COLUMBIA BRANDS
   USA, LLC (f.k.a. COLUMBIA
9  SPORTSWEAR USA CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated, | Case No. 4:15-cv-04543-YGR |
|---|---|
| Plaintiffs, | *Hon. Yvonne Gonzalez Rogers* |
| v. | **DECLARATION OF BOBBY BUI IN SUPPORT OF COLUMBIA'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION; | |
| Defendants. | Date: April 25, 2017<br>Time: 2:00 p.m.<br>Courtroom: 1 (4th Floor, Oakland) |

SMRH:480880922.1

Case No. 3:15-cv-04543-YGR
BUI DECLARATION

# DECLARATION OF BOBBY BUI

I, James Robert ("Bobby") Bui, hereby declare:

1. I was previously the Director of Retail Merchandising at Columbia Sportswear Company ("Columbia"). I held that position from 2007 to 2016. During that time, I oversaw or was involved with retail sales at Columbia's outlet stores in North America, including the United States and Canada. I also regularly worked with and relied on numerous individuals at Columbia, including individuals that oversee the design and manufacturing of Columbia's products, both for inline and outlet markets.

2. Columbia creates and sells a wide-range of outdoor products, including men's, women's and youth clothing. The products are sold through a variety of different channels, including (1) by Columbia, both online and in Columbia's non-outlet stores; (2) through Columbia's wholesale partners (like REI) and international distributors, both in-store and, in some cases, online; and (3) by Columbia in Columbia's outlet stores.

3. At the outlet stores, Columbia offers for sale both products that were previously sold elsewhere ("Inline Styles") and products offered for sale only at the outlets ("Outlet SMU Builds"). Products offered for sale at Columbia's outlet stores (whether Inline Styles or Outlet SMU Builds) generally have a tag that lists two prices: (1) a higher price, which Columbia internally refers to as the Manufacturer's Suggested Retail Price (or MSRP), but which I understand Plaintiffs refer to as a reference price; and (2) a lower price, at which the consumer can buy the product (the "selling price").

4. At Columbia's outlets, products sell for the majority of the time at the selling price on the price tag. That said, customers often pay even less. If the item is not selling well, it might get marked down, or, at the end of the season, it might be placed on clearance. The store also runs all-store discounts ("All Store 40% Off"), generally on holidays, and may, at different times, run "Buy Three, Get One Free"

1  or "All Fleeces $10 off" type discounts. Columbia also sends out coupons to its
2  rewards members, which might result in further discounts.
3     5.  In this case, I understand that Plaintiffs Jeanne and Nicolas Stathakos
4  ("Plaintiffs") purchased numerous items at Columbia's outlet stores, seven of which
5  were Outlet SMU Builds. My colleague Melissa Olson and I were asked to gather
6  certain information about the seven Outlet SMU Builds and their Inline Style
7  counterparts. The information asked for is reflected in the chart included in Melissa
8  Olson's declarations.
9     I declare under penalty of perjury that the foregoing is true and correct.
10 Executed January 30, 2017 at Portland, Oregon.

_____
BOBBY BUI