# EXHIBIT 20

## DECLARATION OF CAROL A. SCOTT, PH.D.

I, Carol A. Scott, Ph.D., declare as follows:

## I.        BACKGROUND AND QUALIFICATIONS

1.        I am Professor of Marketing Emeritus at the Anderson Graduate School of Management ("Anderson School") at UCLA and an expert in marketing strategy and consumer and market research.  I hold a Ph.D. in Marketing from Northwestern University, where my minor field of study was Social Psychology.  I also received a Master of Science in Management degree from Northwestern University and a Bachelor of Science in Business and History Education degree from the University of Texas at Austin.  From 1986 through 1994, I held several administrative positions with the Anderson School including Chairman of the Faculty and Associate Dean for Academic Affairs.  I currently am the faculty director of the Anderson School's Executive Program, a non-degree, certificate program for mid-level and senior managers.

2.        Over the past thirty years, I have taught courses on Marketing Strategy and Management, Consumer Behavior, Advertising, Distribution Strategy, and International Marketing to students in undergraduate and graduate education programs at UCLA, Stanford Business School, Harvard Business School, and Ohio State University.  I also have published numerous journal articles, research reports, and book chapters on Consumer Behavior, Marketing Research and other marketing topics, a complete list of which is included in my Curriculum Vitae, attached as Exhibit A.  I have served on the editorial boards of the *Journal of Marketing*, *Journal of Marketing Research*, and *Journal of Consumer Research*.

3.        I am also a founding partner at Crossfield Associates, a litigation analysis and support firm.  I have over thirty years of experience in providing expert marketing analysis and

1

testimony in cases involving trademarks, copyrights, class certification, damages related to infringement of intellectual property, and other questions of marketing strategy, such as advertising, distribution, purchasing processes, and aspects of consumer behavior.  My expertise includes the development of surveys and experiments to determine consumer perceptions and beliefs, the assessment of drivers of purchase, consumer perceptions of product features and advertising claims, factors that influence pricing products in the marketplace and consumers' understanding of various marketing materials.  I have personally designed and implemented many consumer surveys for litigation in state and federal courts, including several of which where my survey findings and testimony were specifically cited by the judge or otherwise allowed to be presented to the jury at trial.[1]  In addition, I have served as an expert on marketing management and strategy, including in several cases dealing with consumer perceptions of attributes and pricing issues related to misbranding of products.  In two of these instances, my work was cited by the judge in her ruling on these cases.[2]  A list of my recent testimony is attached as Exhibit B.

4.      I have been a member of the board of directors for Sizzler International and A-Fem Medical Corporation, Inc., and most recently, United Online, Inc. (2003 – 2016).

---

[1] *See*, *e.g.*, *Retractable Technologies, Inc. and Thomas J. Shaw vs. Becton, Dickinson and Company*, No. 2:08-CV-00016 (E.D. Texas, 2013); *Gucci America, Inc. vs. Guess?, Inc.*, No. 09 Civ. 4373 SAS, 2012 WL 23042247, at *15 (S.D.N.Y. June 18, 2012); *Brighton Collectibles, Inc. v. Marc Chantal USA, Inc.*, No. 06-CV-1584 H (POR) (S.D. Cal. 2009) (trial testimony on April 8, 2009); *E.S.S. Entertainment 2000, Inc. v. Rock Star Videos, Inc.*, 444 F. Supp. 2d 1012 (C.D. Cal. 2006); *Excelligence Learning Corp. v. Oriental Trading Co., Inc.*, No. C 03-4947 JF, 2004 WL 2944048 (N.D. Cal. Dec 20, 2004).

[2] *See, e.g.*, *Natalia Bruton vs. Gerber Products Company*, 5:12-cv-02412 (N.D. Cal. Jun 23, 2014); *Chad Brazil vs. Dole Food Co.*, NO. 12–CV–01831–LHK, (N.D. Cal. Mar 25, 2013); *William D. Hoffman, et al. vs. American Express Travel Related Services Company, Inc. et al.*, Case No. 2001-022881, Cal. (Alameda) Super. Ct.

5.      Documents considered in forming my opinions are cited herein.  A listing of documents received from counsel is provided in Exhibit C.

## II.      SCOPE OF ASSIGNMENT

6.      I have been asked by counsel for Columbia Sportswear Company ("Defendant", or "Columbia") to investigate and analyze several aspects of consumer behavior with respect to shopping and making purchases from Columbia Outlet Stores.  Specifically, I was asked to determine what factors consumers consider when purchasing products from the Columbia stores, and how important each of those factors is in making the decision to purchase.  In addition, I was asked to determine what consumers believe the higher price of Columbia stores price tags to be. Third, I was asked to determine the extent to which knowing that the higher price on the price tag refers to a similar product not sold at the Columbia outlet stores would affect judgments of product quality, the perceptions of the value of the deal being offered, and the likelihood that Columbia consumers would purchase the outlet store products.  Finally, I was asked to determine whether typical Columbia consumers expect that they will find products made only for the outlet store and/or products that vary slightly from those sold in regular retail stores, versus products identical to ones that previously sold in regular retail stores, when they shop at Columbia Sportswear Outlet stores.

## II.      SUMMARY OF OPINIONS

7.      Based upon the evidence available to me, it is my opinion that:

  a.  Columbia store shoppers in California consider a number of factors including the style, size and fit, overall quality, and color of the product as well as price when deciding to purchase a product from Columbia stores.  More consumers

3

rated these factors as important to them than the discount they may or may not have been receiving by buying the product at the Columbia Sportswear Outlet store.

b.  There is no overall consensus among California Columbia store shoppers as to the meaning of the higher price listed on price tags on products in the Columbia stores, nor does the higher price appear to be drive perceptions of the value of the deal when purchasing an outlet store product.

c.  California consumers perceive the quality of the outlet and comparable regular retail products in my study to be the same, and their interest in purchasing the outlet product is not affected by knowledge that the higher price on the price tag does not refer to a "regular" price of the exact same product but instead refers to the price of a similar – but not identical – product sold in regular retail stores.

d.  Most California consumers expect to see different types of merchandise offered for sale in Columbia outlet stores, including products made specifically for sale at the outlet stores and products that are similar, but not identical, to items sold in regular retail stores.

8.      I reserve the right to supplement or revise this declaration and my opinions if additional information becomes available to me is inconsistent with them.

## III.    BASES OF OPINIONS

9.      My opinions are based on an in-person consumer survey of 294 California consumers that I conducted in December 2016 and January 2017 in three shopping malls in California.  I designed the Survey And the specific survey questions, the data were collected

4

under my supervision, members of my staff coded verbatim answers to open-ended questions in the survey, and I analyzed the results.  My survey was prepared and conducted in accordance with standard scientific principles governing survey research.[3]  These principles include sampling from the appropriate population, asking clear and unbiased questions, accurately recording and coding the data obtained from respondents, and accurately analyzing the data.

10.     It is important to Survey Actual Columbia stores consumers to determine what effect a disclosure regarding the higher price shown on the store's price tags would have on purchase interest, as well as to determine the types of merchandise consumers of these stores expect to find there, the factors they consider in making their purchases, and the factors they consider in determining the value they are receiving there.  Although extant academic research has investigated the effects of various forms of externally provided prices, sometimes called "reference prices", this research is generally carried out in such a way as to hold all other factors constant in order to isolate any effects of these external prices.  However, as a meta-analysis of some of these studies has demonstrated[4], numerous characteristics of a purchasing situation, such as brand, type of store, and the like, can affect the ultimate impact of any externally given alternative price.

11.     It is necessary, then, to assess how these other variables might interact in the particular case involving Columbia stores.  As the authors of the meta-analysis state, the research

---

[3] *See*, *e.g.*, Diamond, Shari Seidman, "Reference Guide on Survey Research," in *Reference Manual on Scientific Evidence*, 3rd ed., (Federal Judicial Center, 2011), pp. 359-423 ("Diamond 2011"); Aaker, David A., V. Kumar, George S. Day, and Robert P. Malone, *Marketing Research*, 11th ed., Chapters 11-12.

[4] Krishna, Aradhna, Richard Briesch, Donald R. Lehmann, and Hong Yuan, "A Meta-Analysis of the Impact of Price Presentation on Perceived Savings," Journal of Retailing, 78, 2002, pp. 101-118.

implies "that what works for your competitors may or may not work for you."[5]  Further,
consumers in the real world typically have a great deal of experience in shopping, and have
developed their own internal benchmarks, or reference prices, through their own experiences
across multiple stores (brick-and-mortar and online) and buying situations.  Thus, they may be
less dependent upon externally provided alternative prices.  Finally, the presentation of the
higher price in Columbia stores does not follow the typical presentation format tested in prior
research in that the higher price is not accompanied by any textual label to indicate what the
price represents.  For all of these reasons, it is necessary to conduct empirical research with
actual Columbia store consumers to determine the effect of the higher price shown on the tag.

A.      Methodology

12.      Members of the proposed class are "All individuals residing in the State of
California who, within the applicable statute of limitations preceding the filing of this action and
going forward from the date of this Complaint, purchase an Outlet Product with a price tag
bearing a Reference Price",[6] where a reference price is defined as the "highest price indicated on
the price tag."[7]  Therefore, the appropriate universe from which to sample for my study are those
individuals who have made a purchase from these stores.  To ensure that study participants could
accurately remember their experience in purchasing from a Columbia store, I selected only those
consumers who had made such a purchase within the past year.  Because Columbia could
provide no information regarding the demographic characteristics of its consumers, a general
guideline for the sample was established based on the type of goods sold in Columbia stores.

---

[5] *Ibid.*, p. 115.

[6] Plaintiff's Third Amended Complaint, p. 14, lines 11-14.

[7] *Ibid.*, p. 2, lines 15-16.

Specifically, since Columbia stores sells a large number of active wear or active sports items, the general guideline was for the ultimate sample to be skewed slightly toward younger consumers, i.e., 55 percent ages 18 to 44.  Further, given that women are more likely than men to shop for others (spouses, children, gifts, etc.) as well as themselves, the guideline for gender was to skew the sample slightly toward more females than males.

13.     Screening questions were asked of all potential respondents to ensure that those to be included in the sample met these criteria as closely as possible.  As shown in Exhibits H-1 and H-2, the samples for each of two different versions of the survey that were administered were generally in line with these guidelines.  In addition, in accordance with standard marketing research practices, respondents were not allowed to participate if they or members of their immediate family work for a company that manufactures, sells, promotes or distributes clothing, shoes or fashion accessories; for a sporting or outdoor goods store; or for an advertising agency, public relations firm, or market research firm.  In all screening questions, the responses of particular interest were disguised by including several alternatives that were not of interest for this survey such that the potential respondent would be unaware of which answer would qualify them for the survey.  Finally, if respondents usually wear glasses or contact lenses when they shop or read, they were allowed to participate only if they had these aids with them.   The screening questionnaire is shown in Exhibit D.

14.     My survey was conducted by professional interviewers employed by companies that maintain consumer research facilities at three shopping malls in California.  Two of these malls are located in Northern California (in Fairfield and Milpitas) and one is located in Southern California (in Northridge).[8]  Further, a Columbia Sportswear Outlet was located in the Milpitas

---

[8] See Exhibit I for a listing of the companies and malls used for this study.

mall.  Survey participants were pre-recruited via telephone from lists of consumers maintained

by the research companies, or recruited from the pool of shoppers in the mall by research

company personnel and escorted to the companies' research facilities located in the mall.  Upon

entering the research facility, pre-recruited participants were rescreened by an interviewer to

ensure that they met the sample requirements.   Interviewers read the survey questions which

were hosted online, and typed in the answers given by the participants.

15.     The survey was conducted on a double-blind basis, meaning that neither the

participant recruiter, the interviewer, nor the participant knew the purpose or the sponsor of the

survey or knew that the survey was in any way connected to this litigation.  A member of my

staff instructed and supervised all of the recruiters and interviewers.[9]  At the conclusion of the

data collection process, a member of my staff called all respondents to validate their

participation.  A total of two respondents were excluded due to a failure to confirm their

participation in the survey.[10]  Exhibit E contains the questionnaire used to validate survey

participation and the results of the validation phone calls.

### B.     Procedure

16.     Two versions of the main questionnaire were administered.  Approximately half

of the participants (sample size = 148) were given Survey A, while the remainder (sample size =

---

[9] *See* Exhibit J for the Instructions for Interviewers guides used for these surveys.

[10] In addition to these two respondents who were excluded, 10 additional respondents were
removed from my results due to various quality control measures.  Two respondents were
removed from the sample due to missing respondent paperwork or a missing signature on the
validation certification form.  A total of three respondents were removed after it was determined
that the same respondent took Survey B after previously completing Survey A, a violation of
protocol.  Finally, five respondents were removed because it was determined that the incorrect
jacket was shown to the respondent per interviewer instructions, a violation of protocol.
Including the responses of these 12 excluded participants would not change the conclusions I
reach in this report.

146) were given Survey B.  Copies of these surveys are given in Exhibit F.  The first 10 questions were identical for both surveys.  In these items, respondents were asked to indicate how often they have shopped at a Columbia Sportswear Outlet and a series of questions about their last purchase at this store.  The questions pertained to what was purchased, whether the respondent had gone to the store specifically for this item or had been shopping in general, the factors that were important to them in deciding to purchase the product and the importance of various factors in that decision.  In addition, several of the items pertained to the price that they paid, whether they thought they believed they had gotten a good deal on the purchase and how they came to that belief, and what they remembered, if anything about another price that might have been on the price tag.

17.     Beginning in question 11, the two surveys diverged.  In Survey A, respondents were asked to examine a parka-like jacket that was sold by Columbia that had a price tag on it with two prices that was identical to price tags actually used in Columbia outlet stores.  For half of the participants in Survey A, the jacket was, in fact, a blue jacket that had been sold at a Columbia outlet store.  The other half of the participants, however, saw a black jacket that, in fact, was the comparable jacket that was sold in regular retail outlets, i.e., not an outlet jacket. Although this black jacket was shown with the price tag actually used in Columbia outlets stores on the blue jacket, the black jacket had been sold in regular retail stores at the higher price listed on the tag.  *See* Exhibit G for images of these two jackets.

18.     After taking as long as they liked to examine (e.g., look at and touch) the jacket "as if you were thinking about buying it", they were asked to rate the jacket on overall quality, whether it was a poor or good deal, and how interested they would be in purchasing it.  A one-to-seven scale was used for each of these questions with "1" indicating "lowest overall quality",

"very poor deal", and "not at all interested", and "7" indicating "highest overall quality", "very good deal", and "very interested."  In addition, respondents were asked to give their reasons for rating the goodness of the deal as they did.

19.      Next, respondents were asked to look at the price tag and state what they thought the higher price on the tag represented.  This question was open-ended in that the respondents were asked to provide their own answer that the interviewers typed in verbatim.  Finally, respondents were given a list of some types of products and asked to indicate whether they would or would not expect to find each type of product at a Columbia Sportswear Outlet.  The four types of products were (1) the exact same products as those previously sold in a regular sporting goods store, like R.E.I. or Big 5, (2) the exact same products sold in a regular sporting goods store except for one or two flaws, that is, what some people would call "irregular" merchandise, (3) products very similar to, but not exactly the same as, those that are sold in a regular sporting goods store, but perhaps in a different color or with a minor style difference, and (4) product that were made specifically for sale at Columbia Sportswear Outlet Stores, i.e., they are sold only at the outlet stores.

20.      In Survey B, participants were shown both the blue jacket that had been sold at an outlet store and the comparable black jacket that had been sold at regular retail stores at the higher price on the price tag.  Respondents were shown the blue, outlet jacket first.  They were told that it had been sold at an outlet store, and the two prices on the tag were pointed out. Participants were then told that the higher price on the tag was not the regular price of the jacket, but instead "it actually is the price you would pay for a similar product – but not identical product – in a regular retail sporting goods store like R.E.I. or Big 5."  Next, they were shown the black, retail jacket and told that it was the product that would normally sell at the higher

price, and that the black jacket was not sold at the outlet store.  Respondents were allowed to

examine both products.   For the next few questions, respondents were told to focus their

attention on the blue, outlet jacket.  These questions were the same as for the jacket shown in

Survey A, i.e., to rate the jacket on overall quality, the goodness of the deal (and why they rated

the deal as they did), and their interest in buying the product if they were in the market for this

type of jacket, using the same one- to-seven point scales as in Survey A.  Survey B was

concluded at this point.

### C.    Results

21.    Exhibits H-3 through H-5 provide some background observations about

participants in my Survey And their shopping experiences at Columbia outlet stores.  As shown

in Exhibit H-3, over 75 percent of respondents had shopped in a Columbia store more than once,

with approximately 45% reporting that they had shopped at a Columbia store two to three times.

A small number of shoppers in my survey had shopped there more than 10 times.  With respect

to their last purchase (Exhibit H-4), the most commonly reported item was a jacket, coat or

windbreaker (43.9 percent of respondents), followed by a sweater or sweatshirt (12.2 percent)

and various other items of apparel other than shoes, boots, or equipment.  Thus, most participants

have had experience with apparel such as would be shown to them in my survey.  Finally, about

half of the sample had been looking specifically for the type of product they purchased (42.2

percent) while the other half had been just shopping in general (57.8 percent).  These results are

shown in Exhibit H-5.

22.    Results pertaining to my first opinion regarding factors consumers consider to be

important in making purchase decisions are shown in Exhibits H-6 and H-12.  As shown in

Exhibit H-6, respondents were asked an open-ended question regarding "what it was about this

11

product that made you decide to purchase it." As shown in this exhibit, respondents provided a number of different answers. The most frequently given response was related to the style, look, design or material of the product (34.4 percent), followed other attributes of the product such as something specific to their needs (e.g., for warmth, needed for cold/rainy/snowy weather, 19.7 percent), the color (16.7 percent), the quality/durability of the item (16.7 percent), a specific need or want (15 percent), its comfort, size, or fit (15 percent), and it being a good brand/product (6.1 percent). Answers related to the price of the product were mentioned by fewer respondents: price (no adjective) by 8.8 percent, a good price/liked the price by 6.1 percent, affordable price or in my price range by 1.4 percent, a competitive price by 0.3 percent and not expensive or not too expensive by 0.7 percent. Thus, approximately 17 percent of respondents mentioned something about the actual price of the product. Far fewer respondents mentioned anything related to the savings achieved by purchasing the product. That is, 1.0 percent of respondents mentioned "the deal", and 0.3 percent mentioned an original price or seeing an original price, for a total of 1.4 percent of the sample. Another 5.1 percent of respondents mentioned that the product was on sale or clearance. This response may refer to a perception based on the two prices on the price tag, or it could refer to one of the frequent sales that are carried out in Columbia outlet stores. Conservatively counting this as a response related to a perception based on the price tag, still less than 6 percent of respondents mentioned something related to savings as opposed to judgments about the actual price to be paid.

23.    A second, closed-ended question was asked to more directly probe the importance of the amount of money consumers thought they were saving by buying the product at the Columbia store as well as other product features or characteristics. These findings are shown in Exhibit H-12. In this question, respondents were given a list of seven possible factors that might

be important to them, and asked to rate each of them on a one- to seven-point scale where "1" indicated "not at all important" and "7" indicated "very important."  As is common in market research, a "top two-box" score was calculated for each item, i.e., the percent of respondents who gave each item a rating of six or seven.  As shown in this exhibit, these "top-two box" scores for the seven factors were:

| Factor | % of Respondents Giving a Rating of "6" or "7" |
|---|---|
| The fit or size of the product | 86.1% |
| The overall quality of the product | 84.7% |
| The style of the product | 82.0% |
| The color of the product | 73.1% |
| The price of the product | 71.4% |
| The amount of money I saved by buying the product at this store | 69.0% |
| I had a coupon I could use for this product[11] | 43.2% |

Thus, even when given a specific opportunity to indicate the importance of the amount of money saved, or "the deal", fewer consumers indicated that it was highly important to them.  More consumers rated features of the product as highly important.  There was no indication that consumers thought of the amount of savings more frequently than the absolute price itself.

24.    The results for questions pertaining to my second opinion regarding the prices shown on the price tag of goods in the Columbia outlet stores are shown in Exhibits H-7 through H-11 and H-16.  Almost three-fourths of respondents (73.1 percent) indicated that they did

---

[11] This item was added as a check on "flat-lining", or giving the same answer to all items since having a coupon for an item in a Columbia store would be a less frequent event.

13

remember the price that they paid for their last purchase at a Columbia outlet store (Exhibit H-7), and almost all respondents appear to have been satisfied by that price as 86.1 percent indicated that they thought they were getting a good deal when they made the purchase (Exhibit H-8).  On the other hand, the higher price that should have been present on the price tag was not as salient (Exhibits H-10 and H-11).  Only 20.7 percent of respondents said that they could remember any other price being shown on the price tag.  And, when asked what they remember about this other price, only about a third of those who could remember another price being on the tag stated a specific price or discount (32.8 percent of those who could remember, or 6.8 percent of the entire sample).  About a third of those who remembered the second price indicated only that it was higher or that they paid less than the other price (36.1 percent of those who could remember another price, or 7.5 percent of the total sample).  Only 13.1 percent of those who remembered the presence of another price mentioned that it was an "original or regular price" (2.7 percent of the total sample), and another 6.6 percent of the sample remembered a "sale price" (or 1.4 percent of the total sample).  From these results, I conclude that consumers focus mostly on the actual price that they paid for the item, and only a few have a general recollection of another, higher price, and fewer still (only at most 4 percent) recall that there was an "original price" or "sale price" on the tag.  These findings are consistent with the importance ratings presented earlier in this report which show a more frequent mention of price paid than amount of savings achieved.

25.     Also consistent with the view that the higher price on the price tag commands less attention than other factors are responses to two questions about how consumers evaluate the value of the deal they are getting when purchasing a product at the Columbia outlet stores. Specifically, with respect to their last purchase, consumers were asked if they thought they had

gotten a good deal when buying the product, and then were asked what made them think that it was a good deal, not a good deal, or if they didn't know.  As shown in Exhibit H-9B, the most frequent response related to something about the absolute price, i.e., it was good or reasonable, not expensive, or affordable/within my budget (32.7 percent of respondents).  The next most frequent category of responses related to respondents' opinions about the features of the product such as quality or durability, style, good brand, fit, or other qualitative descriptors of the product (29.3 percent).  Other respondents mentioned information that was derived from their own shopping experiences: "compared prices or 'looked around' and thought price was good," (3.1 percent), "comparable to/cheaper than more expensive brands," (1.4 percent), and "good price for Columbia product/for the brand," (0.7 percent).  In contrast, only 18.4 percent of respondents mentioned something about the discount price: "cost more at other stores," "usually costs more," "original price" or "retail price", and markdown.  Even counting those who mentioned the product being on sale –which may refer to actual in-store sales – would add only approximately 9 percent more respondents.  From these responses, I conclude that consumers are more likely to use their own judgments about the quality of the product and their own knowledge of marketplace prices than they are to use an externally provided, higher price.

26.     Later in both Study A and Study B, after being shown either the black "outlet" jacket, the blue outlet jacket, or both jackets, respondents were asked how good a deal they thought the outlet jacket was (on a one- to seven-point scale), and then why they gave that rating.  As shown in Exhibit H-14B, the responses when only the black "outlet" jacket or only the blue outlet jacket were shown (as consumers would see them in the store), were comparable to those with respect to their prior purchases.  That is, of those who rated the deal positively (i.e., gave a rating of "5", "6", or "7"), 48.2 percent (black jacket alone) or 59.5 percent (blue jacket alone)

mentioned something about the product's attributes.  Many fewer respondents mentioned
something related to a discount such as cost more at other stores, usually costs more, original
price or retail price or markdown, i.e., 23.2 percent (black jacket alone) and 17.6 percent (blue
jacket alone).   When both jackets were shown (in Survey B) and respondents had been told what
the higher price on the price tag represented, the results were consistent with those of
respondents shown only the black or the blue jacket (Survey A) who had not been told the
definition of the higher price.   When shown both jacket side-by-side, those respondents who
rated the deal positively also more frequently mentioned something about the product and its
attributes (56.8 percent) than something about the discount (26.4 percent).

       27.    Lastly with respect to questions directly related to price, participants in Survey A
were shown the outlet jacket (either the true outlet jacket or the true retail channel jacket
represented as being an outlet jacket) and instructed to look at the price tag.  They were then
asked to state in their own words what they thought the higher price on price tag represented.  As
shown in Exhibit H-16, a variety of answers were given.  Approximately 40 percent of
respondents mentioned something related to an "original price", the "first sale price", or the
"actual price", which is similar to Plaintiff's contention that consumers believe it to be a price at
which the product actually sold somewhere or at some time before.  A few respondents
mentioned that it was an MSRP or "manufacturer's/suggested price", which I understand is not
incorrect, and a few respondents indicated that "the two prices are not real/marketing tools."
Other more general responses include "retail price" (9.5%), the price before it went on sale
(9.5%), or price in another store (8.1%), which are more general.[12]  Still other responses, e.g.,

---

[12] It is my understanding that the higher price is the manufacturer's suggested retail price if the
product was sold in regular retail channels.

"market price or value", "the brand", "the cost" are even further afield.  Thus, while some

consumers do perceive it to be related to an original or regular retail price, others have different

views, with no one view held by more than 50 percent of the respondents.

28.     Results pertaining to my third opinion regarding perceptions of the quality of

outlet and non-outlet products and the effect of the higher price on the price tag on these

perceptions and purchase interest are given in Exhibits H-13, 14, and 15.  Participants in Survey

A were shown either the black jacket (sold in regular retail stores) or the blue jacket (sold in

outlet stores) with outlet store price tags on them, i.e., the black jacket was represented as being

an outlet store product in order to determine whether consumers perceived any quality difference

between them when seen as they would be in an outlet store, i.e., not side by side.  These

participants were asked to rate the overall quality of the product on a one- to seven-point scale,

with higher numbers indicating higher quality.  As is common in marketing research, a "top-two"

box score was calculated for each jacket, i.e., the percent of respondents rating the quality of the

jacket as a "6" or "7".  As shown in Exhibit H-13, the percent of respondents giving a top-two

box score was approximately equal for both jackets, i.e., 84.3% (black jacket) versus 87.2%

(blue jacket shown alone).  When shown side by side, the percent of consumers giving the blue

jacket a top-two box score was somewhat lower, 73.3 percent, but this could be a function of

consumers looking specifically for a way to explain its lower price.  Even so, almost three-

quarters of respondents gave it a top-two box rating, indicating that it was perceived to be of very

high quality by a large majority of consumers.  If the top three positive ratings are examined, i.e.,

a "top three box" score, there is no difference in the percent of respondents giving a rating above

the mid-point or neutral rating of "4" for the black jacket, the blue jacket shown alone, and the

blue jacket when both jackets are shown.  The percent of respondents giving a top- three box

17

score is approximately 95 percent in regardless of what is shown.  From these ratings, I conclude that although the outlet and regular retail products may have certain style variations, consumers do not perceive overall quality differences.

29.     When asked to rate the value of the deal for the jacket [see Exhibit H-14], a top-two box score was given by a greater number of consumers who saw only the blue outlet jacket than by those who saw the blue and black jackets side by side and who had been told that the higher price referred to the black jacket, 82.1 percent versus 65.1 percent.  This finding might appear to support the hypothesis that knowing that the higher price referred to a non-identical, but comparable product would reduce perceptions of the goodness of the deal.  However, this view is contradicted by the frequency of a top-two box rating given when consumers saw the black, regular retail jacket represented as an outlet jacket.  Approximately the same percentage of consumers in this condition gave the "deal" a top-two score to the "outlet" jacket as did the consumers who saw both jackets, i.e., 62.9 percent versus 65.1 percent, respectively.   If thinking that the higher price was an original, or regular retail price was the primary determinant of perceptions of the deal, then the black jacket showed alone should have been rated as a very good deal by the greatest number of consumers because it was shown with the higher price on the tag and regular retail products are posited by the Plaintiff to be of higher quality than outlet product.  But, it was not.  Instead, it was seen as a very good deal by fewer consumers than the blue jacket shown alone was (62.9 percent versus 82.1 percent, respectively).  Consumers in both of these conditions, however, presumably had the same set of beliefs about the meaning of the higher price.  Perceptions of the deal, then were driven by something about the product, and not the higher price on the tag.

30.     When looking at the frequency of consumers in each condition who gave the deal any of the three positive ratings ("5", "6", of "7"), the same kind of differences persist although the overall percentages in each condition rating the deal positively are very high, i.e., 80 to 95 percent.  Here, the black, retail jacket represented as an outlet product received the fewest positive ratings, i.e., by 80.0 percent of respondents.  The blue, outlet jacket shown alongside the black jacket represented as a regular retail product received positive scores from 85.6 percent of respondents, while the blue jacket shown alone received positive ratings by the largest percent of consumers seeing it, i.e., 94.9 percent.

31.     Consistent with the view that purchase decisions are driven more by product features than perceptions of the savings achieved, or the "deal", interest in actually purchasing the product did not differ across the three conditions.  *See* Exhibit H-15.  The percentage of respondents who gave a "top-two box" score for interest in purchasing the product was 68.6 percent, 67.9 percent, and 63.7 percent for the black "outlet" jacket, the blue outlet jacket shown alone, or the blue outlet jacket shown alongside the black "retail" jacket, respectively.  Almost identical percentages of respondents gave a "top-three box", or positive rating, on interest in purchasing across the three conditions (approximately 83 percent for each of the jackets shown alone, and 80.8 percent for the blue jacket shown alongside the black one).  Thus, any differences in perceptions of the meaning of the higher price on the price tag are not likely to drive differences in purchase decisions.  These findings offer no support for Plaintiffs' contention that reasonable consumers in California would not have purchased Columbia outlet products had they known that the higher price on the price tag was not an "original price" or the price of the item when sold in a regular retail store.

32.     Finally, with respect to my fourth opinion, consumers who responded to Survey A were asked to indicate if they would or would not expect to find certain kinds of products in a Columbia Sportswear Outlet store.  As shown in Exhibit H-17, 83.8% of respondents expect to find products at the store that were made specifically for sale at Columbia Sportswear Outlet stores, i.e., they are sold only at Columbia Sportswear Outlet stores.  And, 77.7 percent of these consumers expect to find products that are very similar to, but not exactly the same as, those that are sold in a regular sporting goods store, i.e., they could have different colors or have minor style differences.  Fewer consumers, 65.5 percent of respondents, expect to find the exact same products as those previous sold in a regular sporting goods store, and fewer still expect to find "irregular" merchandise that is the same as merchandise sold in regular retail stores except for one or two flaws (42.6 percent).  Thus, I conclude that a reasonable California consumer would believe that some products offered at the Columbia outlet stores have never been offered for sale in regular retail channels.

## IV.  SUMMARY

33.     The data from my study clearly indicate that consumers' decision making with respect to products in the Columbia Sportswear Outlet stores is more complex than a reliance on a single, externally provided price cue.  As in many buying situations, consumers come to these outlet stores with a varied background in purchasing these categories of goods in Columbia outlet stores and in other retail outlets, and they have access to a variety of internal price benchmarks developed through their prior experiences.  They consider a number of product factors and the absolute price of the goods in decisions to purchase products, while the specific amount of money they will save, i.e., the difference between the higher and lower prices on the price tag is somewhat secondary.  In evaluating whether the product is a "good deal" or not,

20

consumers also consider many factors including their own evaluations of product characteristics. To the extent to which the higher price is salient to them, different consumers have somewhat different beliefs as to its meaning.  The factors that are used in assessing the value of the "deal are not different whether consumers are operating under their own beliefs about the higher price on the price tags or have been aware of the actual meaning of the higher price.

34.     In my study, consumers did not rate the outlet store product as being lower quality than the slightly different product sold in regular retail store.  And, their interest in purchasing the product was not affected by knowledge of the actual meaning of the higher price on the price tag.   Finally, Columbia outlet store consumers in California understand that these stores offer products that may have been made solely for the outlet or products that are similar to, but not exactly the same, as those offered through other channels.

## V.     COMPENSATION

35.     I am being compensated for my work in this case at my usual rate of $650 per hour.


I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on this 31st day of January, 2017.


Carol A. Scott

**EXHIBIT A**

# CAROL A. SCOTT

Anderson Graduate School of Management
University of California                          1834 Park Blvd.
Los Angeles, California 90024                     Palo Alto, CA   94306
(310)  825-4458                                   (650) 473-9297
(310)  206-2019 (fax)                             (650) 473-9298 (fax)

## EDUCATION

Ph. D.              Northwestern University, June 1975
                          Major Field:  Marketing
                          Minor Field:  Social Psychology

M.S.                Northwestern University, August 1972
                          Major:  Management

B.S.                University of Texas at Austin, December 1970
                          Major:  Business and history education
                          Graduated with highest honors

## TEACHING EXPERIENCE

1977 - present      **University of California, Los Angeles**
                    2011-           Professor Emeritus of Marketing
                    1989-2011       Professor of Marketing
                    1980-89         Associate Professor of Marketing
                    1979-80         Acting Associate Professor of Marketing
                    1978-79         Assistant Professor of Marketing
                    1977-78         Visiting Assistant Professor of Marketing
                                    (on leave from The Ohio State University)

2009                **Stanford University**
                    2009            Visiting Professor of Marketing

1985 - 1986         **Harvard Business School**
                    Visiting Associate Professor, Business Administration

1974 - 1978         **The Ohio State University**
                    Assistant Professor of Marketing

**ACADEMIC ADMINISTRATIVE EXPERIENCE**

1990 - 94    Chairman of the Faculty, Department (School) of Management
Responsible for all matters pertaining to the approximately
100 faculty FTE in the Anderson Graduate School of Management,
a single department school, including: recruiting, retention,
promotions, salary adjustments, scheduling and staffing of courses,
and student and peer evaluation of teaching. Manage budget and
process all appointments for temporary faculty.

1987 - 91    Associate Dean, Academic Affairs
1993 - 94    Act for the dean in his absence. Responsible for all academic
degree programs and support services including: full-time, Fully
Employed and Executive MBA Programs, Ph.D. and M.S.
Programs, Management Communications Program, Management
Field Studies Office, Computing Services Center, and all
interdisciplinary study centers (e.g., Entrepreneurial Studies
Center, Finance and Real Estate, International Business, etc.).

1986 - 87    Assistant Dean, MBA Curriculum & Policy
Responsible for all academic policies pertaining to the full-time
MBA Program. Coordinated a review of this program which
resulted in revised core curriculum; implemented computerized
bidding system for course enrollment.

**JOURNAL ARTICLES PUBLISHED**

Robert A. Hansen and Carol A. Scott. Comments on attribution theory and advertiser
credibility. ***Journal of Marketing Research***, *13*, May 1976.

Carol A. Scott. Effects of trial and incentives on repeat purchase behavior. ***Journal of
Marketing Research***, *13*, August 1976.

Carol A. Scott. Modifying socially-conscious behavior: The foot-in-the-door technique.
***Journal of Consumer Research***, *4*, December 1977.

Carol A. Scott and Richard F. Yalch. A test of the self-perception explanation of the
effects of rewards on intrinsic interest. ***Journal of Experimental Social
Psychology***, *14*, January, 1978.

Carol A. Scott and Richard F. Yalch. Consumer response to initial product trial: A
Bayesian analysis. ***Journal of Consumer Research***, *7*, June 1980.

Alice M. Tybout and Carol A. Scott.  Availability of well-defined internal knowledge and
the attitude formation process:  Information aggregation versus self-perception.
***Journal of Personality and Social Psychology***, *44*, March 1983.

Deborah Roedder John, Carol A. Scott, and James R. Bettman.  Sampling data for
covariation assessment:  The effect of prior beliefs on search patterns.  ***Journal of
Consumer Research***, *13*, June 1986.

James R. Bettman, Deborah Roedder John, and Carol A. Scott.  Covariation assessment
by consumers.  ***Journal of Consumer Research, 13***, December, 1986.

James R. Bettman, Elizabeth H. Creyer, Deborah Roedder John, and Carol A. Scott.
Covariation assessment in rank order data. ***Behavioral Decision Making***, *1*,
October-December, 1988, 239-254.

Aimee Drolet, Loraine Lau-Gesk, and Carol A. Scott.  The Influence of Aging on
Preferences for Sequences of Mixed Affective Events.  ***Journal of Behavioral
Decision Making***, forthcoming.


## REPORTS, PRESENTATIONS, CHAPTERS IN BOOKS

Carol A. Scott, Decade of the Executive Woman, New York: Korn/Ferry, International,
1993.

Vicky L. Crittenden, Carol A. Scott, and Rowland T. Moriarty.  The effects of prior
product experience on organizational buying behavior.  In Paul Anderson and
Melanie Wallendorf  eds.)  ***Advances In Consumer Research***, vol. 14, 1986.

James R. Bettman, Deborah Roedder, and Carol A. Scott.  Consumers' assessment of
covariation.  In T. Kinnear (ed.), ***Advances In Consumer Research***, vol. 11,
1983.

Carol A. Scott and Alice M. Tybout.  Some indirect effects of case vs. base rate data on
information processing strategies.  In R. Bagozzi and A. M. Tybout (eds.),
***Advances in Consumer Research***, 10, Association for Consumer Research, 1982.
(Abstract).

Carol A. Scott.  On using attribution theory to understand advertising effects.  In A.
Mitchell (ed), ***Advances in Consumer Research***, 9, Association for Consumer
Research, 1981.

Carol A. Scott and Alice M. Tybout.  Theoretical perspectives on the impact of negative
information:  Does valence matter?  Abstract published in K. Monroe (ed.),
***Advances in Consumer Research***, 8, Association for Consumer Research, 1980

Carol A. Scott.  Consumer satisfaction:  Perspectives from self-perception theory.  Paper presented at the American Psychological Association conference, Montreal, Canada, September, 1980.

Carol A. Scott.  Forming beliefs from experience:  Evidence from self-perception theory.  In H. H. Kassarjian and T. S. Robertson (eds.), ***Perspectives In Consumer Behavior***, 3rd edition, Scott, Foresman, 1981.

Alice M. Tybout and Carol A. Scott.  Extending the self-perception explanation:  The effect of cue salience on behavior.  In W. L. Wilkie (ed.), ***Advances in Consumer Research***, 6, Association for Consumer Research, 1979.

Carol A. Scott.  Attribution theory in consumer research:  Scope, issues, and contributions.  Proceedings, American Marketing Association Fall Educators' Conference, S. Jain (ed.), 1978.

Carol A. Scott.  The role of self-perception processes in consumer behavior:  Interpreting one's own experiences.  In Keith Hunt (ed.), ***Advances in Consumer Research***, 5, Association for Consumer Research.

Robert A. Hansen and Carol A Scott.  Alternative approaches to assessing the quality of self-report data.  In Keith Hunt (ed.), ***Advances in Consumer Research***, 5, Association for Consumer Research, 1978.

Robert A. Hansen and Carol A. Scott.  Improving the representativeness of survey research:  Some issues and unanswered questions.  Proceedings, American Marketing Association Fall Educators' Conference, 1977.

Richard F. Yalch and Carol A. Scott.  Effect of initial trial of a new product on attitude-behavior consistency.  In W. D. Perreault, Jr. (ed.), ***Advances in Consumer Research***, 4,   Association for Consumer Research, 1977.

Carol A. Scott, Researching the broadened concept of consumer behavior.  In G. Zaltman and B.  Sternthal (eds.), ***Broadening the Concept of Consumer Behavior***.  Association for Consumer Research monograph, 1975.

Brian Sternthal, Carol A. Scott, and Ruby Roy.  Self-perception as a means of personal influence:  The foot-in-the-door technique.  In B. Anderson (ed.), ***Advances in Consumer Research***, 3, Association for Consumer Research, 1975.

Carol A. Scott.  Hendley distributors.  Consumer behavior research case in Gerald Zaltman, Philip C. Burger, and Randall L. Schultz, ***Cases in Marketing Research***, New York:  Dryden Press, 1975.

**AWARDS**

1984        Outstanding Teacher of the Year, presented by MBA students at the
            Graduate School of Management, UCLA.


**GRANTS RECEIVED (non-university)**

New Roles for Corporate Communications.  Grant received from the Marketing Science
        Institute (with James R. Bettman, Richard J. Lutz, and Barton A. Weitz),
        December 1980 - May 1981.


**SELECTED PROFESSIONAL ACTIVITIES**

Academic Advisory Council, Marketing Science Institute, 1987 to 1990

Editorial Boards:
        Journal of Marketing Research, December 1975 to July 1985
        Journal of Marketing, July 1978 to July 1986; January 1991 - August 1993
        Journal of Consumer Research, December 1980 -

Occasional reviewer, Journal of Personality and Social Psychology and Journal of
        Applied Psychology

Distinguished lecturer at University of Pennsylvania (1978), University of Washington
        (1979), University of Florida (1979), Berkeley/Stanford (1980), University of
        California, Santa Barbara (1982)

AMA Doctoral Dissertation Competition chairperson, 1985

Treasurer, Association for Consumer Research, 1980-81

Resident Faculty Member, American Marketing Association Doctoral Consortium,
        1979, 1980, 1983.  Consortium speaker 1984, 1985, 1986

Program Committee, 1979 Annual Conference, Association for Consumer
        Research, Prof. Jerry Olson, chairman


**Consulting projects** for a number of profit, not-for-profit, and governmental
organizations in Ohio and California.  Assignments have included strategic marketing
audits, development of strategic marketing plans, advertising planning consultation,
marketing research analysis and interpretation, and expert witness testimony preparation.
Member of the board of directors, Petco, Inc. (1989-1991), Sizzler International (1993-
1999), A-Fem Medical (1995-2003), Classmates Media (2007-2010), and United Online,

Inc., 2003 to present.  Co-founder of Crossfield Associates, LLC, a firm that provides expert marketing analysis for litigation as well as marketing strategy and research consulting services.


**PROFESSIONAL MEMBERSHIPS**

Association for Consumer Research


**COURSES TAUGHT**
Undergraduate (primarily at The Ohio State University)
      Consumer Behavior; Advertising
Masters' (primarily at UCLA)
      Consumer Behavior; Introductory Marketing; Advanced Marketing Management;
      Management of Distribution Channels; Global Marketing Management; Market
      Assessment; Marketing Strategy and Policy (Executive MBA Program)
Ph.D. (UCLA, Harvard, and Ohio State)
      Consumer Behavior Theory and Research
      Attribution Theory Research in Marketing
      Doctoral research paper supervision


**THESIS ADVISING**
Chair, Ph.D. Thesis Committee 6 students
Member, Ph.D. Thesis Committee - 9 students
Member, Masters Examining Committee (Ohio State) - 3 students


**RECENT COMMITTEE ASSIGNMENTS (UCLA only)**
Task Force on Women at Anderson, 2001 –
University Committee on Research, 1999-2001
    Chair, Faculty Grants Program
Dean Search Committee, 1997-1999
Executive Education Advisory Committee 1997 – 1999
MBA Admissions Committee 1997-99
Academic Staffing Committee 1997-98
Faculty Executive Committee, 1993 - 1997
Professional Educational Task Force (University), 1993-94
UCLA Child Care Services Advisory Board, 1990 - present; Chair, 1991 - 1993

**Carol A. Scott**
**Expert Testimony During the Past Four Years***

1.  Toyo Tire and Rubber Co., Ltd., and Toyo Tire and Rubber *vs.* <u>CIA Wheel Group</u>, *et al.* – 2016. *Testimony in deposition (2016).*

    Conduct research to determine the degree to which consumers view the Toyo tire tread pattern as unique to a particular brand of tire and the degree to which consumers are able to accurately identify the Toyo tire based on exposure to its tread pattern. Also determine reliability of Plaintiff experts' opinions regarding the trade dress of Toyo's tires.

2.  <u>SurgiQuest, Inc.</u> *vs.* Lexion Medical, Inc. – 2016. *Testimony in deposition (2016).*

    Conduct research to determine the extent to which information about complication rates when using SurgiQuest's medical device is material to potential consumers in evaluating the device, and in considering it for use in performing laparoscopic and robotic laparoscopic surgeries. Also investigate whether the chart would alter steps in the surgeons' decision making processes.

3.  <u>Guess IP Holder L.P.</u> *vs.* Yoga Smoga, Inc. – 2015-2016. *Testimony in deposition (2016).*

    Conduct research to determine the extent to which consumers in the market for clothing and fashion accessories for men, women, or children correctly identify images of clothing as made by Guess when those images include one of three Guess trademarks.

4.  Charlene Dzielak *et al. vs.* <u>Whirlpool Corporation</u> –2016. *Testimony in deposition (2016).*

    Evaluate expert's opinions regarding estimates of a "price premium" that may have been paid by proposed class members for certain "Energy Star"-qualified clothes washers. Also determine whether experts' use of a contingent valuation survey produced valid, unbiased estimates of any price premium.

5.  Lights Out Holdings, LLC. *vs.* <u>Nike, Inc.</u> – 2015. *Testimony in deposition (2015).*

    Conduct research to determine the extent to which consumers in the market for sports apparel phrase "Lights Out" with a former National Football League player. Also conduct market research in response to Defendant's damages expert to determine the extent to which interest in purchasing accused Nike apparel products would be increased if those products are shown next to a product style description using the words "Lights Out."

6.  North Atlantic Operating Company, Inc.; North Atlantic Trading Company; and National Tobacco Company, L.P. *vs.* <u>DRL Enterprises, Inc.</u> – 2011. *Testimony in deposition (2011, 2015).*

    Conduct research to determine the degree to which trademarks claimed by DRL enterprises have acquired secondary meaning.

* Underlined party indicates client

7.   *In re* NJOY, Inc. Consumer Class Action Litigation (<u>Defendant NJOY, Inc.</u>) – 2015. *Testimony in deposition (2015).*

Determine whether an expert's consumer survey can reliably determine whether advertisements or package labels for the Defendant's e-cigarettes misled potential class members.  Additionally, rebut a second expert's opinions regarding A) whether reasonable consumers would be willing to pay a price premium for NJOY's e-cigarettes that purportedly contain "safety" claims; and B) the reliability of the expert's proposed methodologies to determine classwide damages allegedly suffered as a result of the purported "price premium."

8.   Todd Barron *et al. vs.* <u>Snyder's-Lance, Inc.</u> – 2014-2015.  *Testimony in deposition (2015).*

Evaluate Plaintiffs' claims that they paid a "premium" price when they purchased certain potato chips and pretzel products at issue due to the presence of "All Natural" claims.

9.   Kyle Dei Rossi *et al. vs.* <u>Whirlpool Corporation</u> – 2014.  *Testimony in deposition (2014).*

Rebut expert's opinions regarding the reliability of that expert's methodologies to determine classwide damages allegedly suffered as a result of purchasing certain "Energy Star"-qualified refrigerators.

10.  Chad Brazil *vs.* <u>Dole Packaged Foods, LLC</u> – 2014.  *Testimony in deposition (2014).*

Rebut expert's opinions regarding the reliability of that expert's regression models to determine classwide economic damages for purchasers of packaged fruit products containing "all natural" claims.

11.  Skye Astiana *vs.* <u>Ben & Jerry's Homemade, Inc.</u> – 2013-2014.  *Declaration filed (2013).*

Evaluate Plaintiff's claim that she paid a premium for Defendant's ice cream products compared to comparable ice cream or frozen yogurt products that were not labeled as "all natural."

12.  <u>Retractable Technologies, Inc., and Thomas J. Shaw</u> *vs.* Becton, Dickinson and Company – 2011-2013.  *Testimony in deposition (2011) and at trial (2013).*

Determine the degree to which consumers would be misled by Defendant's marketing communications regarding safety needles and syringes.

13.  <u>Bohn</u> *vs.* Pharmavite, LLC – 2013.  *Testimony in deposition (2013).*

Rebut expert's opinions regarding consumer exposure to information contained in certain marketing materials and on packaging for Defendant's vitamin products, and whether (and to what degree, if any) such information influenced purchasers' decision to buy Defendant's vitamin products can only be made on an individual-by-individual basis.

* Underlined party indicates client                                                     2

14. <u>Motorola Mobility, Inc., General Instrument Corporation, Time Warner Cable Inc. and Time Warner Cable LLC</u> (as Counterclaim Defendants) *vs.* TiVo Inc. (Counterclaim Plaintiff) – 2013.  *Testimony in deposition (2013).*

Rebut expert's opinions as to whether features of a Digital Video Recorder (DVR) – claimed to be related to patents in-suit – formed the central basis for the initial consumer appeal of the DVR.

15. <u>H&R Block Eastern Enterprises, Inc., *et al.*</u> *vs.* Intuit, Inc. – 2013.   *Testimony in deposition (2013) and at court proceedings (2013).*

Conduct market research determine whether and to what extent television advertisements aired nationwide by Defendants create certain beliefs among consumers in the target market for Block's tax preparation services.

16. Academy of Motion Picture Arts and Sciences *vs.* <u>GoDaddy.com, Inc.</u> *et al.* – 2013. *Testimony in deposition (2013).*

Conduct market research to determine the extent to which certain accused domain names are confusingly similar to Plaintiff's "Oscar"- and "Academy Award"-related marks.

17. MobileMedia Ideas LLC *vs.* <u>HTC Corporation and HTC America, Inc.</u> – 2013. *Testimony in deposition (2013).*

Rebut expert's opinions as to whether two consumer surveys the expert had conducted can reliably provide evidence regarding the degree to which certain patented features in a smartphone were important factors for consumers of HTC accused smartphones.

18. <u>Apple Inc.</u> *vs.* Amazon.com, Inc. and Amazon Digital Services, Inc. – 2012. *Testimony in deposition (2012).*

Conduct market research to determine the extent to which consumers perceive the name of an application downloading service to be uniquely associated with Apple, and the extent to which consumers would be confused as to the source of defendants' downloading service.

19. Lutron Electronics Co., Inc., *vs.* <u>Crestron Electonics, Inc.</u>, *et al.* – 2012. *Testimony in deposition (2012).*

Rebut expert's opinions regarding consumer surveys conducted with respect to purported false and misleading claims of "Made in the USA" advertising and labeling.

20. <u>AKH Company, Inc.</u> *vs.* The Reinalt-Thomas Corporation d/b/a Discount Tire, *et al.* – 2012. *Testimony in deposition (2012).*

Rebut expert's opinions regarding consumer surveys conducted to measure likelihood of confusion and consumer awareness.  Also rebut other experts as to whether consumer behavior literature and other data support the opinions and

conclusions they had expressed.

21. _In re_ Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation – 2012. *Testimony in deposition (2012).*

  Determine whether or not certain features and benefits were important factors in consumers' decisions to purchase defendants' vehicles; determine whether or not consumers received messages regarding safety and safety-related features and benefits from marketing communications, and to assess consumer perceptions of defendants' brands on these dimensions; and determine whether or not consumers' decision-making with respect to defendants' products would have been different had certain facts alleged by plaintiffs were disclosed.

22. _In re_ VitaminWater False & Misleading Claims Litigation (Defendants Coca Cola Company and Energy Brands, Inc. [d/b/a Glaceau]) – 2012. *Testimony in deposition (2012).*

  Conduct research to determine the reason(s) why consumers purchase Defendants' enhanced beverage product, their awareness of sugar content and calories contained in the product, and perceptions of messages contained on bottles of the product and in a promotional poster for the product.

23. Gucci America, Inc. *vs.* Guess?, Inc. _et al._ – 2012. *Testimony in deposition (2011) and at trial (2012).*

  Conduct research to determine: the degree to which trademarks claimed by Gucci have acquired secondary meaning; the likelihood of confusion as to the source or origin of certain accessory products made and sold by Guess based on trade dress features; and whether female consumers who carry handbags carry such bags with ornamentation facing towards the public.

24. Gyrodata Incorporated *vs.* Atlantic Inertial Systems, Inc., BAE Systems, Inc., BAE Systems Controls, Inc., _et al._ – 2010, 2011, 2012. *Testimony in deposition (2010, 2012).*

  Rebut plaintiff experts' opinions with respect to the potential market of, and demand for, plaintiff's oil drilling services equipment.

25. Federal Trade Commission *vs.* Financial Freedom Processing, Inc., _et al._ – 2011. *Testimony in deposition (2011) and at trial (2011).*

  Determine the extent to which reasonable consumers would be misled or deceived about certain claims made by Defendants in certain radio advertisements for a debt negotiation service.

26. Levi Strauss & Co. *vs.* Hudson Jeans – 2011. *Testimony in deposition (2011).*

  Conduct research to determine the degree to which trademarks claimed by Hudson Jeans have acquired secondary meaning.

27. _In re_ Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation (Defendants Evenflo Company, Inc., Gerber Products Company, Handi-Craft Company,

---

* Underlined party indicates client                                                                 4

Nalge Nunc International Corporation, Playtex Products, Inc., and RC2 Corporation) – 2011.  *Testimony in deposition (2011).*

Rebut expert's opinions regarding the nature and content of Defendants' marketing communications with respect to polycarbonate products that contained BPA.

28.   Peace & Love Jewelry By Nancy Davis LLC *vs.* Kohl's Department Stores, Inc., *et al.* – 2011.  *Testimony in deposition (2011).*

Conduct consumer research to determine likelihood of confusion between jewelry and clothing based on trade dress features.

**Exhibit C**

**Document List**

---

**Reports**

| | |
|---|---|
| Report of Larry D. Compeau, Ph.D., w/ Exhibits | 11/16/2016 |

---

**Pleadings and Depositions**

| | |
|---|---|
| Third Amended Class Action Complaint and Demand for Jury Trial | 3/7/2016 |
| Plaintiffs' Memorandum of Points and Authorities in Support of Mot. For Class Cert. | 11/18/2016 |
| | |
| Deposition of James Robert Bui | 9/28/2016 |
| Deposition of Jeanne Stathakos | 11/2/2016 |
| Deposition of Melissa Olson | 9/27/2016 |
| Deposition of Nicholas Stathakos | 11/3/2016 |
| Deposition of Larry D. Compeau, w/ Exhibits | 1/13/2017 |

---

**Publications**

Diamond, Shari Seidman, "Reference Guide on Survey Research," in Reference
Manual on Scientific Evidence, 3rd ed., (Federal Judicial Center, 2011)

Krishna, Aradhna, Richard Briesch, Donald R. Lehmann, and Hong Yuan, "A Meta-
Analysis of the Impact of Price Presentation on Perceived Savings," Journal of
Retailing, 78, 2002, pp. 101-118

EXHIBIT D

ID# _____

Name:_____     Phone:_____
                                            [Ask if Qualified]
City of Residence:_____

Interview Date:_____     Time:_____

**Retail Survey Screener**
**December 2016**

Sample:

   One group of respondents.

   o   Respondents 18 to 72 who:
       ▪   People who have shopped in the last 12 months at the
           following retail physical OUTLET store:
           •   **Columbia Sportswear Store / Columbia**
               **Sportswear Outlet Store**


**SECTION ONE: SCREENER**

Hi. My name is _____ from (name of research facility), a research firm.

We're not trying to sell you anything. Would you like to help us with a survey about consumer products? First, I'd like to take 2-3 minutes of your time to ask you a few questions to see if you qualify.

   1.  Please tell us your age.  Are you::
       a.   Under 18      ____   ➔   Thank you very much for helping us.  TERMINATE
       b.   18 – 24       ____
       c.   25 – 34       ____
       d.   35 – 44       ____
       e.   45 – 54       ____
       f.   55 – 64       ____
       g.   65 – 72       ____
       h.   Over 72       ____   ➔   Thank you very much for helping us.  TERMINATE

2. Have you participated in market research, other than a political poll, either in a focus group or one- on-one interview, in the past 2 months?

         Yes _____      ➔    Thank you very much for helping us.  TERMINATE

         No  _____

3. Please tell me which of the following things, if any, you have done **within the last 12 months**:
   a. Purchased winter sporting goods or winter sports products, such as skis, snowboards, snow pants, and the like?
      Yes    _____
      No     _____
   b. Purchased an extended warranty for an electronics product
      Yes    _____
      No     _____
   c. Shopped at a physical (not online) <u>outlet store or factory store</u>
      Yes    _____   ➔  IF YES TO C ASK Q4 [also ask D and E in q3 here]
      No     _____   ➔  Thank you for your time – TERMINATE

   d. Flown on an airline to a destination inside the Continental United States`
      Yes    _____
      No     _____

4. Please tell us which of the following physical retail stores (not online stores), if any, you have shopped at **in the past 12 months**:

|  | | YES | NO |
|---|---|---|---|
| a. | Costco | _____ | _____ |
| b. | Wal-Mart | _____ | _____ |
| c. | Columbia Sportswear Outlet | | |
| | YES: _____ ➔ | IF YES TO C SKIP TO Q5 | |
| | NO: _____ ➔ | Thank you for your time - TERMINATE | |
| d. | Coach Outlet | _____ | _____ |
| e. | BOSE Outlet | _____ | _____ |
| f. | Best Buy | _____ | _____ |
| g. | Dick's Sporting Goods | _____ | _____ |
| h. | Nordstrom Rack | _____ | _____ |
| i. | Saks Fifth Avenue Off Fifth Outlet | _____ | _____ |
| j. | REI | _____ | _____ |
| k. | Brooks Brothers Factory Store | _____ | _____ |

5.  You mentioned that you shopped in the last 12 months at a **Columbia Sportswear Outlet** store.

    Thinking of the last time you visited a **Columbia Sportswear Outlet** store, what did you purchase?

    _____

    → TERMINATE IF Respondent cannot remember or recall the last purchase

    ELSE CONTINUE

6.  Do you or anyone in your immediate family or household work for any of the following types of companies?

    a.  A company that manufactures, sells, promotes or distributes food or non-alcoholic beverages?
        Yes     ____
        No      ____
    b.  An advertising agency, public relations firm, or a market research company
        Yes     ____→   Thank you very much for helping us.  TERMINATE
        No      ____
    c.  A company that manufactures, sells, promotes or distributes clothing, shoes or fashion accessories?
        Yes     ____→   Thank you very much for helping us.  TERMINATE
        No      ____
    d.  A company that manufactures, sells, promotes or distributes video games or computer software?
        Yes     ____
        No      ____
    e.  A sporting goods or outdoor goods store?
        Yes     ____→   Thank you very much for helping us.  TERMINATE
        No      ____

7.  Do you usually wear glasses or contact lenses when you shop or read?

    Yes     ____→   IF PRE-RECRUITING, SEE BELOW INSTRUCTIONS TO HAVE RESPONDENT BRING WITH THEM TO MALL ON INTERVIEW DAY.

    IF MALL RECRUITING OR RE-SCREENING:
    Do you have them with you now? Yes/No____→   **[IF NO, TERM IF MALL RECRUIT, RESCHEDULE IF RESCREEN]**

    No      ____→

IF QUALIFIED:

We would like to invite you to participate in our research. It will take about 15 minutes of your time. Because we know that your time is valuable, we are offering $_____ for you to participate. To assure quality, some of the interviews will be monitored or observed, and you may be called after the interview to confirm your participation. No individuals will be identified, and your name will not be used for sales purposes.

(For pre-recruits ONLY):  Can we schedule a time for your interview?

(For mall floor recruits ONLY):  Can you come with me now to our facility here in the mall?

If you wear glasses or contact lenses when you shop or read, please be sure to bring them with you.

*Recruiter: Please save this screener. All pre-recruited participants must be re-screened at the door. All screens will be returned with the validation/interview certification pages and tracking sheet. Thank you.*

Recruiter's name:_____   Date_____

**ID#_____**

### Validation and Interviewer Certification

We need a phone number where you can be reached so that a verifier can call and confirm that you participated in this survey. This validation call will take less than a minute of your time.

(_____)_____

Is this your home (   )  or business (   ) phone?
What is the best time of day to reach you?  _____

Name:  _____

City:  _____Zip code:  _____

I participated in a survey and received $_____  as an incentive for my participation.

_____date_____

### Interviewer Certification

I have personally conducted this interview with the above named respondent, and I have complied with the interviewing instructions.  The information on the screen and questionnaire is accurate.

Signature of interviewer _____date _____

Printed name of interviewer _____

EXHIBIT E

**Script for Validation of Survey Participation.**
*(Do not say words that are in italics.)*

Hi, I'd like to speak with _____ [name on list of respondents].  *Be sure you **only speak with the person on the list**. If respondent not able to come to phone, thank caller for their time.*

I'm with Crossfield Associates.  First, this is not a sales call.

Do you recall participating in a survey in a shopping mall recently about Clothing?

*Wait for response.*

*If respondent has trouble recalling the survey, say:*

You answered a some questions about shopping at a Columbia Sportswear Outlet.  You also looked at a Jacket.

*Respondents should say yes or no.  Be sure to capture what ever else they say.*

**For every tenth person ask:**

In the past year, did you purchase _____ [item in Purchased… column] at a Columbia Sportswear Outlet store?

__yes __ no   _____ Other item mentioned (if applicable)

*If respondent does not answer Yes, put an x in the "remarks" column. If another item is mentioned – OK.]*

Thank you for helping us.

*If valid, put YES in column* ISVALID.  *If not valid, put NO in column* ISVALID *and put reason in column marked* VALIDATION TYPE.

Validation Type for a call is "Call"

In NOTES, put one of the following:
      Spoke-Valid
      Spoke-Doesn't remember, Not valid
      Respondent not available
      Hang up
      Voicemail
      Busy
      Wrong number
      Disconnected
      Rings

**Validation Results**

**Validation Type:**

|  | Freq. | % |
|---|---|---|
| Telephone Validation | 285 | 96% |
| In-person Validation | 11 | 4% |
| **Total** | **296** | **100%** |

**Telephone Validation Results:**

|  | Freq. | % |
|---|---|---|
| Voicemail | 146 | 49% |
| Spoke with respondent - Valid | 86 | 29% |
| Disconnected/not working # | 17 | 6% |
| Rings | 10 | 3% |
| Busy | 9 | 3% |
| Wrong number | 5 | 2% |
| Hang-up | 4 | 1% |
| Respondent not available/present | 4 | 1% |
| Spoke with respondent - Not Valid | 2 | 1% |
| Unavailable recording - "try later" | 2 | 1% |
| **Total** | **285** | **100%** |

**Clothing Survey "A"**

*Interviewer: Please add the following information from the screener:*

Enter Survey ID from Tracking Sheet*#

Respondent Name

Respondent Phone Number

Respondent City of Residence

Interviewer Name (your name)

Respondent Age

Respondent Gender

Respondent Clothing purchased (Screener Q5)

[NOTE: Programming logic in BLUE]

[NOTE: One question is shown on each screen of survey]

[INTERVEWER: BEGIN SURVEY]

**Thank you for agreeing to help us today**.  I'd like to start by asking you about one of your past shopping experiences.  Please just respond with your honest opinions and beliefs.  If you do not know or do not have an answer to a question, please let me know that.

**If you need corrective lenses while shopping, please make sure you have them with you now.**

**Let's begin**.  You said that you purchased something at a Columbia Sportswear Outlet store.

    1.   About how many times have you shopped at Columbia Sportswear Outlet?

( ) Just once/First time/One time

( ) 2 to 3 times

( ) 4 to 5 times

( ) 6 to 10 times

( ) over 10 times

[Next screen]

2. Do you remember what you purchased the last time you shopped at the Columbia Sportswear Outlet store?

        \_\_\_ yes    \_\_\_ no   \_\_\_ not sure

[IF one of ("No", "Don't know/Not sure") THEN: Disqualify]

[Next screen]

3. What was it that you purchased there?  [if more than one, list all that are mentioned]

[Interviewer: Enter ONE item per line please -- list all mentioned if more than one item named.]

_____ **[First mention]**

_____

_____

_____

\_\_ Don't Know

[Next screen]
[For the next question, select the first item mentioned in #3]

4. When you purchased **this/these/this pair of/etc.** [PIPE FIRST MENTION IN q3],

[ROTATE PHRASES BY RESPONDENT]
did you go to the store looking for this type of product specifically, or were you just shopping in general?
[WITH]
were you just shopping in general, or did you go to the store looking for this type of product specifically

[Interviewer:  Do not read the choices] [Match rotation order]

a. I was looking for this type of product specifically
b. I was just shopping in general
c. Other (DO NOT MENTION "OTHER" – FILL THIS IN IF ABOVE TWO RESPONSES ARE NOT MENTIONED: _____
d. Don't know

[Next screen]

5. What was it about this product that made you decide to purchase it?

_____

[x] Don't know/Not sure


**_INTERVIEWER: PROBE ONLY ONCE_**
    Anything else?

_____

[x] Don't know/Not sure


[Next screen]

6. Do you remember what price you paid for this item?

_____ yes    ___ no    ___ don't know/not sure


[Next screen]

7. Did you, or did you not, think you were getting a good deal when you purchased this product?

_____  yes, it was a good deal
_____  no, it wasn't a good deal
_____  don't know if it was or wasn't/not sure

[Next screen]
**_IF Q7 = YES_**
    What made you think that it was a good deal?


**_IF Q7 = NO_**
    What made you think that it was not a good deal?


**_IF Q7 = DON'T KNOW/NOT SURE_**

    Why were you unsure about whether it was a good deal or not?


3

[Next screen]

9.  Do you remember any other price being shown on the price tag for this item?

_____ yes    ___ no    ___ don't know

[Next screen]

**[*ONLY* IF Q9 = YES]**

10. What, if anything, do you remember about this other price?

_____
[x] Don't know/Not sure

[Next screen]

11. Now, please tell me how important the following factors were in deciding to purchase this product.

Use a scale of 1 to 7, with 1 meaning Not At All Important, and 7 meaning Very Important

1 – Not at all important       2       3       4       5       6       7 – Very important

OR     Don't know

[RANDOMIZED LIST OF ROWS]

|  | 1 – Not at all important | 2 | 3 | 4 | 5 | 6 | 7 – Very important | Don't know/Not sure |
|---|---|---|---|---|---|---|---|---|
| The overall quality of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| I had a coupon I could use for this product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The style of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| The color of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The price of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The fit or size of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The amount of money I saved by buying the product at this store | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

-----------------------------------------------------------------------------------------------------

**VERSION A:**
[Next screen]

Next, I'd like to show you an actual product and get your opinions about it.

Please assume you were shopping for a parka-like jacket and you see this one at a Columbia Sportswear Outlet store.

[COMPUTER ROTATED: JACKET A or JACKET B]

[IF: JACKET A -- BLUE]

[Interviewer: Remove from the box the BLUE Jacket.  Remove only ONE jacket!]

[ELSE IF: JACKET B – BLACK]

[Interviewer: Remove from the box the BLACK Jacket.  Remove only ONE jacket!]

[END IF]

[Interviewer: Enter LAST digit of price tag BAR CODE here:]  ____

Please take a look at this jacket and the price tag that goes with it as if you were thinking about buying it.   Take as long as you wish to look at it.  Let me know when you are done looking at it.

5

[Next screen]

***INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below***

12. On a scale of 1 to 7, with 7 being the best, how would you rate the overall quality of this jacket?

Use a scale of 1 to 7, with 1 meaning Lowest Overall Quality, and 7 meaning Highest Overall Quality

1 – Lowest Overall Quality     2          3          4          5          6          7 – Highest Overall Quality

OR     Don't know
**[DO NOT read this Don't Know option to respondent]**

[Next screen]

***INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below***

Also on a scale of 1 to 7, how good of a value do you think this jacket is.  That is, is this price a good deal for this jacket?

Use a scale of 1 to 7, with 1 meaning a Very poor deal, and 7 meaning a Very good deal

1 – Very poor deal     2          3          4          5          6          7 – Very good deal

OR     Don't know
**[DO NOT read this Don't Know option to respondent]**

6

[Next screen]

*INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below*

    12B. Why did you rate this deal a rating of [Pipe Q12 Rating]?


[Next screen]

*INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below*

      If you were in the market for a jacket of this style, how interested would you be in purchasing it?

      Use a scale of 1 to 7, with 1 meaning Not at all interested, and 7 meaning Very interested

1 – Not at all interested      2     3     4     5     6     7 – Very interested

OR    Don't know
**[DO NOT read this Don't Know option to respondent]**

[Next screen]

*INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below*


    13. Now, looking at the price tag on the jacket :

      *[INTERVIEWER: Make sure you show and point out the price tag to respondent]*

    In your own words, what do you think the higher price on the tag represents?

[x]Don't know/Not sure

[Next screen]

*[INTERVIEWER: Now please REMOVE the jacket and place it back in the box*

*When jacket is back in the box click NEXT to continue]*

14.  Now I will read you a list of some types of products.

For each of the following, please tell me whether you think you would, or would not, find that type of products at a Columbia Sportswear Outlet store.

CHOICES: [RANDOMIZED FIRST TWO CHOICES – read first two choices to respondent for clarification]

| **Yes, I would find this at a Columbia Sportswear Outlet store** | **No, I would not find this at a Columbia Sportswear Outlet store** | **Don't know/Not sure** |
|---|---|---|
| | | |

Here's the first type of products:

[RANDOMIZED LIST]

a.  The exact same products as those previously sold in a regular sporting goods store, like R. E. I. or Big 5, for example.

b.  The exact same products sold in a regular sporting goods store except for one or two flaws, that is, what some people would call 'irregular' merchandise.

c.  Products very similar to, but not exactly the same as, those that are sold in a regular sporting goods store. For example, they could be different colors, or have minor style differences.

d.  Products that were made specifically for sale at Columbia Sportswear Outlet Stores. That is, they are sold only at Columbia Sportswear Outlet stores.

[Next screen]

**Thank you for taking our survey!**

**[INTERVIEWER: COMPLETE VALIDATION WITH RESPONDENT.  WHEN DONE:**

**CLOSE THIS BROWSER]**

8

## Clothing Survey "B"

*Interviewer: Please add the following information from the screener:*

Enter Survey ID from Tracking Sheet*#

Respondent Name

Respondent Phone Number

Respondent City of Residence

Interviewer Name (your name)

Respondent Age

Respondent Gender

Respondent Clothing purchased (Screener Q5)

[NOTE: Programming logic in BLUE]

[NOTE: One question is shown on each screen of survey]

[INTERVEWER: BEGIN SURVEY]

**Thank you for agreeing to help us today**.  I'd like to start by asking you about one of your past shopping experiences.  Please just respond with your honest opinions and beliefs.  If you do not know or do not have an answer to a question, please let me know that.

**If you need corrective lenses while shopping, please make sure you have them with you now.**

**Let's begin**.  You said that you purchased something at a Columbia Sportswear Outlet store.

1.  About how many times have you shopped at Columbia Sportswear Outlet?

( ) Just once/First time/One time

( ) 2 to 3 times

( ) 4 to 5 times

( ) 6 to 10 times

( ) over 10 times

1

[Next screen]

2.  Do you remember what you purchased the last time you shopped at the Columbia Sportswear Outlet store?

    ____ yes      ____ no     ____ not sure

    [IF one of ("No", "Don't know/Not sure") THEN: Disqualify]

[Next screen]

3.  What was it that you purchased there?  [if more than one, list all that are mentioned]

[Interviewer: Enter ONE item per line please -- list all mentioned if more than one item named.]

_____ [First mention]

_____

_____

_____

__ Don't Know

[Next screen]
[For the next question, select the first item mentioned in #3]

4.  When you purchased **this/these/this pair of/etc.** [PIPE FIRST MENTION IN q3],

    [ROTATE PHRASES BY RESPONDENT]
    did you go to the store looking for this type of product specifically, or were you just shopping in general?
    [WITH]
    were you just shopping in general, or did you go to the store looking for this type of product specifically

    [Interviewer:  Do not read the choices] [Match rotation order]

    a.  I was looking for this type of product specifically
    b.  I was just shopping in general
    c.  Other (DO NOT MENTION "OTHER" – FILL THIS IN IF ABOVE TWO RESPONSES ARE NOT MENTIONED: _____
    d.  Don't know

[Next screen]

5. What was it about this product that made you decide to purchase it?

_____

[x] Don't know/Not sure

***INTERVIEWER: PROBE ONLY ONCE***
       Anything else?

_____

[x] Don't know/Not sure

[Next screen]

6. Do you remember what price you paid for this item?

_____ yes   ___ no   ___ don't know/not sure

[Next screen]

7. Did you, or did you not, think you were getting a good deal when you purchased this product?

_____  yes, it was a good deal
_____  no, it wasn't a good deal
_____  don't know if it was or wasn't/not sure

[Next screen]
**IF Q7 = YES**
       What made you think that it was a good deal?

**IF Q7 = NO**
       What made you think that it was not a good deal?

**IF Q7 = DON'T KNOW/NOT SURE**

       Why were you unsure about whether it was a good deal or not?

3

[Next screen]

9.  Do you remember any other price being shown on the price tag for this item?

_____ yes   ___ no   ___ don't know

[Next screen]

*[ONLY IF Q9 = YES]*

10. What, if anything, do you remember about this other price?

_____
[x] Don't know/Not sure

[Next screen]

11. Now, please tell me how important the following factors were in deciding to purchase this product.

Use a scale of 1 to 7, with 1 meaning Not At All Important, and 7 meaning Very Important

1 – Not at all important      2      3      4      5      6      7 – Very important

OR    Don't know

[RANDOMIZED LIST OF ROWS]

|  | 1 – Not at all important | 2 | 3 | 4 | 5 | 6 | 7 – Very important | Don't know/Not sure |
|---|---|---|---|---|---|---|---|---|
| The overall quality of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| I had a coupon I could use for this product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The style of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The color of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The price of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The fit or size of the product | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |
| The amount of money I saved by buying the product at this store | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) |

-----------------------------------------------------------------------------------------------------

***VERSION B:***
[Next screen]

Next, I'd like to show you some actual products and get your opinions about them.

Please assume you were shopping for a parka-like jacket and you see this one at a Columbia Sportswear Outlet store.

**[Interviewer: Uncover from the table the Jacket on your (the Interviewer's) LEFT (that is, the BLUE Jacket).  Uncover only this ONE jacket!]**

**[Interviewer: Enter LAST digit of price tag BAR CODE here:]  ____**

Please take a look at this jacket and the price tag that goes with it as if you were thinking about buying it.   Take as long as you wish to look at it.  Let me know when you are done looking at it.

5

[Next screen]

[**Interviewer**: Be sure the price tag is visible with side with price tag numbers facing the respondent.  Point out the price tag to the respondent for the following text to read to the respondent. ]

This jacket is sold in a Columbia Sportswear Outlet store. As you can see on the price tag, there are two different prices.

[**Interviewer**: Please point out the price tag to the respondent. ]

The lower price is the one you would pay if you decided to buy the product.

The higher price is not the regular price of this jacket. It actually is the price you would pay for a similar product – but not identical product – in a regular retail sporting goods store like R.E.I. or Big 5.

Let me now show you that other product, that would normally sell at a higher price at the regular retail store. The jacket, that is <u>not</u> sold at the Outlet store, is this one.

[**Interviewer**: Now uncover from the table the Jacket on your (the Interviewer's) RIGHT (the BLACK Jacket).  Both the LEFT and RIGHT jackets are now visible to respondent. ]

[**Interviewer**: Enter LAST digit of price tag BAR CODE of remaining RIGHT JACKET here:]  ____

[**Interviewer**: Leave BOTH LEFT and RIGHT Jackets in front of the respondent. ]

[**Interviewer**: Again, allow participant to view the product while you follow your instructions below.

Also, now point out to the participant the price tag on this BLACK jacket.]

 [**Interviewer**: Click NEXT to continue.]

[Next screen]

[**INTERVIEWER**: MAKE SURE the respondent is aware that the questions you are about to ask are regarding the FIRST Jacket – the BLUE Jacket]

Please take a look at this <u>first</u> jacket and the price tag that goes with it as if you were thinking about buying it.

6

12. On a scale of 1 to 7, with 7 being the best, how would you rate the overall quality of the jacket sold in the OUTLET STORE, that is, the FIRST jacket?

Use a scale of 1 to 7, with 1 meaning Lowest Overall Quality, and 7 meaning Highest Overall Quality

1 – Lowest Overall Quality    2        3        4        5        6        7 – Highest Overall Quality

OR    Don't know
**[DO NOT read this Don't Know option to respondent]**

[Next screen]

*[INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below]*

*[INTERVIEWER: Again, the jacket you are asking about below is the FIRST jacket you uncovered]*

Also on a scale of 1 to 7, how good of a value do you think the <u>first</u> OUTLET STORE jacket is?  That is, is this price a good deal for this jacket?

Use a scale of 1 to 7, with 1 meaning a Very poor deal, and 7 meaning a Very good deal

1 – Very poor deal    2        3        4        5        6        7 – Very good deal

OR    Don't know
**[DO NOT read this Don't Know option to respondent]**

7

[Next screen]
*INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below*

12B. Why did you rate this deal a rating of [Pipe Q12 Rating]?


[Next screen]

*[INTERVIEWER: Leave product in front of respondent.  Again, allow participant to view the product while you follow your instructions below]*

*[INTERVIEWER: Again, the jacket you are asking about below is the FIRST jacket you uncovered]*

If you were in the market for a jacket of this style, how interested would you be in purchasing THE OUTLET STORE JACKET?

Use a scale of 1 to 7, with 1 meaning Not at all interested, and 7 meaning Very interested

1 – Not at all interested        2       3       4       5       6       7 – Very interested

OR     Don't know
**[DO NOT read this Don't Know option to respondent]**

[Next screen]

**Thank you for taking our survey!**

**[INTERVIEWER: COMPLETE VALIDATION WITH RESPONDENT.  WHEN DONE:**

**CLOSE THIS BROWSER]**

8

**Clothing Stimuli**
**December 2016**

1. **Jacket "A" – Dark Blue Columbia Sportswear Outlet Jacket**



**Jacket "A" – Dark Blue Columbia Sportswear Outlet Jacket: Price tag**



2.  **Jacket "B" –Black Retail Columbia Sportswear Jacket**



**Jacket "B" –Black Retail Columbia Sportswear Jacket: Price tag**



Note: The Jacket "B" tag shown above is as it appeared in Survey "B".
In Survey "A", the above tag additionally included a lower price "$59.90"
"outlet" sticker identical to the one seen in the price tag image for Jacket "A".

**Exhibit H-1**

**Clothing Survey**

**Respondent Characteristics**

| Age | Version "A" -- Shown One Jacket | | | | | | Version "B" -- Shown Two Jackets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Female | | Male | | Total | | Female | | Male | | Total | | |
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| 18 − 24 | 19 | 22.6% | 13 | 20.3% | 32 | 21.6% | 16 | 21.1% | 26 | 37.1% | 42 | 28.8% | |
| 25 − 34 | 19 | 22.6% | 19 | 29.7% | 38 | 25.7% | 14 | 18.4% | 15 | 21.4% | 29 | 19.9% | |
| 35 − 44 | 11 | 13.1% | 14 | 21.9% | 25 | 16.9% | 15 | 19.7% | 7 | 10.0% | 22 | 15.1% | |
| 45 − 54 | 20 | 23.8% | 12 | 18.8% | 32 | 21.6% | 22 | 28.9% | 17 | 24.3% | 39 | 26.7% | |
| 55 − 64 | 13 | 15.5% | 5 | 7.8% | 18 | 12.2% | 7 | 9.2% | 4 | 5.7% | 11 | 7.5% | |
| 65 − 72 | 2 | 2.4% | 1 | 1.6% | 3 | 2.0% | 2 | 2.6% | 1 | 1.4% | 3 | 2.1% | |
| Total Obs | 84 | 100.0% | 64 | 100.0% | 148 | 100.0% | 76 | 100.0% | 70 | 100.0% | 146 | 100.0% | Total: |
| **Base N** | **84** | **56.8%** | **64** | **43.2%** | **148** | **100.0%** | **76** | **52.1%** | **70** | **47.9%** | **146** | **100.0%** | **294** |

**Exhibit H-2**

**Clothing Survey**

**Respondent Characteristics**

| Age | Version "A" -- Shown One Jacket | | | | | | | Version "B" -- Shown Two Jackets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fairfield | | Northridge | | Total | | | Milpitas | | Northridge | | Total | |
| | Freq. | % | Freq. | % | Freq. | % | | Freq. | % | Freq. | % | Freq. | % |
| 18 – 24 | 14 | 19.2% | 18 | 24.0% | 32 | 21.6% | | 15 | 31.9% | 27 | 27.3% | 42 | 28.8% |
| 25 – 34 | 15 | 20.5% | 23 | 30.7% | 38 | 25.7% | | 10 | 21.3% | 19 | 19.2% | 29 | 19.9% |
| 35 – 44 | 12 | 16.4% | 13 | 17.3% | 25 | 16.9% | | 9 | 19.1% | 13 | 13.1% | 22 | 15.1% |
| 45 – 54 | 18 | 24.7% | 14 | 18.7% | 32 | 21.6% | | 10 | 21.3% | 29 | 29.3% | 39 | 26.7% |
| 55 – 64 | 13 | 17.8% | 5 | 6.7% | 18 | 12.2% | | 2 | 4.3% | 9 | 9.1% | 11 | 7.5% |
| 65 – 72 | 1 | 1.4% | 2 | 2.7% | 3 | 2.0% | | 1 | 2.1% | 2 | 2.0% | 3 | 2.1% |
| Total Obs | 73 | 100.0% | 75 | 100.0% | 148 | 100.0% | | 47 | 100.0% | 99 | 100.0% | 146 | 100.0% |
| **Base N** | **73** | **49.3%** | **75** | **50.7%** | **148** | **100.0%** | | **47** | **32.2%** | **99** | **67.8%** | **146** | **100.0%** |

Total: **294**

**Exhibit H-3**

**Clothing Survey**

**1.  About how many times have you shopped at Columbia Sportswear Outlet?**

| | Fairfield | | Milpitas | | Northridge | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Just once/First time/One time | 12 | 16.4% | 9 | 19.1% | 51 | 29.3% | 72 | 24.5% |
| 2 to 3 times | 39 | 53.4% | 21 | 44.7% | 72 | 41.4% | 132 | 44.9% |
| 4 to 5 times | 14 | 19.2% | 12 | 25.5% | 40 | 23.0% | 66 | 22.4% |
| 6 to 10 times | 1 | 1.4% | 2 | 4.3% | 9 | 5.2% | 12 | 4.1% |
| over 10 times | 7 | 9.6% | 3 | 6.4% | 2 | 1.1% | 12 | 4.1% |
| Total Obs | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |
| **Base N** | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** |

**Exhibit H-4**

**Clothing Survey**

**3. What was it that you purchased there?**

(Asked after: 2. Do you remember what you purchased the last time you shopped at the Columbia Sportswear Outlet store?)

| | Fairfield | | Milpitas | | Northridge | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Jacket/coat/windbreaker | 39 | 53.4% | 19 | 40.4% | 71 | 40.8% | 129 | 43.9% |
| Sweater/sweat shirt | 5 | 6.8% | 8 | 17.0% | 23 | 13.2% | 36 | 12.2% |
| Pants/Sweats | 9 | 12.3% | 3 | 6.4% | 17 | 9.8% | 29 | 9.9% |
| Shirt/jersey | 3 | 4.1% | 5 | 10.6% | 21 | 12.1% | 29 | 9.9% |
| Socks | 1 | 1.4% | 4 | 8.5% | 15 | 8.6% | 20 | 6.8% |
| Shoes | 5 | 6.8% | 3 | 6.4% | 11 | 6.3% | 19 | 6.5% |
| Snow or ski gear (e.g., boots, skis, other snow items not classified elsewhere) | 1 | 1.4% | 3 | 6.4% | 13 | 7.5% | 17 | 5.8% |
| Other (1 or 2 responses) | | | 4 | 8.5% | 11 | 6.3% | 15 | 5.1% |
| Beanie/hat/cap/headband | 4 | 5.5% | 4 | 8.5% | 6 | 3.4% | 14 | 4.8% |
| Gloves | 4 | 5.5% | 1 | 2.1% | 6 | 3.4% | 11 | 3.7% |
| Boots | 3 | 4.1% | 1 | 2.1% | 6 | 3.4% | 10 | 3.4% |
| Vest | 3 | 4.1% | 1 | 2.1% | 2 | 1.1% | 6 | 2.0% |
| Shorts | | | | | 5 | 2.9% | 5 | 1.7% |
| Sporting equipment (e.g., weights, baseball mitt) | | | | | 5 | 2.9% | 5 | 1.7% |
| Sleeping bag | 1 | 1.4% | 3 | 6.4% | | | 4 | 1.4% |
| Total Obs | 78 | 106.8% | 59 | 125.5% | 212 | 121.8% | 349 | 118.7% |
| **Base N** | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** |

**Exhibit H-5**

**Clothing Survey**

**4. When you purchased this _____, did you go to the store looking for this type of product specifically, or were you just shopping in general?**

|  | Fairfield | | Milpitas | | Northridge | | Total | |
|---|---|---|---|---|---|---|---|---|
|  | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| I was just shopping in general | 39 | 53.4% | 26 | 55.3% | 105 | 60.3% | 170 | 57.8% |
| I was looking for this type of product specifically | 34 | 46.6% | 21 | 44.7% | 69 | 39.7% | 124 | 42.2% |
| Total Obs | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |
| **Base N** | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** |

**Exhibit H-6**

Clothing Survey

**5. What was it about this product that made you decide to purchase it?**

Includes single "Anything else?" probe responses

| | Fairfield | | Milpitas | | Northridge | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| Style, look, design, material | 31 | 42.5% | 17 | 36.2% | 53 | 30.5% | 101 | 34.4% | |
| Warmth, need for cold/rainy/snowy weather | 19 | 26.0% | 14 | 29.8% | 25 | 14.4% | 58 | 19.7% | |
| Color | 14 | 19.2% | 14 | 29.8% | 21 | 12.1% | 49 | 16.7% | |
| Quality/durability | 16 | 21.9% | 4 | 8.5% | 29 | 16.7% | 49 | 16.7% | |
| Comfortable, right size, fits well | 7 | 9.6% | 11 | 23.4% | 26 | 14.9% | 44 | 15.0% | |
| Needed it, had been looking for it, wanted it | 16 | 21.9% | 2 | 4.3% | 26 | 14.9% | 44 | 15.0% | |
| **The "price" (with no adjectives or other description)** | **2** | **2.7%** | **2** | **4.3%** | **22** | **12.6%** | **26** | **8.8%** | *** (1) |
| **Good price, "Liked the price"** | **3** | **4.1%** | **6** | **12.8%** | **9** | **5.2%** | **18** | **6.1%** | *** (1) |
| Good brand/product | 3 | 4.1% | 6 | 12.8% | 9 | 5.2% | 18 | 6.1% | |
| I like it | 4 | 5.5% | 4 | 8.5% | 8 | 4.6% | 16 | 5.4% | |
| **On sale/clearance** | **4** | **5.5%** | **3** | **6.4%** | **8** | **4.6%** | **15** | **5.1%** | *** (3) |
| Gift/purchase for someone else | 2 | 2.7% | 2 | 4.3% | 7 | 4.0% | 11 | 3.7% | |
| Other (1 or 2 responses) | 2 | 2.7% | 2 | 4.3% | 3 | 1.7% | 7 | 2.4% | |
| Cool, good or other single word descriptor | 1 | 1.4% | 2 | 4.3% | 3 | 1.7% | 6 | 2.0% | |
| Word of mouth, reviews, recommendation | 1 | 1.4% | | | 4 | 2.3% | 5 | 1.7% | |
| **Affordable, affordable price, in my price range** | **3** | **4.1%** | | | **1** | **0.6%** | **4** | **1.4%** | *** (1) |
| **The "deal"** | **1** | **1.4%** | | | **2** | **1.1%** | **3** | **1.0%** | *** (2) |
| **Not expensive, Not "too expensive"** | | | | | **2** | **1.1%** | **2** | **0.7%** | *** (1) |
| **Competitive price** | | | | | **1** | **0.6%** | **1** | **0.3%** | *** (1) |
| **Original price, Saw "original" price** | | | | | **1** | **0.6%** | **1** | **0.3%** | *** (2) |
| Total Obs | 129 | 176.7% | 89 | 189.4% | 260 | 149.4% | 478 | 162.6% | |
| **Base N** | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** | |
| **\*\*\* (1): Unduplicated counts of above marked categories** | **8** | **11.0%** | **8** | **17.0%** | **35** | **20.1%** | **51** | **17.3%** | |
| **\*\*\* (2): Unduplicated counts of above marked categories** | **1** | **1.4%** | **0** | **0.0%** | **3** | **1.7%** | **4** | **1.4%** | |
| **\*\*\* (3): "On sale/clearance" responses, unduplicated from (2) above** | **3** | **4.1%** | **3** | **6.4%** | **7** | **4.0%** | **13** | **4.4%** | |

**Exhibit H-7**

**Clothing Survey**

**6. Do you remember what price you paid for this item?**

|                      | Fairfield | | Milpitas | | Northridge | | Total | |
|----------------------|-------:|-------:|-------:|-------:|-------:|-------:|-------:|-------:|
|                      | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| **Yes**              | **58** | **79.5%** | **30** | **63.8%** | **127** | **73.0%** | **215** | **73.1%** |
| No                   | 13 | 17.8% | 15 | 31.9% | 39 | 22.4% | 67 | 22.8% |
| Don't know/Not sure  | 2 | 2.7% | 2 | 4.3% | 8 | 4.6% | 12 | 4.1% |
| Total Obs            | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |
| **Base N**           | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** |

**Exhibit H-8**

**Clothing Survey**

**7. Did you, or did you not, think you were getting a good deal when you purchased this product?**

|  | Fairfield | | Milpitas | | Northridge | | Total | |
|---|---|---|---|---|---|---|---|---|
|  | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Yes, it was a good deal | 65 | 89.0% | 45 | 95.7% | 143 | 82.2% | 253 | 86.1% |
| No, it was not a good deal | 3 | 4.1% | 2 | 4.3% | 16 | 9.2% | 21 | 7.1% |
| Don't know if it was or wasn't/Not sure | 5 | 6.8% | 0 | 0.0% | 15 | 8.6% | 20 | 6.8% |
| Total Obs | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |
| Base N | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |

**Exhibit H-9**

**Clothing Survey**

**8. What made you think that _____**

**Expanded coding**

| | Yes, it was a good deal | | No, it was not a good deal | | Don't know if it was or wasn't/Not sure | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Good/reasonable price; not expensive | 56 | 22.1% | | | 2 | 10.0% | 58 | 19.7% |
| Quality/durability | 44 | 17.4% | 1 | 4.8% | | | 45 | 15.3% |
| On sale | 30 | 11.9% | | | | | 30 | 10.2% |
| Respondent stated specific discount / mark down from higher price | 19 | 7.5% | | | | | 19 | 6.5% |
| Expensive, too much, over-priced, pricey, not worth that much | | | 15 | 71.4% | 2 | 10.0% | 17 | 5.8% |
| Other (1 or 2 responses) | 13 | 5.1% | 2 | 9.5% | 2 | 10.0% | 17 | 5.8% |
| Cost more at other stores | 16 | 6.3% | | | | | 16 | 5.4% |
| Style/material | 14 | 5.5% | | | | | 14 | 4.8% |
| Look, feel, fit, warmth, comfortable | 11 | 4.3% | 1 | 4.8% | | | 12 | 4.1% |
| Price (without adjective) | 12 | 4.7% | | | | | 12 | 4.1% |
| Respondent stated specific price paid -- without mention of discount or other price | 12 | 4.7% | | | | | 12 | 4.1% |
| Good brand/product | 10 | 4.0% | | | | | 10 | 3.4% |
| Normal price; "Average" price; priced the same that I have seen | 7 | 2.8% | 1 | 4.8% | 2 | 10.0% | 10 | 3.4% |
| Compared prices or "Looked around" and thought price was good/less expensive | 9 | 3.6% | | | | | 9 | 3.1% |
| Discount/Discounted price | 9 | 3.6% | | | | | 9 | 3.1% |
| Needed it | 6 | 2.4% | | | 2 | 10.0% | 8 | 2.7% |
| Original or regular price/Original or regular price was higher | 6 | 2.4% | | | | | 6 | 2.0% |
| Don't know | 2 | 0.8% | 1 | 4.8% | 2 | 10.0% | 5 | 1.7% |
| Comparable to/cheaper than more expensive brands | 4 | 1.6% | | | | | 4 | 1.4% |
| Cool, good or other single word descriptor | 2 | 0.8% | | | 2 | 10.0% | 4 | 1.4% |
| Don't remember the price | | | | | 4 | 20.0% | 4 | 1.4% |
| I like it | 4 | 1.6% | | | | | 4 | 1.4% |
| Didn't have a price in mind to compare it to when I bought it | | | | | 3 | 15.0% | 3 | 1.0% |
| Within my budget | 3 | 1.2% | | | | | 3 | 1.0% |
| Good price for Columbia product/for the brand | 2 | 0.8% | | | | | 2 | 0.7% |
| Marked down on tag | 2 | 0.8% | | | | | 2 | 0.7% |
| Retail price mentioned | 2 | 0.8% | | | | | 2 | 0.7% |
| Usually costs more | 2 | 0.8% | | | | | 2 | 0.7% |
| Coupon | 1 | 0.4% | | | | | 1 | 0.3% |
| Price tag (without other description of price or tag) | 1 | 0.4% | | | | | 1 | 0.3% |
| The "deal" | | | 1 | 4.8% | | | 1 | 0.3% |
| Word of mouth, reviews, recommendation | 1 | 0.4% | | | | | 1 | 0.3% |
| Total Obs | 300 | 118.6% | 22 | 104.8% | 21 | 105.0% | 343 | 116.7% |
| Base N | 253 | 100.0% | 21 | 100.0% | 20 | 100.0% | 294 | 100.0% |

**Exhibit H-9B**

**Clothing Survey**

**8. What made you think that _____**

Condensed coding

| | Yes, it was a good deal | | No, it was not a good deal | | Don't know if it was or wasn't/Not sure | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| Absolute price mentions: Good/reasonable price/not expensive, the "price", afforable/with my budget | 90 | 35.6% | 2 | 9.5% | 4 | 20.0% | 96 | 32.7% | |
| Product attribute mentions: Quality/durability, style, good brand, fit, qualitative descriptions of product | 82 | 32.4% | 2 | 9.5% | 2 | 10.0% | 86 | 29.3% | |
| Discount price mentions: Cost more at other stores, usually costs more, original price or retail price, markdown | 54 | 21.3% | | | | | 54 | 18.4% | *** |
| On sale | 30 | 11.9% | | | | | 30 | 10.2% | *** |
| Expensive, too much, over-priced, pricey, not worth that much | | | 15 | 71.4% | 2 | 10.0% | 17 | 5.8% | |
| Other (1 or 2 responses) | 13 | 5.1% | 2 | 9.5% | 2 | 10.0% | 17 | 5.8% | |
| Compared prices or "Looked around" and thought price was good/less expensive | 9 | 3.6% | | | | | 9 | 3.1% | |
| Needed it | 6 | 2.4% | | | 2 | 10.0% | 8 | 2.7% | |
| Don't know | 2 | 0.8% | 1 | 4.8% | 2 | 10.0% | 5 | 1.7% | |
| Comparable to/cheaper than more expensive brands | 4 | 1.6% | | | | | 4 | 1.4% | |
| Don't remember the price | | | | | 4 | 20.0% | 4 | 1.4% | |
| Didn't have a price in mind to compare it to when I bought it | | | | | 3 | 15.0% | 3 | 1.0% | |
| Good price for Columbia product/for the brand | 2 | 0.8% | | | | | 2 | 0.7% | |
| Coupon | 1 | 0.4% | | | | | 1 | 0.3% | |
| Word of mouth, reviews, recommendation | 1 | 0.4% | | | | | 1 | 0.3% | |
| Total Obs | 294 | 116.2% | 22 | 104.8% | 21 | 105.0% | 337 | 114.6% | |
| Base N | 253 | 100.0% | 21 | 100.0% | 20 | 100.0% | 294 | 100.0% | |
| *** : Unduplicated counts of above marked categories | 80 | 31.6% | 0 | 0.0% | 0 | 0.0% | 80 | 27.2% | |

**Exhibit H-10**

**Clothing Survey**

**9. Do you remember any other price being shown on the price tag for this item?**

| | Fairfield | | Milpitas | | Northridge | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| No | 42 | 57.5% | 35 | 74.5% | 128 | 73.6% | 205 | 69.7% |
| **Yes** | **21** | **28.8%** | **12** | **25.5%** | **28** | **16.1%** | **61** | **20.7%** |
| Don't know/Can't recall | 10 | 13.7% | 0 | 0.0% | 18 | 10.3% | 28 | 9.5% |
| Total Obs | 73 | 100.0% | 47 | 100.0% | 174 | 100.0% | 294 | 100.0% |
| **Base N** | **73** | **100.0%** | **47** | **100.0%** | **174** | **100.0%** | **294** | **100.0%** |

**Exhibit H-11**

**Clothing Survey**

**10. What, if anything, do you remember about this other price?**

| | Fairfield | | Milpitas | | Northridge | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| Other price was higher, or I paid less than the other price | 6 | 28.6% | 5 | 41.7% | 11 | 39.3% | 22 | 36.1% | |
| Respondent stated specific price or discount | 9 | 42.9% | 3 | 25.0% | 8 | 28.6% | 20 | 32.8% | |
| Original or regular price/Original or regular price was higher | 4 | 19.0% | | | 4 | 14.3% | 8 | 13.1% | *** |
| Don't know | 1 | 4.8% | 1 | 8.3% | 2 | 7.1% | 4 | 6.6% | |
| It was a sale price | 3 | 14.3% | | | 1 | 3.6% | 4 | 6.6% | *** |
| Price (without adjective) | | | 1 | 8.3% | 2 | 7.1% | 3 | 4.9% | |
| Cool, good or other single word descriptor | | | 1 | 8.3% | | | 1 | 1.6% | |
| No or Nothing else or None | | | | | 1 | 3.6% | 1 | 1.6% | |
| Other (1 or 2 responses) | | | 1 | 8.3% | | | 1 | 1.6% | |
| Over priced, expensive | 1 | 4.8% | | | | | 1 | 1.6% | |
| There were two prices | 1 | 4.8% | | | | | 1 | 1.6% | |
| Total Obs | 25 | 119.0% | 12 | 100.0% | 29 | 103.6% | 66 | 108.2% | |
| Base N | 21 | 100.0% | 12 | 100.0% | 28 | 100.0% | 61 | 100.0% | |
| *** : Unduplicated counts of above marked categories | 7 | 33.3% | 0 | 0.0% | 5 | 17.9% | 12 | 19.7% | |

**Exhibit H-12**

**Retailer Survey**

**11.  Now, please tell me how important the following factors were in deciding to purchase this product.**

**Use a scale of 1 to 7, with 1 meaning Not At All Important, and 7 meaning Very Important**

| | I had a coupon I could use for this product | | The amount of money I saved by buying the product at this store | | The color of the product | | The fit or size of the product | | The overall quality of the product | | The price of the product | | The style of the product | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| 1 – Not at all important | 71 | 24.1% | 6 | 2.0% | 10 | 3.4% | 1 | 0.3% | 1 | 0 3% | 3 | 1.0% | 4 | 1.4% |
| 2 | 25 | 8.5% | 7 | 2.4% | 2 | 0.7% | 0 | 0.0% | 3 | 1.0% | 2 | 0.7% | 3 | 1.0% |
| 3 | 17 | 5.8% | 16 | 5.4% | 7 | 2.4% | 6 | 2.0% | 2 | 0.7% | 2 | 0.7% | 1 | 0.3% |
| 4 | 22 | 7.5% | 29 | 9.9% | 20 | 6.8% | 6 | 2.0% | 12 | 4.1% | 26 | 8.8% | 15 | 5.1% |
| 5 | 25 | 8.5% | 33 | 11.2% | 40 | 13.6% | 28 | 9.5% | 27 | 9 2% | 51 | 17.3% | 30 | 10.2% |
| 6 | 34 | 11.6% | 50 | 17.0% | 58 | 19.7% | 39 | 13.3% | 36 | 12 2% | 48 | 16.3% | 54 | 18.4% |
| 7 – Very important | 93 | 31.6% | 153 | 52.0% | 157 | 53.4% | 214 | 72.8% | 213 | 72.4% | 162 | 55.1% | 187 | 63.6% |
| Don't know/Not sure | 7 | 2.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Total Obs | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% |
| Base N | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% | 294 | 100.0% |
| | | | | | | | | | | | | | | |
| Top 2 (6 - 7) | 127 | 43.2% | 203 | 69.0% | 215 | 73.1% | 253 | 86.1% | 249 | 84.7% | 210 | 71.4% | 241 | 82.0% |
| Average score (1 thru 7) | 4.32 | | 5.85 | | 5.99 | | 6.51 | | 6.47 | | 6.10 | | 6.31 | |

**Exhibit H-13**

**Retailer Survey**

**12. On a scale of 1 to 7, with 7 being the best, how would you rate the overall quality of this jacket?**

**Use a scale of 1 to 7, with 1 meaning Lowest Overall Quality, and 7 meaning Highest Overall Quality**

| | Black jacket (shown only) | | Blue jacket (shown only) | | Blue jacket (both jackets shown) | |
|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % |
| 1 – Lowest overall quality | 1 | 1.4% | 0 | 0.0% | 1 | 0.7% |
| 2 | 0 | 0.0% | 0 | 0.0% | 1 | 0.7% |
| 3 | 1 | 1.4% | 1 | 1.3% | 2 | 1.4% |
| 4 | 2 | 2.9% | 2 | 2.6% | 4 | 2.7% |
| 5 | 7 | 10.0% | 7 | 9.0% | 31 | 21.2% |
| 6 | 15 | 21.4% | 23 | 29.5% | 46 | 31.5% |
| 7 – Highest overall quality | 44 | 62.9% | 45 | 57.7% | 61 | 41.8% |
| Total Obs | 70 | 100.0% | 78 | 100.0% | 146 | 100.0% |
| **Base N** | **70** | **100.0%** | **78** | **100.0%** | **146** | **100.0%** |
| | | | | | | |
| **Top 2 (6 - 7)** | **59** | **84.3%** | **68** | **87.2%** | **107** | **73.3%** |
| Top 3 (5 - 6 - 7) | **66** | **94.3%** | **75** | **96.2%** | **138** | **94.5%** |
| | | | | | | |
| **Average score (1 thru 7)** | **6.36** | | **6.40** | | **6.05** | |

**Exhibit H-14**

**Retailer Survey**

**12. Also on a scale of 1 to 7, how good of a value do you think this jacket is?  That is, is this price a good deal for this jacket?**

**Use a scale of 1 to 7, with 1 meaning a Very poor deal, and 7 meaning a Very good deal**

| | Black jacket (shown only) | | Blue jacket (shown only) | | Blue jacket (both jackets shown) | |
|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % |
| 1 – Lowest - poor deal | 3 | 4.3% | 1 | 1.3% | 3 | 2.1% |
| 2 | 1 | 1.4% | 0 | 0.0% | 4 | 2.7% |
| 3 | 3 | 4.3% | 1 | 1.3% | 1 | 0.7% |
| 4 | 7 | 10.0% | 2 | 2.6% | 13 | 8.9% |
| 5 | 12 | 17.1% | 10 | 12.8% | 30 | 20.5% |
| 6 | 13 | 18.6% | 25 | 32.1% | 28 | 19.2% |
| 7 – Very good deal | 31 | 44.3% | 39 | 50.0% | 67 | 45.9% |
| Total Obs | 70 | 100.0% | 78 | 100.0% | 146 | 100.0% |
| **Base N** | **70** | **100.0%** | **78** | **100.0%** | **146** | **100.0%** |
| | | | | | | |
| **Top 2 (6 - 7)** | **44** | **62.9%** | **64** | **82.1%** | **95** | **65.1%** |
| **Top 3 (5 - 6 - 7)** | **56** | **80.0%** | **74** | **94.9%** | **125** | **85.6%** |
| | | | | | | |
| **Average score (1 thru 7)** | **5.67** | | **6.22** | | **5.84** | |

**Exhibit H-14B**

**Retailer Survey**

**12B. Why did you rate this deal a rating of _____**

**Condensed coding**

| Black jacket (shown only) -- Survey A | 1 – Lowest - poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | | Total - Top 3 Box (5 - 6 - 7) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Product attribute mentions: Quality/durability, style, good brand, fit, qualitative descriptions of product | 1 | 33.3% | | | 1 | 33.3% | 1 | 14.3% | 5 | 41.7% | 8 | 61.5% | 14 | 45.2% | 27 | 48.2% |
| Discount price mentions: Cost more at other stores, usually costs more, original price or retail price, markdown | 1 | 33.3% | | | 1 | 33.3% | | | 1 | 8.3% | 5 | 38.5% | 7 | 22.6% | 13 | 23.2% |
| Absolute price mentions: Good/reasonable price/not expensive, the "price", afforable/with my budget | | | | | | | 1 | 14.3% | 1 | 8.3% | | | 7 | 22.6% | 8 | 14.3% |
| Expensive or too expensive, not worth it | 1 | 33.3% | 1 | 100.0% | 1 | 33.3% | 4 | 57.1% | 5 | 41.7% | | | | | 5 | 8.9% |
| Other (1 or 2 responses) | | | | | | | 1 | 14.3% | 3 | 25.0% | | | 2 | 6.5% | 5 | 8.9% |
| Compared prices or "Looked around" and thought price was good/less expensive; Normal or "average" price | | | | | | | | | 1 | 8.3% | 1 | 7.7% | 2 | 6.5% | 4 | 7.1% |
| Familiar with the the brand/product | | | | | | | | | | | | | 2 | 6.5% | 2 | 3.6% |
| On sale | | | | | | | | | | | | | 1 | 3.2% | 1 | 1.8% |
| Total Obs | 3 | 100.0% | 1 | 100.0% | 3 | 100.0% | 7 | 100.0% | 16 | 133.3% | 14 | 107.7% | 35 | 112.9% | 65 | 116.1% |
| Base N | 3 | 100.0% | 1 | 100.0% | 3 | 100.0% | 7 | 100.0% | 12 | 100.0% | 13 | 100.0% | 31 | 100.0% | 56 | 100.0% |

**Retailer Survey**

**12B. Why did you rate this deal a rating of _____**

**Condensed coding**

| Blue jacket (shown only) -- Survey A | 1 – Lowest poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | | Total - Top 3 Box (5 - 6 - 7) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Product attribute mentions: Quality/durability, style, good brand, fit, qualitative descriptions of product | | | | | | | 1 | 50.0% | 5 | 50.0% | 13 | 52.0% | 26 | 66.7% | 44 | 59.5% |
| Discount price mentions: Cost more at other stores, usually costs more, original price or retail price, markdown | | | | | | | | | | | 5 | 20.0% | 8 | 20.5% | 13 | 17.6% |
| Absolute price mentions: Good/reasonable price/not expensive, the "price", afforable/with my budget | | | | | | | | | 2 | 20.0% | 3 | 12.0% | 6 | 15.4% | 11 | 14.9% |
| Expensive or too expensive, not worth it | 1 | 100.0% | 1 | | 1 | 100.0% | 1 | 50.0% | 3 | 30.0% | 4 | 16.0% | | | 7 | 9.5% |
| Compared prices or "Looked around" and thought price was good/less expensive; Normal or "average" price | | | | | | | | | | | | | 2 | 5.1% | 2 | 2.7% |
| On sale | | | | | | | | | | | 1 | 4.0% | 1 | 2.6% | 2 | 2.7% |
| Other (1 or 2 responses) | | | | | | | | | | | 2 | 8.0% | | | 2 | 2.7% |
| Don't know | | | | | | | 1 | 10.0% | | | | | | | 1 | 1.4% |
| Total Obs | 1 | 100.0% | 1 | | 1 | 100.0% | 2 | 100.0% | 11 | 110.0% | 28 | 112.0% | 43 | 110.3% | 82 | 110.8% |
| Base N | 1 | 100.0% | 1 | | 1 | 100.0% | 2 | 100.0% | 10 | 100.0% | 25 | 100.0% | 39 | 100.0% | 74 | 100.0% |

Retailer Survey

**12B. Why did you rate this deal a rating of _____**

Condensed coding

| Blue jacket (both jackets shown) -- Survey B | 1 – Lowest poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | | Total - Top 3 Box (5 - 6 - 7) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Product attribute mentions: Quality/durability, style, good brand, fit, qualitative descriptions of product | | | 2 | 50.0% | | | 6 | 46.2% | 13 | 43.3% | 17 | 60.7% | 41 | 61.2% | 71 | 56.8% |
| **Discount price mentions: Cost more at other stores, usually costs more, original price or retail price, markdown** | | | | | | | 2 | 15.4% | 6 | 20.0% | 5 | 17.9% | 22 | 32.8% | 33 | 26.4% |
| Expensive or too expensive, not worth it | 2 | 66.7% | 1 | 25.0% | | | 8 | 61.5% | 9 | 30.0% | 4 | 14.3% | | | 13 | 10.4% |
| **Absolute price mentions: Good/reasonable price/not expensive, the "price", afforable/with my budget** | 1 | 33.3% | 2 | 50.0% | | | | | | | 4 | 14.3% | 7 | 10.4% | 11 | 8.8% |
| Other (1 or 2 responses) | | | | | | | | | 3 | 10.0% | 1 | 3.6% | 3 | 4.5% | 7 | 5.6% |
| **Compared prices or "Looked around" and thought price was good/less expensive; Normal or "average" price** | | | | | | | | | 2 | 6.7% | | | 3 | 4.5% | 5 | 4.0% |
| Just as good as the other (retail) jacket | | | | | | | | | | | | | 4 | 6.0% | 4 | 3.2% |
| Looks similar to other (retail) jacket | | | | | | | | | | | | | 2 | 3.0% | 2 | 1.6% |
| Needed it | | | | | | | | | | | 1 | 3.6% | | | 1 | 0.8% |
| **On sale** | | | | | | | | | | | 1 | 3.6% | | | 1 | 0.8% |
| Nonsensical, non-responsive | | | | | 1 | 100.0% | | | | | | | | | | |
| Not as good as other (retail) jacket | | | | | | | 1 | 7.7% | | | | | | | | |
| Total Obs | 3 | 100.0% | 5 | 125.0% | 1 | 100.0% | 17 | 130.8% | 33 | 110.0% | 33 | 117.9% | 82 | 122.4% | 148 | 118.4% |
| **Base N** | 3 | 100.0% | 4 | 100.0% | 1 | 100.0% | 13 | 100.0% | 30 | 100.0% | 28 | 100.0% | 67 | 100.0% | 125 | 100.0% |

**Exhibit H-14C**

Retailer Survey

**12B. Why did you rate this deal a rating of _____**
Expanded coding

| Black jacket (shown only) -- Survey A | 1 – Lowest - poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Expensive or too expensive, not worth it | 1 | 33.3% | 1 | 100.0% | 1 | 33.3% | 4 | 57.1% | 5 | 41.7% | | | | |
| **Good/reasonable price; not expensive** | | | | | | | 1 | 14.3% | 1 | 8.3% | | | 6 | 19.4% |
| Positive qualitative comments about Style/Material | | | | | | | | | | | 5 | 38.5% | 3 | 9.7% |
| Other (1 or 2 responses) | | | | | | | 1 | 14.3% | 3 | 25.0% | | | 2 | 6.5% |
| Look, feel, fit, warmth, comfortable | | | | | | | | | | | 1 | 7.7% | 4 | 12.9% |
| **Marked down on tag** | | | | | | | | | | | 2 | 15.4% | 3 | 9.7% |
| **Compared prices / "Looked around" / "Seen similar/another" and thought price was good/less expensive** | | | | | | | | | 1 | 8.3% | 1 | 7.7% | 2 | 6.5% |
| Cool, good or other single word descriptor | | | | | | | | | 2 | 16.7% | | | 2 | 6.5% |
| **Good/reasonable "deal"** | | | | | | | | | 1 | 8.3% | 2 | 15.4% | 1 | 3.2% |
| Negative qualitative comments about Quality/Durability | | | | | 1 | 33.3% | 1 | 14.3% | | | 2 | 15.4% | | |
| **I don't like it** | 1 | 33.3% | | | | | | | 1 | 8.3% | 1 | 7.7% | | |
| Positive qualitative comments about Quality/Durability | | | | | | | | | 1 | 8.3% | 1 | 7.7% | 1 | 3.2% |
| **Respondent stated specific price or discount** | | | | | | | | | | | 2 | 15.4% | 1 | 3.2% |
| **Cheaper elsewhere; can find it cheaper** | 1 | 33.3% | | | 1 | 33.3% | | | | | | | | |
| Familiar with the the brand/product | | | | | | | | | | | | | 2 | 6.5% |
| I like it | | | | | | | | | | | 1 | 7.7% | 1 | 3.2% |
| Positive qualitative comments about Color | | | | | | | | | | | | | 2 | 6.5% |
| **Mention of discount; mention of lower/higher price; or mention less expensive/cheaper/lower price** | | | | | | | | | | | | | 1 | 3.2% |
| Negative qualitative comments about Style/Material | | | | | | | | | | | | | 1 | 3.2% |
| **On sale** | | | | | | | | | | | | | 1 | 3.2% |
| **The "price", Price (without adjective)** | | | | | | | | | | | | | 1 | 3.2% |
| The "style"/"material" (without adjectives) | | | | | | | | | 1 | 8.3% | | | | |
| **Usually costs more** | | | | | | | | | | | | | 1 | 3.2% |
| Total Obs | 3 | 100.0% | 1 | 100.0% | 3 | 100.0% | 7 | 100.0% | 16 | 133.3% | 18 | 138.5% | 35 | 112.9% |
| **Base N** | 3 | 100.0% | 1 | 100.0% | 3 | 100.0% | 7 | 100.0% | 12 | 100.0% | 13 | 100.0% | 31 | 100.0% |

| Blue jacket (shown only) -- Survey A | 1 – Lowest poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Look, feel, fit, warmth, comfortable | | | | | | | | | 2 | 20.0% | 6 | 24.0% | 9 | 23.1% |
| Positive qualitative comments about Style/Material | | | | | | | | | | | 2 | 8.0% | 10 | 25.6% |
| Expensive or too expensive, not worth it | 1 | 100.0% | | | 1 | 100.0% | 1 | 50.0% | 3 | 30.0% | 4 | 16.0% | | |
| Positive qualitative comments about Quality/Durability | | | | | | | | | 2 | 20.0% | | | 8 | 20.5% |
| | | | | | | | | | | | | | | |
| **Good/reasonable price; not expensive** | | | | | | | | | **2** | **20.0%** | **2** | **8.0%** | **5** | **12.8%** |
| **Marked down on tag** | | | | | | | | | | | **1** | **4.0%** | **7** | **17.9%** |
| Positive qualitative comments about Color | | | | | | | | | 1 | 10.0% | 2 | 8.0% | 1 | 2.6% |
| Cool, good or other single word descriptor | | | | | | | 1 | 50.0% | | | 1 | 4.0% | 1 | 2.6% |
| The "style"/"material" (without adjectives) | | | | | | | | | | | 2 | 8.0% | 1 | 2.6% |
| **Compared prices / "Looked around" / "Seen similar/another" and thought price was good/less expensive** | | | | | | | | | | | | | **2** | **5.1%** |
| **Good/reasonable "deal"** | | | | | | | | | | | **2** | **8.0%** | | |
| **On sale** | | | | | | | | | | | **1** | **4.0%** | **1** | **2.6%** |
| Other (1 or 2 responses) | | | | | | | | | | | 2 | 8.0% | | |
| The "quality"/"durability" (without adjectives) | | | | | | | | | 1 | 10.0% | 1 | 4.0% | | |
| Don't know | | | | | | | | | 1 | 10.0% | | | | |
| I don't like it | | | | | | | | | 1 | 10.0% | | | | |
| **Mention of discount; mention of lower/higher price; or mention less expensive/cheaper/lower price** | | | | | | | | | | | | | **1** | **2.6%** |
| Negative qualitative comments about Quality/Durability | | | | | | | | | | | 1 | 4.0% | | |
| Negative qualitative comments about Style/Material | | | | | | | | | | | 1 | 4.0% | | |
| **Original or regular price/Original or regular price was higher** | | | | | | | | | | | **1** | **4.0%** | | |
| **Respondent stated specific price or discount** | | | | | | | | | | | **1** | **4.0%** | | |
| The "price", Price (without adjective) | | | | | | | | | | | | | 1 | 2.6% |
| **Within my budget** | | | | | | | | | | | **1** | **4.0%** | | |
| Total Obs | 1 | 100.0% | | | 1 | 100.0% | 2 | 100.0% | 13 | 130.0% | 31 | 124.0% | 47 | 120.5% |
| **Base N** | **1** | **100.0%** | | | **1** | **100.0%** | **2** | **100.0%** | **10** | **100.0%** | **25** | **100.0%** | **39** | **100.0%** |

| Blue jacket (both jackets shown) -- Survey B | 1 – Lowest poor deal | | 2 | | 3 | | 4 | | 5 | | 6 | | 7 – Very good deal | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Expensive or too expensive, not worth it | 2 | 66.7% | 1 | 25.0% | | | 8 | 61.5% | 9 | 30.0% | 4 | 14.3% | | |
| Positive qualitative comments about Quality/Durability | | | | | | | 1 | 7.7% | | | 4 | 14.3% | 15 | 22.4% |
| Look, feel, fit, warmth, comfortable | | | | | | | 1 | 7.7% | 1 | 3.3% | 5 | 17.9% | 10 | 14.9% |
| Positive qualitative comments about Style/Material | | | | | | | 1 | 7.7% | 1 | 3.3% | 6 | 21.4% | 9 | 13.4% |
| Marked down on tag | | | | | | | | | | | | | 11 | 16.4% |
| Good/reasonable price; not expensive | | | | | | | | | | | 4 | 14.3% | 5 | 7.5% |
| Mention of discount; mention of lower/higher price; or mention less expensive/cheaper/lower price | | | | | | | 1 | 7.7% | | | | | 7 | 10.4% |
| Not my style of jacket -- don't like the jacket | | | 1 | 25.0% | | | | | 6 | 20.0% | 1 | 3.6% | | |
| Respondent stated specific price or discount | | | | | | | 1 | 7.7% | 3 | 10.0% | 1 | 3.6% | 3 | 4.5% |
| Other (1 or 2 responses) | | | | | | | | | 3 | 10.0% | 1 | 3.6% | 3 | 4.5% |
| The "quality"/"durability" (without adjectives) | | | | | | | | | | | | | 7 | 10.4% |
| Good/reasonable "deal" | | | | | | | | | 1 | 3.3% | 3 | 10.7% | 2 | 3.0% |
| Negative qualitative comments about Quality/Durability | | | 1 | 25.0% | | | 2 | 15.4% | 2 | 6.7% | | | | |
| Negative qualitative comments about Style/Material | | | 1 | 25.0% | | | 2 | 15.4% | 1 | 3.3% | 1 | 3.6% | | |
| The "price", Price (without adjective) | 1 | 33.3% | 2 | 50.0% | | | | | | | | | 2 | 3.0% |
| Just as good as the other (retail) jacket | | | | | | | | | | | | | 4 | 6.0% |
| Cheaper elsewhere; can find it cheaper | | | | | | | | | 2 | 6.7% | 1 | 3.6% | | |
| Compared prices / "Looked around" / "Seen similar/another" and thought price was good/less expensive | | | | | | | | | | | | | 3 | 4.5% |
| Cool, good or other single word descriptor | | | | | | | | | 1 | 3.3% | 1 | 3.6% | 1 | 1.5% |
| Positive qualitative comments about Color | | | | | | | | | | | | | 3 | 4.5% |
| I like it | | | | | | | | | | | 1 | 3.6% | 1 | 1.5% |
| Looks similar to other (retail) jacket | | | | | | | | | | | | | 2 | 3.0% |
| Negative qualitative comments about Color | | | | | | | | | 2 | 6.7% | | | | |
| Normal price; "Average" price; priced the same that I have seen | | | | | | | | | 2 | 6.7% | | | | |
| Original or regular price/Original or regular price was higher | | | | | | | | | | | | | 2 | 3.0% |
| The "style"/"material" (without adjectives) | | | | | | | | | | | | | 2 | 3.0% |
| Needed it | | | | | | | | | | | 1 | 3.6% | | |
| Nonsensical, non-responsive | | | | | 1 | 100.0% | | | | | | | | |
| Not as good as other (retail) jacket | | | | | | | 1 | 7.7% | | | | | | |
| On sale | | | | | | | | | | | 1 | 3.6% | | |
| Total Obs | 3 | 100.0% | 6 | 150.0% | 1 | 100.0% | 18 | 138.5% | 34 | 113.3% | 35 | 125.0% | 92 | 137.3% |
| Base N | 3 | 100.0% | 4 | 100.0% | 1 | 100.0% | 13 | 100.0% | 30 | 100.0% | 28 | 100.0% | 67 | 100.0% |

**Exhibit H-15**

**Retailer Survey**

**12. If you were in the market for a jacket of this style, how interested would you be in purchasing it?**

**Use a scale of 1 to 7, with 1 meaning Not at all Interested, and 7 meaning Very Interested**

| | Black jacket (shown only) | | Blue jacket (shown only) | | Blue jacket (both jackets shown) | |
|---|---|---|---|---|---|---|
| | **Freq.** | **%** | **Freq.** | **%** | **Freq.** | **%** |
| 1 – Not at all Interested | 4 | 5.7% | 2 | 2.6% | 7 | 4.8% |
| 2 | 0 | 0.0% | 1 | 1.3% | 0 | 0.0% |
| 3 | 2 | 2.9% | 4 | 5.1% | 0 | 0.0% |
| 4 | 6 | 8.6% | 6 | 7.7% | 21 | 14.4% |
| 5 | 10 | 14.3% | 12 | 15.4% | 25 | 17.1% |
| 6 | 13 | 18.6% | 18 | 23.1% | 32 | 21.9% |
| 7 – Very Interested | 35 | 50.0% | 35 | 44.9% | 61 | 41.8% |
| Total Obs | 70 | 100.0% | 78 | 100.0% | 146 | 100.0% |
| **Base N** | **70** | **100.0%** | **78** | **100.0%** | **146** | **100.0%** |
| | | | | | | |
| **Top 2 (6 - 7)** | **48** | **68.6%** | **53** | **67.9%** | **93** | **63.7%** |
| Top 3 (5 - 6 - 7) | 58 | 82.9% | 65 | 83.3% | 118 | 80.8% |
| | | | | | | |
| **Average score (1 thru 7)** | **5.81** | | **5.81** | | **5.72** | |

**Exhibit H-16**

**Clothing Survey**

**13. In your own words, what do you think the higher price on the tag represents? (VERSION A ONLY)**

|  | Fairfield | | Northridge | | Total | |
|---|---|---|---|---|---|---|
|  | Freq. | % | Freq. | % | Freq. | % |
| Original or first sale price, actual price | 21 | 28.8% | 39 | 52.0% | 60 | 40.5% |
| Retail price | 9 | 12.3% | 5 | 6.7% | 14 | 9.5% |
| Price before it "went on sale", the "sale" price | 8 | 11.0% | 6 | 8.0% | 14 | 9.5% |
| Price in another store | 8 | 11.0% | 4 | 5.3% | 12 | 8.1% |
| Discount/Before discount price | 2 | 2.7% | 7 | 9.3% | 9 | 6.1% |
| Quality/durability | 5 | 6.8% | 3 | 4.0% | 8 | 5.4% |
| Two prices are not real; marketing tool | 5 | 6.8% | 2 | 2.7% | 7 | 4.7% |
| Other (1 or 2 responses) | 4 | 5.5% | 2 | 2.7% | 6 | 4.1% |
| Regular price | 1 | 1.4% | 3 | 4.0% | 4 | 2.7% |
| MSRP or "Manufacturer's"/"Suggested" price | 4 | 5.5% |  |  | 4 | 2.7% |
| The brand | 4 | 5.5% |  |  | 4 | 2.7% |
| Don't know |  |  | 3 | 4.0% | 3 | 2.0% |
| Market price or value | 1 | 1.4% | 2 | 2.7% | 3 | 2.0% |
| Cost, what it cost |  |  | 2 | 2.7% | 2 | 1.4% |
| Markdown/Marked up price | 2 | 2.7% |  |  | 2 | 1.4% |
| Outlet vs non-outlet price | 1 | 1.4% | 1 | 1.3% | 2 | 1.4% |
| Too/very expensive, not worth it | 1 | 1.4% | 1 | 1.3% | 2 | 1.4% |
| I like it |  |  | 1 | 1.3% | 1 | 0.7% |
| Price (without adjective) | 1 | 1.4% |  |  | 1 | 0.7% |
| Price of other product or other type/size |  |  | 1 | 1.3% | 1 | 0.7% |
| Pricing error |  |  | 1 | 1.3% | 1 | 0.7% |
| **Total Obs** | **77** | **105.5%** | **83** | **110.7%** | **160** | **108.1%** |
| Base N | 73 | 100.0% | 75 | 100.0% | 148 | 100.0% |

**Exhibit H-17**

**Retailer Survey**

**14. Now I will read you a list of some types of products.**

**For each of the following, please tell me whether you think you would, or would not, find that type of products at a Columbia Sportswear Outlet store.  (VERSION A ONLY)**

| | The exact same products sold in a regular sporting goods store except for one or two flaws, that is, what some people would call 'irregular' merchandise. | | Products very similar to, but not exactly the same as, those that are sold in a regular sporting goods store. For example, they could be different colors, or have minor style differences. | | Products that were made specifically for sale at Columbia Sportswear Outlet Stores. That is, they are sold only at Columbia Sportswear Outlet stores. | | The exact same products as those previously sold in a regular sporting goods store, like R. E. I. or Big 5, for example | |
|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % |
| Yes, I would find this at a Columbia Sportswear Outlet store | 63 | 42.6% | 115 | 77.7% | 124 | 83.8% | 97 | 65.5% |
| No, I would not find this at a Columbia Sportswear Outlet store | 77 | 52.0% | 29 | 19.6% | 23 | 15.5% | 47 | 31.8% |
| Don't know/Not sure | 8 | 5.4% | 4 | 2.7% | 1 | 0.7% | 4 | 2.7% |
| Total Obs | 148 | 100.0% | 148 | 100.0% | 148 | 100.0% | 148 | 100.0% |
| Base N | 148 | 100.0% | 148 | 100.0% | 148 | 100.0% | 148 | 100.0% |

**Research Facilities – Clothing Surveys**
**December 2016**

1. **C&C Market Research – Northridge Fashion Center**

   Northridge Fashion Center
   9301 Tampa Ave., Suite 69a
   Northridge, CA 91324


2. **C&C Market Research – San Francisco - The Great Mall**

   The Great Mall
   308 Great Mall Drive
   Milpitas, CA 95035


3. **Opinions, LTD – San Francisco - Solano Mall**

   Solano Mall
   1350 Travis Blvd. Suite 1522 A
   Fairfield, CA 94533

## INSTRUCTIONS FOR INTERVIEWERS
### Clothing Survey [Version "A"]

**Materials:**
- Interview Order Tracking Sheet to keep track of your interviews
- 1 box with two items of clothing
- Screeners
- Validation and Interviewer Certification
- Link to online questionnaires

**Preparations:**
1. All interviewers must participate in the briefing session, including observation, with Crossfield Associates. Those who do not participate in the briefing session may **not** conduct interviews. Please allow time for interviewers to watch each other and for debriefing at the end of the interviews.

2. All interviewers agree to discuss this survey and share survey materials only as instructed.

3. You will need a secure room where interviewers can have access to the materials throughout the course of the study.

4. Individual interview rooms should be closed rooms. If the room is divided, there should be a floor to ceiling room divider. You should not be able to hear normal conversation from the other side of the room.

5. To conduct each interview, you need:
   a. A qualified respondent
   b. An ID# from the tracking sheet
   c. Box with two items of clothing
   d. Validation and Interviewer Certification form

6. You should not conduct another survey about clothing during the time you are conducting this survey.

**Screening the Respondents:**
1. Please note the quotas for age.

2. Screen only one respondent in a group.

3. Screen only one respondent at a time.

4. No respondent may be present while another person is being screened.

5. Do not screen respondents who:
   o don't understand and read English
   o have trouble hearing
   o you know personally

*Crossfield Associates*                                                                         1

6.  Follow the instructions on the screen exactly as they are written.  Read the questions distinctly and note the answer on the screener.

7.  You may use pencil for the screener only.  If you erase, erase completely.

8.  Make sure that all questions on the screener are completed for the qualified respondents. All completed screens will be returned to Crossfield Associates.  Please check that they are completed properly.

9.  Inform the respondent of the interview protocol before they come to the interview.  (See #1 below.)

10. Ask for identification at the door and re-screen pre-recruits. Do not re-screen in the interview room.

11. For mall intercepts recruits:  call the respondent's phone number **before** you start the interview to be sure you have a working number.  Inform the respondents that they will receive a follow-up call for validation purposes.

12. If the participant requires corrective lenses, make sure the she is wearing them for the interview.  If participant did not bring her/his corrective lenses, please reschedule.

**Conducting the Interviews:**
1.  Interview Protocol:  Do not allow children to accompany parents.
                        Keep shopping bags off the table and out of site.
                        Turn off cell phones.
                        No food or drinks on the table.

2.  After recruiting and screening, please escort the participant into the interview room.

3.  Mark the participant's name on the tracking sheet next to the questionnaire ID # used with that participant.  Put the same ID# on the top of the screener.

4.  Follow the instructions on the questionnaire exactly as they are written.  Read the script for the questionnaire slowly and distinctly. Follow the script on the questionnaire **exactly.**  Do not change any of the words.  Do not read or say the instructions to the participant. If the participant doesn't understand the question, repeat the question.  Do not try to explain it.

6.  Show the items as instructed on the questionnaire.  Give the participant sufficient time to look at the item.

7.  Do not let the participant see any of the words of the questionnaire.

8.  Do not force a response from the participant.  Unless otherwise instructed at specific places on the questionnaire, do <u>not</u> probe.  If the participant says she doesn't know, then check or write in "don't know".  Do <u>not</u> ask the participant to guess.

9.  **Please write down exactly what the participant answers.**

10. Only clarify if you cannot hear the participant.  You may need to ask the participant to spell the word(s).  Do not ask the participant what was meant by the response.  Just write down the response **<u>verbatim</u>**.

11. Be personable, but do not comment or respond in any way to the participant's answers. Do not react positively or negatively to the participant's response.

12. Do not rush the participant.  Allow the participant as much time as she needs to answer each question.

13. Ask the participant to slow down if they are speaking too fast and you cannot capture their words. Avoid asking them to repeat what they said.  Do not read back to them what you wrote down.

14. At the conclusion of the interview, ask **the participant** to complete and sign her section of the Validation and Interviewer Certification form.   No interviews will be accepted without this form completed.  **Interviewers:  Be sure to sign and date the form after each interview.**

15. Escort the respondent back to the front desk.


I have read the above instructions, participated in the training session, and agree to follow the instructions.



_____
Signed


_____
Date


Any questions, please feel free to call:  Tim Hoffman (415) 336-6527 or email:  tim@crossfieldllc.com


Managers:
Please add the ID # to every page of the screener.  Then, scan screeners and email the screeners from the day's interviewers each night.

Thank you.
Crossfield Associates, LLC

## INSTRUCTIONS FOR INTERVIEWERS
### Clothing Survey Version "B"

**Materials:**
- Interview Order Tracking Sheet to keep track of your interviews
- Table with sheet to cover two items of clothing (two JACKETS)
- Screeners
- Validation and Interviewer Certification
- Link to online questionnaires

**Preparations:**
1. All interviewers must participate in the briefing session, including observation, with Crossfield Associates.   Those who do not participate in the briefing session may **not** conduct interviews. Please allow time for interviewers to watch each other and for debriefing at the end of the interviews.

2. All interviewers agree to discuss this survey and share survey materials only as instructed.

3. You will need a secure room where interviewers can have access to the materials throughout the course of the study.

4. Individual interview rooms should be closed rooms.  If the room is divided, there should be a floor to ceiling room divider.  You should not be able to hear normal conversation from the other side of the room.

5. To conduct each interview, you need:
   a. A qualified respondent
   b. An ID# from the tracking sheet
   c. Table with two items of clothing covered:
      i. **BLUE Jacket** on INTERVIEWER'S <u>LEFT</u> and
      ii. **BLACK Jacket on INTERVIEWER'S <u>RIGHT</u>**
      iii. **BOTH COVERED <u>BEFORE</u>** respondents is led to interview room.
   d. Validation and Interviewer Certification form

6. You should not conduct another survey about clothing during the time you are conducting this survey.

**Screening the Respondents:**
1. Please note the quotas for age.

2. Screen only one respondent in a group.

3. Screen only one respondent at a time.

4. No respondent may be present while another person is being screened.

5. Do not screen respondents who:
   o don't understand and read English
   o have trouble hearing
   o you know personally

6. Follow the instructions on the screen exactly as they are written.  Read the questions distinctly and note the answer on the screener.

7. You may use pencil for the screener only.  If you erase, erase completely.

8. Make sure that all questions on the screener are completed for the qualified respondents. All completed screens will be returned to Crossfield Associates.  Please check that they are completed properly.

9. Inform the respondent of the interview protocol before they come to the interview.  (See #1 below.)

10. Ask for identification at the door and re-screen pre-recruits. Do not re-screen in the interview room.

11. For mall intercepts recruits:  call the respondent's phone number **before** you start the interview to be sure you have a working number.  Inform the respondents that they will receive a follow-up call for validation purposes.

12. If the participant requires corrective lenses, make sure the she is wearing them for the interview.  If participant did not bring her/his corrective lenses, please reschedule.

**Conducting the Interviews:**
1. Interview Protocol:  Do not allow children to accompany parents.
   Keep shopping bags off the table and out of site.
   Turn off cell phones.
   No food or drinks on the table.

2. After recruiting and screening, please escort the participant into the interview room.

3. Mark the participant's name on the tracking sheet next to the questionnaire ID # used with that participant.  Put the same ID# on the top of the screener.

4. Follow the instructions on the questionnaire exactly as they are written.  Read the script for the questionnaire slowly and distinctly. Follow the script on the questionnaire <u>**exactly.**</u>  Do not change any of the words.  Do not read or say the instructions to the participant. If the participant doesn't understand the question, repeat the question.  Do not try to explain it.

6. Show the items as instructed on the questionnaire.  Give the participant sufficient time to look at the item.

7. Do not let the participant see any of the words of the questionnaire.

8. Do not force a response from the participant.  Unless otherwise instructed at specific places on the questionnaire, do <u>not</u> probe.  If the participant says she doesn't know, then check or write in "don't know".  Do <u>not</u> ask the participant to guess.

9. **Please write down exactly what the participant answers.**

10. Only clarify if you cannot hear the participant.  You may need to ask the participant to spell the word(s).  Do not ask the participant what was meant by the response.  Just write down the response <u>**verbatim**</u>.

11. Be personable, but do not comment or respond in any way to the participant's answers. Do not react positively or negatively to the participant's response.

12. Do not rush the participant.  Allow the participant as much time as she needs to answer each question.

13. Ask the participant to slow down if they are speaking too fast and you cannot capture their words.  Avoid asking them to repeat what they said.  Do not read back to them what you wrote down.

14. At the conclusion of the interview, ask **the participant** to complete and sign her section of the Validation and Interviewer Certification form.   No interviews will be accepted without this form completed.  **Interviewers:  Be sure to sign and date the form after each interview.**

15. Escort the respondent back to the front desk.


I have read the above instructions, participated in the training session, and agree to follow the instructions.


_____

Signed


_____

Date


Any questions, please feel free to call:  Tim Hoffman (415) 336-6527 or email:  tim@crossfieldllc.com


Managers:
Please add the ID # to every page of the screener.  Then, scan screeners and email the screeners from the day's interviewers each night.

Thank you.
Crossfield Associates, LLC