UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION;<br><br>Defendants. | Case No. 4:15-cv-04543-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**[PROPOSED] ORDER GRANTING COLUMBIA'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br><br>Date:       April 25, 2017<br>Time:       2:00 p.m.<br>Courtroom:  1 (4th Floor, Oakland) |

SMRH:480927255.1

Case No. 3:15-cv-04543-YGR

PROPOSED ORDER

# [PROPOSED] ORDER

On April 25, 2017, the Court heard argument on Plaintiffs Jeanne and Nicolas Stathakos's Motion for Class Certification and Defendants Columbia Sportswear Company and Columbia Brands USA, LLC's (f.k.a Columbia Sportswear USA Corporation) (collectively, "Columbia") Motion for Summary Judgment.  After considering the briefing and arguments of, the Court hereby ORDERS as follows:

Columbia is entitled to summary judgment on Plaintiffs Third Amended Complaint.  Plaintiffs have failed to produce any evidence that the reference prices that allege are invalid and deceptive are actually invalid and deceptive.  Moreover, Plaintiffs also have not produced any evidence that they relied on the reference prices or suffered a concrete injury in fact.  They thus cannot prevail on their claims and also lack both statutory and Article III standing to sue.  Moreover, Plaintiffs also have failed to present any evidence that would entitle them to monetary relief and so, at the very least, their prayers for monetary relief and restitution are summarily adjudicated.

In addition, both because Plaintiffs are subject to unique defenses, and because Plaintiffs have not presented evidence that their claims can be proved with common, classwide evidence, the Court also denies Plaintiffs' Motion for Class Certification.  Plaintiffs' have not satisfied the prerequisites of Rule 23(a) and also do not meet any requirement under Rule 23(b).

IT IS SO ORDERED.

DATED: _____, 2017

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE