**Plaintiffs' Appendix**

| Item No. | SMU Style No. | Description[1] | Purchase Date | Ref. Price | Outlet Price | Purchase Price | Would Have Purchased Had They Known the Ref. Price Was False? | Citations |
|---|---|---|---|---|---|---|---|---|
| 1 | XM6093 | Mt. Village Jacket (Gray) | 5/30/15 | $115 | $59.90 | $27.99[2] | JS: Unsure/not asked<br>NS: Unsure | JS Depo: 63:12-19, 66:12-21<br>NS Depo: 87:7-89:21<br>NS Reply Decl., ¶¶ 5-7 |
| 2 | XL5077 | Wildflower Woodlands Dress (Fuschia) | 2/14/16 | $60 | $39.90 | $11.98 | JS: Yes<br>NS: Unsure | JS Depo: 73:20-74:3<br>NS Reply Decl., ¶¶ 5-7 |
| 3(a) | XL4712 | Sunset Hill Shorts (Beige) | 7/8/15 | $30 | $24.90 | $11.98 | 3(a) JS: Probably not<br>NS: Unsure | 3(a) JS Reply Decl., ¶¶ 5-6<br>NS Reply Decl., ¶¶ 5-7 |
| 3(b) | XL4712 | (White) | 7/26/15 | $30 | $24.90 | $8.98 | 3(b) JS: Unclear/not asked<br>NS: Unsure | 3(b) JS Depo: 74:7-75:10<br>NS Reply Decl., ¶¶ 5-7 |
| 4 | XL6981 | Hopewell Bay Long Sleeve Shirt (Gray) | 2/14/16 | $40 | $29.90 | $7.98 | JS: Yes<br>NS: Unsure | JS Depo: 75:12-76:12<br>NS Reply Decl., ¶¶ 5-7 |
| 5 | XO5035 | Cascade Trail Jacket (Green) | 2/14/16 | $120 | $79.90 | $47.94 | JS: No<br>NS: Unsure | JS Depo: 76:14-78:23<br>NS Depo: 91:19-96:8<br>NS Reply Decl., ¶¶ 5-7 |
| 6 | XL5012 | Morning Light Hooded Jacket (White) | 2/14/16 | $140 | $99.90 | $39.98 | JS: Yes<br>NS: Unsure | JS Depo: 78:25-80:3<br>NS Reply Decl., ¶¶ 5-7 |
| 7 | XL6923 | Cool Camper II Polo (Purple) | 11/22/15 | $35 | $24.90 | $11.95 | JS: Unsure/not asked<br>NS: Unsure | JS Depo: 80:5-81:8<br>NS Reply Decl., ¶¶ 5-7 |

---

[1] *See* Reply Declaration of Kristen Law Sagafi ("Sagafi Reply Decl."), Ex. 6, attaching photographs of Item Nos. 1-7.
[2] Columbia reports in Appendix A to its Summary Judgment motion that the purchase price for this item was $16. Plaintiffs' review of Columbia's detailed sales data, however, indicates that this item was not sold for $16 at any Columbia outlet store in California on May 30, 2015. Plaintiffs' purchase records indicate that they spent $27.99 at a Columbia outlet store on May 30, 2015. *See* Sagafi Reply Decl. at Ex. 7, attaching STATHAKOS000128-130.