**REBUTTAL REPORT OF LARRY D. COMPEAU, PH.D.**

**Jeanne and Nicolas Stathakos v. Columbia Sportswear Company, Columbia Sportswear USA Corporation, Case No. 4:15-cv-04543 (YGR)**

**I. Introduction and Summary of Conclusions**

1. I provide this rebuttal report in response to the Motion to Exclude and/or Limit the Expert Opinions of Larry D. Compeau, Ph.D. dated January 31, 2017 (Doc. 77) filed by Defendants Columbia Sportswear Company and Columbia Sportswear USA Corporation ("Defendants" or "Columbia") and the Declaration of Carol A. Scott, Ph.D. dated January 31, 2017.

2. In addition to the documents I identified in my initial Report and my deposition in this matter, I have also reviewed the relevant portions of Defendants' Motion to Exclude and/or Limit the Expert Opinions of Larry D. Compeau, Ph.D. and the Declaration of Carol A. Scott, Ph.D. dated January 31, 2017.

3. I reserve the right to supplement, revise, or further explain the opinions contained in this rebuttal report as I continue to receive additional information.

4. My rate for work on this matter is $750 per hour.

**II. Rebuttal Opinions**

5. Columbia claims that "one need not be an 'expert' to understand because, as everyone is also a consumer, the finder of fact in a courtroom is already an 'expert' on the subject[.]" Doc. 77. at 7-8. If, in fact this statement were true, then we would all be experts in biology because we are a biological species, experts in nutrition because we all eat, experts in psychology because we all think and feel, experts in economics because we all spend money, and experts in consumer psychology and consumer behavior because we shop. Consumer behavior is a widely recognized field of study and scientific research. Indeed, Columbia's expert, Dr. Scott, has sat on the editorial board of the Journal of Consumer Research, which published a 2014 article involving reference pricing and consumer behavior.

6. Columbia's motion to exclude my testimony evinces a misapprehension of the scientific concept of meta-analysis. Columbia mistakenly suggests that I was performing a meta-analysis as I reviewed the extant literature in preparation of my initial Report. Columbia then argues that this "meta-analysis" (which my initial Report was not) is "not even an honest summary…" Doc. 77, at 3.  I submit this rebuttal report to explain the concept of meta-analysis and clarify that my summary of extant research was both fulsome and honest.

7. Each individual study varies as to method including variations in the characteristics of the subjects (e.g., gender, age, education, geographic location), stimuli used (i.e., what was

1

presented to the subjects and how it was presented), location, time, type of study (e.g., experiment, survey, longitudinal), overall design (e.g., number and type of independent variable, number and type of dependent variables), manipulation used, measurement methods employed, and a whole host of other variations. Thus, each study on its own can only establish a single effect that may or may not hold up upon further research. A meta-analysis proves whether an **overall** effect exists, across many studies.

8.  A meta-analysis is a well proven **quantitative** statistical method to test and summarize all of the extant research on a particular topic. It is not, as Columbia interprets, a qualitative narrative summary of the research. A meta-analysis quantitatively combines and examines data from all previous quantitative research to determine the state of the knowledge based on **widely accepted statistical procedures**. Often, a body of research may seem to provide different results. Meta-analyses answer the question as to whether these seemingly different results are because the actual effect is different, or if the different results are merely due to differences in the conduct of the study. Medical research relies on meta-analysis to demonstrate relationships since a single one-shot study may be flawed or involve tradeoffs that drive the results.[1] Reliance on meta-analyses is widely accepted in the scientific community. For example, pharmaceutical companies rely on meta-analyses to gain approval for new drugs because regulating agencies, who often require a meta-analysis, want to be absolutely certain of the effect of the new drug before releasing it to the market. A one-shot study would not be considered robust or reliable enough evidence to approve a new drug. Researchers in all business and management disciplines (e.g., marketing, management, economics, finance), along with research in fields as diverse as education, sociology, medicine, genetics, political science, and psychology all rely on meta-analyses to evaluate the evidence to reach an overall conclusion. This heavy reliance on meta-analyses underscores its acceptance in the scientific community and the significance of its contributions to scientific progress.

9.  The usefulness of and reliance upon meta-analyses are demonstrated by the facts. For example, the meta-analysis on the effects of reference prices published by Compeau and Grewal, 1998 has been cited over 180 times in the scientific literature, as recently as earlier this year, 2017. This meta-analysis has been cited over 10 times just in the past year, demonstrating that scientific-based theoretically-driven research does not lose its impact with age. Columbia's own expert witness, Carol Scott, Ph.D., cited the Krishna et. al. 2002 meta-analysis in her report (Scott Report, at ¶10) as evidence that variations in research results do exist. This same study also demonstrated the robust effects of reference prices on consumers.

10. The research cited in my initial Report was selected based on its overall impact on the research stream and relevance to the questions in this case. While I disagree that older scientific, theoretically-based research is somehow less valuable (early scientific research on the universal law of gravitation is just as relevant today as it was almost 300 years ago), more recent studies continue to support the conclusion that reference prices affect

---

[1] *See, e.g.*, Ageno, W., Becattini, C., Brighton, T., Selby, R., Kamphuisen, P.W. (2008). Cardiovascular risk factors and venous thromboembolism: A meta-analysis. Circulation, 117(1), 93-102.

consumer behavior: for instance, *see* Hsu, Yi and Huong Pham (2015), "Effects of Pricing on Customer Purchasing Intention," *International Review of Management and Business Research*, 4 (December, 1156-70) (showing positive effects of reference prices on purchase intentions); Kan, Christina, Donald R. Lichtenstein, Susan Jung Grant, and Chris Janiszewski (2014), "Strengthening the Influence of Advertised Reference Prices through Information Priming," *Journal of Consumer Research*, 40 (April, 1078-96 ) (showing that advertised reference prices are more effective when consumers are prompted to adopt a similarity mindset among other findings); Krishnan, Balaji, Sujay Dutta and Subhas Jha (2013), "Effectiveness of Exaggerated Advertised Reference Prices: The Role of Decision Time Pressure," *Journal of Retailing*, 89 (1), 105-113 (demonstrating that exaggerated reference prices are more effective when consumers feel time pressure). All of these studies further demonstrate the effects of reference prices on consumers' responses.

11. Dozens of studies and several meta-analyses have been conducted on the effects of reference prices, where hundreds of variations in the characteristics have been studied, including differences in the subjects. Considered as a whole, this well-developed body of research continues to support the theory that consumers are influenced by reference prices.

12. That variances in the results of studies exist is exactly why meta-analyses are conducted. Throughout my initial Report and deposition testimony, I have always maintained that reference prices can vary in their impact; no expert or researcher in the area of reference prices, to the best of my knowledge, disputes that reference prices may have different levels of effects across different contexts, consumers, and other moderating variables. Nonetheless, this does not change the effect of reference prices on the market as a whole. The extant research shows that while the effect may vary, there is still always some effect. Consumers use and rely on reference prices in their subsequent decision processes.

13. The decades of research resulting in testing the theory of the effects of reference prices on consumers' responses, under all types of varying conditions, is more compelling evidence than a one shot study. That is why robust scientific research is conducted to account for all variables.

14. Columbia's critique of my application of the decades of research on the effects of reference prices on consumers' responses, under all types of varying conditions, specifically to Columbia's shoppers is unsubstantiated. Columbia offers no evidence or facts to support the premise that Columbia shoppers are somehow wildly different from the thousands and thousands of shoppers that have been tested in the scientific research, such that the results of that substantial body research are not applicable here.

15. Columbia cites Biswas and Blair (1991) as evidence that the effect of reference prices may not exist under certain circumstances. Doc. 77, at 10, 13. Columbia criticizes me for relying on research that is "decades-old" and "outdated". However, Columbia relies on a 26-year old study as evidence that reference prices may not have an effect. In my initial Report, I cited 21 studies, 15 of which are newer than Biswas and Blair (1991). *See* Initial Report, at Exhibit 2. Biswas and Blair (1991) was published in the infancy of the

3

research in this area and does not benefit from the subsequent research over the next 25 years that consistently shows the effects of the use of reference prices. Biswas and Blair (1991) were merely stating that some previous studies had not found *significant* effects in some of their work. That a study does not find significant effects does not mean that the effect does not exist; alternative explanations include that the manipulation was weak, the measurement was limited, or too much noise existed in the study. It is the nature of scientific progress that a theory is tested over and over again, under all types of variations, in an effort to prove it false. After many studies have been conducted, a meta-analysis can be performed to resolve any differences that exist in the results. The meta-analyses that have been performed since 1991 including Compeau & Grewal (1998), Krishna et al (2002) and Biswas et al (1993) demonstrate that a robust effect does exist. Even Biswas and Blair (1991) conclude "Reference price increases shopping intention by shifting the estimates of the lowest price toward the sale price." *See* COMPEAU00040.

16. Columbia argues that my initial Report and testimony are based solely on correlation and not causation. To the contrary, most studies cited in my initial report are causal studies using widely accepted scientific design. Compeau and Grewal's meta-analysis (1998) examines 38 causal studies. In these studies, independent variables are manipulated to test the causal effect on the dependent variables. Any suggestion that only correlational evidence exists is incorrect and misleading.

17. My work with regard to the effect of reference prices is objective scientific research, much of which was performed and published years before the commencement of this action. Over the course of my career, I have conducted research to answer scientific questions at the time the research was performed. I have no particular interest or agenda with regard to the outcome of my research. My only concern is that it is conducted in accordance with sound scientific principles and designed to reliably answer the question posed. Moreover, my work has been subjected to rigorous review by other experts in the field, who must accept the process and findings of any study before it is accepted for publication. My work in this area over the last 25 years has advanced the state of knowledge regarding the use of reference prices. Because of my extensive work in this area, I am now one of the foremost authorities in the field and uniquely qualified to offer opinions about the effects of reference prices.

18. I have been qualified to offer expert opinions on consumer behavior in at least four cases. *See*, *e.g.*, *People v. Overstock.com, Inc.*, Case No. No. RG10546833, 2014 WL 657516, *12 (Cal. Super. Feb. 5, 2014) ("The court finds Compeau's review of the literature and his conclusions regarding the general impact of ARP [advertised reference price] as reflected therein to be credible. In making this finding, the court notes that Compeau's opinions from his own research and analysis of the literature predate any forensic work and reflect a long and deep engagement with the literature in the field. He defended his analysis credibly and readily admitted various limitations.")

## III. Summary of Opinions

19. The summary of the extant research that I offered in my original report in this case was not a meta-analysis, although I include and rely on several previously published meta-analyses, including my own, as evidence of the scientifically proven effects of reference prices.

20. Meta-analysis is a widely recognized and accepted form of quantitative analysis aimed at testing the results and conclusions of various studies; it is not a qualitative summary of prior research.

21. I am a widely recognized scholar and researcher in the field of consumer behavior, particularly with regard to the effects of reference prices on consumers.

22. My initial Report, testimony, and opinions in this matter are based solely on the scientific, academic literature, including but not limited to my own work in this area.

Dated: March 14, 2017

Larry D. Compeau