Kristen Law Sagafi (Cal. Bar No. 222249)
Annick M. Persinger (Cal. Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
E-mail: ksagafi@tzlegal.com
E-mail: apersinger@tzlegal.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YGR<br><br>**REPLY DECLARATION OF NICOLAS STATHAKOS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: April 25, 2017; 2:00 PM<br>Courtroom: 1, 4th Floor, Oakland Courthouse |

I, Nicolas Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My wife and I typically shop at outlets together and make purchase decisions jointly.

5. For every item my wife and I purchased at the Columbia Outlet, I believed the highest price on the tag to reflect the actual retail price at which the item was sold, either at Columbia's retail store or Columbia's website or some other retail store, like REI. In other words, I believed that some customers had actually paid that highest price for the item I was purchasing.

6. The amount of the discount is very important to me, and I calculated the discount on every Columbia item we purchased using the highest price on the tag as the starting point. Had I known that the highest price was false (*i.e.* that the product had never been sold to anyone anywhere for the highest price on the tag), my understanding of both the retail value of the product and the depth of the advertised discount would have changed, in some cases dramatically.

7. Price and discount matter to me. Had I known that Columbia's reference prices were false, my understanding of the discount would have been different, and I may have decided not to purchase some or all of the items we purchased.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on March 9, 2017 in Oakland, California.

By: _____

Nicolas Stathakos

DECLARATION OF NICOLAS STATHAKOS
4:15-cv-04543-YGR