Kristen Law Sagafi (Cal. Bar No. 222249)
Annick M. Persinger (Cal. Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
E-mail: ksagafi@tzlegal.com
E-mail: apersinger@tzlegal.com

*Attorneys for Plaintiff and proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>Defendants. | Case No. 15-cv-04543-YRG<br><br>**REPLY DECLARATION OF JEANNE STATHAKOS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Yvonne Gonzalez Rogers<br><br>Hearing Date: April 25, 2017; 2:00 PM<br>Courtroom: 1, 4th Floor, Oakland Courthouse |

I, Jeanne Stathakos, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. My husband and I typically shop at outlets together and make purchase decisions jointly.

5. On or about July 8, 2015, my husband and I visited the Columbia outlet store in Tejon, CA. While we were there, we purchased a pair of beige shorts that I liked. Those shorts are pictured at STATHAKOS000026, a copy of which is attached hereto as Exhibit A. A photograph of the label inside the beige shorts, which shows style number XL4712, is attached hereto as Exhibit B.

6. To the best of my recollection, the beige shorts had a price tag that showed two prices: $30 and $24.90. The price tag may have had a sticker indicating a lower price as well, but I don't recall for sure. Records produced by Columbia and marked as Exhibit 44 to my deposition indicate that we paid $11.98 for the beige shorts. A copy of Exhibit 44, highlighted to indicate the purchase of the beige shorts, is attached hereto as Exhibit C. I recall thinking that the highest price on the price tag was the price at which the shorts were actually sold at retail, either in Columbia's retail store or online or at a different store like REI. I also remember thinking at the time that $11.98 was a good price because it was less than half of the *lower* price on the price tag, which was already a discount off the retail price of $30. My understanding of the discount was very important in my decision to buy the beige shorts. If I had known that the highest price on the tag was false (*i.e.* that the shorts had never sold anywhere for $30), I probably would not have purchased the beige shorts.

7. Later that month, on or about July 26, 2015, my husband and I visited the Columbia outlet store in Vacaville, CA. While we were there, I saw a pair of shorts identical to the beige shorts I had just purchased, but in white. The white shorts are pictured at

STATHAKOS000027, a copy of which is attached hereto as Exhibit D. A photograph of the label inside the white shorts, which shows style number XL4712, is attached hereto as Exhibit E. A photograph of the actual price tag that was affixed to the white shorts is attached hereto as Exhibit F. My receipt for the white shorts was produced at STATHAKOS000110-111 and is attached hereto as Exhibit G, with highlighting to indicate the purchase of the white shorts. The receipt indicates that we paid $8.98 for the white shorts. I remember thinking that the white shorts were a great deal because the price was even lower than what I had just paid for the beige shorts.

8. For every item my husband and I purchased at the Columbia Outlet, I believed the highest price on the tag to reflect the actual retail price at which the item was sold, either at Columbia's retail store or Columbia's website or some other retail store, like REI. In other words, I believed that some customers had actually paid that highest price for the item I was purchasing.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on March 08, 2017 in Oakland, California.

By: _____
Jeanne Stathakos

# EXHIBIT A

Columbia Outlet Item No. 22



STATHAKOS000026

# EXHIBIT B



# EXHIBIT C

| Field | Value |
|---|---|
| Name: | Jeanne Stathakos |
| Address: | 3875 Maybelle Ave. |
|  | Oakland, CA 94619 |
| Phone: | (510) 703-7659 |
| Email: | jsofttaco@aol.com |
| Member ID: | 1110831268 |
| Available Points: | 850 |
| Pending Points: | 0 |
| Pending Redemption Points: | 0 |
| Tier: | Base |
| Customer Type: | Enrolled Member |
| Email Opt-In: | No |
| Loyalty Enrollment Date: | 7/1/2010 |
| Online Account Creation Date: | 7/1/2010 |
| Brand: | COL |
| Region: | US |
| Loyalty Member: | TRUE |
| OptinToEmail: | FALSE |
| EnrollstoreNumber: | Kiosk |
| EnrollSource: | 446 |
| DWCustomerID: | 445670 |
| Customer Type: | |
| Prodeal Member: | FALSE |
| LastPurchaseDate: | 2/14/2016 12:45 |

EXHIBIT NO. 44
JEANNE STATHAKOS
NOVEMBER 2, 2016
J.W. HARBIDGE, CSR

| Date | Store# | Register# | Transaction# | Store Name | Unit Total | $ UPC | Product name | Item price paid by customer | Regular price | Signature capture |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2016 | 404 | 2 | 3145 | Gilroy Outlet | 5 | $111.87 | 6191201101604 ENDUROSOLE/011/13/NODIM | $ 3.99 | 4.99 | YES |
| | | | | | | | 8886465113325 MORNINGCLO/100/M/NODIM | $ 39.58 | 49.97 | |
| | | | | | | | 8886465159434 HOPEWELLBA/032/M/NODIM | $ 7.98 | 9.97 | |
| | | | | | | | 8886464685196 WILDFLOWER/684/L/NODIM | $ 11.98 | 14.98 | |
| | | | | | | | 8886465699926 CASCADETRA/429/XXL/NODIM | $ 47.94 | 79.90 | |
| 11/22/2015 | 446 | 3 | 5738 | Vacaville Premium Outlets | 4 | $70.61 | 8884588901897 GREATBARLO/010/XL/DONOT | $ 23.95 | 29.94 | NO |
| | | | | | | | 8879219008028 KESTRELRID/010/XL/NODIM | $ 23.94 | 39.90 | |
| | | | | | | | 8896654681774 COOLCAMPER/565/XL/NODIM | $ 11.95 | 14.94 | |
| | | | | | | | 8879216085389 WTRAVERSEW/011/O/S/NODIM | $ 10.77 | 17.95 | |
| 7/26/2015 | 446 | 1 | 6673 | Vacaville Premium Outlets | 6 | $53.84 | 8886464442848 SUNSETHILL/100/8/4 | $ 8.98 | 11.22 | YES |
| | | | | | | | 2361632700 MOISTURECO/160/O/S/NODIM | $ 8.98 | 11.23 | |
| | | | | | | | 2361632757R MERINOTRAV/010/O/S/NODIM | $ 8.38 | 10.48 | |
| | | | | | | | 2361631310K TRAILRUNNI/030/O/S/NODIM | $ 7.18 | 8.98 | |
| | | | | | | | 8725346106B SUNSHINEBO/419/L/NODIM | $ 11.58 | 14.97 | |
| | | | | | | | 8886464452428 OUTDOORIENT/676/L/NODIM | $ 8.34 | 10.43 | |
| 7/8/2015 | 420 | 2 | 4711 | Tejon Outlet | 4 | $53.95 | 8886464639718 PEDALFLATS/010/L/NODIM | $ 14.98 | 14.97 | NO |
| | | | | | | | 8879210966557 SILVERRIDG/939/4X/NODIM | $ 16.79 | 29.98 | |
| | | | | | | | 8879210968020 SILVERRIDG/683/4X/NODIM | $ 16.79 | 29.98 | |
| 6/11/2015 | 447 | 1 | 9958 | Las Vegas Premium Outlets | 1 | $22.46 | 8886464472681 AGENTCHILL/160/O/S/NODIM | $ 22.46 | 22.46 | < floor limit |
| 6/11/2015 | 447 | 1 | 9950 | Las Vegas Premium Outlets | 1 | $34.99 | 8879217383317 SUNVENTBOA/384/6/NODIM | $ 34.99 | 34.99 | < floor limit |
| 5/30/2015 | 404 | 2 | 6682 | Gilroy Outlet | 1 | $27.99 | 8879210997556 MTVILLAGET/441/3XT/NODIM | $ 27.99 | 39.98 | < floor limit |
| 5/9/2015 | 446 | 2 | 5698 | Vacaville Premium Outlets | 3 | $34.38 | 8865635681140 OUTBACKLSS/678/4X/NODIM | $ 11.88 | 11.88 | < floor limit |
| | | | | | | | 2361683264 NOSHOWFLAT/022/O/S/NODIM | $ 15.00 | 15.00 | |
| 11/24/2014 | 420 | 2 | 3620 | Tejon Outlet | 2 | $38.48 | 8726537600B PGREALORY/010/O/S/NODIM | $ 7.50 | 15.00 | NO |
| | | | | | | | 2361631535 ENDLESSTRA/419/XL/4 | $ 13.99 | 13.99 | |
| 11/8/2014 | 404 | 2 | 9394 | Gilroy Outlet | 4 | $51.47 | 6928325459191 NORTHWAYEX/366/4X/NODIM | $ 24.49 | 24.49 | YES |
| | | | | | | | 8879215028871 ARCTICAIRF/402/M/NODIM | $ 19.99 | 19.99 | |
| | | | | | | | 8879214566621 COOLCAMPER/711/L/NODIM | $ 10.49 | 10.49 | |
| | | | | | | | 8879217293562 COOLCAMPER/600/L/NODIM | $ 10.99 | 10.49 | |
| 6/15/2014 | 447 | 2 | 2737 | Las Vegas Premium Outlets | 1 | $13.99 | 8879217379839 SUNVENTRAL/080/S/NODIM | $ 13.99 | 13.99 | < floor limit |
| 11/27/2013 | 450 | 1 | 7891 | Cabazon Outlets | 1 | $22.43 | 8879210300165 KESTRELRID/463/L/NODIM | $ 22.43 | 22.43 | N/A |
| 9/2/2013 | 446 | 2 | 2811 | Vacaville Premium Outlets | 1 | $19.95 | 8725352642 CSHORTSKIR/900/O/S/NODIM | $ 19.95 | 19.95 | N/A |
| 8/29/2013 | 447 | 1 | 2114 | Las Vegas Premium Outlets | 2 | $79.14 | 8725352680 CSWEATERWM/900/O/S/NODIM | $ 53.95 | 59.95 | N/A |
| | | | | | | | 8725352599 CTECKSHELU/900/O/S/NODIM | $ 25.19 | 27.99 | |
| 2/13/2013 | 446 | 2 | 8908 | Vacaville Premium Outlets | 3 | $51.36 | 8246483906S STANDUPPAN/931/XL/NODIM | $ 22.04 | 24.49 | N/A |
| | | | | | | | 8854919550081 HEAT/419/XXL/NODIM | $ 11.33 | 12.59 | |
| | | | | | | | 8854919671094 KLMTHRGIIH/935/XXL/NODIM | $ 17.99 | 19.99 | |
| 9/1/2012 | 446 | 3 | 9533 | Vacaville Premium Outlets | 2 | $54.94 | 8862084892917 VAPORRIDGE/456/4X/NODIM | $ 44.95 | 44.95 | N/A |
| | | | | | | | 8032885180093 SNTRYSNKRJ/010/14/NODIM | $ 9.99 | 9.99 | |
| 5/5/2012 | 446 | 2 | 8924 | Vacaville Premium Outlets | 2 | $15.98 | 7866586891525 CWNDTIANWO/900/O/S/NODIM | $ 7.99 | 7.99 | N/A |
| | | | | | | | 8854915679748 RAVENOUSTA/037/XL/NODIM | $ 7.99 | 7.99 | |
| 3/4/2012 | 446 | 2 | 5072 | Vacaville Premium Outlets | 2 | $54.80 | 8854915679370 RAVENOUSTA/010/XL/NODIM | $ 18.89 | 20.99 | N/A |
| | | | | | | | 8246481576769 BUGABOOFLE/610/L/NODIM | $ 35.91 | 39.90 | |
| 12/30/2011 | 446 | 1 | 2530 | Vacaville Premium Outlets | 1 | $28.34 | 8246481247597 DEPARTURED/028/L/NODIM | $ 28.34 | 31.49 | N/A |
| 9/3/2011 | 446 | 3 | 2265 | Vacaville Premium Outlets | 2 | $53.90 | 7866586624507 ICERCEJACK/010/L/NODIM | $ 31.41 | 34.90 | N/A |
| | | | | | | | 8854917385555 DUNMORBEHM/251/14/NODIM | $ 22.49 | 24.99 | |
| 6/18/2011 | 483 | 2 | 4514 | Prime Outlets in Grove City | 1 | $19.99 | 7097130632664 ANDREW/010/13/NODIM | $ 19.99 | 19.99 | N/A |
| 3/6/2011 | 446 | 2 | 8650 | Vacaville Premium Outlets | 4 | $102.42 | 8854910880106 HANNACKFI/332/M/NODIM | $ 31.49 | 31.49 | N/A |
| | | | | | | | 7866586627889 DOUBLEWHAM/221/8X/NODIM | $ 14.95 | 14.95 | |
| | | | | | | | 4100097107J CRATERMTNC/023/XXL/NODIM | $ 27.99 | 27.99 | |
| | | | | | | | 7866586823721 THEHELSINK/514/XL/NODIM | $ 27.99 | 27.99 | |
| 11/21/2010 | 467 | 2 | 5169 | Tanger Outlet Center in Park City | 2 | $77.39 | 7866586615532 RIDGERUNPA/232/XL/NODIM | $ 59.90 | 59.90 | N/A |
| | | | | | | | 6928327524647 OCANTOPEAK/565/9/NODIM | $ 17.49 | 17.49 | |
| 9/23/2010 | 430 | 2 | 1140 | Historic Old Sellwood | 16 | $191.34 | 8949216605 SUNGODSIS/010/L/NODIM | $ 9.09 | 9.09 | N/A |
| | | | | | | | 7866586163370 HIGHROADTE/486/M/NODIM | $ 10.49 | 10.49 | |
| | | | | | | | 7866586606983 TENDERTRAI/010/16/10 | $ 12.59 | 12.59 | |
| | | | | | | | 7866586574275 SOLVISTATA/499/M/NODIM | $ 8.39 | 8.39 | |
| | | | | | | | 8838348891246 ULYSNWGLUV/100/XL/R | $ 19.59 | 19.59 | |
| | | | | | | | 8246460097676 HALFTRACK/356/O/S/NODIM | $ 22.48 | 22.48 | |
| | | | | | | | 7865593264967 CONTINUUMM/010/XL/NODIM | $ 27.93 | 27.93 | |
| | | | | | | | 6191202012479 MAKA/066/5/NODIM | $ 13.99 | 13.99 | |
| | | | | | | | 7865593525310 ADVANCELIG/010/XL/R | $ 20.93 | 20.93 | |
| | | | | | | | 8246470365 SLIDERCK8N/919/36/11 | $ 6.98 | 6.98 | |
| | | | | | | | 8838348580118 PROYFSPRT/218/XXL/9 | $ 6.98 | 6.98 | |
| | | | | | | | 5345591669 EARLCOVEN/038/XL/NODIM | $ 5.98 | 5.98 | |
| | | | | | | | 5345591997 CASCADIANS/390/L/NODIM | $ 5.98 | 5.98 | |
| | | | | | | | 6928327454 BONEHEADII/105/O/S/NODIM | $ 7.48 | 7.48 | |
| | | | | | | | 7866586853213 COLUMBIAHE/015/O/S/NODIM | $ 4.98 | 4.98 | |
| | | | | | | | 5345501561 STEEPANDEE/588/L/NODIM | $ 7.48 | 7.48 | |
| | | | | | | | 7097130777582 PFGSAILFSH/714/XXL/NODIM | $ 7.92 | 7.92 | |
| | | | | | | | 8246464690215 TFLLCOSTVA/425/3X/NODIM | $ 9.50 | 9.50 | |
| | | | | | | | 8838348823315 TRYSONCREE/425/14/6 | $ 13.99 | 13.99 | |
| 7/1/2010 | 446 | 2 | 243 | Vacaville Premium Outlets | 7 | $60.75 | 7866586421036 BULLRINCR/213/38/12 | $ 14.95 | 14.95 | |
| | | | | | | | 4100005447J COLUBEXIP/425/3X/NODIM | $ 9.95 | 9.95 | |
| | | | | | | | 8246467105700 SLIDERCK8N/319/38/11 | $ 14.95 | 14.95 | |
| | | | | | | | 7097137003742 EXSPLSNTPL/048/XL/NODIM | $ 9.09 | 9.09 | |

# EXHIBIT D

Columbia Outlet Item No. 23



STATHAKOS000027

# EXHIBIT E



Case 4:15-cv-04543-YGR   Document 86-8   Filed 03/13/17   Page 15 of 19

# EXHIBIT F

# EXHIBIT F



# EXHIBIT G

```
***********************************************
           Columbia Sportswear Company
           Vacaville Outlet
           321 Nut Tree Road
           Vacaville         CA   95687
                  707-448-3661
***********************************************
QTY      ITEM         PRICE          TOTAL
---      ----         -----          -----

 1     1593457        $8.98          $8.98
     1635771  SUNSETHILL/100/8/4
        Original Price       $14.97

           Coupon: 5000039081

 1     1582597        $8.98          $8.98
     CS022M  MOISTURECO/160/0/S/NODIM
        Original Price       $14.98

           Coupon: 5000039081

 1     1582591        $8.38          $8.38
     CS247M  MERINOTRAV/010/0/S/NODIM
        Original Price       $13.98

           Coupon: 5000039081

 1     1474404        $7.18          $7.18
     CS184M  TRAILRUNNI/030/0/S/NODIM
        Original Price       $11.98

           Coupon: 5000039081

 1     1612357       $11.98         $11.98
     1537701  SUNSHINEBO/419/L/NODIM
        Original Price       $19.97

           Coupon: 5000039081

 1     1610159        $8.34          $8.34
     1637321  OUTDOORENT/676/L/NODIM
```

STATHAKOS000110

```
              Original Price     $14.90

              Coupon: 5000039081

         Coupon Savings  5000039081     $-13.47

                        Sub Total       $53.84
                        Tax              $4.24

                        Total           $58.08
              Reward Certificate         $5.00
                 vt3hq9zs57tk

                 MasterCard             $53.08
                 Acct# 4647


         You Saved:          $36.94

         95687  95687                    $4.24
                  $53.84 @ 7.8750        $4.24

         Thanks for shopping with us, Jeanne
         As a Greater Rewards member you earned
         points for this purchase. Please visit
         Columbia.com/GreaterRewards to view your
         points activity.

         Sales Associate:4547   Ayrton
         ==========================================
         Irregular Merchandise Not Guaranteed
         Returns within 30 days with receipt
         Void if: Washed, Worn, Altered/Misused
         Sorry no price adjustments
         Thank you for shopping with us.
         ==========================================
         Trx 6673 Str 446   01    7/26/15   16:43
```

*ELYIABJWRAARE*

STATHAKOS000111