# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE STATHAKOS, ET AL.,** | CASE NO. 15-cv-04543-YGR |
| Plaintiffs, | |
| vs. | **ORDER STRIKING DEFENDANTS' OBJECTIONS** |
| **COLUMBIA SPORTSWEAR COMPANY, ET AL.,** | Re: Dkt. No. 93 |
| Defendants. | |

On April 24, 2017, shortly before the Court filed its order striking portions of plaintiffs' statement of recent decision for violation of Civil Local Rule 7-3(d)(2) (Dkt. No. 94), defendants filed objections to the same (Dkt. No. 93).

The Court notes that defendants' filing at Docket Number 93 also violates Local Rule 7-3(d), which provides that "no additional memoranda, papers or letters may be filed without prior Court approval" except for objections to reply evidence and statements of recent decision, and any objections to reply evidence "may not include further argument on the motion." Defendants' filing falls in neither category, and, even if characterized as an objection to evidence filed in reply, defendants' filing includes their own summaries and analyses of the cases cited, which goes beyond what the rules allow.

The filing is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Dated: April 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**