1 | **TYCKO & ZAVAREEI LLP**
KRISTEN LAW SAGAFI, California Bar No. 222249
2 | ksagafi@tzlegal.com
ANNICK M. PERSINGER, California Bar No. 272996
3 | apersinger@tzlegal.com
483 Ninth Street, Suite 200
4 | Oakland, CA 94607
Telephone (510) 254-6808
5 | Facsimile (510) 210-0571

6 | *Attorneys for Plaintiffs*

7 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
8 |

9 | JEANNE and NICOLAS STATHAKOS, on behalf of themselves and all others similarly situated,

Case No. 4:15-cv-04543-YGR

**PLAINTIFFS' NOTICE IN RESPONSE TO THE COURT'S ORDER [DKT. 101]**

PLAINTIFFS,

Hon. Yvonne Gonzalez Rogers

vs.

COLUMBIA SPORTSWEAR COMPANY, COLUMBIA SPORTSWEAR USA CORPORATION,

DEFENDANTS.

Plaintiffs Jeanne and Nicolas Stathakos respectfully submit this notice pursuant to the Court's Order dated May 11, 2017 [Dkt. 101] (the "Order"). Plaintiffs have considered the Order and have decided that they will not present an alternative measure of restitution or damages in support of a renewed motion for class certification pursuant to Federal Rule of Civil Procedure 23(b)(3). Plaintiff's election not to renew their motion for class certification pursuant to Federal Rule of Civil Procedure 23(b)(3) is not meant to indicate any position with respect to the viability of alternative measures of restitution or damages.

Plaintiffs read the Order to mean that, in light of this notice, the Court's conditional certification of a class pursuant to Federal Rule of Civil Procedure 23(b)(2) will now become final. Plaintiffs intend to proceed with the litigation on behalf of a certified 23(b)(2) class and request a status conference to discuss class notice and case management, including a schedule up to and including trial. Plaintiffs' decision not to renew their class certification motion under Rule 23(b)(3) is not intended as a waiver of any issue for possible reconsideration or appeal, if appropriate, in the future.

Dated: May 25, 2017

*/s/ Kristen L. Sagafi*
Kristen L. Sagafi

**TYCKO & ZAVAREEI LLP**
KRISTEN L. SAGAFI (California Bar No. 222249)
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 254-6810
Fax: (510) 210-0571