**TYCKO & ZAVAREEI LLP**
KRISTEN LAW SAGAFI, California Bar No. 222249
ksagafi@tzlegal.com
ANNICK M. PERSINGER, California Bar No. 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (510) 210-0571

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>DEFENDANTS. | Case No. 4:15-cv-04543-YGR<br><br>**REQUEST BY KRISTEN LAW SAGAFI TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Hon. Yvonne Gonzalez Rogers |

1   Pursuant to Local Rule 11-5, attorney Kristen Law Sagafi hereby requests the Court's leave
2   to withdraw as counsel of record for Plaintiffs in the above-captioned matter. Plaintiffs and Counsel
3   for the Defendants have been notified of Ms. Sagafi's intent to request withdrawal. *See* Declaration
4   of Kristen Law Sagafi, submitted herewith. As indicated below, the law firms of Tycko & Zavareei
5   LLP and Kopelowitz Ostrow Ferguson Weiselberg Gilbert will continue to represent the Plaintiffs in
6   this matter. In addition, Ms. Sagafi will remain available to consult with Plaintiffs and Plaintiffs'
7   counsel as needed to effectuate the transition of management responsibility for this case. The
8   following attorneys will remain counsel of record for Plaintiffs.

**TYCKO & ZAVAREEI LLP**
ANNICK M. PERSINGER, California Bar No. 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (202) 973-0950

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI, California Bar No. 181547
hzavareei@tzlegal.com
JEFFREY D. KALIEL, California Bar No. 238293
jkaliel@tzlegal.com
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone (202) 973-0900
Facsimile (202) 973-0950

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
JEFFREY M. OSTROW, Florida Bar No. 121452
ostrow@kolawyers.com
SCOTT A. EDELSBERG, Florida Bar No. 0100537
edelsberg@kolawyers.com
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

25  Plaintiffs respectfully request that the Court permit Ms. Sagafi's withdrawal and that the
26  Clerk of Court update the docket for this matter accordingly.

1  DATED: August 1, 2017                    Respectfully submitted,

3                                           By: */s/ Kristen Law Sagafi*_____
                                                Kristen Law Sagafi
                                                Attorney for Plaintiffs

**TYCKO & ZAVAREEI LLP**
KRISTEN LAW SAGAFI, California Bar No. 222249
ksagafi@tzlegal.com
ANNICK M. PERSINGER, California Bar No. 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (202) 973-0950

**TYCKO & ZAVAREEI LLP**
HASSAN A. ZAVAREEI, California Bar No. 181547
hzavareei@tzlegal.com
JEFFREY D. KALIEL, California Bar No. 238293
jkaliel@tzlegal.com
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone (202) 973-0900
Facsimile (202) 973-0950

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
JEFFREY M. OSTROW, Florida Bar No. 121452
ostrow@kolawyers.com
SCOTT A. EDELSBERG, Florida Bar No. 0100537
edelsberg@kolawyers.com
One West Las Olas
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300