**TYCKO & ZAVAREEI LLP**
KRISTEN LAW SAGAFI, California Bar No. 222249
ksagafi@tzlegal.com
ANNICK M. PERSINGER, California Bar No. 272996
apersinger@tzlegal.com
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone (510) 254-6808
Facsimile (510) 210-0571

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>DEFENDANTS. | Case No. 4:15-cv-04543-YGR<br><br>**DECLARATION OF KRISTEN L. SAGAFI**<br><br>Hon. Yvonne Gonzalez Rogers |

I, Kristen L. Sagafi, declare:

1. I am an attorney in good standing with the California State Bar, State Bar No. 222249. I am a partner at the law firm of Tycko & Zavareei, LLP, and I am counsel for Plaintiffs Jeanne and Nicolas Stathakos in the above-captioned matter.

2. I have personal knowledge of the matters set forth below. If called as a witness I could and would competently testify to the matters included herein.

3. At the most recent case management conference, held July 17, 2017, I informed the Court and counsel for Columbia that Plaintiffs' counsel intended to transition leadership responsibility for this matter from myself to my colleagues Hassan Zavareei and Annick Persinger. On July 31, 2017, I notified Columbia's counsel by email of my intent to seek the Court's leave to withdraw from the case.

4. On July 20, 2017, I informed the Plaintiffs Jeanne and Nicolas Stathakos that Tycko & Zavareei LLP would be transitioning leadership responsibility for this matter from myself to my colleagues Hassan Zavareei and Annick Persinger effective August 1. On July 31, 2017, I clarified to Plaintiffs that the transition would include my request for leave to withdraw as counsel from the case.

5. Tycko & Zavareei LLP will continue to represent the Plaintiffs in this matter along with co-counsel at Kopelowitz Ostrow Ferguson Weiselberg Gilbert. I will continue to be a partner at Tycko & Zavareei LLP and will be available as a resource to Plaintiffs and Plaintiffs' counsel going forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2017         __/s/ Kristen Law Sagafi_____
                                    Kristen Law Sagafi