1  **TYCKO & ZAVAREEI LLP**
   ANNICK M. PERSINGER, California Bar No. 272996
2  apersinger@tzlegal.com
   483 Ninth Street, Suite 200
3  Oakland, CA 94607
   Telephone (510) 254-6808
4  Facsimile (510) 210-0571

5  **TYCKO & ZAVAREEI LLP**
   HASSAN A. ZAVAREEI, Cal. Bar No. 181547
6  hzavareei@tzlegal.com
   1828 L Street, NW, Suite 1000
7  Washington, DC 20036
   Telephone (202) 973-0900
8  Facsimile (202) 973-0950

9  **KOPELOWITZ OSTROW P.A.**
   JEFFREY M. OSTROW, Florida Bar No. 121452
10 ostrow@kolawyers.com
   SCOTT A. EDELSBERG, Florida Bar No. 0100537
11 edelsberg@kolawyers.com
   200 S.W. 1st Avenue, 12th Floor
12 Fort Lauderdale, FL 33301
   Telephone: (954) 525-4100
13 Facsimile: (954) 525-4300
   (pro hac vice)

*Attorneys for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>COLUMBIA SPORTSWEAR COMPANY, COLUMBIA SPORTSWEAR USA CORPORATION,<br><br>DEFENDANTS. | Case No. 4:15-cv-04543-YGR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY ACTION AND VACATE DEADLINES PENDING SETTLEMENT APPROVAL**<br><br>Hon. Yvonne Gonzalez Rogers |

The Court, having reviewed the Joint Notice of Settlement and Stipulation to Stay Action and Vacate Deadlines Pending Settlement Approval submitted by Plaintiffs Jeanne and Nicolas Stathakos ("Plaintiffs") and Defendants Columbia Sportswear Company and Columbia Brands USA, LLC (f.k.a. Columbia Sportswear USA Corporation) (collectively, "Columbia"), hereby ORDERS as follows:

(1) that the Action is stayed pending approval of the settlement;

(2) that the pretrial deadlines and trial date are vacated;

(3) that Plaintiffs shall file an unopposed Motion for Preliminary Approval by October 6, 2017; and

(4) that Plaintiffs' Motion for Preliminary Approval shall be heard November 14, 2017.

Dated: September 26, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge