SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
JAY T. RAMSEY, Cal. Bar No. 273160
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
ccardon@sheppardmullin.com
jramsey@sheppardmullin.com

Attorneys for Defendants
COLUMBIA SPORTSWEAR
COMPANY and COLUMBIA BRANDS
USA, LLC (f.k.a. COLUMBIA
SPORTSWEAR USA CORPORATION)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE and NICOLAS STATHAKOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA SPORTSWEAR COMPANY; COLUMBIA SPORTSWEAR USA CORPORATION;<br><br>Defendants. | Case No. 4:15-cv-04543-YGR<br><br>*Hon. Yvonne Gonzalez Rogers*<br><br>**DECLARATION OF ANDRE JARDINI IN SUPPORT OF COLUMBIA'S OPPOSITION TO PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND SERVICE AWARDS**<br><br><br>Date:          January 30, 2018<br>Time:          2:00 p.m.<br>Courtroom:  1 (4th Floor, Oakland) |

I, André E. Jardini, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and a member of the firm Knapp, Petersen & Clarke. I have been asked to present opinion testimony by way of declaration regarding my analysis of the attorneys' fees incurred by Kopelowitz Ostrow, P.C. ("Kopelowitz") and Tycko & Zavareei, LLP ("Tycko") in their representation of plaintiffs Jeanne and Nicolas Stathakos in the matter entitled *Stathakos v. Columbia Sportswear Company* bearing case number 4:15-cv-04543-YGR, U.S. District Court, for the Northern District. Except where noted, the following facts are within my personal knowledge and if called as a witness, I could and would competently testify thereto.

## QUALIFICATIONS

2.      I have practiced law, principally as a litigation attorney, in California, for 40 years. I have a Bachelor of Arts Degree from the University of Notre Dame, granted in 1973. I graduated from Hastings College of the Law in 1976. I was admitted to the Bar of the State of California in December of that year. I have also been admitted to practice before the United States District Court for the Central District of California, as well as in the Southern District, Northern District and Eastern District. I am admitted to practice and have appeared before the Ninth Circuit Court of Appeals.

3.      I served as a law clerk to the Honorable Robert Firth of the United States District Court, Central District of California, in 1977 and 1978.

4.      From time to time, I serve as an arbitrator in the Los Angeles County Bar Association Dispute Resolutions Services Program, which concerns attorney-client disputes over legal billings. I have participated, both as counsel and as an expert witness, in arbitrations and hearings in various courts of general jurisdiction concerning attorney fee disputes.

5.      I have been employed at Knapp, Petersen & Clarke since its inception as a law firm

-1-

3048713.2  90035/00000

in 1981. My practice consists predominantly of trial work. I have tried 55 jury trials to conclusion during my tenure with the firm. I am a member of the American Board of Trial Advocates, having achieved "Advocate" status with ABOTA based on the completion of more than 50 jury trials. (Attached hereto as **Exhibit 1** is a listing of some of my trial experience.)

6. My experience with class action litigation began immediately in my first employment after my clerkship. In the late 70's and early 80's, I was one of the handling attorneys in the case of *Sullivan v. State Farm Mutual Automobile Ins. Co.,* pending in Superior Court in San Diego, alleging that my client, State Farm, had systematically defrauded policyholders by insisting upon reimbursement of medical payments by provisions which were inserted, without notice, in later-acquired insurance policies.

7. In later years in my practice, I emphasized work as a plaintiff-side class action attorney in wage and hour, consumer rights and other class actions.

8. I was counsel for the certified plaintiff class of approximately 13,000 current and former employees of Federal Express in the case known as *Foster v. FedEx*, settled in the Superior Court of the State of California for the County of Los Angeles and bearing number BC282300. Fed Ex's courier and service agent employees had been systematically deprived of earned compensation. That action was settled for $30 million..

9. I have participated in numerous class certification motions, and have been successful in certifying as class actions numerous cases.

10. I have handled as counsel more than 80 class actions.

11. I have tried and arbitrated numerous cases in which the predominant issue involved is the reasonableness of attorneys' fees and costs.

12. Based on my significant experience relating to legal audit matters and our firm's belief that there was a need for such a service in the legal community, in October of 1991, Knapp, Petersen & Clarke established KPC Legal Audit Services, Inc. I am the founder and the President of that company.

13. KPC Legal Audit Services, Inc. is a dba of Knapp, Petersen & Clarke. The

-2-

3048713.2  90035/00000

company specializes in the review and audit of legal billings and consulting on legal cost containment.

14. I have, since 1985, been retained by clients regarding, and actively engaged in, the auditing of legal billings and consulting with companies to control legal expenditures. I have personally audited the billings of a large proportion of the major law firms in this state as well as billings from numerous out-of-state firms. I have performed more than 1500 such audits. Cumulative billings audited well exceed $1.5 billion.

15. KPC Legal Audit has reviewed billing relating to a wide variety of different types of litigation including class actions, employment cases, civil rights matters, commercial law matters, real estate matters, transactional matters, public interest cases, and corporate legal work. I have often reviewed fee petitions in cases involving fee-shifting principles.

16. I have testified as an expert witness in more than 150 cases regarding reasonableness of legal fees, both on behalf of the proponent of such fees and on behalf of the opposing party.

**STANDARD OF REVIEW**

17. I am guided by DR 2-106 of the ABA Code of Professional Responsibility. That section discusses factors to be considered in determining the reasonableness of attorneys' fees. The Code provides:

a. A lawyer shall not enter into an agreement for, charge, or collect an illegal or clearly excessive fee.

b. A fee is clearly excessive when, after review of the facts, a lawyer of ordinary prudence would be left with a definite and firm conviction that the fee is in excess of a reasonable fee.

18. I am also guided by the State Bar of California Rules of Professional Conduct Rule 4-200 which states:

a. A member shall not enter into an agreement for, charge, or collect an illegal or unconscionable fee.

-3-

3048713.2  90035/00000

b. Unconscionability of a fee shall be determined on the basis of all the facts and circumstances existing at the time the agreement is entered into except where the parties contemplate that the fee will be affected by later events. Among the factors to be considered, where appropriate, in determining the conscionability of a fee are the following:

(1) The amount of the fee in proportion to the value of the services performed.

(2) The relative sophistication of the member and the client.

(3) The novelty and difficulty of the questions involved and the skill requisite to perform the legal services properly.

(4) The likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the member.

(5) The amount involved and the results obtained.

(6) The time limitations imposed by the client or by the circumstances.

(7) The nature and length of the professional relationship with the client.

(8) The experience, reputation, and ability of the member or members performing the services.

(9) Whether the fee is fixed or contingent.

(10) The time and labor required.

(11) The informed consent of the client to the fee.

19. These standards are regularly applied by courts in California to determine the reasonableness of attorneys' fees.

20. The United States Supreme Court opinion in *Hensley v. Eckerhart* (1983) 461 U.S. 424 [103 S.Ct. 1933] is instructive. The court, in discussing an award of attorneys' fees to a prevailing party, enumerated the factors which should be considered in making such an award. The starting point in analysis is "the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." (*Id.* at 433.) The court stated hours that were not reasonably expended should be excluded from the calculation, stating:

-4-

> Cases may be overstaffed and the skill and experience of lawyers vary widely. Counsel for the prevailing party should make a good faith effort to exclude from a fee request hours that are excessive, redundant or otherwise unnecessary, just as a lawyer in private practice ethically is obligated to exclude such hours from his fees submission.

(*Id.* at 434.)

21. In the course of my audit work, I have utilized a number of sources to support my conclusions, including case law on the topic of reasonable attorneys' fees, as well as the State Bar of California Advisory 2016-02 entitled "Analysis of Potential Bill Padding and Other Billing Issues."

22. The standard of reasonableness which will be applied to this matter is based on these principles, on my experience in litigation, and my experience in the legal audit practice. I have analyzed the amount sought in fees using my experience and the above standards.

**SUBJECT ACTION**

23. Plaintiffs brought their class action complaint against Columbia Sportswear Company ("Columbia") on October 2, 2015 seeking damages for violation of the "unfair" prong of the UCL; violation of the "fraudulent" prong of the UCL; violation of the "unlawful" prong of the UCL; violation of the California False Advertising Law; and violation of the Consumers Legal Remedies Act ("CLRA"). Plaintiffs claims for monetary relief were summarily adjudicated in favor of Columbia. Thereafter, the parties reached an agreement to settle the remainder of the action on an injunction only basis. Plaintiffs are seeking compensation for attorneys fees and costs.

24. Litigation proceeded as plaintiffs opposed a motion to dismiss on April 12, 2016, prepared their motion for class certification on November 18, 2016, and opposed Columbia's motion for summary judgment and two motions regarding expert opinions on March 13, 2017.

25. After class certification, plaintiffs prepared their trial plan on July 3, 2017. Following settlement at mediation, plaintiffs prepared their settlement approval motion on October 6, 2017.

26. Limited discovery was performed over a 29-month period, including eight depositions and three sets of written discovery.

-5-

27. Plaintiff is seeking reimbursement of $1,321,983.27 in fees and $149,319.10 in costs for a total of $1,471,302.37. The fee amount includes a 10% reduction to the hours billed by each timekeeper.

## BACKGROUND INFORMATION REGARDING BILLING

28. Attached as **Exhibit 2** are schedules which were prepared directly from the documentation attached to the attorney fee motion. They include:

- Global Fees and Costs Billed
- Index of Billing Personnel
- Rate Adjustment
- Outline of Services Performed
- Excessive Daily Hours
- Interoffice Communications
- Overhead
- Vague Billing
- Error Billing
- Costs Billed Summary

29. In order to develop the opinions contained in this declaration, I have completed a review and analysis of all the billing information submitted with Stathakos' motion for attorney fees, including the memorandum of points and authorities and the declarations attached thereto. I have also read plaintiffs' Third Amended Complaint; opposition to the motion to dismiss; the September 2016 joint report; class certification motion dated November 18, 2016, opposition to the motion for summary judgment as well as plaintiffs' trial plan. I have also reviewed the Civil Docket of all documents filed, parties and proceedings held.

## OVERVIEW CONSIDERATION

30. Plaintiffs are seeking an award of attorney fees as prevailing party under the CRLA, Civil Code § 1780(c). I believe that the fees sought by their counsel include non-compensable, excessive and unreasonable charges not consistent with the services performed, including duplication of effort, excessive time on work product, excessive conferencing and billing for administrative tasks. Staffing was excessive and top heavy and included time billed by attorneys who were not licensed to practice in California.

-6-

31. Plaintiff is seeking reimbursement at hourly rates ranging from $196 for non-attorney personnel to $864 for attorneys Zavareei, Ostrow and Streisfeld.

**STAFFING AND HOURLY RATE**

32. The two firms utilized the services of 17 timekeepers over the course of this matter billing over 2,511 hours; however, plaintiffs have also applied a global 10% reduction to each timekeeper's hours reducing the number of hours to 2,260. Even with the reduction, this is an excessive number of hours for this type of class action, for the services rendered.

33. The requested average hourly rate for the requested lodestar fees is $584.30. This average requested hourly rate for all timekeepers is high. The use of high cost personnel to the relative exclusion of low cost personnel, such as paralegals unreasonably drove up the cost of litigation. In my opinion, attorneys at the plaintiffs' firms would have been entitled to rates ranging from $322 per hour to $543 per hour based on their level of experience, and the venue of this matter. At these rates, the overall cost of the litigation, measured by the average rate for all timekeepers would have been far less.

34. Certain variants in attorney rates reflect that some services performed by attorneys were not appropriately compensable at attorney rates. The apparent failure to utilize lower level billing personnel, such as competent paralegals, caused the overall average billing rate from the firms to be inappropriately high.

35. Plaintiffs point to the Adjusted Laffey Matrix as a reliable source of reasonable and market hourly rates, which originated in *Laffey v. Northwest Airlines*, 572 F.Supp.354 (D.D.C. 1983). It is my understanding that counsel in the *Laffey* case showed market rates from compiled evidence for complex federal litigation, which is not the case in the matter here.

36. The United States Attorney's Office ("USAO") previously used the Laffey Matrix as a basis for attorney fee hourly rates in litigation claims. In 2015, however, the USAO revised its method and now bases reasonable hourly rates on the USAO Attorney's Fees Matrix, which is more appropriately based on published survey date and not the Legal Services Index. This new and

-7-

updated basis for awarding attorneys' fees under a fee-shifting statute is suitably applied in the *Stathakos* matter.

37. A copy of the USAO Attorney's Fees Matrix 2015-2017 (attached as **Exhibit 3**). The USAO Attorney Fees Matrix for 2015-2017 sets forth applicable rates. In establishing a prevailing market rate, an applicant for a fee award "may point to such evidence as ... the US Attorney's Office Matrix...*Covington v. District of Columbia*, 57 F.3d 1101, 1109 (D.C. Circuit 1995)." The attached **Rate Adjustment** schedule applies the USAO hourly rates based on attorney years of experience. There has been no adjustment to the staffing levels or ratios. The resulting USAO overall average hourly rate would be a reasonable $417.72, based on the hours billed by each timekeeper, and rates individually computed as to each timekeeper. This rate is a 28.5% reduction to the overall claimed rates.

38. I believe the rates I have applied here are the correct rates based on my familiarity with Oakland area rates. This is based on my expert experience involving class action and CLRA cases as well as my knowledge of attorney rates through communication with other audit professionals and attorneys.

39. During the more than 25 years that I have performed legal audits, I have tracked law firm rates throughout California as well as the United States. I have performed numerous audits in the Oakland area and have tracked those rates. I believe a rate adjustment using the USAO Matrix is appropriate. To determine reasonable fees, the USAO adjusted hourly rate of $417.72 will be multiplied by the remaining hours after other billing reductions.

**FEES BILLED BY ATTORNEYS NOT LICENSED OR ADMITTED IN CALIFORNIA ARE NOT RECOVERABLE**

40. A number of the attorneys at Tycko and Kopelowitz who provided services in their representation of plaintiffs are not licensed to practice law within the State of California. These include three partners (Anna C. Haac, Avi Kaufman and Jonathan Streisfeld) and two associate attorneys (Katherine Aizpuru and Kyra Taylor). Further, although Andrea Gold, Jeff Ostrow and Scott Edelsberg sought, and were granted, admission pro hac vice, not all of their services took

-8-

place after their admission. The billed hours (413.33) for these non-California attorneys are reflected in the attached **Rate Adjustment** under the column **"Disallowed"**. Attorneys who wish to perform legal services in a lawsuit venued in California must either be licensed to practice here or be admitted pro hac vice. Otherwise, they are limited to providing services as a legal assistant or law clerk and being compensated at rates accordingly.

**SERVICES PERFORMED**

41.     As previously outlined, I have had a long history with class action litigation. This matter appears a simple and straightforward matter with a modicum of facts and information. Attorneys on this matter billed approximately 16 hours to visit the Columbia outlets and approximately 86 hours on discovery. The facts are straightforward and are not complex in any way. The amount of time and fees requested by the two firms is out of line with the services required or performed.

42.     The billing hours from Columbia support this opinion. This matter included billing from June 2015 to November 2017, a span of 29-months. For some of this time period I was provided hours billed by Columbia's counsel. The resulting comparison of plaintiffs' hours and Columbia's hours is striking.

|  | Plaintiffs' Requested Hours | Columbia's Hours as of Oct. 31, 2017 |
|---|---|---|
| Total Hours | 2,452.16 | 1077.3 |
| Partner Hours | 1,297.50 | 256.6 |
| Associate Hours | 1,004.94 | 788.9 |
| Non-Attorney Hours | 149.72 | 31.8 |

///
///
///
///
///

-9-

|  | Plaintiffs' Requested Hours through Jan. 10, 2017 | Columbia's Hours through Jan. 31, 2017 |
|---|---|---|
| Total Hours | 1,264.65 | 689.8 |
| Partner Hours | 636.9 | 126.7 |
| Associate Hours | 566.45 | 542.2 |
| Non-Attorney Hours | 61.3 | 20.9 |

43.     As shown, the global hours requested by plaintiffs are 56% higher than Columbia's and those hours requested through January 10, 2017 are 45% higher than Columbia's.   These tables also underscore the top heavy and inappropriate staffing choices by plaintiffs.

44.     Plaintiffs contend in their attorney fee motion that they obtained "significant discovery from Columbia in this case" (p.6).  Based on the billing records provided by plaintiffs, I was only able to identify a little over 30 hours on all discovery responses.  By far, the majority of time billed by the two firms was for the motion for class certification and the joint summary judgment opposition and class certification reply.  Based on the documentation provided, plaintiffs do not provide an adequate or reasonable basis for their excessive fee request.

**SETTLEMENT NEGOTIATIONS**

45.     It is my understanding that in January 2017 the parties were discussing a potential settlement on an injunction only basis, and that the terms of that settlement were very similar to the terms of the settlement the parties ultimately reached.  I also understand that on January 10, 2017, plaintiffs withdrew from those settlement discussions, stating that they were no longer interested in settling on an injunction only basis because they wanted to try and certify a damages class under Federal Rule of Civil Procedure 23(b)(3).  I calculate that the attorney fees incurred between January 10, 2017 and Mid-July 2017, shortly before the mediation, as $600,511.26.  The 90% requested by plaintiffs equals $540,460.13, which is 41% of the total fee request.  If the Court determines that the attorneys fees billed between January 10, 2017 and mid-July 2017 (allowing

-10-

time for preparation for and attendance at mediation) are not compensable, then a 41% reduction to the remaining fees and costs, after all other billing issue reductions, should be applied.

## DUPLICATION OF EFFORT AND UNREASONABLE BILLING

46.     I found there to be unreasonable billing for some discrete tasks. My attached **Outline of Services** illustrates instances where multiple timekeepers attended hearings, conferences and depositions and where hours billed appear excessive. The reductions are summarized in a table at the bottom of this schedule.

47.     Examples of the duplication of effort include two attorneys attending the deposition of Goldaper and three attorneys attending mediation. Also noted were two attorneys attending calls with opposing counsel on August 4, 2016, August 8, 2016 and August 24, 2016.

48.     The issue of excessive billing based on multiple personnel attending the function was discussed in *Ramos v. LAMM*, 713 F.2d. 546 (10th Cir. Colo. 1983), the court stated, "if three attorneys are present at a hearing when one would suffice, compensation should be denied for the excess time." The court suggested that a review of the number of lawyers present at hearings, depositions, and other discovery proceedings and evaluation of roles played by the lawyers is important in determining the possibility of duplication.

49.     In *Bruno v. Western Electric*, 618 F.Supp. 398 (D. Colo. 1985), the court reduced the fees for more than one attorney attending conferences and hearings, as duplication of effort was not justifiable.

50.     In *Hart v. Bourque*, 798 F.2d. 519 (1st Cir. 1986), the court held that a prevailing party should not be compensated for fees incurred as a result of two or three lawyers attending a conference when only one lawyer was necessary.

51.     I recommend reductions for duplication of effort for the excessive timekeeper, excluding the timekeeper with the lower amount of fees or hours. My reduction for this issue is 22.1 hour\$6,429.92.[1]

---

[1] **All** reduction amounts for hours are fees are based on the USAO adjusted rates with a 10%

(Continued...)

-11-

52.     In the preparation of work product, on April 12, 2016 plaintiffs filed their opposition to defendants' motion to dismiss the Third Amended Complaint. This briefing is a basic pleading and motion opposition of 25-pages. Plaintiffs billed 48.3 hours to prepare this document. It is my opinion that a more reasonable amount of time for the preparation of this document is at most 30 hours, which results in a reduction of 16.5 hours\\$6,881.99.

53.     The following November 2016, plaintiffs billed over 180 hours to prepare a basic motion for class certification. In this 25-page document, plaintiffs provided common evidence regarding price tags. It is my opinion a more reasonable amount of time to spend on the preparation of this document is at most 30 hours. Therefore, my opinion is to reduce 135.4 hours\\$56,547.05.

54.     After the class certification, plaintiffs billed 356 hours to jointly prepare their opposition to the motion for summary judgment and the class certification reply brief. This 48-page document included a rebuttal to two arguments, (1) the 1957 AG opinion regarding furniture pricing; and (2) price to value is the only measure of damages or restitution. I believe the hours to prepare this brief should have been no more than 60 hours. Therefore, I believe a reduction of 266.2 hours\\$111,203.31 is appropriate. In addition, plaintiffs billed an additional 120 hours to prepare for the hearing and oral argument. I believe a more reasonable amount of time to prepare for the hearing on these issues is six hours of attorney time. The resulting reduction of 103.1\\$43,072.36 hours has been applied.

55.     I also found no reason or basis for the excessive hours billed on the Trial Plan (55.7 hours). Plaintiffs proposed a bench trial asking for only injunctive relief and no damages. It is my opinion this all procedural document should have taken no more than eight hours to prepare. As a result, 42.9 hours\\$17,924.90 have been reduced.

---

(...Continued)
reduction to mirror plaintiffs fee request.

-12-

56.     In my review of plaintiff's motion for attorney fees, I see that it is a basic fee motion within 25 pages outlining basic entitlement and lodestar issues.  While a total of 85.45 hours\$45,461.60 was requested for this motion, other billing issues (administrative tasks and conferencing) reduce the number to 70.6.   I believe it would be appropriate to reduce this billing by 13.2 hours (90% of 14.6 hours) as excessive, (a 21% reduction), which allows 56 hours to prepare the attorney fee motion and attendant declarations.  This percentage reduction is applied to the hours billed by Tycko and Kopelowitz.

57.     The total amount of reductions as reflected in the Outline of Services is 599.3 hours\$247,553.71 and includes plaintiffs' 10% reduction.

## HOURS BILLED IN EXCESS OF EIGHT TO 24 HOURS PER DAY

58.     Concern is drawn to the number of days Tycko timekeepers worked in excess of eight hours per day, including March 10, 2017 when Kristen Sagafi **billed 24.4 hours in one day** (see **Error** billing schedule).  It is difficult for anyone to maintain a high level of productivity when they work in excess of eight hours on a regular basis.

59.     A schedule identifying each day worked in excess of eight hours is attached to this report as **Excessive Daily Hours,** with a total of 18 entries over 10 hours per day.  I recognize that a specific purpose, such as an upcoming trial, may necessitate working more than eight hours a day.

60.     I have found that pervasive billing of more than 8 hours per day, 40 such days by the Tycko firm, over the course of litigation decreases efficiency.  In working over eight hours per day, timekeepers are not performing their best work.  There is also the clear probability that "down time" is wrapped into the block entry.  I believe the numerous days where more than eight hours were unnecessarily worked gives rise to the excessive billing discussed in this report.

## INTEROFFICE COMMUNICATIONS

61.     Attorneys at the two firms kept in regular communication with each other.  Clearly there was a great deal of collaboration between attorneys at the firms.  I include a schedule which presents instances of **Interoffice Communications**.

-13-

3048713.2  90035/00000

62. Although a certain level of communication is desirable, conferencing at the level seen in the billing records is, in my opinion, inappropriate. Jonathan Streisfeld's conferencing, which totaled over 34 hours, or almost 49% of his total of 70.5 total hours, is enormously excessive. Conferencing by other attorneys was also problematic, including almost 39% of the hours billed by Mr. Ostrow and almost 33% of the total hours billed by Mr. Zavareei. Overall, conferencing accounted for **over 19% of the total hours** requested in the attorney fee motion.

63. Courts are critical of excessive time billed for conferencing and, as the court stated in *In Re Olson*, 884 F.2d 1415 (1989) "the hourly rates charged are of such magnitude as to indicate that the attorneys should have been able to decide on the proper strategy without the great number of strategy conferences attended by numerous firm lawyers."

64. The *Olson* court took reductions for excessive conferencing time, as well as conferencing that was inadequately described, both of which are problematic in the within invoices. In my opinion, conferencing at the level of 5%, which allows one hour of conferencing for every 20 hours billed, would be more than adequate for this relatively straightforward matter. Therefore, I have taken a reduction of 317.5 hours\$132,630.27 (90% of actual). This amount allows 5% the total hours spent for conferencing and reduces 14% (out of the 19% billed) of the fees after other reductions.

**OVERHEAD**

65. I have created an **Overhead** schedule to identify tasks which should be performed by secretaries, or administrative tasks which should be absorbed in the firm overhead. These are not appropriately billable, and should not be included in a fee submission, but should be included in the cost of doing business. Regardless of whether an attorney has a small firm, or maintains a large staff, it is not reasonable to charge professional rates for overhead tasks.

66. Tasks performed included "Coordinate depo travel", "Cut and mail check to L. Compeau via FedEx", "Assemble and deliver package", and "calendar dates from hearing."

67. As the court stated in *Metro Data System, Inc. v. Durango Systems, Inc.* 597 F.Supp. 244 (D.Az. 1984), "work which can be done by a non-lawyer is not more valuable because a

-14-

3048713.2  90035/00000

lawyer does it." This same determination was found in *Keith v. Volpe*, 644 F.Supp. 1312 (C.D.Cal. 1986) where the court disallowed hours claimed by attorneys, paralegals and law clerks for overhead work. Specific examples were given.

68. These opinions were also expressed in Arbitration Advisory 2016-02 which states: "since overhead expenses are a cost of doing business, and should be reflected in the professionals' hourly rate, they should not be passed on to the client unless the client has agreed otherwise in the fee agreement." The Advisory also states: "the arbitrator should consider these lawyers' typing proficiency; whether support staff is available such tasks and whether the hourly fee agreed-upon by the client includes consideration of support staff wages." "In the vast majority of cases, it is inappropriate to seek to charge a client for such non-legal tasks."

69. I have identified 91.77 hours of overhead activity. It is my opinion these hours should be reduced.

## VAGUE BILLING

70. Some timekeepers at Kopelowitz and Tycko utilized vague billing descriptions. The specific entries that contain incomplete or unclear identification of tasks are shown within the attached **Vague Billing** schedule. This type of vague billing makes it very difficult, and at times impossible, to determine the nature of the research, or the areas of work in which services were billed. The use of clear and precise language describing the legal tasks performed is imperative when there is this type of reimbursement request where there are defense and affirmative billing entries.

71. The court in *Metro Data Systems, Inc. v. Durango Systems, Inc.* (1984) 597 F. Supp. 244 stated:

> "The party who seeks payment must keep records in sufficient detail that a neutral judge can make a fair evaluation of the time expended, the nature and need for the service and the reasonable fees to be allowed."

(*Id.* at 245, citing, *Hensley v. Eckerhart*, 461 U.S. 424.)

-15-

3048713.2  90035/00000

72. The type of vague entries presented by the attorneys herein should not be compensated without significantly more detail being provided. The courts have repeatedly been critical of such vague entries.

73. The court in *In Re Fine Paper Antitrust Litigation* (1983) 98 F.R.D. 48 cited a number of examples of impermissibly vague entries. The court stated:

> "217.75 hours charged to discovery by Barrack are also disallowed. Time entries are those reflected by simple one or two word notations and include: (a) "general discovery review"; (b) "discovery"; (c) "documents"; (d) "document review"; (e) "examine documents"; (f) "review documents."

(*Id.* at 93.)

74. Examples of this type of vague entry are "Attention to current status of and next steps in litigation", "Hearing prep" and "Depo prep". I believe plaintiffs have not carried their burden to provide sufficient documentation to determine the necessity and reasonableness of this billing. The 19.1 hours, which were vaguely documented, should not be compensated.

**ERROR BILLING**

75. There were a few instances where some billing entries appear to be duplicated in the same day. I isolated both entries and include them in the attached **Error Billing,** reducing the time billed on the second entry because they do not appear appropriate or compensable. In addition, and as previously noted, Ms. Sagafi billed over 24 hours in one day. I recommend reimbursement to Ms. Sagafi of eight hours and a reduction of 16.4 hours. The total hours reduced for all error billing are 44.45, or 40.01 at 90%.

**COSTS**

76. Plaintiffs are requesting $149,319.10 in costs between the two firms. I am concerned with certain of the cost descriptions because they do not provide enough information to warrant compensation. Examples include "other expense", "travel expense", and "Columbia materials." In addition, I do not believe that plaintiffs provided supporting documentation for any of these costs. Because the cost descriptions are vague and there were no invoices attached to the

-16-

3048713.2  90035/00000

request, it appears as though some of the costs may be duplicate, e.g. each firm is requesting reimbursement for Poret fees of $10,125 and for Crossfield Associates in the amount of $1,625.

77.     For the larger costs over $500 and the costs requiring supporting documentation, I believe a 50% reduction is appropriate pending further documentation.  The cost reduction amount is $67,720.81 leaving a reimbursement for costs of $81,598.29.  Further, if a 41% reduction for costs is applied post January 10, 2017 to settlement discussions, the reimbursement amount for costs would be $48,142.99.

**CONCLUSIONS**

78.     Based on the above analysis, the following chart reflects the reductions which are warranted based upon specific issues that are identifiable from counsel's time records.

| Summary of Opinions | | | |
|---|---|---|---|
| | | Hours | Costs |
| **Requested Amounts** | | **$2,260.45** | **$149,319.10** |
| | Multiple Personnel | -22.10 | |
| | Excessive Work Product Preparation | -577.20 | |
| | Excessive Conferencing | -317.50 | |
| | Overhead Billing | -82.59 | |
| | Vague Billing and Unsupported Costs | -17.20 | -$67,720.81 |
| | Error Billing | -40.01 | |
| | Reduction Amount | -1,056.60 | |
| | Subtotal | **1,203.85** | **$81,598.29** |
| **Fees @ $417.72** | | **$502,872.22** | |
| **41% Reduction for Post January 10, 2017 to Settlement Discussions** | | **$282,493.38** | **$48,142.99** |
| | **Total Fees and Costs:** | **$595,222.62** | |
| | **Total Fees and Costs with 41% Reduction** | **$330,636.38** | |

79.     Based on an issue specific analysis, it is my opinion that the billing submitted by plaintiffs contains unreasonable charges and in no way matches their portrayal of their participation in this matter.  Fees submitted also include inappropriate charges for excessive time and certain inappropriate hourly rates.

-17-

80.     The two firms' billing should be substantially reduced.  This reduction is based on a line by line analysis of the billing.  Payment of attorney fees for overstating of the value of this matter should not fall on the shoulders of defendant.  The requested fees are in no way seated in the reality of the value of the claims.

81.     Importantly, my analysis is related solely to the reasonableness of the fees sought on the litigation.  There may be other factors that would cause the Court to further reduce the amounts awarded, including, for example, a further reduction based on Plaintiffs' limited success.

Executed on this 22nd of December, 2017, at Glendale, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
André E. Jardini

-18-

3048713.2  90035/00000

EXHIBIT 1



# ANDRÉ E. JARDINI
# TRIAL EXPERIENCE

**October 2012**           *Mendoza v. Nordstrom*

-   trial in United States District Court
-   enforcement of day of rest statutes (Labor Code sections 551 and 552)
-   Nordstrom had employees work more than six consecutive days on more than 26,000 occasions
-   case referred by Ninth Circuit Court of Appeals to California Supreme Court to answer questions regarding interpretation of statutes

**March 2010**            *Mendoza v. ABM Industries*

-   6 week trial (Los Angeles Superior Court)
-   prosecution of whistleblower case against employer of HR Director
-   financial irregularities and labor violations were observed and reported
-   jury finds that the violations and financial issues existed and were accurately reported
-   jury finds that whistleblower's activity was not the direct cause of the termination

**August 2009**           *Allstate Insurance v. Thacher, et al.*

-   5 day trial (U.S. District Court/Los Angeles)
-   insurance coverage action against insurer who denied coverage and defense to a long-time insured for a personal injury accident at a rental property
-   jury finds that primary and excess policies are in force
-   jury finds arbitration result in underlying action was not collusive or unreasonable
-   $780,000 awarded, to firm's clients.  Judgment affirmed on appeal



**November 2008**        *Selvin & Weiner v. Bench International Search, Inc.*

-   11 week trial (Los Angeles Superior Court – Malibu)
-   defense of Bench International in a collection action by a law firm
-   law firm sought approximately $643,000 (with interest)
-   Bench International defended with suit for legal malpractice
-   jury awarded only $200,000, without interest
-   jury found legal malpractice and misrepresentations had occurred
-   case resumed with new jury due to mistrial after 4 weeks

**April 2007**        *Roy v. Edgetech, Inc.*

-   7 day trial (Los Angeles Superior Court)
-   suit to enforce two year employment contract
-   defendant paid for only two months to employee who moved from France to take the job
-   offer of $40,000; demand of $52,500
-   jury finds for plaintiff with penalties, interest and attorneys' fees, award is $225,000

**April 2006**        *Confidential Case Name*

-   $30 million class action settlement
-   case alleging wage and hour violations against an international package delivery company
-   recovery for 13,000 California employees who were allegedly unpaid for hours worked and were not provided required meal and rest breaks
-   defendant company altered its procedure at the time of the settlement to comply with California law

**August 2006**        *HJF, Inc., Sitara Management v. Equilon*

-   15 day trial (Los Angeles Superior Court)
-   suit for breach of contract and fraud against oil company by gas station owner client
-   jury verdict for firm client that administration of lease program caused harm to gas station owner
-   jury awards $225,000

**May 2005**        *Goodwin v. City of San Bernardino*

-   5 day retrial (U.S. District Court/Riverside)
-   civil rights case for unlawful entry and arrest
-   second mistrial due to lack of jury unanimity

1781865.1  90000/00007



**October 2004**          *Confidential Case Name*

- 22 day trial (Los Angeles Superior Court)
- legal malpractice case; lawyers lost summary judgment for failure to produce available evidence
- jury verdict (10-2) that firm client would have recovered for breach of contract and fraud in underlying case
- client deprived of partnership interest in 129 lot residential development
- jury awards $4.2 million

**June 2004**          *Confidential Case Name*

- legal malpractice case
- Imperfect CCP § 998 offer in catastrophic injury case causes loss of hundreds of thousands of dollars
- settled first day of trial (Los Angeles Superior Court)

**March 2003**          *Goodwin v. City of San Bernardino*

- 5 day trial (U.S. District Court/Riverside)
- civil rights case for unlawful entry and arrest
- mistrial due to lack of jury unanimity

**May 2002**          *Amezquita v. John J. Fox, M.D., Inc.*

- 14 day trial (Los Angeles Superior Court - Glendale)
- medical malpractice case
- OB/GYN implants IUD in woman who is already pregnant resulting in premature birth of child with developmental delays

**January 2002**          *Titus v. Randazzo*

- 6 day trial (Los Angeles Superior Court - Glendale)
- client, a juror on a prior case, causes automobile accident
- victim claims serious degenerative nerve problems with medical expenses of six figures
- jury finds accident did not cause claimed injuries

1781865.1  90000/00007



**November 2001**        *Valdivia v. Burlington Northern Santa Fe Corporation*

- 11 day trial (San Bernardino Superior Court - Victorville)
- wrongful death of 10 year old boy killed by train; accident is witnessed by seven year old sister
- settlement offer doubled during trial

**May 2001**        *Orlandini v . San Gabriel Valley Medical Center*

- 6 day trial (Los Angeles Superior Court - Pasadena)
- medical malpractice case
- woman awakens under general anesthesia during hysterectomy

**December  2000**        *Spaggiari v. 21st Century*

- trial (Los Angeles Superior Court - Van Nuys)
- insurance bad faith case
- insurer discontinues living expense coverage necessary for family displaced by Northridge earthquake
- settled for firm client for $525,000 on first day of trial

**October 2000**        *Gaggero v. Stacey*

- 10 day trial (Los Angeles Superior Court - Norwalk)
- firm client, a developer, sues former attorney for legal malpractice
- attorney failed to advise concerning California's anti-SLAPP
- statute before filing suit for malicious prosecution against neighborhood activists protesting Venice Beach development, resulting in award of attorneys' fees of $102,000
- jury awards $332,177 to firm client

**April 2000**        *Barraza v. Stephenson, Acquisto & Colman*

- 6 day trial (Los Angeles Superior Court - Glendale)
- suit for wrongful termination on account of pregnancy
- law firm fires employee in same telephone conversation in which it learns she is pregnant

1781865.1  90000/00007



**July 1999**                    *Briggs v. Villa Esperanza*

- 5 day trial (Los Angeles Superior Court)
- firm client, a registered nurse, seeks unpaid overtime, interest, penalties and attorney's fees
- compensation awarded by the Department of Labor
- employer appealed; trial de novo in Superior Court
- $59,000 award, plus interest, costs and attorney's fees

**February 1999**               *Erath v. UCLA, et al.*

- 8 day trial (Los Angeles Superior Court)
- scientific records loaned to UCLA by firm client are lost
- question to be decided is value of the lost documents
- UCLA offers $50,000 before trial, and argues at trial that the documents have no value
- jury awards $125,000 to firm client

**March 1998**                  *Hughes Aircraft v. Associated Aviation Underwriters, et al.*

- 12 day trial (Los Angeles Superior Court)
- representation of AAU, excess carrier in a complicated multi-issue suit for insurance coverage for environmental contamination at Hughes' facility in Fullerton
- damages of $35,000,000 claimed; $25,000,000 had been paid by primary insurers
- jury determines that only 32% of contamination is from a sudden and accidental cause; also, jury diminishes claimed damages by more than $5,000,000
- on appeal award is reduced to nothing based on verdict and offsets

**March 1998**                  *Liberty Paper v. San Paolo Bank, et al.*

- 5 day trial (Los Angeles Superior Court)
- retrial of punitive damage phase of suit for fraud in real estate transaction against Italian bank
- $150,000 offered by defendant bank before trial
- jury awards $1,700,000 to firm's client

1781865.1  90000/00007



**February 1998**    *Del Babb v. Property Tax Assistance, Inc.*

- 2 day trial (Martinez Superior Court)
- former employee sues to recover unpaid overtime compensation and unpaid bonuses in the amount of $750,000 against firm client
- case dismissed by plaintiff upon ruling of no entitlement to overtime compensation

**January 1998**    *Hugo Valdivia v. MCE Corporation, Hardy & Harper, Inc.*

- 8 day trial (Los Angeles Superior Court)
- personal injury case, involving knee injury to firefighter at station caused by a defective rolling gate
- $100,000 statutory offer by defendants to firm's client
- client had returned to work 10 months after the accident and had worked without restriction for 20 months before trial
- jury awards $1.5 million to firm's client (12-0 vote)

**November 1997**    *Associated Aviation Underwriters v. Wolfe Air, et al.*

- 12 day trial (Los Angeles Superior Court - Central Civil West)
- insurance bad faith case
- $18,000,000 sought by air carrier for damages caused by alleged failure to pay benefits by insurer due to alleged prior cancellation of insurance policy, all arising out of helicopter accident
- air carrier contended cancellation was ineffective and won summary judgment on this issue
- court finds that insurance company's coverage position is reasonable and judgment awarded for firm's client

**August 1997**    *Liberty Paper v. San Paolo Bank, et al.*

- 5 day trial (Los Angeles Superior Court)
- suit to recover damages for defendant bank's failure to complete sale of commercial office building to firm's client
- $25,000 offered by defendant bank before trial
- jury awards $2,505,000 (including punitive damages) to firm's client



| | |
|---|---|
| **June 1997** | *Hospital Learning Centers v. Century Properties, et al.* |

- 6 day trial (Los Angeles Superior Court - Van Nuys)
- suit to recover value of business property destroyed by post-earthquake demolition of office building
- no offer by defendant building owner
- jury awards $370,000 to firm client (with pre-judgment interest, costs and attorneys' fees, award exceeds $700,000)

| | |
|---|---|
| **April 1997** | *Moshfegh v. California Pizza Kitchen* |

- 7 day trial (Los Angeles Superior Court - Malibu)
- false imprisonment and discrimination case
- party of eight kept from leaving restaurant and arrested for failure to pay tip

| | |
|---|---|
| **October 1996** | *Investor's Thrift v. Old Republic Insurance Company* |

- 8 day trial (Orange County Superior Court - Harbor)
- suit to recover loan losses covered by insurance for firm's thrift client
- $200,000 offered by defendants before trial
- jury awards $437,096 (with pre-judgment interest and costs, award exceeds $600,000) to firm's client

| | |
|---|---|
| **May 1996** | *Steven Lenarth v. Stephanie Pacetti, Mount Vernon Foods* |

- 13 day trial (Los Angeles Superior Court - Burbank)
- casualty case, personal injury from rear end accident; firm represents defendants
- $4,050,000 settlement demand by plaintiff injured on LADOT DASH bus hit by minivan
- Plaintiff suffered fractured knee and torn meniscus allegedly resulting in reflex sympathetic dystrophy. Plaintiff in wheelchair, had not used leg in two years, and would not walk again
- C.C.P. §998 formal offer to compromise of $250,000 made; structured settlement with present value of $286,000 offered
- plaintiff dismissed case with prejudice on 13th day of trial for no payment and waiver of costs

1781865.1  90000/00007



| | |
|---|---|
| **January 1996** | *RGP Orthopedic Appliances v. Atlantic Mutual Insurance Company* |

- 13 day trial (San Diego Superior Court)
- insurance bad faith case
- $11,250,000 sought by company and two severely injured judgment creditors for failure to pay $2,000,000 limits of umbrella insurance policy for damages incurred in a very serious automobile accident
- insured asserted exclusion was missing key language due to a clerical error; court finds exclusion unenforceable
- award of $1,225,000 in extra-contractual damages; (defendant insurer had offered $1,400,000 in settlement)

| | |
|---|---|
| **October 1995** | *Landers v. State Farm Fire and Casualty Company* |

- 29 day trial (Los Angeles Superior Court)
- insurance bad faith case
- $150,000 sought for alleged failure to pay no-fault benefits under a New York insurance policy
- award of $50,000 to plaintiff

| | |
|---|---|
| **August 1995** | *Rosenfield v. (Confidential - two defendants)* |

- trial (Los Angeles Superior Court - Santa Monica)
- wrongful termination on the basis of sexual orientation settlement during trial; firm's client receives $575,000

| | |
|---|---|
| **July 1995** | *Nationwide Insurance Company v. Great American Insurance Company* |

- 7 day trial (Los Angeles Superior Court - Santa Monica)
- recovery sought for progressive loss arising out of soil settlement at residence in Pacific Palisades
- believed to be first jury trial after Supreme Court decision in
- Montrose Chemical Corporation v. Admiral Insurance Company regarding allocation between insurers for continuous loss
- 10-2 jury verdict for client finding defendant insurer should participate in paying loss; $125,000 awarded, including interest

1781865.1  90000/00007



**December 1994**     *Glick v. State Farm Fire and Casualty Company*

- 5 day trial (United States District Court - Los Angeles)
- insurance bad faith case
- $338,000 sought, plus consequential damages, for business personal property lost in theft and for lost income caused by business interruption
- 8-0 defense verdict for client, State Farm

**July 1994**     *Brown v. South Los Angeles Mortuary*

- 25 day trial (Los Angeles Superior Court - Central Civil West)
- mortuary malpractice case involving 17 plaintiffs who were relatives of a decedent whose remains were mishandled and exposed to insects
- more than $5 million sought for emotional distress and punitive damages
- jury verdict finding firm client only 10 percent responsible (cemetery found 90 percent responsible)
- total award against firm client $97,000 - more than $300,000 had been offered in settlement

**April 1994**     *Edison v. Labowe, Labowe & Hoffman*

- 30 day trial (Los Angeles Superior Court)
- legal malpractice case against firm client
- $2.7 million sought for law firm errors in complicated real estate transaction involving loss of 65 percent interest in a commercial property
- jury verdict for plaintiff for $430,000; reversed on appeal on statute of limitations grounds; plaintiff takes nothing

**September 1993**    *International Registered Nurses of America, Inc. v. State Farm Fire and Casualty Company*

- 1 day trial (United States District Court - Los Angeles)
- insurance bad faith case
- $1,424,000 sought, plus consequential damages, for lost business income and failure to pay claim
- judgment in favor of client, State Farm

1781865.1  90000/00007



**September 1993**        *Smith v. Battalia, Remax South Bay Realty*

- 3 day binding arbitration per real estate purchase contract
- real estate fraud
- $150,000 sought for misrepresentation in sale of real estate, failing to disclose movement from subsurface soil condition
- judgment in favor of client seller

**March 1993**        *Esters v. State Farm Mutual Automobile Insurance Company*

- 7 day trial (United States District Court - Los Angeles)
- insurance bad faith case
- $250,000 sought for five year delay in paying
- uninsured motorist claim and for unreasonably low offer
- 8-0 defense verdict for client

**September 1992**        *Block v. State Farm Mutual Automobile Insurance Company*

- 6 day trial (Los Angeles Superior Court - Beverly Hills)
- insurance bad faith case
- $100,000 sought for failure to settle uninsured motorist claim and failure to pay medical bills
- 12-0 defense verdict for firm client

**May 1992**        *Shaner v. Neil Lloyd & Co., Daniel Monnin*

- 5 day trial (Los Angeles Superior Court - Glendale)
- wrongful death of four year old child by drunk driver
- represented employer of drunk driver, good Samaritan who attempted to drive the drunk driver home and his employer
- tried on liability issues only
- motion for non-suit and directed verdict granted for all three firm clients

1781865.1  90000/00007



| | | |
|---|---|---|
| **March 1992** | | *Reid v. Ulysses M. Carbajal, M.D.* |
| | - | 8 day trial (Los Angeles Superior Court - Central Civil West) |
| | - | medical malpractice action |
| | - | unnecessary surgery for acute sinusitis |
| | - | $72,000 award for plaintiff client |

**January 1992**  *Stern v. State Farm Mutual Automobile Insurance Company*

- 3 day binding arbitration (JAMS Santa Monica)
- insurance bad faith case
- alleged mishandling of claims re collision and UM coverages
- award for client defendant on all claims

**November 1991**  *Tucker v. Westminster Memorial Park*

- trial (Orange County Superior Court)
- crematory misfeasance case
- settled for our initial offer of $120,000 during trial

**September 1991**  *Bohall v. ARCS Mortgage, Bank of New York*

- 10 day trial (Los Angeles Superior Court)
- retrial of wrongful termination case
- branch manager fired with cause
- $2 million dollar demand; $2,718 award

**May/June 1991**  *Proposition 103 Hearings*

- 4 weeks of hearings (San Francisco and Los Angeles)
- cross-examination of Department of Insurance expert witnesses on rate of return, leverage, allowable expense, executive compensation and other issues



**January 1991**          *Bohall v. ARCS Mortgage, Bank of New York*

- 10 day trial (Los Angeles Superior Court)
- wrongful termination, defamation and conversion case
- $1.5 million dollar demand; $300,000 offer
- $1.2 million dollar award, including $6,500 punitive damages, new trial motion granted

**October 1990**          *Smoke Island Interiors v. General Accident Insurance*

- trial (Los Angeles Superior Court)
- insurance bad faith case
- allegations of unreasonable claims handling and denial of claim for stolen art work; claim for $180,000 plus consequential and punitive damages
- settled for $17,500 during trial

**June 1990**          *The Austin Company v. J.H. Baxter Company*

- 5 day trial (United States District Court - Los Angeles)
- product defect case
- failure of three acre roof with a $2.5 million dollar replacement cost allegedly due to corrosion caused by fire retardant chemicals used by J.H. Baxter
- 6-0 defense verdict for our client J.H. Baxter

**May 1990**          *Blanchard v. State Farm Fire and Casualty Company*

- 10 day trial (Los Angeles Superior Court - Santa Monica)
- insurance bad faith case
- $450,000 sought for failure to provide independent counsel in defense of covered construction defect litigation
- 10-2 defense verdict for our client, upheld on appeal

**February 1990**          *Sykes, et al., v. Associated Farm Management*

- 9 day trial (United States District Court - Los Angeles)
- federal securities law case
- 100+ plaintiffs sought recovery of amounts lost in investments in nine limited partnerships in farmland - grapes, tree fruit, citrus - in California's Central Valley
- $29 million recovery requested; judgment rendered for $8.6 million

1781865.1  90000/00007



| | |
|---|---|
| **June 1989** | *Aetna Insurance Company v. Centennial Insurance Company* |

- 5 day trial (United States District Court - Los Angeles)
- insurance equitable subrogation case
- Aetna sought contribution re two-thirds of $725,000 in defense costs expended in defending underlying patent litigation
- court agreed with our position that two-sevenths was proper allocation and that attorney bills were unreasonably high; upheld on appeal

**February 1989**  *Della Ripa v. Kaiser Hospital*

- 5 day binding arbitration
- medical malpractice case
- $187,000 award for our client for defendant's failure to diagnose "panic disorder"

**November 1988**  *Transtechnology, Inc. v. Allied Signal Corporation*

- 11 day binding arbitration (3 arbitrator panel)
- environmental case
- second ever arbitration to apportion fault for groundwater pollution under California Health and Safety Code our client, Allied Signal, found responsible for 4 percent of response costs of $1.5 million dollars

**June 1988**  *Wolf v. Fisher*

- 6 day trial (Los Angeles Superior Court)
- suit for violation of rent control ordinance and intentional infliction of emotional distress
- 12-0 defense verdict for our clients, property owners

**October 1987**  *Frederick v. Ambassador Insurance*

- trial (Los Angeles Superior Court)
- insurance bad faith case
- insurer and parent company sued for failing to defend and indemnify in personal injury case
- client insurer insolvent per Vermont liquidation and dismissed; client employee pays $2,000; parent company, represented by another law firm, suffers $2 million dollar verdict

1781865.1  90000/00007



| | |
|---|---|
| **September 1987** | *Olson/Hurston v. L.B. Foster Company* |

- 8 day trial (United States District Court - Los Angeles)
- product defect case
- two pile drivers suffered multiple leg fractures when a ground release shackle failed and dropped a 900 pound sheet pile
- 6-0 defense verdict for our client, the distributor of the device

| | |
|---|---|
| **May 1986** | *Noma Corporation v. Centennial Insurance Company* |

- 7 day trial (United States District Court - Los Angeles)
- insurance bad faith case
- insured franchisor sought payment of $243,000 in legal fees for defense of covered suits by franchisees and $18,000,000 in consequential damages for failure to defend
- determined that $19,000 was only amount due

| | |
|---|---|
| **April 1986** | *Shea v. Owen, Century 21 Realty* |

- trial/stipulated judgment
- real estate fraud case
- fraudulent trade of primary residence for two unsecured greenhouses
- client plaintiff recovered $115,000 from defendants for fraudulent real estate transaction

| | |
|---|---|
| **December 1985/ January 1986** | *Stotts v. Wallace and Tiernan Division of Pennwalt Corporation* |

- 28 day trial (Los Angeles Superior Court)
- product defect case
- client manufacturer's valve cracks exposing plaintiff to chlorine gas and causing serious impairment of lung function
- award $400,000

1781865.1  90000/00007

EXHIBIT 2



GLOBAL FEES AND COSTS BILLED

| Firm | Hours Billed | Fees Billed | Costs Billed | Total Billed |
|---|---|---|---|---|
| Kopelowitz Ostrow, P.C. | 526.25 | $319,341.00 | $37,310.57 | $356,651.57 |
| Tycko & Zavareei, LLP | 1985.36 | $1,150,007.86 | $112,008.53 | $1,262,016.39 |
| **Grand Total** | **2511.61** | **$1,469,348.86** | **$149,319.10** | **$1,618,667.96** |

Note: Does not include the 10% hour reduction implemented in the Ostrow and Zavareei declarations.

INDEX OF BILLING PERSONNEL

## STATHAKOS V. COLUMBIA SPORTSWEAR COMPANY FEE REVIEW
### Re:  Kopelowitz Ostrow, P.C.
### Index of Billing Personnel

| Timekeeper | Bar Admittance Date | Rate | Hours Billed |
|---|:---:|:---:|---:|
| **Partner** | | | |
| Kaufman, Avi R. | 2010 FL | $636.00 | 153.25 |
| Ostrow, Jeff | 1997 FL | $864.00 | 66.00 |
| Streisfeld, Jonathan S. | 1997 FL | $864.00 | 70.50 |
| **(3) $743.41 Partner Total  (55.06%)** | | | **289.75** |
| **Associate** | | | |
| Edelsberg, Scott A. | 2012 FL | $440.00 | 236.00 |
| **(1) $440.00 Associate Total  (44.85%)** | | | **236.00** |
| **Other Billing Personnel** | | | |
| Becker, T. | N/A | $196.00 | 0.50 |
| **(1) $196.00 Other Billing Personnel Total  (0.10%)** | | | **0.50** |
| **(5) $606.82 All Timekeepers Total** | | | **526.25** |

| Timekeeper | Bar Admittance Date | Rate | Hours Billed |
|---|---|---|---|
| **Partner** | | | |
| Gold, Andrea R. | 2007 DC | $717.00 | 122.30 |
| Haac, Anna C. | 2008 DC | $717.00 | 76.60 |
| Sagafi, Kristen L. | 2002 CA | $717.00 | 745.80 |
| Zavareei, Hassan A. | 1996 CA; 1997 DC | $864.00 | 75.90 |
| **(4) $727.93 Partner Total  (51.41%)** | | | **1,020.60** |
| **Associate** | | | |
| Aizpuru, Katherine M. | 2014 MA; 2015 NY | $440.00 | 17.90 |
| Goren, Sophia J. | 2015 CA | $359.00 | 20.30 |
| Persinger, Annick M. | 2010 CA | $636.00 | 304.94 |
| Quinones, Martin D. | 2013 CA | $359.00 | 427.20 |
| Taylor, Kyra A. | 2016 MD | $359.00 | 39.90 |
| **(5) $465.04 Associate Total  (40.81%)** | | | **810.24** |
| **Other Billing Personnel** | | | |
| Abate, A. | N/A | $196.00 | 147.42 |
| Fletcher, N. | N/A | $196.00 | 2.50 |
| Laporte, N. | N/A | $196.00 | 4.60 |
| **(3) $196.00 Other Billing Personnel Total  (7.78%)** | | | **154.52** |
| **(12) $579.24 All Timekeepers Total** | | | **1,985.36** |

# RATE ADJUSTMENT

# Stathakos v. Columbia Sportswear Company
## Analysis and Summary of Staffing Hour Reductions and Rates
### Rate Adjustments

| Position | Bar Admittance Date | Firm | Timekeeper | Sum Of HoursBilled | 90% of Hours | Dis-allowed | USAO Rate | USAO Fees |
|---|---|---|---|---|---|---|---|---|
| Partner | 1996 CA; 1997 DC | Tycko & Zavareei, LLP | Zavareei, Hassan A. | 75.90 | 68.31 | | $ 543.00 | $ 37,092.33 |
| Partner | 1997 FL | Kopelowitz Ostrow, P.C. | Ostrow, Jeff | 47.00 | 42.30 | | $ 516.00 | $ 21,826.80 |
| | | | | 19.00 | 17.10 | -17.1 | $ 157.00 | $ 2,684.70 |
| Partner | 1997 FL | Kopelowitz Ostrow, P.C. | Streisfeld, Jonathan S. | 70.50 | 63.45 | -63.45 | $ 157.00 | $ 9,961.65 |
| Partner | 2002 CA | Tycko & Zavareei, LLP | Sagafi, Kristen L. | 745.80 | 671.22 | | $ 465.00 | $ 312,117.30 |
| Partner | 2007 DC | Tycko & Zavareei, LLP | Gold, Andrea R. | 82.20 | 73.98 | | $ 395.00 | $ 29,222.10 |
| | | | | 40.10 | 36.09 | -36.09 | $ 157.00 | $ 5,666.13 |
| Partner | 2008 DC | Tycko & Zavareei, LLP | Haac, Anna C. | 76.60 | 68.94 | -68.94 | $ 157.00 | $ 10,823.58 |
| Associate | 2010 CA | Tycko & Zavareei, LLP | Persinger, Annick M. | 304.94 | 274.45 | | $ 339.00 | $ 93,037.19 |
| Partner | 2010 FL | Kopelowitz Ostrow, P.C. | Kaufman, Avi R. | 153.25 | 137.93 | -137.93 | $ 157.00 | $ 21,654.23 |
| Associate | 2012 FL | Kopelowitz Ostrow, P.C. | Edlesberg, Scott A. | 194.00 | 174.60 | | $ 332.00 | $ 57,967.20 |
| | | | | 42.00 | 37.80 | -37.8 | $ 157.00 | $ 5,934.60 |
| Associate | 2013 CA | Tycko & Zavareei, LLP | Quinones, Martin D. | 427.20 | 384.48 | | $ 332.00 | $ 127,647.36 |
| Associate | 2014 MA; 2015 NY | Tycko & Zavareei, LLP | Aizpuru, Katherine M. | 17.90 | 16.11 | -16.11 | $ 157.00 | $ 2,529.27 |
| Associate | 2015 CA | Tycko & Zavareei, LLP | Goren, Sophia J. | 20.30 | 18.27 | | $ 322.00 | $ 5,882.94 |
| Associate | 2016 MD | Tycko & Zavareei, LLP | Taylor, Kyra A. | 39.90 | 35.91 | -35.91 | $ 157.00 | $ 5,637.87 |
| Other Billing Personnel | N/A | Tycko & Zavareei, LLP | Abate, A. | 147.42 | 132.68 | | $ 157.00 | $ 20,830.45 |
| Other Billing Personnel | N/A | Kopelowitz Ostrow, P.C. | Becker, T. | 0.50 | 0.45 | | $ 157.00 | $ 70.65 |
| Other Billing Personnel | N/A | Tycko & Zavareei, LLP | Fletcher, N. | 2.50 | 2.25 | | $ 157.00 | $ 353.25 |
| Other Billing Personnel | N/A | Tycko & Zavareei, LLP | Laporte, N. | 4.60 | 4.14 | | $ 157.00 | $ 649.98 |
| | | | **Total** | **2,511.61** | **2,260.45** | **-413.33** | | **$ 771,589.58** |
| | | | **Average Hourly Rate** | | | | | **$ 417.72** |

OUTLINE OF SERVICES PERFORMED

| Date From | Date To | Description | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|
| 6/22/2015 | | Travel and visit Columbia outlet store, speak with employees | KO | SAE | 5.50 | |
| 6/23/2015 | | Travel and visit Columbia outlet store, speak with employees | KO | JO | 3.50 | |
| 7/1/2015 | | Prepare for and attend meeting re: outlet cases [1.25 each] | KO | JO, SAE | 2.50 | -1.25 |
| 8/18/2015 | | Review Nordstrom order re: Columbia | KO | SAE | 1.75 | |
| 8/21/2015 | | Travel to outlet stores re: 3rd party retailers [3.5 each] | KO | JO, SAE | 7.00 | -3.50 |
| 9/10/2015 | 9/12/2015 | Draft complaint | KO | JMS, SAE | 5.25 | |
| 9/12/2015 | 9/16/2015 | Review emails from potential plaintiffs | KO | SAE | 8.25 | |
| 10/27/2015 | 11/11/2015 | First amended complaint | KO | SAE | 5.25 | |
| 11/23/2015 | | Legal research and memo re: catalyst theory re: Columbia | KO | SAE | 2.75 | |
| 12/30/2015 | | Conference call with Larry Compeau [1 each] | KO | JMS, JO | 2.00 | -1.00 |
| 1/11/2016 | 3/28/2016 | Emails to potential plaintiffs re: purchased and receipts | KO | SAE | 5.00 | |
| 2/16/2016 | 2/29/2016 | CMC statement and motion to file Third Amended Complaint | TZ | KLS, MDQ | 23.10 | |
| 2/17/2016 | | Telephonic meet and confer re: Federal Rule 26(f) | TZ | KLS, MDQ | 1.80 | |
| 2/18/2016 | | Research CLRA notice issues | TZ | KLS | 1.00 | |
| 2/18/2016 | | Attend 26(f) conference | TZ | KLS | 0.40 | |
| 2/22/2016 | | CMC statement | KO | JO, SAE | 1.50 | |
| 2/23/2016 | 2/29/2016 | Draft Third Amended Complaint | KO | SAE, JO | 3.50 | |
| 3/1/2016 | 3/7/2016 | Draft Third amended complaint | TZ | MAZ, MDQ | 2.70 | |
| 3/2/2016 | | Meeting with client | TZ | KLS | 1.00 | |
| 3/4/2016 | 3/21/2016 | Discovery to defendants | TZ | MDQ, KLS | 18.90 | |
| 3/7/2016 | | Prepare for and attend CMC | TZ | KLS | 6.00 | |
| 3/22/2016 | 4/3/2016 | ESI protocol and search terms; review ESI model orders and articles | TZ | KLS | 4.50 | |
| 3/23/2016 | | Telephone conference with client [.5 each] | TZ | KLS, MDQ | 1.00 | -0.50 |

| Date | | | Time- | Time- | Hours | Hours |
| From | To | Description | keeper | keeper | Billed | Reduced |
|---|---|---|---|---|---|---|
| 3/24/2016 | 3/30/2016 | Legal research and draft legal elements table | TZ | MDQ | 14.30 | |
| 3/29/2016 | | Meeting with clients | TZ | KLS | 2.00 | |
| 3/29/2016 | 4/12/2016 | Review motion to dismiss and prepare opposition | TZ | KLS, MDQ, AKG | 46.30 | -17.55 |
| 3/30/2016 | | Review motion to dismiss | KO | ARK, SAE | 2.00 | -0.76 |
| 4/8/2016 | 4/11/2016 | Index plaintiff production of materials | TZ | AEA | 7.50 | |
| 4/19/2016 | | Review reply to opposition to motion to dismiss | TZ | MDQ | 1.10 | |
| 4/20/2016 | 4/29/2016 | Response to interrogatories and request for production | TZ | MDQ, HAZ, KLS | 18.40 | |
| 4/28/2016 | 5/1/2016 | Prepare for hearing on motion to dismiss | TZ | KLS | 13.40 | |
| 5/4/2016 | 5/12/2016 | Meet and confer letter to defendant | TZ | MDQ, KLS | 31.10 | |
| 5/4/2016 | 9/12/2016 | Review defendant's discovery responses | KO | SAE, ARK | 3.75 | |
| 5/16/2016 | 5/17/2016 | Meet and confer with opposing counsel; memorializing email | TZ | KLS, MDQ | 5.00 | |
| 5/28/2016 | | Supplemental response to discovery | TZ | MDQ | 0.50 | |
| 6/2/2016 | | Meet and confer; draft joint discovery letter | TZ | KLS | 2.20 | |
| 6/12/2016 | | Class certification outline | TZ | KLS | 1.50 | |
| 6/13/2016 | 6/28/2016 | Response to defendant's discovery objections | TZ | MDQ, KLS | 17.20 | |
| 6/28/2016 | | Prepare 30(b)(6) deposition notice | TZ | MDQ, KLS | 4.50 | |
| 7/8/2016 | | Meet and confer call; email memo re: same | TZ | KLS | 2.00 | |
| 7/14/2016 | | Supplemental discovery responses | TZ | MDQ, KLS | 1.00 | |
| 7/21/2016 | | Update elements of claims chart | TZ | MDQ | 3.30 | |
| 7/21/2016 | | Meet and confer email to defendant | TZ | MDQ | 4.60 | |
| 7/25/2016 | 8/12/2016 | Third set of discovery requests | TZ | MDQ, KLS | 9.90 | |
| 8/2/2016 | | Fact research re: Columbia SMV | TZ | MDQ, AEA | 3.20 | |
| 8/4/2016 | | Prepare for and attend call with opposing counsel; follow-up [1.7; .9] | TZ | KLS, MDQ | 2.60 | -0.90 |
| 8/8/2016 | | Prepare for and attend call with opposing counsel [1.4 each] | TZ | MDQ, KLS | 2.80 | -1.40 |
| 8/9/2016 | | Analysis of Columbia 10-Q filing | TZ | AEA | 1.80 | |

| Date From | Date To | Description | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|
| 8/12/2016 | | Prepare Columbia production log | TZ | AEA | 1.00 | |
| 8/16/2016 | 8/26/2016 | Joint admin motion to continue class certification briefing schedule | TZ | MDQ, KLS | 10.30 | |
| 8/17/2016 | | Review TJ Maxx motion to dismiss | KO | JO | 1.00 | |
| 8/19/2016 | 11/8/2016 | Inventory of produced documents and SMU tallies | TZ | AEA, KLS | 4.30 | |
| 8/23/2016 | | Telephone conference with R. Drogin | TZ | KLS | 1.00 | |
| 8/24/2016 | | Prepare for and attend meet and confer with J. Ramsey [1; .8] | TZ | KLS, MDQ | 1.80 | -0.80 |
| 8/25/2016 | | Letter to defendant re: "sample" | TZ | KLS | 2.00 | |
| 8/26/2016 | | Prepare for and attend meet and confer with J. Ramsey | TZ | KLS | 1.00 | |
| 9/1/2016 | | Motion to modify briefing schedule | TZ | MDQ | 3.00 | |
| 9/7/2016 | 9/15/2016 | Emails to defendant and "legal research" re: outstanding discovery | TZ | MDQ, KLS | 7.30 | |
| 9/9/2016 | 9/24/2016 | "Document review" and "deposition preparation" | TZ | KLS | 11.10 | |
| 9/14/2016 | 9/27/2016 | Deposition outline | KO | ARK, SAE | 3.75 | |
| 9/16/2016 | | Review defendant settlement information; prepare response | TZ | KLS | 3.00 | |
| 9/16/2016 | 9/26/2017 | Joint discovery letter to Court to compel production of defendant discovery materials | TZ | MDQ, KLS | 3.90 | |
| 9/18/2016 | | Prepare for and attend Bui deposition | TZ | KLS | 8.00 | |
| 9/26/2016 | | Assemble deposition documents | TZ | AEA | 4.60 | |
| 9/28/2016 | | Attend deposition of Olson | TZ | KLS | 8.50 | |
| 9/30/2016 | 10/2/2016 | Prepare for CMC | TZ | KLS | 2.00 | |
| 10/3/2016 | | Prepare for and attend CMC | TZ | KLS | 4.00 | |
| 10/11/2016 | | Research fashion expert | TZ | KLS | 4.00 | |
| 10/14/2016 | | Review discovery correspondence | TZ | KLS | 1.00 | |
| 10/14/2016 | 11/17/2016 | Motion for class certification | KO | JMS, SAE, ARK | 66.75 | -55.67 |
| 10/15/2016 | 10/29/2016 | Prepare for deposition of plaintiffs, including le re: plaintiff bankruptcy history | TZ | KLS, MDQ | 7.90 | |
| 10/21/2016 | | Call with fashion expert; follow up research | TZ | KLS | 3.50 | |

| | Date | | | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|---|
| From | To | | Description | | | | |
| 10/24/2016 | 11/18/2016 | Motion for class certification, including communication with and review report of Goldaper, legal research chain of custody issues; motion to file under seal | | TZ | MDQ, KLS, ARG, HAZ, AEA | 113.60 | -94.74 |
| 10/25/2016 | | Read Bui deposition | | KO | SAE | 3.00 | |
| 10/25/2016 | 10/28/2016 | Assemble clothes for expert | | TZ | AEA, MDQ | 4.20 | |
| 10/28/2016 | | Call with fashion/retail expert [.7 each] | | TZ | KLS, MDQ | 1.40 | -0.70 |
| 11/1/2016 | | Deposition preparation meeting with plaintiffs | | TZ | KLS | 2.00 | |
| 11/2/2016 | | Attend deposition of plaintiff | | TZ | KLS | 7.00 | |
| 11/3/2016 | | Attend deposition of plaintiff | | TZ | KLS | 6.00 | |
| 11/7/2016 | | Legal research materiality and surveys | | KO | SAE | 1.00 | |
| 11/8/2016 | 11/17/2016 | Prepare Goldaper report | | TZ | MDQ, KLS, HAZ, AEA | 32.90 | |
| 11/10/2016 | 11/11/2016 | Review Stathakos depositions | | TZ | KLS | 2.60 | |
| 11/10/2016 | 11/14/2016 | Review Compeau report | | TZ | KLS | 8.10 | |
| 11/19/2016 | 11/21/2016 | Letter brief response to pre-motion re: MSJ | | KO | SAE, ARK, SAE | 2.50 | |
| 11/20/2016 | 11/21/2016 | Response to Columbia letter motion request for pre-filing conference for anticipated MSJ | | TZ | MDQ, KLS | 8.10 | |
| 11/29/2016 | | Research settlement structure and approval process for b(2) class settlements | | TZ | KLS | 1.50 | |
| 12/5/2016 | 12/7/2016 | Prepare for pre-filing conference | | TZ | MDQ, KLS | 14.20 | |
| 12/8/2016 | | Attend hearing pre-filing conference | | TZ | KLS | 4.00 | |
| 12/9/2016 | 1/3/2017 | Response to interrogatories and request for production #2 | | TZ | MDQ, KLS | 11.00 | |
| 12/15/2016 | | Prepare for deposition of Goldaper | | TZ | KLS | 1.20 | |
| 12/19/2016 | | Attend meeting with Goldaper in preparation for deposition | | TZ | KLS | 4.00 | |
| 12/20/2016 | | Attend deposition of Goldaper [5; 6] | | TZ | KLS, MDQ | 11.00 | -5.00 |
| 1/6/2017 | 1/10/2017 | Settlement discussion with defense counsel | | TZ | KLS | 2.20 | |
| 1/9/2017 | 1/12/2017 | Prepare for deposition of Compeau | | TZ | ARG | 10.90 | |
| 1/30/2017 | 3/13/2017 | Opposition to MSJ; opposition to exclude expert opinions of Compeau and Goldaper | | KO | ARK, SAE | 70.25 | -58.38 |

| Date | | Description | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|
| **From** | **To** | | | | | |
| 2/1/2017 | 3/15/2017 | Opposition to MSJ and reply in support of class certification brief, opposition to exclude expert reports of Compeau and Goldaper | TZ | KLS, ARG, ACH, HAZ, SJG, | 285.70 | -237.42 |
| 2/16/2017 | 2/17/2017 | Subpoena to Carol Scott | TZ | AEA | 1.50 | |
| 2/23/2017 | 2/28/2017 | Prepare for deposition of Scott | TZ | ARG, KLS | 11.40 | |
| 3/1/2017 | | Prepare for and attend deposition of C. Scott | TZ | ARG | 6.00 | |
| 3/1/2017 | 3/2/2017 | Review Scott transcript | TZ | KLS | 1.80 | |
| 4/5/2017 | | Review reply | KO | SAE | 1.00 | |
| 4/5/2017 | 4/11/2017 | Review reply to MSJ and prepare opposition to motion to strike plaintiffs' rebuttal expert reports | TZ | ARG, KLS, AMP, SJG, AEA | 62.30 | |
| 4/10/2017 | 4/25/2017 | Prepare for oral argument | TZ | KLS, AMP, AEA | 120.60 | -114.57 |
| 4/24/2017 | | Prepare for class certification hearing | KO | SAE | 3.50 | |
| 4/25/2017 | | Prepare for and attend oral argument | TZ | KLS | 6.10 | |
| 4/25/2017 | | Attend hearing on class certification | KO | SAE | 3.50 | |
| 5/18/2017 | | Research UCL unlawful reliance requirement | TZ | AMP | 2.30 | |
| 5/25/2017 | 5/26/2017 | Additional discovery to defendant | TZ | AMP, KLS | 2.60 | |
| 6/5/2017 | 6/26/2017 | Trial plan and letter brief requesting prefiling conference; joint CMC statement | TZ | AMP, KLS, AEA | 33.70 | -28.85 |
| 6/14/2017 | | Prepare for and attend meet and confer with J. Ramsay | TZ | KLS | 1.30 | |
| 6/16/2017 | 6/27/2017 | Trial plan, including legal research jury v. bench claims | KO | JMS, ARK, SAE | 22.00 | -18.83 |
| 6/19/2017 | 7/6/2017 | Plaintiff response to second set of interrogatories | TZ | AEA, AMP, KLS | 10.80 | |
| 6/27/2017 | | Letter to Judge Rogers re: request for permission to file MSJ | KO | JMS | 1.50 | |
| 6/28/2017 | | Research UCL claims | KO | SAE | 2.00 | |
| 7/5/2017 | 7/13/2017 | Research injunction issues; memo | TZ | KAT | 28.90 | |
| 7/14/2017 | | Prepare for CMC and summary judgment hearings | TZ | KLS, HAZ | 5.50 | |
| 7/17/2017 | | Attend hearing on summary judgment and CMC | TZ | KLS | 3.00 | |

| Date From | Date To | Description | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|
| 7/17/2017 | | Settlement proposal | TZ | KLS | 1.70 | |
| 7/18/2017 | | Settlement letter | TZ | KLS | 2.20 | |
| 7/18/2017 | | Settlement proposal letter | KO | JMS, SAE | 2.00 | |
| 7/18/2017 | 7/20/2017 | Research re: Apex depositions, Ted and Gert Boyle | TZ | SJG, KAT, KLS | 5.40 | |
| 7/20/2017 | 7/21/2017 | Joint letter brief re: motion to compel | TZ | SJG, AMP | 3.40 | |
| 7/25/2017 | 8/7/2017 | Mediation brief | TZ | KLS, AMP, HAZ | 20.70 | |
| 7/26/2017 | | Research equitable relief portion in motion to dismiss response | TZ | KAT | 3.20 | |
| 7/31/2017 | 8/4/2017 | Mediation statement | KO | SAE, JMS, ARK | 16.00 | |
| 8/3/2017 | | Research reliance under UCL unlawful prong | TZ | AMP | 4.20 | |
| 8/7/2017 | | Prepare case memo | TZ | KLS | 1.90 | |
| 8/9/2017 | 8/10/2017 | Settlement letter | TZ | AMP, HAZ | 2.40 | |
| 8/11/2017 | 9/11/2017 | Prepare for mediation | TZ | HAZ, AMP, KLS | 10.30 | |
| 8/13/2017 | 8/14/2017 | Term sheet | KO | JMS, JO | 3.50 | |
| 8/14/2017 | | Prepare for and attend mediation | KO | JMS | 9.25 | |
| 8/14/2017 | | Attend mediation [9.5 each] | TZ | KLS, HAZ | 19.00 | -9.50 |
| 8/16/2017 | | MSJ | KO | ARK | 1.00 | |
| 8/21/2017 | 9/23/2017 | Trial calendar | TZ | AMP | 5.60 | |
| 8/28/2017 | | Legal research Rule 68 re: fee shifting | KO | SAE | 2.00 | |
| 8/29/2017 | 9/6/2017 | Review term sheet | TZ | HAZ | 2.30 | |
| 9/22/2017 | | Stipulation and proposed order re: deadlines | TZ | AMP | 1.00 | |
| 9/22/2017 | 10/6/2017 | Notice of settlement and proposed order | KO | SAE, JO | 14.75 | |
| 9/27/2017 | 10/5/2017 | Settlement approval motion | TZ | AMP, KAT, HAZ | 34.70 | |
| 9/27/2017 | 11/20/2017 | Motion for attorney fees | KO | SAE, ARK | 11.00 | -2.28 |
| 10/12/2017 | 11/20/2017 | Motion for attorney fees | TZ | AMA, KMP | 59.60 | -12.34 |

| | Date | | Description | Time-keeper | Time-keeper | Hours Billed | Hours Reduced |
|---|---|---|---|---|---|---|---|
| From | To | | | | | | |
| | | | | | Total | 1,657.55 | -665.93 |

| Reduction Issue | 90% Hours Reduced | 90% Fees Reduced |
|---|---|---|
| Motion for Attorney Fees | -13.2 | ($5,494.18) |
| Motion for Class Certification | -135.4 | ($56,547.05) |
| Motion to Dismiss Opposition | -16.5 | ($6,881.99) |
| MSJ Opposition and Class Certif | -266.2 | ($111,203.31) |
| Multiple Personnel | -22.1 | ($6,429.92) |
| Oral Argument Preparation | -103.1 | ($43,072.36) |
| Trial Plan | -42.9 | ($17,924.90) |
| | **-599.3** | **($247,553.71)** |



HOURS BILLED IN EXCESS OF 8 PER DAY

# STATHAKOS V. COLUMBIA SPORTSWEAR COMPANY FEE REVIEW
## Re: Tycko & Zavareei, LLP
## Hours Billed in Excess of Eight Per Day

| Statement Date | Entry Date | Time-keeper | Apprx Hours | Apprx Fees |
|---|---|---|---|---|
| 11/22/2017 | 4/12/2016 | MDQ | 11.70 | $4,200.30 |
| 11/22/2017 | 4/20/2016 | MDQ | 11.20 | $4,020.80 |
| 11/22/2017 | 4/30/2016 | KLS | 14.60 | $10,468.20 |
| 11/22/2017 | 5/10/2016 | MDQ | 8.20 | $2,943.80 |
| 11/22/2017 | 6/27/2016 | MDQ | 12.10 | $4,343.90 |
| 11/22/2017 | 6/28/2016 | MDQ | 11.50 | $4,128.50 |
| 11/22/2017 | 7/21/2016 | MDQ | 9.10 | $3,266.90 |
| 11/22/2017 | 9/28/2016 | KLS | 17.50 | $12,547.50 |
| 11/22/2017 | 11/10/2016 | MDQ | 8.60 | $3,087.40 |
| 11/22/2017 | 11/11/2016 | MDQ | 11.00 | $3,949.00 |
| 11/22/2017 | 11/12/2016 | MDQ | 9.50 | $3,410.50 |
| 11/22/2017 | 11/15/2016 | MDQ | 9.70 | $3,482.30 |
| 11/22/2017 | 11/16/2016 | MDQ | 16.20 | $5,815.80 |
| 11/22/2017 | 11/17/2016 | AEA | 10.30 | $2,018.80 |
| 11/22/2017 | 11/17/2016 | KLS | 17.00 | $12,189.00 |
| 11/22/2017 | 11/17/2016 | MDQ | 12.50 | $4,487.50 |
| 11/22/2017 | 2/7/2017 | KLS | 9.20 | $6,596.40 |
| 11/22/2017 | 2/24/2017 | ACH | 10.20 | $7,313.40 |
| 11/22/2017 | 3/1/2017 | KLS | 8.20 | $5,879.40 |
| 11/22/2017 | 3/7/2017 | KLS | 8.30 | $5,951.10 |
| 11/22/2017 | 3/10/2017 | AMP | 9.40 | $5,978.40 |
| 11/22/2017 | 3/10/2017 | KLS | 24.40 | $17,494.80 |
| 11/22/2017 | 3/11/2017 | AMP | 16.60 | $10,557.60 |

| Statement Date | Entry Date | Time-keeper | Apprx Hours | Apprx Fees |
|---|---|---|---|---|
| 11/22/2017 | 3/13/2017 | AMP | 9.30 | $5,914.80 |
| 11/22/2017 | 3/15/2017 | AEA | 11.40 | $2,234.40 |
| 11/22/2017 | 4/7/2017 | AMP | 12.10 | $7,695.60 |
| 11/22/2017 | 4/10/2017 | AMP | 9.10 | $5,787.60 |
| 11/22/2017 | 4/18/2017 | KLS | 8.50 | $6,094.50 |
| 11/22/2017 | 4/19/2017 | KLS | 8.50 | $6,094.50 |
| 11/22/2017 | 4/21/2017 | AMP | 8.60 | $5,469.60 |
| 11/22/2017 | 4/21/2017 | KLS | 9.00 | $6,453.00 |
| 11/22/2017 | 4/22/2017 | AMP | 8.50 | $5,406.00 |
| 11/22/2017 | 4/25/2017 | AMP | 8.60 | $5,469.60 |
| 11/22/2017 | 4/25/2017 | KLS | 9.00 | $6,453.00 |
| 11/22/2017 | 7/13/2017 | KAT | 10.20 | $3,661.80 |
| 11/22/2017 | 8/7/2017 | AMP | 8.90 | $5,660.40 |
| 11/22/2017 | 8/14/2017 | HAZ | 9.50 | $8,208.00 |
| 11/22/2017 | 8/14/2017 | KLS | 9.50 | $6,811.50 |
| 11/22/2017 | 11/16/2017 | AMP | 8.40 | $5,342.40 |
| 11/22/2017 | 11/20/2017 | AMP | 10.20 | $6,487.20 |
| **Total** | | | **436.30** | **$243,375.20** |

INTEROFFICE COMMUNICATIONS

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| **Kopelowitz Ostrow, P.C.** | | | | | |
| 11/22/2017 | 9/10/2015 | JMS | Draft email to Scott E with list of items that need to be fixed | 0.50 | $432.00 |
| 11/22/2017 | 10/6/2015 | JO | Group telephone call regarding refining and redrafting complaints; review Scott + Scott Complaint for similar causes of action | 0.75 | $648.00 |
| 11/22/2017 | 10/6/2015 | SAE | Group telephone call regarding refining and redrafting complaints; review Scott + Scott Complaint for similar causes of action | 0.75 | $330.00 |
| 11/22/2017 | 10/7/2015 | JO | Emails with co-counsel about filing of amended complaint and whether to advise court to revise scheduling order | 0.10 | $86.40 |
| 11/22/2017 | 10/12/2015 | SAE | Draft email to practice group with case update and new case law | 0.75 | $330.00 |
| 11/22/2017 | 10/26/2015 | SAE | Draft group email with weekly outlet update | 0.50 | $220.00 |
| 11/22/2017 | 10/28/2015 | SAE | Draft group email discussing merits of proposed revisions | 0.50 | $220.00 |
| 11/22/2017 | 11/3/2015 | JO | Meeting with Scott Edelsberg to discuss | 0.25 | $216.00 |
| 11/22/2017 | 11/16/2015 | SAE | Draft group email with update and list of outstanding to-do items | 0.50 | $220.00 |
| 11/22/2017 | 11/30/2015 | SAE | Draft group email with weekly update | 0.50 | $220.00 |
| 11/22/2017 | 12/2/2015 | JO | Conference call with co-counsel about how to proceed with case | 0.50 | $432.00 |
| 11/22/2017 | 12/2/2015 | SAE | Group telephone call with all firms to discuss deadlines and outstanding issues | 0.50 | $220.00 |
| 11/22/2017 | 12/22/2015 | SAE | Draft group email with extensive case update; draft group email regarding nationwide claims | 1.00 | $440.00 |
| 11/22/2017 | 12/23/2015 | JMS | Conference call with Mr. Ostrow, Ms. Gold, and Mr. Edelsberg re: expert opinions needed for case | 0.50 | $432.00 |
| 11/22/2017 | 12/23/2015 | JO | Telephone call with Andrea, Scott E and Jonathan S to discuss expert research and potential new survey | 0.50 | $432.00 |
| 11/22/2017 | 12/23/2015 | SAE | Telephone call with Andrea, Jeff O and Jonathan S to discuss expert research and potential new survey | 0.50 | $220.00 |
| 11/22/2017 | 12/30/2015 | JMS | Conference call with Ms. Gold, Mr. Edelsberg, and Ms. Ostrow following conference call | 1.00 | $864.00 |
| 11/22/2017 | 12/30/2015 | JO | Follow up call with practice group to discuss the same | 1.00 | $864.00 |
| 11/22/2017 | 1/11/2016 | SAE | Draft weekly email update with pending and upcoming deadlines | 0.50 | $220.00 |
| 11/22/2017 | 2/8/2016 | SAE | Review group email with comprehensive case update and pending deadlines/reminders | 0.75 | $330.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 2/9/2016 | JMS | Emails with co-counsel | 0.25 | $216.00 |
| 11/22/2017 | 2/10/2016 | SAE | Meeting with Jeff O to discuss case and pending deadlines | 0.75 | $330.00 |
| 11/22/2017 | 2/11/2016 | JO | Meet with KO counsel to discuss strategy and case moving forward | 0.50 | $432.00 |
| 11/22/2017 | 2/12/2016 | JO | Email from Scott Edelsberg about upcoming scheduling conference | 0.25 | $216.00 |
| 11/22/2017 | 2/15/2016 | SAE | Draft group email with comprehensive case update and outstanding items | 0.75 | $330.00 |
| 11/22/2017 | 2/16/2016 | SAE | Telephone call with Kristen to bring her up to speed on Columbia case | 1.00 | $440.00 |
| 11/22/2017 | 2/18/2016 | ARK | Strategize regarding proposed schedule for case management conference statement and potential amendment of CLRA claim | 0.75 | $477.00 |
| 11/22/2017 | 2/19/2016 | JMS | Confer with other KO attorneys re: case strategy | 0.50 | $432.00 |
| 11/22/2017 | 2/19/2016 | SAE | Group meeting to discuss case; provide detailed update and master to do list | 0.50 | $220.00 |
| 11/22/2017 | 2/19/2016 | TMB | Class action group meeting; discuss potential issues in Columbia briefing | 0.50 | $98.00 |
| 11/22/2017 | 2/22/2016 | JO | Meeting with Scott Edelsbert to discuss changes | 0.50 | $432.00 |
| 11/22/2017 | 2/26/2016 | ARK | Strategize with co-counsel regarding same | 0.25 | $159.00 |
| 11/22/2017 | 3/1/2016 | JMS | Prepare for and conference call with ca-counsel [sic] re: strategy for expert witnesses and to discuss case status | 1.00 | $864.00 |
| 11/22/2017 | 3/1/2016 | SAE | Prepare for and conference call with co-counsel re: experts and how we intend on using them | 1.00 | $440.00 |
| 11/22/2017 | 3/8/2016 | JO | Receipt and review of update email from co-counsel | 0.10 | $86.40 |
| 11/22/2017 | 3/14/2016 | ARK | Group telephone call with case update and next steps; discuss upcoming deadlines | 0.75 | $477.00 |
| 11/22/2017 | 3/14/2016 | JO | Group telephone call with case update and next steps; discuss upcoming deadlines | 0.75 | $648.00 |
| 11/22/2017 | 3/14/2016 | SAE | Group telephone call with case update and next steps; discuss upcoming deadlines | 0.75 | $330.00 |
| 11/22/2017 | 3/18/2016 | ARK | Strategize regarding revisions to discovery requests to defendant | 0.25 | $159.00 |
| 11/22/2017 | 3/21/2016 | SAE | Draft outlet update; draft email to practice group regarding the same | 0.75 | $330.00 |
| 11/22/2017 | 3/22/2016 | ARK | Strategize regarding ESI search terms and protective order | 0.25 | $159.00 |
| 11/22/2017 | 3/22/2016 | SAE | Draft weekly outlet update; draft email to group with explanation | 0.75 | $330.00 |
| 11/22/2017 | 3/23/2016 | ARK | Strategize regarding ESI search terms and protective order | 0.25 | $159.00 |
| 11/22/2017 | 3/23/2016 | SAE | Strategize regarding ESI search terms and protective order | 0.25 | $110.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 3/29/2016 | JMS | Conference call with co-counsel re: retaining ESI expert and outlet sales expert | 0.75 | $648.00 |
| 11/22/2017 | 3/29/2016 | JO | Group telephone call regarding outlet update; discuss bringing in additional counsel; expert update | 0.50 | $432.00 |
| 11/22/2017 | 3/29/2016 | SAE | Group telephone call regarding outlet update; discuss bringing in additional counsel; expert update | 1.00 | $440.00 |
| 11/22/2017 | 3/30/2016 | SAE | Telephone call with Kristen to discuss MTD and potential arguments | 0.75 | $330.00 |
| 11/22/2017 | 3/31/2016 | SAE | Draft group email with analysis | 1.00 | $440.00 |
| 11/22/2017 | 4/5/2016 | JMS | Conference call with Mr. Ostrow, Mr. Edelsberg and co-counsel re: expert retention and other case management issues | 1.00 | $864.00 |
| 11/22/2017 | 4/5/2016 | JO | Prepare and attend conference call with outlet group regarding status of case and what needs to be done next | 1.50 | $1,296.00 |
| 11/22/2017 | 4/5/2016 | SAE | Prepare and attend conference call with outlet group regarding status of case and what needs to be done next | 1.00 | $440.00 |
| 11/22/2017 | 4/11/2016 | JO | Weekly conference with entire outlet team | 1.50 | $1,296.00 |
| 11/22/2017 | 4/12/2016 | JO | Group telephone call to discuss outstanding issues and upcoming deadlines | 1.00 | $864.00 |
| 11/22/2017 | 4/12/2016 | SAE | Group telephone call to discuss outstanding issues and upcoming deadlines | 1.00 | $440.00 |
| 11/22/2017 | 4/18/2016 | SAE | Telephone call with Kristen to discuss upcoming deadlines; status of the named plaintiffs; status of case and pending discovery | 1.00 | $440.00 |
| 11/22/2017 | 4/26/2016 | JO | Weekly conference call with co-counsel | 0.25 | $216.00 |
| 11/22/2017 | 4/26/2016 | SAE | Telephone call with group to discuss outstanding issues and upcoming deadlines | 0.75 | $330.00 |
| 11/22/2017 | 5/3/2016 | JO | Weekly conference call with co-counsel; meeting with Scott Edelsberg to discuss opinion | 1.00 | $864.00 |
| 11/22/2017 | 5/3/2016 | SAE | Draft outlet update; join telephone call regarding the same; discuss upcoming deadlines and pending motions | 1.50 | $660.00 |
| 11/22/2017 | 5/4/2016 | JMS | Confer with Mr. Edelsberg re: strategy for dealing with Columbia's discovery objections in light of order denying motion to dismiss | 0.25 | $216.00 |
| 11/22/2017 | 5/5/2016 | JO | Receipt and review email from Kristen Sagafi regarding discovery issues and how to proceed; meeting with Scott Edelsberg regarding same issues | 0.50 | $432.00 |
| 11/22/2017 | 5/10/2016 | SAE | Update outlet update and email same to practice group; telephone call with group to discuss the same and divide duties and responsibilities | 1.75 | $770.00 |
| 11/22/2017 | 5/17/2016 | ARK | Strategize regarding same | 0.10 | $63.60 |
| 11/22/2017 | 5/23/2016 | ARK | Strategize regarding same | 0.25 | $159.00 |
| 11/22/2017 | 5/24/2016 | SAE | Draft update for practice group regarding outstanding items and next steps; join group telephone call regarding the same | 0.75 | $330.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 5/31/2016 | ARK | Strategize regarding same | 0.10 | $63.60 |
| 11/22/2017 | 5/31/2016 | JO | Weekly co-counsel conference | 0.25 | $216.00 |
| 11/22/2017 | 5/31/2016 | SAE | Draft updated outlet update; telephone call with practice group to discuss the same | 0.75 | $330.00 |
| 11/22/2017 | 6/7/2016 | JMS | Conference call with Mr. Edelsberg, Mr. Ostrow, and co-counsel | 0.25 | $216.00 |
| 11/22/2017 | 6/7/2016 | JO | Weekly conference call | 0.25 | $216.00 |
| 11/22/2017 | 6/7/2016 | SAE | Draft outlet update; group conference to discuss the same | 1.00 | $440.00 |
| 11/22/2017 | 6/14/2016 | SAE | Draft outlet update and circulate to group; group telephone call to discuss the same | 1.25 | $550.00 |
| 11/22/2017 | 6/21/2016 | SAE | Draft update with to-do's, deadlines and outstanding tasks | 1.00 | $440.00 |
| 11/22/2017 | 6/23/2016 | ARK | Strategize regarding areas of inquiry for defendant's 30(b)(6) deposition | 0.50 | $318.00 |
| 11/22/2017 | 6/29/2016 | ARK | Strategize regarding same | 0.10 | $63.60 |
| 11/22/2017 | 7/5/2016 | ARK | Communications with co-counsel regarding status of litigation and strategize regarding next steps | 0.25 | $159.00 |
| 11/22/2017 | 7/5/2016 | SAE | Group telephone call to discuss outstanding items and action items; draft update with deadlines | 1.00 | $440.00 |
| 11/22/2017 | 7/14/2016 | ARK | Strategize regarding same | 0.25 | $159.00 |
| 11/22/2017 | 7/19/2016 | JO | Emails and telephone conferences with Kristen and Hassan and meeting with Edelsberg to discuss discovery | 0.25 | $216.00 |
| 11/22/2017 | 7/20/2016 | JMS | Conference call with co-counsel re: case strategy | 0.50 | $432.00 |
| 11/22/2017 | 7/20/2016 | JO | Group telephone call to discuss outlet cases; review outstanding items and discuss next steps; attendance on weekly conference call; telephone conference with Kristen; meeting with Edelsberg to discuss import of Kumar | 2.00 | $1,728.00 |
| 11/22/2017 | 7/20/2016 | SAE | Group telephone call to discuss outlet cases; review outstanding items and discuss next steps | 1.00 | $440.00 |
| 11/22/2017 | 7/28/2016 | ARK | Strategize regarding effect and use in litigation | 0.50 | $318.00 |
| 11/22/2017 | 7/28/2016 | JMS | Review email from Mr. Edelsberg enclosing product information received from Columbia and confer with Mr. Edelsberg re: same | 0.25 | $216.00 |
| 11/22/2017 | 7/28/2016 | JO | Emails with co-counsel to discuss the same | 0.25 | $216.00 |
| 11/22/2017 | 7/28/2016 | SAE | Emails with co-counsel to discuss the same | 0.25 | $110.00 |
| 11/22/2017 | 8/4/2016 | JO | Attend conference call with co-counsel with update and to-do lists | 0.75 | $648.00 |
| 11/22/2017 | 8/4/2016 | SAE | Attend conference call with co-counsel with update and to-do lists | 0.75 | $330.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 8/9/2016 | SAE | Telephone call with Kirsten [sic] regarding early settlement talks; send email to Kristen with settlement numbers from Kors | 0.25 | $110.00 |
| 11/22/2017 | 8/11/2016 | JO | Group telephone call to discuss potential early settlement; expert needs; recent decisions for class certification; discovery status | 1.00 | $864.00 |
| 11/22/2017 | 8/11/2016 | SAE | Group telephone call to discuss potential early settlement; expert needs; recent decisions for class certification; discovery status | 1.00 | $440.00 |
| 11/22/2017 | 8/15/2016 | JO | Meeting with Scott Edelsberg to discuss data; lengthy telephone conference with co-counsel | 1.00 | $864.00 |
| 11/22/2017 | 8/22/2016 | SAE | Telephone call with Kristen regarding potential settlement and need to move class certification deadline | 0.25 | $110.00 |
| 11/22/2017 | 8/24/2016 | JO | Attend weekly telephonic conference call to discuss outstanding tasks and potential settlement; discuss discovery updates; email from Kristen regarding update on case status and strategy going ahead | 1.50 | $1,296.00 |
| 11/22/2017 | 8/24/2016 | SAE | Attend weekly telephonic conference call to discuss outstanding tasks and potential settlement discuss discovery updates | 1.75 | $770.00 |
| 11/22/2017 | 8/30/2016 | JMS | Participate in conference call with co- counsel [sic] and Mr. Edelsberg | 0.50 | $432.00 |
| 11/22/2017 | 8/30/2016 | SAE | Group telephone call to discuss to-do lists and next steps | 0.50 | $220.00 |
| 11/22/2017 | 9/2/2016 | SAE | Draft group email regarding the same | 0.20 | $88.00 |
| 11/22/2017 | 9/6/2016 | ARK | Strategize regarding discovery | 0.25 | $159.00 |
| 11/22/2017 | 9/7/2016 | ARK | Strategize regarding discovery | 0.25 | $159.00 |
| 11/22/2017 | 9/9/2016 | SAE | Draft email to group with comments | 0.50 | $220.00 |
| 11/22/2017 | 9/12/2016 | ARK | Communications with co-counsel regarding status of litigation and strategize regarding next steps | 0.50 | $318.00 |
| 11/22/2017 | 9/12/2016 | JMS | Confer with Mr. Edelsberg re: initial document production from Columbia and upcoming depositions; review email from Mr. Edelsberg re: his initial review of document production | 0.25 | $216.00 |
| 11/22/2017 | 9/12/2016 | SAE | Telephone call with group to discuss outstanding issues with to do; draft email to group with review analysis | 1.00 | $440.00 |
| 11/22/2017 | 9/14/2016 | ARK | Strategize regarding experts | 0.50 | $318.00 |
| 11/22/2017 | 9/14/2016 | SAE | Discuss same with Avi | 0.50 | $220.00 |
| 11/22/2017 | 9/15/2016 | ARK | Strategizing regarding corporate representative depositions to be taken in anticipation of moving for class certification, including analysis of potential exhibits and preparing outline | 0.50 | $318.00 |
| 11/22/2017 | 9/27/2016 | ARK | Strategize regarding additional discovery in anticipation of moving for class certification | 0.50 | $318.00 |
| 11/22/2017 | 9/28/2016 | ARK | Strategize regarding additional discovery in anticipation of moving for class certification | 0.25 | $159.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 10/4/2016 | JO | Review of email from co-counsel updating on hearing yesterday | 0.25 | $216.00 |
| 11/22/2017 | 10/5/2016 | JMS | Email to co-counsel re: same | 0.25 | $216.00 |
| 11/22/2017 | 10/14/2016 | JMS | Emails with co-counsel re: outline; confer with Mr. Ostrow re: outline | 0.50 | $432.00 |
| 11/22/2017 | 10/17/2016 | ARK | Strategizing regarding class certification motion | 1.50 | $954.00 |
| 11/22/2017 | 10/19/2016 | ARK | Strategizing regarding class certification motion | 1.00 | $636.00 |
| 11/22/2017 | 10/19/2016 | JMS | Review emails from Ms. Sagafi, Mr. Edelsberg, and Mr. Quinones re: class definition; confer with Mr. Edelsberg; email to co-counsel re: proposed class definition | 0.75 | $648.00 |
| 11/22/2017 | 10/19/2016 | JO | Several emails about discovery and how to frame for class cert | 0.25 | $216.00 |
| 11/22/2017 | 10/19/2016 | SAE | Review emails from Kristen regarding class certification; strategy meeting with Jonathan S regarding class definition and survey structure; review email from Kirsten [sic] regarding need for group call | 1.00 | $440.00 |
| 11/22/2017 | 10/24/2016 | SAE | Strategize regarding facts and legal argument | 0.50 | $220.00 |
| 11/22/2017 | 10/25/2016 | ARK | Strategizing regarding class certification motion; strategizing regarding class certification motion | 1.50 | $954.00 |
| 11/22/2017 | 10/25/2016 | JMS | Emails with co-counsel re: same; emails with co-counsel re: same | 0.50 | $432.00 |
| 11/22/2017 | 10/26/2016 | SAE | Discuss deposition comments with Avi | 0.50 | $220.00 |
| 11/22/2017 | 10/28/2016 | ARK | Strategizing regarding class certification motion | 0.25 | $159.00 |
| 11/22/2017 | 10/28/2016 | SAE | Meet with Jonathan S to discuss fact section for Class Certification Motion | 2.00 | $880.00 |
| 11/22/2017 | 11/1/2016 | ARK | Strategizing regarding class certification motion | 0.50 | $318.00 |
| 11/22/2017 | 11/1/2016 | JMS | Email from Mr. Edelsberg re: issues pertaining to preparation of class certification motion; confer with Mr. Edelsberg re: class certification motion | 0.25 | $216.00 |
| 11/22/2017 | 11/1/2016 | SAE | Conversation with Kristen regarding quality of goods sold at outlet stores | 0.50 | $220.00 |
| 11/22/2017 | 11/2/2016 | ARK | Strategize regarding class certification motion | 0.75 | $477.00 |
| 11/22/2017 | 11/2/2016 | JMS | Confer with Mr. Edelsberg re: facts he is including in class cert motion | 0.25 | $216.00 |
| 11/22/2017 | 11/3/2016 | SAE | Meet with Avi to discuss Columbia's class cert motion | 1.00 | $440.00 |
| 11/22/2017 | 11/4/2016 | JO | Conference call with co-counsel | 0.25 | $216.00 |
| 11/22/2017 | 11/7/2016 | ARK | Strategizing regarding experts | 1.75 | $1,113.00 |
| 11/22/2017 | 11/7/2016 | SAE | Circulate email to group regarding the same | 0.50 | $220.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 11/14/2016 | JMS | Confer with Mr. Edelsberg re: factual background section of the motion for class certification | 0.25 | $216.00 |
| 11/22/2017 | 11/15/2016 | JMS | Confer separately with Mr. Kaufman and Mr. Edelsberg re: arguments; review emails from Mr. Kaufman, Mr. Edelsberg, and Ms. Sagafi | 1.00 | $864.00 |
| 11/22/2017 | 11/15/2016 | JO | Emails with group | 0.75 | $648.00 |
| 11/22/2017 | 11/16/2016 | SAE | Discuss same with Andrea | 0.50 | $220.00 |
| 11/22/2017 | 11/17/2016 | JMS | Confer with Mr. Edelsberg re: motion; conference call with Mr. Edelsberg and Ms. Sagafi re: motion; review emails from Mr. Edelsberg and Mr. Sagafi; email to Ms. Sagafi re: revised piece for motion for the adequate class counsel argument | 0.50 | $432.00 |
| 11/22/2017 | 11/18/2016 | JMS | Emails with Mr. Kaufman and Mr. Edelsberg re: motion for class certification; confer with Mr. Edelsberg re: revisions to motion; prepare email to Ms. Sagafi with proposed revisions to certain portions of motion | 0.50 | $432.00 |
| 11/22/2017 | 11/19/2016 | JMS | Emails with Mr. Edelsberg re: proposed motion for summary judgment that Columbia plans to file; email from Mr. Zavareei re: thoughts on potential summary judgment motion from Columbia | 0.25 | $216.00 |
| 11/22/2017 | 11/21/2016 | JMS | Confer with Mr. Edelsberg re: strategy for addressing Columbia's desire to move for summary judgment now and discovery strategy to deal with such a motion | 0.25 | $216.00 |
| 11/22/2017 | 11/29/2016 | ARK | Strategize regarding potential settlement | 0.75 | $477.00 |
| 11/22/2017 | 11/29/2016 | JMS | Emails with Mr. Edelsberg re: settlement | 0.25 | $216.00 |
| 11/22/2017 | 11/30/2016 | JMS | Email from Mr. Quinones and attached order from Burlington coat factory case; email to Mr. Edelsberg, Mr. Ostrow and Mr. Kaufman | 0.50 | $432.00 |
| 11/22/2017 | 12/1/2016 | ARK | Strategize regarding certification of injunctive relief class and potential settlement; teleconference with cocounsel regarding same | 1.50 | $954.00 |
| 11/22/2017 | 12/1/2016 | JMS | Confer with Mr. Ostrow and Mr. Edelsberg re: settlement; prepare for and conference call with co-counsel, Mr. Ostrow, Mr. Edelsberg, and Mr. Kaufman re: settlement strategy | 1.50 | $1,296.00 |
| 11/22/2017 | 12/1/2016 | JO | Prepare for and attend conference call with co-counsel regarding settlement; meeting with KO team to discuss concept of settlement | 1.50 | $1,296.00 |
| 11/22/2017 | 12/1/2016 | SAE | Group telephone call to discuss possible settlement terms | 1.00 | $440.00 |
| 11/22/2017 | 12/21/2016 | JO | Settlement call with co-counsel | 0.50 | $432.00 |
| 11/22/2017 | 12/27/2016 | JMS | Emails with Ms. Sagafi and Ms. Gold re: latest settlement negotiations with Columbia's counsel | 0.50 | $432.00 |
| 11/22/2017 | 1/4/2017 | ARK | Strategize regarding responses to defendants' second set of discovery requests; strategize regarding potential settlement; communications with cocounsel regarding same | 0.75 | $477.00 |
| 11/22/2017 | 1/4/2017 | JMS | Confer with Mr. Edelsberg re: his review draft discovery response hearing on Top Class Action information requested | 0.25 | $216.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 1/4/2017 | JO | Discuss same with Scott E. | 0.25 | $216.00 |
| 11/22/2017 | 1/4/2017 | SAE | Review emails from Kristen regarding settlement talk with defendant; draft emails regarding privilege log | 0.75 | $330.00 |
| 11/22/2017 | 1/4/2017 | SAE | Review group emails regarding notice of filing | 0.50 | $220.00 |
| 11/22/2017 | 1/6/2017 | ARK | Strategize regarding settlement; communications with co-counsel regarding same | 0.50 | $318.00 |
| 11/22/2017 | 1/6/2017 | JMS | Emails with co-counsel re: latest settlement discussions; confer with Mr. Edelsberg re: same; emails with co-counsel re: using 9th Circuit ConAgra opinion in support of class certification on ascertainability issue | 0.75 | $648.00 |
| 11/22/2017 | 1/6/2017 | SAE | Review email regarding notice of filing for new case | 0.25 | $110.00 |
| 11/22/2017 | 1/9/2017 | ARK | Strategize and communicate with co counsel regarding potential settlement; confer with Mr. Edelsberg re: anticipated issues to be addressed in response | 0.25 | $159.00 |
| 11/22/2017 | 1/9/2017 | JMS | Review emails from Ms. Sagafi, Mr. Zavareei, Mr. Ostrow, and Mr. Edelsberg re: settlement; confer with Mr. Edelsberg re: settlement strategy | 0.75 | $648.00 |
| 11/22/2017 | 1/9/2017 | JO | Emails with local counsel about service; review emails related to settlement; emails in response | 0.50 | $432.00 |
| 11/22/2017 | 1/10/2017 | ARK | Strategize and communicate with co counsel regarding potential settlement | 0.75 | $477.00 |
| 11/22/2017 | 1/10/2017 | JMS | Emails with cocounsel re: arguments for opposition to summary judgment motion | 0.25 | $216.00 |
| 11/22/2017 | 1/11/2017 | SAE | Telephone call with Jonathan to discuss current settlement talks and steps going forward; review multiple emails between practice group regarding pulling settlement offer | 0.75 | $330.00 |
| 11/22/2017 | 1/12/2017 | ARK | Strategize regarding next steps in litigation | 0.75 | $477.00 |
| 11/22/2017 | 1/23/2017 | ARK | Strategize with co counsel regarding anticipated motion for summary judgment, Daubert motions, and response to motion for class certification | 0.50 | $318.00 |
| 11/22/2017 | 1/25/2017 | ARK | Strategize and communicate with co-counsel regarding combining briefing of class certification and summary judgment | 0.50 | $318.00 |
| 11/22/2017 | 2/1/2017 | SAE | Discuss same with Avi and Jeff Ostrow | 0.50 | $220.00 |
| 11/22/2017 | 2/2/2017 | ARK | Strategize regarding response and reply | 0.25 | $159.00 |
| 11/22/2017 | 2/2/2017 | JMS | Confer with Mr. Edelsberg re: strategy for opposing motion for summary judgment | 0.50 | $432.00 |
| 11/22/2017 | 2/3/2017 | ARK | Strategize regarding response and reply | 0.50 | $318.00 |
| 11/22/2017 | 2/9/2017 | SAE | Discuss strategy with Avi for responding to Daubert challenges | 1.00 | $440.00 |
| 11/22/2017 | 2/10/2017 | SAE | Discuss same with Avi; discuss drafting meet and confer with Kristen; discuss same with Avi; email same to Kristen | 1.00 | $440.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 3/6/2017 | SAE | Discuss same with Avi | 0.50 | $220.00 |
| 11/22/2017 | 3/13/2017 | ARK | Communications with co counsel regarding same | 0.25 | $159.00 |
| 11/22/2017 | 3/14/2017 | ARK | Communications with co-counsel regarding status of litigation and strategize regarding next steps | 0.25 | $159.00 |
| 11/22/2017 | 4/6/2017 | ARK | Strategize regarding response to objections | 0.25 | $159.00 |
| 11/22/2017 | 4/20/2017 | JMS | Emails with co-counsel re: new 9th Circuit opinion in Neiman Marcus case | 0.50 | $432.00 |
| 11/22/2017 | 4/21/2017 | JMS | Emails with co-counsel re: notice of supplemental authority; emails with co-counsel re: same | 0.25 | $216.00 |
| 11/22/2017 | 4/24/2017 | ARK | Strategize regarding effect and use in litigation | 0.25 | $159.00 |
| 11/22/2017 | 4/26/2017 | JMS | Confer with Mr. Edelsberg re: important issues raised during hearing on motion for class certification | 0.25 | $216.00 |
| 11/22/2017 | 5/2/2017 | JMS | Confer with Mr. Edelsberg re: same and re: further discussion of damages issue that was focus of class certification hearing | 0.25 | $216.00 |
| 11/22/2017 | 5/3/2017 | SAE | Discuss hearing with Avi and potential for injunctive relief only class | 0.25 | $110.00 |
| 11/22/2017 | 5/9/2017 | JMS | Email to Mr. Edelsberg and Mr. Ostrow re: observations about judge's comments during hearing and whether to broach settlement again with opposing counsel | 0.10 | $86.40 |
| 11/22/2017 | 5/11/2017 | ARK | Strategize and communicate with co-counsel regarding next steps | 0.50 | $318.00 |
| 11/22/2017 | 5/11/2017 | JMS | Confer with Mr. Edelsberg and Mr. Kaufman re: next steps in light of rulings; emails with co-counsel re: order | 1.25 | $1,080.00 |
| 11/22/2017 | 5/11/2017 | SAE | Discuss same with practice group | 0.50 | $220.00 |
| 11/22/2017 | 5/15/2017 | SAE | Meet with class action practice group to discuss class certification order and next steps | 1.50 | $660.00 |
| 11/22/2017 | 5/17/2017 | ARK | Strategize and communicate with co-counsel regarding next steps | 0.25 | $159.00 |
| 11/22/2017 | 5/18/2017 | ARK | Strategize and communicate with co-counsel regarding next steps | 0.75 | $477.00 |
| 11/22/2017 | 5/18/2017 | JMS | Prepare for and conference call with co-counsel, Mr. Edelsberg, and Mr. Kaufman to discuss strategy in light of class certification order | 0.75 | $648.00 |
| 11/22/2017 | 5/18/2017 | SAE | Group telephone call to discuss next steps and drafting of notice to Judge regarding her class certification order | 1.00 | $440.00 |
| 11/22/2017 | 5/22/2017 | JMS | Review emails from Ms. Sagafi, Mr. Ostrow, Mr. Zavareei, Mr. Kaufman, and Mr. Edelsberg; confer with Mr. Ostrow and Mr. Edelsberg re: case strategy as outlined in draft notice to court | 0.25 | $216.00 |
| 11/22/2017 | 5/22/2017 | SAE | Discuss same with Avi, Jonathan and Jeff | 0.25 | $110.00 |
| 11/22/2017 | 5/30/2017 | ARK | Strategize regarding additional discovery to defendant | 0.25 | $159.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 5/30/2017 | JMS | Confer with Mr. Edelsberg re: topics to be discussed during conference call with co-counsel | 0.25 | $216.00 |
| 11/22/2017 | 6/2/2017 | JMS | Review email from Ms. Sagafi re: interrogatories served on plaintiffs; email to Mr. Edelsberg, Mr. Kaufman, and Mr. Ostrow re: interrogatories | 0.10 | $86.40 |
| 11/22/2017 | 6/6/2017 | ARK | Strategize regarding responses to discovery | 0.25 | $159.00 |
| 11/22/2017 | 6/12/2017 | JMS | Emails re: June 14, 2017 hearing | 0.25 | $216.00 |
| 11/22/2017 | 6/15/2017 | JMS | Prepare for and conference call with Ms. Sagafi, Mr. Zavareei, Mr. Ostrow, and Ms. Persinger re: trial plan, summary judgment motion, and pending discovery; emails with Ms. Persinger re: trial plan and follow up call with Ms. Persinger re: same; email to Mr. Edelsberg and Mr. Kaufman re: matters discussed with co-counsel | 0.50 | $432.00 |
| 11/22/2017 | 6/16/2017 | JMS | Email to Ms. Sagafi and Ms. Persinger re: same; email to Mr. Kaufman re: matters discussed with co-counsel | 1.25 | $1,080.00 |
| 11/22/2017 | 6/19/2017 | ARK | Strategize regarding trial plan | 1.75 | $1,113.00 |
| 11/22/2017 | 6/19/2017 | JMS | Confer with Mr. Kaufman re: trial plan; emails with Ms. Persinger and Ms. Sagafi re: trial plan and whether CLRA claim needs to be tried to jury even if only seeking injunctive relief | 0.50 | $432.00 |
| 11/22/2017 | 6/20/2017 | JMS | Confer with Mr. Kaufman re: trial plan in advance of conference call with co-counsel; emails with Ms. Sagafi re: trial plan; participate in conference call with Mr. Kaufman, Ms. Sagafi, and Ms. Persinger re: trial plan, pending discovery, summary judgment strategy, and consideration of waiver of jury trial; confer with Mr. Kaufman re: preparation of trial plan after conference call | 1.00 | $864.00 |
| 11/22/2017 | 6/21/2017 | JMS | Confer with Mr. Kaufman re: follow up on potential strategy of waiving jury trial; email to Ms. Sagafi, Mr. Persiner [sic], Mr. Kaufman, and Mr. Edelsberg | 0.50 | $432.00 |
| 11/22/2017 | 6/22/2017 | JMS | Email from Ms. Sagafi re jury trial waiver | 0.25 | $216.00 |
| 11/22/2017 | 6/23/2017 | ARK | Strategize regarding next steps in litigation | 0.57 | $362.52 |
| 11/22/2017 | 6/23/2017 | JMS | Emails with Mr. Kaufman re: same; confer with Mr. Kaufman and Mr. Edelsberg re: further revisions to and strategy for trial plan | 0.50 | $432.00 |
| 11/22/2017 | 6/26/2017 | ARK | Strategize regarding next steps in litigation | 2.25 | $1,431.00 |
| 11/22/2017 | 6/26/2017 | JMS | Review emails from Ms. Sagafi and Mr. Zavareei re: trial plan: email to Ms. Sagafi | 0.50 | $432.00 |
| 11/22/2017 | 6/27/2017 | JMS | Confer with Mr. Edelsberg and Mr. Kaufman re: trial plan; email with co-counsel re: draft letter | 0.75 | $648.00 |
| 11/22/2017 | 6/27/2017 | SAE | Draft group email regarding suggested edits | 4.00 | $1,760.00 |
| 11/22/2017 | 6/29/2017 | JMS | Emails with Ms. Sagafi and Ms, [sic] Persinger re: pending responses to defendant's discovery requests | 1.25 | $1,080.00 |
| 11/22/2017 | 6/29/2017 | JO | Meeting with KO lawyers to discuss approach to settlement | 0.25 | $216.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 7/3/2017 | JMS | Confer with Mr. Kaufman and Mr. Edelsberg re: proposed number of days of trial in trial plan | 0.25 | $216.00 |
| 11/22/2017 | 7/5/2017 | JMS | Confer with Mr. Edelsberg; email to Ms. Persinger; telephone conference with Ms. Persinger | 0.25 | $216.00 |
| 11/22/2017 | 7/6/2017 | ARK | Communications with co counsel regarding same | 0.25 | $159.00 |
| 11/22/2017 | 7/6/2017 | JMS | Confer with Mr. Edelsberg re: proposed revisions; review emails from Mr. Edelsberg and Ms. Sagafi re: same | 0.75 | $648.00 |
| 11/22/2017 | 7/12/2017 | JMS | Email to Mr. Ostrow, Mr. Edelsberg, and Mr. Kaufman re: same | 0.10 | $86.40 |
| 11/22/2017 | 7/17/2017 | ARK | Strategize regarding next steps in litigation | 0.25 | $159.00 |
| 11/22/2017 | 7/17/2017 | JMS | Review emails from Ms. Sagafi, Mr. Ostrow, Mr. Zavareei, and Mr. Edelsberg | 0.25 | $216.00 |
| 11/22/2017 | 7/17/2017 | JO | Emails with co-counsel regarding settlement discussions with opposing counsel; email with co-counsel regarding available dates for mediators; telephone conference with co-counsel Zavareei to discuss potential settlement terms | 0.25 | $216.00 |
| 11/22/2017 | 7/17/2017 | SAE | Review emails regarding potential settlement | 0.25 | $110.00 |
| 11/22/2017 | 7/18/2017 | JMS | Emails with co-counsel re: draft letter | 0.50 | $432.00 |
| 11/22/2017 | 7/18/2017 | JO | Discussion with co-counsel Kristen Sagafi regarding status of settlement talks and proposed structure in the event they go forward; discussion about other settlements in the works that we are counsel on to make sure they are all consistent | 0.50 | $432.00 |
| 11/22/2017 | 7/20/2017 | JMS | Emails re: mediation | 0.25 | $216.00 |
| 11/22/2017 | 7/20/2017 | JO | Emails with co-counsel about mediation | 0.25 | $216.00 |
| 11/22/2017 | 7/25/2017 | JMS | Confer with Mr. Edelsberg re: same | 0.50 | $432.00 |
| 11/22/2017 | 7/25/2017 | SAE | Review emails regarding deposition of CEO | 0.75 | $330.00 |
| 11/22/2017 | 7/31/2017 | SAE | Discuss same with Jeff Ostrow | 0.50 | $220.00 |
| 11/22/2017 | 8/1/2017 | ARK | Communications with co-counsel regarding same | 0.50 | $318.00 |
| 11/22/2017 | 8/1/2017 | SAE | Discuss same with Avi and Ostrow | 0.50 | $220.00 |
| 11/22/2017 | 8/2/2017 | ARK | Communications with co-counsel regarding same | 0.25 | $159.00 |
| 11/22/2017 | 8/3/2017 | ARK | Strategize with co-counsel regarding effect on pending litigation and next steps | 0.25 | $159.00 |
| 11/22/2017 | 8/4/2017 | ARK | Communications with co-counsel regarding same | 0.25 | $159.00 |
| 11/22/2017 | 8/6/2017 | ARK | Communications with co-counsel regarding same | 0.25 | $159.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 8/6/2017 | JMS | Emails with Mr. Zavareii [sic] and Mr. Edelsberg re: preparation for mediation | 0.25 | $216.00 |
| 11/22/2017 | 8/7/2017 | ARK | Strategize regarding summary judgment motions | 0.25 | $159.00 |
| 11/22/2017 | 8/10/2017 | ARK | Strategize and communications with co-counsel regarding potential settlement | 0.25 | $159.00 |
| 11/22/2017 | 8/10/2017 | JMS | Review emails from Mr. Zavareei and Mr. Edelsberg re: settlement proposal letter to be sent to opposing counsel in advance of mediation | 0.25 | $216.00 |
| 11/22/2017 | 8/11/2017 | ARK | Strategize regarding response to same | 0.10 | $63.60 |
| 11/22/2017 | 8/11/2017 | JMS | Emails with Mr. Zavareei and Mr. Edelsberg re: questions raised by Mr. Cardon concerning settlement proposal | 0.50 | $432.00 |
| 11/22/2017 | 8/11/2017 | JO | Conference with KO counsel | 0.25 | $216.00 |
| 11/22/2017 | 8/13/2017 | JMS | Emails with Mr. Ostrow re: draft term sheet | 0.50 | $432.00 |
| 11/22/2017 | 8/14/2017 | JO | Emails with and texts with co-counsel to prepare for mediation; many emails and telephone conferences with mediation group | 1.00 | $864.00 |
| 11/22/2017 | 8/16/2017 | ARK | Communications with co-counsel regarding status of litigation and strategize regarding next steps | 1.00 | $636.00 |
| 11/22/2017 | 8/22/2017 | ARK | Strategize and communications with co-counsel regarding next steps in litigation | 0.10 | $63.60 |
| 11/22/2017 | 8/22/2017 | ARK | Strategize and communications with co-counsel regarding next steps in litigation | 0.10 | $63.60 |
| 11/22/2017 | 8/24/2017 | JMS | Emails with Ms. Persinger, Mr. Edelsberg, and Mr. Zavareei re: pretrial deadlines that need attention | 0.25 | $216.00 |
| 11/22/2017 | 9/1/2017 | JMS | Email to Mr. Edelsberg re: prevailing party standard | 0.25 | $216.00 |
| 11/22/2017 | 9/20/2017 | JMS | Emails re: finalizing terms sheet with Columbia and preparing preliminary approval motion and settlement agreement | 0.25 | $216.00 |
| 11/22/2017 | 9/22/2017 | JMS | Emails re: same | 0.10 | $86.40 |
| | | | **Kopelowitz Ostrow, P.C. Total** | **152.22** | **$98,683.52** |

### Tycko & Zavareei, LLP

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 6/17/2013 | KLS | Confer with MDQ re Ps response to Ds meet and confer re Ps responses | 0.30 | $215.10 |
| 11/22/2017 | 6/17/2013 | KLS | Confer with MDQ about 30(b)(6) deposition | 0.20 | $143.40 |
| 11/22/2017 | 10/26/2015 | ARG | Email re Columbia Outlet case with co counsel | 0.20 | $143.40 |
| 11/22/2017 | 1/5/2016 | ARG | Email from co counsel re same | 0.20 | $143.40 |
| 11/22/2017 | 1/14/2016 | ARG | Call with Edelsberg and email with team re legal standard | 0.60 | $430.20 |
| 11/22/2017 | 2/16/2016 | KLS | Confer with counsel re same | 0.10 | $71.70 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 2/17/2016 | KLS | Confer with co-counsel re factual allegations in complaint | 0.50 | $358.50 |
| 11/22/2017 | 2/17/2016 | MDQ | Emails to J. Kaliel and Scott Edelsberg re: motion for relief from Local Rule 23-3 | 0.05 | $17.95 |
| 11/22/2017 | 2/18/2016 | ARG | Email with co counsel re amendments to Complaint re relief sought | 0.30 | $215.10 |
| 11/22/2017 | 2/18/2016 | KLS | Confer with counsel re CLRA notices issues | 0.50 | $358.50 |
| 11/22/2017 | 2/18/2016 | KLS | Follow up with M Quinones | 0.40 | $286.80 |
| 11/22/2017 | 2/18/2016 | KLS | Confer with co-counsel re schedule | 0.20 | $143.40 |
| 11/22/2017 | 2/19/2016 | KLS | Confer with J Kaliel and H. Zavareei re plaintiff intakes | 0.40 | $286.80 |
| 11/22/2017 | 2/27/2016 | HAZ | Emails to K. Sagafi re: same | 0.30 | $259.20 |
| 11/22/2017 | 2/29/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 3/1/2016 | ARG | Call with co counsel re strategy | 0.50 | $358.50 |
| 11/22/2017 | 3/1/2016 | HAZ | Call with co-counsel | 0.50 | $432.00 |
| 11/22/2017 | 3/1/2016 | KLS | Team call re: status and next steps and follow up | 1.60 | $1,147.20 |
| 11/22/2017 | 3/7/2016 | KLS | Report outcomes and impressions to co-counsel group | 0.50 | $358.50 |
| 11/22/2017 | 3/7/2016 | MDQ | Conference with K. Sagafi and A. Abate re: delegation of work for initial discovery requests and next steps on anticipated forthcoming motion to dismiss | 0.30 | $107.70 |
| 11/22/2017 | 3/7/2016 | MDQ | Emails and conference with K. Sagafi and A. Abate re: same | 0.60 | $215.40 |
| 11/22/2017 | 3/14/2016 | KLS | Team call re: case status; related follow up | 1.20 | $860.40 |
| 11/22/2017 | 3/14/2016 | KLS | Confer with M. Quinones re: plaintiffs' discovery requests | 0.30 | $215.10 |
| 11/22/2017 | 3/15/2016 | MDQ | Emails and meetings with K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 3/16/2016 | KLS | Confer with M. Quinones re: proposed edits | 0.40 | $286.80 |
| 11/22/2017 | 3/16/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 3/16/2016 | MDQ | Emails and meeting with K. Sagafi re: same, emails to J. Kaliel and H. Zavareei re: same | 0.50 | $179.50 |
| 11/22/2017 | 3/17/2016 | KLS | Confer with co-counsel, staff re: documents search and preservation reminder | 0.30 | $215.10 |
| 11/22/2017 | 3/17/2016 | KLS | Confer with co-counsel re: master table with elements of all claims; confer with M. Quinones re: same | 0.50 | $358.50 |
| 11/22/2017 | 3/17/2016 | MDQ | Draft emails to J. Kaliel, H. Zavareei, K. Sagafi, S. Edelsberg, W. Kreger re: same | 0.60 | $215.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 3/21/2016 | MDQ | Emails to K. Sagafi and A. Abate re: same | 0.30 | $107.70 |
| 11/22/2017 | 3/21/2016 | MDQ | Emails to K. Sagafi re: same, service of same | 0.30 | $107.70 |
| 11/22/2017 | 3/22/2016 | HAZ | Call with Sagafi re ESI issues | 0.40 | $345.60 |
| 11/22/2017 | 3/22/2016 | KLS | Confer with M. Quinones re: elements chart | 0.40 | $286.80 |
| 11/22/2017 | 3/22/2016 | KLS | Related follow up with H. Zavareei | 0.30 | $215.10 |
| 11/22/2017 | 3/23/2016 | KLS | Related follow up to the co-counsel team | 1.90 | $1,362.30 |
| 11/22/2017 | 3/23/2016 | KLS | Confer with M. Quinones re: same | 0.50 | $358.50 |
| 11/22/2017 | 3/24/2016 | KLS | Related follow up with M. Quinones and H. Zavareei | 0.50 | $358.50 |
| 11/22/2017 | 3/24/2016 | MDQ | Meeting with K. Sagafi re: same | 0.90 | $323.10 |
| 11/22/2017 | 3/28/2016 | MDQ | Summary emails to H. Zavareei, K. Sagafi, J. Kaliel re: same | 1.10 | $394.90 |
| 11/22/2017 | 3/29/2016 | KLS | Follow up with M. Quinones | 0.40 | $286.80 |
| 11/22/2017 | 3/29/2016 | KLS | Check in with M. Quinones re: content and format of elements table | 0.40 | $286.80 |
| 11/22/2017 | 3/29/2016 | KLS | Confer with M. Quinones re: experts | 0.40 | $286.80 |
| 11/22/2017 | 3/29/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 3/29/2016 | MDQ | Attend all-attorney conference call regarding potential expert witnesses, potential engagement of discovery counsel, general discovery progress in Outlet cases | 1.20 | $430.80 |
| 11/22/2017 | 3/30/2016 | KLS | Call with Scott Edelsberg re: same | 0.50 | $358.50 |
| 11/22/2017 | 3/30/2016 | KLS | Provide feedback to M. Quinones re: same | 0.20 | $143.40 |
| 11/22/2017 | 3/30/2016 | MDQ | Meeting with K. Sagafi re: defendant's motion to dismiss complaint, internal deadlines for same, outline for completion of same | 0.50 | $179.50 |
| 11/22/2017 | 3/31/2016 | MDQ | Meeting with K. Sagafi re: response to same | 0.50 | $179.50 |
| 11/22/2017 | 4/4/2016 | KLS | Confer with M. Quinones re: same | 0.80 | $573.60 |
| 11/22/2017 | 4/5/2016 | ARG | Team call re next steps | 0.20 | $143.40 |
| 11/22/2017 | 4/5/2016 | MDQ | Weekly telephone conference with all attorneys re: outlet false reference pricing cases | 1.40 | $502.60 |
| 11/22/2017 | 4/5/2016 | MDQ | Emails to attorney group re: same, emails and meeting with K. Sagafi re: same | 1.40 | $502.60 |
| 11/22/2017 | 4/6/2016 | KLS | Call with H. Zavareei re: case management; confer with team re: possible management strategies | 0.80 | $573.60 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 4/6/2016 | KLS | Strategize with counsel about MTD opposition | 0.50 | $358.50 |
| 11/22/2017 | 4/7/2016 | HAZ | Confer with K. Sagafi and M. Quinones regarding case strategy and management | 1.00 | $864.00 |
| 11/22/2017 | 4/7/2016 | KLS | Confer with M Quinones re: same | 0.50 | $358.50 |
| 11/22/2017 | 4/7/2016 | KLS | Confer with H. Zavareei and M. Quinones re: case management | 1.00 | $717.00 |
| 11/22/2017 | 4/8/2016 | KLS | Email H. Zavareei re: case management; confer with M. Quinones re: same | 0.80 | $573.60 |
| 11/22/2017 | 4/8/2016 | KLS | Follow up with team re: same | 0.20 | $143.40 |
| 11/22/2017 | 4/8/2016 | KLS | Review comments from team; confer with team re: feedback; confer with M. Quinones re: gameplan [sic] for revisions | 1.00 | $717.00 |
| 11/22/2017 | 4/11/2016 | KLS | Confer with A. Abate re: same | 0.10 | $71.70 |
| 11/22/2017 | 4/11/2016 | KLS | Confer with M. Quinones re: revisions and logistics for filing | 0.50 | $358.50 |
| 11/22/2017 | 4/12/2016 | KLS | Confer with M. Quinones re: same | 0.50 | $358.50 |
| 11/22/2017 | 4/18/2016 | MDQ | Emails to H. Zavareei, K. Sagafi, J. Kaliel and co-counsel re: Gabrielle Goldaper, availability as expert witness, decisions moving forward re: retaining her | 0.60 | $215.40 |
| 11/22/2017 | 4/19/2016 | KLS | Confer with MDQ re: substantive discovery responses | 0.40 | $286.80 |
| 11/22/2017 | 4/20/2016 | HAZ | Emails to K. Sagafi re: same | 0.70 | $604.80 |
| 11/22/2017 | 4/20/2016 | MDQ | Emails to K. Sagafi re: same | 0.70 | $251.30 |
| 11/22/2017 | 4/20/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 4/20/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 4/21/2016 | KLS | Confer with MDQ re: plaintiffs' discovery responses | 0.10 | $71.70 |
| 11/22/2017 | 4/22/2016 | KLS | Confer with MDQ re: plaintiffs' discovery responses | 0.30 | $215.10 |
| 11/22/2017 | 4/25/2016 | KLS | Meeting with MDQ re: plaintiffs' discovery responses | 0.20 | $143.40 |
| 11/22/2017 | 4/26/2016 | ARG | Team call re next steps | 0.30 | $215.10 |
| 11/22/2017 | 4/26/2016 | KLS | Confer with MDQ re: same | 0.50 | $358.50 |
| 11/22/2017 | 4/27/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 4/28/2016 | KLS | Confer with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 4/28/2016 | KLS | Confer with M. Quinones re: same | 0.30 | $215.10 |
| 11/22/2017 | 4/29/2016 | KLS | Discuss discovery requests with MDQ | 0.50 | $358.50 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 4/29/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 4/29/2016 | MDQ | Follow-up meeting with K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 4/29/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 5/2/2016 | KLS | Confer with team re: next steps in discovery | 0.20 | $143.40 |
| 11/22/2017 | 5/4/2016 | KLS | Confer with MDQ re: plaintiffs' response; confer with S. Edelsberg re: discovery issues | 0.60 | $430.20 |
| 11/22/2017 | 5/4/2016 | MDQ | Meeting with K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 5/5/2016 | MDQ | Emails and meeting with K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 5/6/2016 | KLS | Discuss with MDQ | 0.40 | $286.80 |
| 11/22/2017 | 5/11/2016 | MDQ | Emails and meeting with K. Sagafi re: same | 1.00 | $359.00 |
| 11/22/2017 | 5/12/2016 | MDQ | Emails to K. Sagafi and attorney team re: same | 1.00 | $359.00 |
| 11/22/2017 | 5/16/2016 | KLS | Follow up with co-counsel team | 0.50 | $358.50 |
| 11/22/2017 | 5/16/2016 | KLS | Confer with MDQ re: same | 0.50 | $358.50 |
| 11/22/2017 | 5/17/2016 | KLS | Confer with MDQ re: new RFPs | 0.10 | $71.70 |
| 11/22/2017 | 5/23/2016 | KLS | Confer with MDQ re: supplementing discovery and new RFPs | 0.50 | $358.50 |
| 11/22/2017 | 5/23/2016 | KLS | Confer with co-counsel and team re: meet and confer | 0.30 | $215.10 |
| 11/22/2017 | 5/24/2016 | KLS | Confer with MDQ re: supplemental disco response and new RFPs | 0.40 | $286.80 |
| 11/22/2017 | 5/26/2016 | ARG | Email with K. Sagafi re expert work | 0.30 | $215.10 |
| 11/22/2017 | 5/28/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 5/31/2016 | KLS | Confer with co-counsel re: discovery issues | 0.05 | $35.85 |
| 11/22/2017 | 5/31/2016 | MDQ | Review emails from K. Sagafi re: draft protective order, emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 6/2/2016 | KLS | Confer with team re: same | 0.50 | $358.50 |
| 11/22/2017 | 6/2/2016 | MDQ | Telephone call with K. Sagafi re: discovery meet and confer with opposing counsel, content of discovery dispute joint submission to court | 0.10 | $35.90 |
| 11/22/2017 | 6/2/2016 | MDQ | Emails to K. Sagafi re: same | 0.20 | $71.80 |
| 11/22/2017 | 6/3/2016 | KLS | Confer with MDQ re same | 0.40 | $286.80 |
| 11/22/2017 | 6/6/2016 | KLS | Confer with MDQ re further investigation on proposed protective order | 0.20 | $143.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 6/9/2016 | KLS | Discuss discovery issues with MDQ | 0.20 | $143.40 |
| 11/22/2017 | 6/13/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 6/20/2016 | KLS | Confer with MDQ re depo notice and meet and confer letter | 0.30 | $215.10 |
| 11/22/2017 | 6/20/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 6/22/2016 | KLS | Confer with MDQ re same | 0.30 | $215.10 |
| 11/22/2017 | 6/27/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 6/27/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 6/27/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 6/27/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 6/27/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 6/28/2016 | KLS | Confer with co-counsel re same | 0.50 | $358.50 |
| 11/22/2017 | 6/28/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 6/28/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 6/28/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 6/28/2016 | MDQ | Meeting with K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 6/30/2016 | KLS | Related conference with MDQ | 0.20 | $143.40 |
| 11/22/2017 | 7/6/2016 | KLS | Confer with MDQ re status of discovery and next steps for meet and confer | 0.40 | $286.80 |
| 11/22/2017 | 7/8/2016 | KLS | Follow up with MDQ | 0.30 | $215.10 |
| 11/22/2017 | 7/11/2016 | KLS | Confer with MDQ re same | 0.10 | $71.70 |
| 11/22/2017 | 7/12/2016 | KLS | Confer with MDQ re next steps | 0.40 | $286.80 |
| 11/22/2017 | 7/12/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 7/13/2016 | KLS | Confer with MDQ and co-counsel re: next steps | 0.20 | $143.40 |
| 11/22/2017 | 7/14/2016 | KLS | Confer with MDQ re same | 0.80 | $573.60 |
| 11/22/2017 | 7/14/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 7/15/2016 | KLS | Confer with MDQ re: discovery status and next steps | 0.40 | $286.80 |
| 11/22/2017 | 7/18/2016 | KLS | Follow up with MDQ re: Stathakos discovery responses | 0.30 | $215.10 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 7/19/2016 | KLS | Confer with Jeff Ostrow re: settlement | 0.50 | $358.50 |
| 11/22/2017 | 7/21/2016 | KLS | Call with MDQ re: pricing; confer re: evidence and discovery issues | 1.70 | $1,218.90 |
| 11/22/2017 | 7/21/2016 | MDQ | Emails and telephone calls to K. Sagafi re: same | 1.00 | $359.00 |
| 11/22/2017 | 7/25/2016 | MDQ | Emails to KLS re: same | 0.50 | $179.50 |
| 11/22/2017 | 7/26/2016 | KLS | Review analysis from MDQ; confer with MDQ re: additional discovery needs | 1.60 | $1,147.20 |
| 11/22/2017 | 7/27/2016 | MDQ | Emails to KLS re: same | 0.50 | $179.50 |
| 11/22/2017 | 7/27/2016 | MDQ | Emails and meeting with KLS re: same | 0.90 | $323.10 |
| 11/22/2017 | 7/28/2016 | KLS | Confer with AA about discovery analysis | 0.30 | $215.10 |
| 11/22/2017 | 8/1/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 8/1/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 8/2/2016 | MDQ | Emails to A. Abate and meeting with same re: fact investigation of online sale of SMU builds | 0.20 | $71.80 |
| 11/22/2017 | 8/4/2016 | KLS | Meeting with MDQ re: discovery status and next steps | 0.50 | $358.50 |
| 11/22/2017 | 8/8/2016 | KLS | Settlement strategy call with Scott Edelsberg | 0.50 | $358.50 |
| 11/22/2017 | 8/8/2016 | KLS | Related prep and follow up with MDQ | 0.40 | $286.80 |
| 11/22/2017 | 8/9/2016 | HAZ | Confer with K. Sagafi regarding case strategy and settlement | 1.50 | $1,296.00 |
| 11/22/2017 | 8/9/2016 | KLS | Confer with S. Edelsberg re: settlement | 0.20 | $143.40 |
| 11/22/2017 | 8/9/2016 | KLS | Confer with HAZ re: status and settlement strategy | 1.50 | $1,075.50 |
| 11/22/2017 | 8/11/2016 | KLS | Confer with MDQ re: same | 0.20 | $143.40 |
| 11/22/2017 | 8/12/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 8/12/2016 | KLS | Confer with team re: motion to extend schedule | 0.20 | $143.40 |
| 11/22/2017 | 8/12/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 8/12/2016 | MDQ | Emails and telephone calls with K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 8/12/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 8/16/2016 | KLS | Confer with team re: same; related follow up conversations with co-counsel | 0.40 | $286.80 |
| 11/22/2017 | 8/16/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 8/16/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 8/17/2016 | KLS | Emails with MDQ re: next steps on outstanding discovery | 0.20 | $143.40 |
| 11/22/2017 | 8/17/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 8/18/2016 | KLS | Confer with MDQ re: discovery/settlement next steps | 0.10 | $71.70 |
| 11/22/2017 | 8/19/2016 | ARG | Emails with KLS re calls with experts | 0.20 | $143.40 |
| 11/22/2017 | 8/19/2016 | KLS | Confer with team re: analysis of SMU build list | 0.20 | $143.40 |
| 11/22/2017 | 8/19/2016 | KLS | Follow up with MDQ re: joint motion to extend schedule | 0.10 | $71.70 |
| 11/22/2017 | 8/23/2016 | KLS | Confer with team re: motion to extend class cert schedule | 1.00 | $717.00 |
| 11/22/2017 | 8/23/2016 | KLS | Confer with S. Edelsberg re: settlement demand letter | 0.10 | $71.70 |
| 11/22/2017 | 8/25/2016 | KLS | Confer with MDQ re: admin motion to extend class cert schedule | 0.10 | $71.70 |
| 11/22/2017 | 8/25/2016 | KLS | Confer with ARG re: sampling issues | 0.40 | $286.80 |
| 11/22/2017 | 8/25/2016 | MDQ | Emails with A. Abate and K. Sagafi re: scheduling and locating 30(b)(6) depositions | 0.10 | $35.90 |
| 11/22/2017 | 8/25/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 8/26/2016 | ARG | Confer with KLS re letter to Ramsey re sampling | 0.30 | $215.10 |
| 11/22/2017 | 8/26/2016 | KLS | Confer with A Gold and MDQ re: same | 0.80 | $573.60 |
| 11/22/2017 | 8/26/2016 | MDQ | Emails to K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 8/26/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 8/29/2016 | KLS | Confer with A Gold re: consumer expert work | 0.30 | $215.10 |
| 11/22/2017 | 8/30/2016 | ARG | Email with KLS re Columbia Response re extension and review same | 0.30 | $215.10 |
| 11/22/2017 | 8/31/2016 | HAZ | Call with Sagafi regarding case strategy | 0.50 | $432.00 |
| 11/22/2017 | 8/31/2016 | KLS | Confer with MDQ re: discovery issues | 0.30 | $215.10 |
| 11/22/2017 | 8/31/2016 | MDQ | Meeting with K. Sagafi re: to-do list for litigation discovery, plans for communications with opposing counsel re: same | 0.50 | $179.50 |
| 11/22/2017 | 9/1/2016 | KLS | Confer with MDQ re: ESI and other discovery issues | 0.40 | $286.80 |
| 11/22/2017 | 9/1/2016 | KLS | Confer with team re: same | 0.10 | $71.70 |
| 11/22/2017 | 9/1/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 9/1/2016 | MDQ | Emails with A. Abate, K. Sagafi re: scheduling and location of depositions for Sept. 27 and 28 | 0.30 | $107.70 |
| 11/22/2017 | 9/2/2016 | KLS | Confer with MDQ re: discovery meet and confer | 0.30 | $215.10 |
| 11/22/2017 | 9/2/2016 | MDQ | Emails with K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 9/8/2016 | KLS | Confer with MDQ re: 30(b)(6) depositions | 0.80 | $573.60 |
| 11/22/2017 | 9/9/2016 | KLS | Confer with MDQ and team re: discovery issues (doc hosting; depo logistics; sampling issues: meet and confer correspondence) | 1.50 | $1,075.50 |
| 11/22/2017 | 9/9/2016 | KLS | Confer with team re: same | 0.50 | $358.50 |
| 11/22/2017 | 9/9/2016 | MDQ | Emails with K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 9/12/2016 | KLS | Confer with team re: discovery status and meet and confer | 1.20 | $860.40 |
| 11/22/2017 | 9/12/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 9/13/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 9/13/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 9/13/2016 | MDQ | Emails to K. Sagafi re: same | 0.40 | $143.60 |
| 11/22/2017 | 9/15/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 9/16/2016 | KLS | Confer via email with MDQ re: motion to compel | 0.50 | $358.50 |
| 11/22/2017 | 9/16/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 9/17/2016 | MDQ | Emails to and from K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 9/20/2016 | KLS | Confer with MDQ re: discovery issues | 0.60 | $430.20 |
| 11/22/2017 | 9/21/2016 | ARG | Confer with KLS re discovery issues and expert issues | 1.10 | $788.70 |
| 11/22/2017 | 9/21/2016 | KLS | Confer with AG re: expert work | 0.20 | $143.40 |
| 11/22/2017 | 9/24/2016 | KLS | Confer with MDQ re: same | 0.30 | $215.10 |
| 11/22/2017 | 9/26/2016 | HAZ | Call with Sagafi regarding case strategy | 0.60 | $518.40 |
| 11/22/2017 | 9/26/2016 | KLS | Confer with HAZ re: depos, class cert and staffing | 0.60 | $430.20 |
| 11/22/2017 | 9/26/2016 | KLS | Confer with MDQ re: CMC statement | 0.30 | $215.10 |
| 11/22/2017 | 9/28/2016 | ARG | Email KLS re same | 0.40 | $286.80 |
| 11/22/2017 | 9/28/2016 | KLS | Debrief with MDQ with team | 1.00 | $717.00 |
| 11/22/2017 | 9/30/2016 | ARG | Confer with KLS and team re sample issues and expert work | 1.00 | $717.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 9/30/2016 | KLS | Confer with team re: random sample for sales data | 0.30 | $215.10 |
| 11/22/2017 | 9/30/2016 | KLS | Confer with Andrea Gold re: expert work | 0.60 | $430.20 |
| 11/22/2017 | 10/3/2016 | KLS | Follow up with team | 1.00 | $717.00 |
| 11/22/2017 | 10/4/2016 | ARG | Confer with KLS re expert work | 0.90 | $645.30 |
| 11/22/2017 | 10/4/2016 | KLS | Confer with MDQ re: costing expert | 0.80 | $573.60 |
| 11/22/2017 | 10/6/2016 | ARG | Calls and emails with KLS and experts re: consumer survey work | 1.30 | $932.10 |
| 11/22/2017 | 10/6/2016 | KLS | Confer with MDQ re: costing expert work | 0.70 | $501.90 |
| 11/22/2017 | 10/12/2016 | KLS | Follow up with MDQ re: same | 0.30 | $215.10 |
| 11/22/2017 | 10/14/2016 | HAZ | Call with Sagafi regarding class certification strategy | 0.80 | $691.20 |
| 11/22/2017 | 10/14/2016 | KLS | Consult with HAZ re: class cert strategy; call with ARG re: class cert experts | 1.60 | $1,147.20 |
| 11/22/2017 | 10/14/2016 | KLS | Confer with MDQ re: class rep depositions | 0.80 | $573.60 |
| 11/22/2017 | 10/17/2016 | ARG | Review team emails re discovery costing data | 0.30 | $215.10 |
| 11/22/2017 | 10/17/2016 | KLS | Confer with MDQ re: expert work | 0.60 | $430.20 |
| 11/22/2017 | 10/19/2016 | KLS | Confer with MDQ re: class cert strategy and brief | 0.80 | $573.60 |
| 11/22/2017 | 10/19/2016 | KLS | Confer with counsel team re: class definition | 0.60 | $430.20 |
| 11/22/2017 | 10/19/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 10/24/2016 | KLS | Team meeting re: fashion expert analysis | 0.20 | $143.40 |
| 11/22/2017 | 10/24/2016 | MDQ | Meeting with K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 10/26/2016 | ARG | Confer with HAZ and KLS re class certification and case strategy | 1.00 | $717.00 |
| 11/22/2017 | 10/26/2016 | HAZ | Call with Sagafi and Gold regarding expert work and class certification strategy | 1.00 | $864.00 |
| 11/22/2017 | 10/26/2016 | KLS | Emails with MDQ and AA re: items for expert analysis | 0.10 | $71.70 |
| 11/22/2017 | 10/26/2016 | KLS | Confer with HAZ and AG re: expert work and class strategy | 1.00 | $717.00 |
| 11/22/2017 | 10/27/2016 | HAZ | T/C with Sagafi re strategy | 0.70 | $604.80 |
| 11/22/2017 | 10/27/2016 | KLS | Confer with MDQ and AA re: depo prep | 0.20 | $143.40 |
| 11/22/2017 | 10/27/2016 | MDQ | Email exchange with K. Sagafi and A. Abate re: delivery of garments to G. Goldaper | 0.20 | $71.80 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 10/27/2016 | MDQ | Emails to K. Sagafi reporting results of same | 0.60 | $215.40 |
| 11/22/2017 | 10/27/2016 | MDQ | Email exchange with A. Gold re: defendants' costing data for use in support of expert opinions for plaintiffs' motion for class certification | 0.40 | $143.60 |
| 11/22/2017 | 10/28/2016 | KLS | Related follow up and strategy meetings with HAZ and MDQ | 2.10 | $1,505.70 |
| 11/22/2017 | 10/28/2016 | MDQ | Email exchange with K. Sagafi re: same; email exchange with K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 10/28/2016 | MDQ | Email exchange with K. Sagafi re: G. Goldaper report and potential additional designs for her review | 1.00 | $359.00 |
| 11/22/2017 | 10/29/2016 | ARG | Calls and emails with KLS and MDQ re expert work | 0.90 | $645.30 |
| 11/22/2017 | 10/29/2016 | KLS | Calls and emails with team re: expert work for class cert | 0.90 | $645.30 |
| 11/22/2017 | 10/29/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 10/29/2016 | MDQ | Email exchange with K. Sagafi re: same | 0.70 | $251.30 |
| 11/22/2017 | 10/31/2016 | ARG | Including email with HAZ and KLS re same | 0.50 | $358.50 |
| 11/22/2017 | 10/31/2016 | HAZ | Call with Sagafi and Quinones re experts | 1.10 | $950.40 |
| 11/22/2017 | 10/31/2016 | KLS | Confer with HAZ and MDQ re: expert work for class cert | 1.10 | $788.70 |
| 11/22/2017 | 10/31/2016 | MDQ | Email exchange with H. Zavareei, K. Sagafi, A. Gold re: report of Gabriele Goldaper in support of plaintiffs' motion for class certification | 0.30 | $107.70 |
| 11/22/2017 | 10/31/2016 | MDQ | Email exchange and meeting with K. Sagafi re: J. Stathakos deposition scheduling | 1.00 | $359.00 |
| 11/22/2017 | 10/31/2016 | MDQ | Email exchange with K. Sagafi re: same | 0.10 | $35.90 |
| 11/22/2017 | 11/3/2016 | MDQ | Email exchange with S. Edelsberg re: discovery materials related to fact section of plaintiffs' motion for class certification | 0.50 | $179.50 |
| 11/22/2017 | 11/4/2016 | KLS | Confer with MDQ and AG re: class cert strategy; expert reports, and legal standards | 1.30 | $932.10 |
| 11/22/2017 | 11/4/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/5/2016 | KLS | Confer with MDQ re: same | 0.20 | $143.40 |
| 11/22/2017 | 11/5/2016 | KLS | Calls and emails with MDQ re: class cert motion | 0.80 | $573.60 |
| 11/22/2017 | 11/7/2016 | MDQ | Teleconference with K. Sagafi and A. Gold re: strategy for expert work to be submitted in support of class certification, management of expert work product | 1.30 | $466.70 |
| 11/22/2017 | 11/7/2016 | MDQ | Emails to S. Edelsberg re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/8/2016 | MDQ | Email exchange with K. Sagafi re: potential stipulations with defendant Columbia re: issues raised in motion for class certification | 0.30 | $107.70 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 11/8/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/8/2016 | MDQ | Telephone call with A. Gold re: documents in support of report of Larry Compeau in support of motion for class certification, email exchange with A. Gold re: same | 1.00 | $359.00 |
| 11/22/2017 | 11/9/2016 | KLS | Check in with KO re: motions to seal | 0.20 | $143.40 |
| 11/22/2017 | 11/9/2016 | KLS | Check in with KO re: adequacy support | 0.20 | $143.40 |
| 11/22/2017 | 11/9/2016 | MDQ | Email with K. Sagafi re: Gabriele Goldaper report in support of motion for class certification | 3.00 | $1,077.00 |
| 11/22/2017 | 11/10/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/11/2016 | KLS | Confer with team re: same | 0.80 | $573.60 |
| 11/22/2017 | 11/11/2016 | MDQ | Emails to K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/12/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 11/12/2016 | KLS | Confer with MDQ re: same | 0.50 | $358.50 |
| 11/22/2017 | 11/12/2016 | MDQ | Emails to K. Sagafi incorporating edits of same | 1.00 | $359.00 |
| 11/22/2017 | 11/12/2016 | MDQ | Emails to K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 11/13/2016 | MDQ | Emails to K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 11/14/2016 | ARG | Emails KLS, HAZ and MDQ re same | 0.50 | $358.50 |
| 11/22/2017 | 11/14/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 11/14/2016 | KLS | With MDQ re: same | 0.30 | $215.10 |
| 11/22/2017 | 11/14/2016 | KLS | Confer with MDQ re: Goldaper report | 0.80 | $573.60 |
| 11/22/2017 | 11/14/2016 | MDQ | Meeting with K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/14/2016 | MDQ | Email exchange with H. Zavareei, K. Sagafi, re: materiality section of motion for class certification, suggested edits re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/14/2016 | MDQ | Emails to K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 11/15/2016 | KLS | Emails re: errata to Stathakos depos | 0.30 | $215.10 |
| 11/22/2017 | 11/15/2016 | KLS | Confer with team re: same | 0.70 | $501.90 |
| 11/22/2017 | 11/15/2016 | MDQ | Emails to K. Sagafi re: same | 0.20 | $71.80 |
| 11/22/2017 | 11/15/2016 | MDQ | Emails to K. Sagafi re: same | 1.00 | $359.00 |
| 11/22/2017 | 11/16/2016 | HAZ | Call with Sagafi re expert reports | 0.60 | $518.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 11/16/2016 | KLS | Confer with team re: same | 0.50 | $358.50 |
| 11/22/2017 | 11/16/2016 | KLS | Confer with team re: same | 0.60 | $430.20 |
| 11/22/2017 | 11/16/2016 | MDQ | Emails to K. Sagafi re: same | 0.20 | $71.80 |
| 11/22/2017 | 11/16/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/17/2016 | AEA | Quick meeting with MDQ and KLS re: strategy for class cert brief | 0.30 | $58.80 |
| 11/22/2017 | 11/17/2016 | MDQ | Emails to A. Abate re: same | 0.70 | $251.30 |
| 11/22/2017 | 11/17/2016 | MDQ | Emails and meeting with K. Sagafi re: same | 0.70 | $251.30 |
| 11/22/2017 | 11/18/2016 | MDQ | Emails to A. Abate and K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 11/18/2016 | MDQ | Emails and meeting with K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/18/2016 | MDQ | Emails to S. Edelsberg and K. Sagafi re: same | 0.50 | $179.50 |
| 11/22/2017 | 11/20/2016 | MDQ | Emails to K. Sagafi re: same | 0.80 | $287.20 |
| 11/22/2017 | 11/21/2016 | KLS | Confer with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 11/22/2016 | HAZ | Call with Sagafi regarding strategy and settlement | 1.10 | $950.40 |
| 11/22/2017 | 11/22/2016 | MDQ | Emails to K. Sagafi and A. Abate re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/23/2016 | MDQ | Emails to K. Sagafi and A. Gold re: same | 0.10 | $35.90 |
| 11/22/2017 | 11/28/2016 | KLS | Settlement emails/calls/conference with team | 1.80 | $1,290.60 |
| 11/22/2017 | 11/28/2016 | KLS | Confer with team re: expert depo schedule | 0.60 | $430.20 |
| 11/22/2017 | 11/28/2016 | KLS | Emails with team re: summary judgment issues | 0.20 | $143.40 |
| 11/22/2017 | 11/28/2016 | MDQ | Emails to K. Sagafi and A. Abate re: scheduling pre-filing conference on defendant's anticipated motion for summary judgment | 0.10 | $35.90 |
| 11/22/2017 | 11/28/2016 | MDQ | Emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 11/29/2016 | ARG | Email with team re expert depos | 0.20 | $143.40 |
| 11/22/2017 | 11/29/2016 | KLS | Confer with team re: settlement strategy | 0.80 | $573.60 |
| 11/22/2017 | 11/29/2016 | KLS | Confer with team re: expert depo schedule | 0.20 | $143.40 |
| 11/22/2017 | 11/29/2016 | KLS | Confer with team re: same | 0.60 | $430.20 |
| 11/22/2017 | 11/30/2016 | MDQ | Email exchange with K. Sagafi re: scheduling deposition dates for G. Goldaper in light of pre-filing conference date | 0.20 | $71.80 |
| 11/22/2017 | 11/30/2016 | MDQ | Emails to co-counsel team re: Burlington Coat Factory settlement denial | 0.60 | $215.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 12/1/2016 | ARG | Call with team re settlement negotiations | 1.00 | $717.00 |
| 11/22/2017 | 12/1/2016 | KLS | Team call re: settlement, follow up with HAZ | 1.30 | $932.10 |
| 11/22/2017 | 12/1/2016 | MDQ | Email exchange with K. Sagafi re: scheduling and logistics for deposition of G. Goldaper | 0.10 | $35.90 |
| 11/22/2017 | 12/5/2016 | ARG | Email and call with KLS re deposition of Compeau and settlement negotiations | 0.60 | $430.20 |
| 11/22/2017 | 12/5/2016 | KLS | Confer with ARG re: settlement issues | 2.00 | $1,434.00 |
| 11/22/2017 | 12/6/2016 | MDQ | Emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 12/7/2016 | ARG | Email KLS re same | 0.10 | $71.70 |
| 11/22/2017 | 12/7/2016 | HAZ | Call with Sagafi re discovery and settlement | 0.80 | $691.20 |
| 11/22/2017 | 12/7/2016 | MDQ | Meeting with K. Sagafi re: pre-filing conference in advance of defendant's anticipated motion for summary judgment, emails to K. Sagafi memorializing same | 0.50 | $179.50 |
| 11/22/2017 | 12/8/2016 | MDQ | Emails to K. Sagafi re: Chowning briefing schedule and concurrence of summary judgment briefing with class certification briefing | 0.60 | $215.40 |
| 11/22/2017 | 12/9/2016 | HAZ | Call with Sagafi re settlement | 0.70 | $604.80 |
| 11/22/2017 | 12/9/2016 | KLS | Update team re: settlement status; confer with HAZ re: status and next steps | 0.80 | $573.60 |
| 11/22/2017 | 12/10/2016 | ARG | Email with KLS re Compeau depo | 0.30 | $215.10 |
| 11/22/2017 | 12/12/2016 | HAZ | Call with Sagafi re settlement | 0.20 | $172.80 |
| 11/22/2017 | 12/12/2016 | KLS | Confer with MDQ re: same | 0.40 | $286.80 |
| 11/22/2017 | 12/12/2016 | KLS | Call with HAZ re: status and next steps | 0.20 | $143.40 |
| 11/22/2017 | 12/13/2016 | KLS | Confer with team re: expert depos | 0.30 | $215.10 |
| 11/22/2017 | 12/13/2016 | KLS | Emails with S. Edelsberg re: settlement | 0.20 | $143.40 |
| 11/22/2017 | 12/14/2016 | KLS | Confer with MDQ about production rules | 0.30 | $215.10 |
| 11/22/2017 | 12/15/2016 | KLS | Emails with S. Edelsberg re; settlement strategy | 0.40 | $286.80 |
| 11/22/2017 | 12/15/2016 | KLS | Confer with MDQ re: production line | 0.40 | $286.80 |
| 11/22/2017 | 12/16/2016 | ARG | Confer with team re settlement talks | 0.30 | $215.10 |
| 11/22/2017 | 12/16/2016 | ARG | Confer with Sagafi and Zavareei re producing expert documents in response to subpoenas | 0.40 | $286.80 |
| 11/22/2017 | 12/16/2016 | HAZ | Call with Sagafi re settlement | 1.10 | $950.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 12/16/2016 | KLS | Confer with team re: doc production and garments; confer with MDQ and HAZ | 1.20 | $860.40 |
| 11/22/2017 | 12/16/2016 | KLS | Discuss settlement strategy with HAZ, MDQ, AG and team | 1.20 | $860.40 |
| 11/22/2017 | 12/20/2016 | ARG | Email Sagafi and Quinones re same | 0.40 | $286.80 |
| 11/22/2017 | 12/21/2016 | ARG | Team call re settlement negotiations | 0.60 | $430.20 |
| 11/22/2017 | 12/21/2016 | ARG | Email same to Sagafi and Quinones | 0.50 | $358.50 |
| 11/22/2017 | 12/21/2016 | HAZ | Call with team re settlement | 0.60 | $518.40 |
| 11/22/2017 | 12/21/2016 | KLS | Call re: settlement and related follow up | 0.60 | $430.20 |
| 11/22/2017 | 12/21/2016 | MDQ | Attend conference call re: settlement terms and strategy with K. Sagafi, H. Zavareei, and co-counsel | 0.60 | $215.40 |
| 11/22/2017 | 12/22/2016 | ARG | Confer with MDQ and KLS re objections to Compeau subpoena | 0.20 | $143.40 |
| 11/22/2017 | 12/27/2016 | KLS | Confer with MDQ re; discovery responses | 0.40 | $286.80 |
| 11/22/2017 | 12/27/2016 | KLS | Settlement emails with team | 0.20 | $143.40 |
| 11/22/2017 | 12/27/2016 | MDQ | Follow-up emails to K. Sagafi re: same | 0.30 | $107.70 |
| 11/22/2017 | 12/27/2016 | MDQ | Meeting with K. Sagafi re: plaintiffs' responses to Columbia's send set of requests for production and interrogatories, request for extension of response time to same | 0.20 | $71.80 |
| 11/22/2017 | 12/27/2016 | MDQ | Emails to K. Sagafi and Columbia team re: same | 0.60 | $215.40 |
| 11/22/2017 | 12/28/2016 | ARG | Email team re comments re same | 0.30 | $215.10 |
| 11/22/2017 | 12/28/2016 | ARG | Confer re responses to second discovery responses; email Sagafi re same | 0.30 | $215.10 |
| 11/22/2017 | 12/28/2016 | ARG | Email Sagafi re same | 0.10 | $71.70 |
| 11/22/2017 | 1/3/2017 | ARG | Email with Sagafi and Zavareei re article; call and email with team re discovery responses on TCA | 0.60 | $430.20 |
| 11/22/2017 | 1/3/2017 | HAZ | Call with Sagafi re discovery update; meeting re privilege issues | 1.30 | $1,123.20 |
| 11/22/2017 | 1/3/2017 | KLS | Confer with HAZ and team re: document production issues; review draft disco responses | 1.30 | $932.10 |
| 11/22/2017 | 1/3/2017 | KLS | Emails with team re: expert depos | 0.20 | $143.40 |
| 11/22/2017 | 1/3/2017 | MDQ | Teleconference with A. Gold, J. Kaliel, K. Sagafi and H. Zavareei re: edits to/strategy for responses to Defendants' second sets of requests for production and interrogatories | 1.30 | $466.70 |
| 11/22/2017 | 1/3/2017 | MDQ | Emails to co-counsel and rest of TZ team re: same | 0.50 | $179.50 |
| 11/22/2017 | 1/4/2017 | ARG | Email with team re settlement negotiations | 0.30 | $215.10 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 1/4/2017 | HAZ | T/C with Sagafi re discovery issues; emails regarding discovery and settlement | 1.60 | $1,382.40 |
| 11/22/2017 | 1/4/2017 | KLS | Multiple emails and conferences with team re: settlement issues | 2.00 | $1,434.00 |
| 11/22/2017 | 1/4/2017 | KLS | Confer with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 1/4/2017 | KLS | Confer with team re: expert depos and production | 2.50 | $1,792.50 |
| 11/22/2017 | 1/4/2017 | MDQ | Emails to co-counsel re: responses to defendants' second set of requests for production and second set of interrogatories, emails to K. Sagafi re: same | 0.60 | $215.40 |
| 11/22/2017 | 1/5/2017 | MDQ | Final edits to deposition production and telephone calls to K. Sagafi and A. Gold re: same | 0.60 | $215.40 |
| 11/22/2017 | 1/6/2017 | HAZ | T/C with Sagafi regarding discovery and settlement issues | 0.60 | $518.40 |
| 11/22/2017 | 1/6/2017 | KLS | Settlement discussions with co-counsel | 1.00 | $717.00 |
| 11/22/2017 | 1/6/2017 | MDQ | Emails to K. Sagafi re: signed responses to defendants' second set of interrogatories | 0.40 | $143.60 |
| 11/22/2017 | 1/6/2017 | MDQ | Emails to K. Sagafi and H. Zavareei re: same, email to co-counsel team re: same | 0.30 | $107.70 |
| 11/22/2017 | 1/8/2017 | KLS | Confer with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 1/9/2017 | ARG | Call with KLS RE expert reports | 0.50 | $358.50 |
| 11/22/2017 | 1/9/2017 | ARG | Call with MDQ and KLS re Compeau depo | 0.30 | $215.10 |
| 11/22/2017 | 1/9/2017 | KLS | Call with ARG re: expert rebuttal reports | 0.50 | $358.50 |
| 11/22/2017 | 1/9/2017 | KLS | Related follow up with counsel | 0.50 | $358.50 |
| 11/22/2017 | 1/9/2017 | KLS | Call with ACH re: CC/SJ briefing outline, division of labor, and case resources | 0.40 | $286.80 |
| 11/22/2017 | 1/9/2017 | KLS | Emails with team re: status and division of labor for brief and supporting documents | 0.60 | $430.20 |
| 11/22/2017 | 1/9/2017 | KLS | Call with HAZ re: Carol Scott report and rebuttal | 0.50 | $358.50 |
| 11/22/2017 | 1/10/2017 | ARG | Confer with MDQ re document production in connection with subpoena; email KLS re deposition preparation | 0.80 | $573.60 |
| 11/22/2017 | 1/10/2017 | KLS | Confer with team re: settlement | 0.40 | $286.80 |
| 11/22/2017 | 1/11/2017 | AEA | Email to MDQ re: Compeau docs | 0.10 | $19.60 |
| 11/22/2017 | 1/11/2017 | ARG | Conferences with KLS and MDQ re document production issues | 1.20 | $860.40 |
| 11/22/2017 | 1/11/2017 | KLS | Confer with counsel re: expert depositions/opinions; production docs for Compeau | 0.90 | $645.30 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 1/12/2017 | KLS | Confer with MDQ re: same | 0.10 | $71.70 |
| 11/22/2017 | 1/17/2017 | ARG | Draft and send email summary to HAZ and KLS re Compeau depo and conference with HAZ re same; emails with KLS and HAZ re same | 1.30 | $932.10 |
| 11/22/2017 | 1/17/2017 | HAZ | Conference with Gold re Compeau deposition; emails with Sagafi and Gold re same | 1.30 | $1,123.20 |
| 11/22/2017 | 1/17/2017 | KLS | Review update from ARG re: Compeau deposition; emails re: same | 0.40 | $286.80 |
| 11/22/2017 | 1/19/2017 | ACH | Call re: class cert and SJ reply | 0.50 | $358.50 |
| 11/22/2017 | 1/19/2017 | ARG | Email with KLS and MDQ re Columbia Reply work | 0.30 | $215.10 |
| 11/22/2017 | 1/19/2017 | KLS | Confer with team re: staffing; strategic planning for class cert an SJ briefing | 1.60 | $1,147.20 |
| 11/22/2017 | 1/25/2017 | ARG | Email with Sagafi re depo transcript | 0.10 | $71.70 |
| 11/22/2017 | 1/25/2017 | KLS | Confer with HAZ re: case strategy | 0.30 | $215.10 |
| 11/22/2017 | 1/26/2017 | KLS | Confer with counsel re: Columbia's request for a single brief and new page limits | 0.50 | $358.50 |
| 11/22/2017 | 1/30/2017 | ARG | Email with Sagafi and Abate re Compeau deposition | 0.30 | $215.10 |
| 11/22/2017 | 2/1/2017 | KLS | Confer with team re: opposition/reply strategy/arguments/division of labor | 0.80 | $573.60 |
| 11/22/2017 | 2/2/2017 | KLS | Confer with HAZ and team re: factual/adequacy issues related to Wayne Kreger | 0.80 | $573.60 |
| 11/22/2017 | 2/2/2017 | KLS | Emails and calls with ARG and HAZ re: rebuttal experts | 1.30 | $932.10 |
| 11/22/2017 | 2/3/2017 | ARG | Calls with Sagafi re Compeau Daubert | 0.50 | $358.50 |
| 11/22/2017 | 2/3/2017 | ARG | Email with Sagafi re expert issues | 0.10 | $71.70 |
| 11/22/2017 | 2/3/2017 | KLS | Confer with ARG re: same | 0.40 | $286.80 |
| 11/22/2017 | 2/6/2017 | ACH | Internal correspondence re: filings and responses | 0.50 | $358.50 |
| 11/22/2017 | 2/6/2017 | KLS | Confer with Ostrow and HAZ re: adequacy arguments | 0.90 | $645.30 |
| 11/22/2017 | 2/6/2017 | KLS | Confer with team re: responsive arguments and rebuttal report | 1.90 | $1,362.30 |
| 11/22/2017 | 2/7/2017 | ACH | Internal correspondence re: same | 1.20 | $860.40 |
| 11/22/2017 | 2/7/2017 | AEA | Emails with ARG re: finding unredacted Compeau report from class cert brief | 0.20 | $39.20 |
| 11/22/2017 | 2/7/2017 | KLS | Confer with Anna Haac re: SJ/CC brief | 0.80 | $573.60 |
| 11/22/2017 | 2/9/2017 | ACH | Internal correspondence re: same | 0.80 | $573.60 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 2/9/2017 | AEA | Emails with ACH re: draft opp to MTD and class cert drafts | 0.10 | $19.60 |
| 11/22/2017 | 2/9/2017 | ARG | Call with Sagafi re experts update | 0.40 | $286.80 |
| 11/22/2017 | 2/9/2017 | HAZ | Call with Sagafi re same | 0.60 | $518.40 |
| 11/22/2017 | 2/10/2017 | ARG | Email with Sagafi and Abate re store locations issues | 0.30 | $215.10 |
| 11/22/2017 | 2/10/2017 | KLS | Confer with Scott Edelsberg and Anna Haac re: briefing outline, strategy, and division of labor, revise task list and circulate to team | 0.50 | $358.50 |
| 11/22/2017 | 2/10/2017 | KLS | Confer with Scott Edelsberg re: adequacy arguments | 0.20 | $143.40 |
| 11/22/2017 | 2/10/2017 | KLS | Confer with AA re: research for Hal Poret; review results | 0.20 | $143.40 |
| 11/22/2017 | 2/13/2017 | ARG | Meet with Haac to discuss Opp to Class Certification | 0.30 | $215.10 |
| 11/22/2017 | 2/16/2017 | ARG | Email and call with Sagafi re Scott depo and expert reports; email Abate re Scott subpoena | 0.40 | $286.80 |
| 11/22/2017 | 2/17/2017 | ACH | Internal correspondence re: same | 0.50 | $358.50 |
| 11/22/2017 | 2/17/2017 | ARG | Meet with Haac re class certification and SJ briefing; email with Abate re same | 0.40 | $286.80 |
| 11/22/2017 | 2/17/2017 | KLS | Emails with GG and team re: same | 0.40 | $286.80 |
| 11/22/2017 | 2/17/2017 | KLS | Confer with ACH and HAZ re: same | 1.00 | $717.00 |
| 11/22/2017 | 2/17/2017 | KLS | Confer with team and defense counsel re: expert deposition issues | 0.50 | $358.50 |
| 11/22/2017 | 2/18/2017 | ARG | Search for and email Haac re Compeau rebuttal testimony | 1.10 | $788.70 |
| 11/22/2017 | 2/20/2017 | ARG | Email with Sagafi re same | 0.30 | $215.10 |
| 11/22/2017 | 2/21/2017 | ARG | Confer with Abate re Scott depo | 0.30 | $215.10 |
| 11/22/2017 | 2/21/2017 | ARG | Email Sagafi re same | 0.30 | $215.10 |
| 11/22/2017 | 2/21/2017 | SJG | Call with A. Gold re research for opposition to Daubert motion | 0.50 | $179.50 |
| 11/22/2017 | 2/22/2017 | ARG | Discuss Reply ISO Class Certification with Haac | 0.50 | $358.50 |
| 11/22/2017 | 2/22/2017 | KLS | Follow up with team re: status | 0.60 | $430.20 |
| 11/22/2017 | 2/22/2017 | SJG | Call with A. Haac re CLRA research | 0.20 | $71.80 |
| 11/22/2017 | 2/27/2017 | AMP | Office conference with KLS regarding case status | 0.50 | $318.00 |
| 11/22/2017 | 2/27/2017 | ARG | Call with Sagafi re expert work | 0.40 | $286.80 |
| 11/22/2017 | 2/27/2017 | KLS | Confer with AMP re: CC/SJ briefing | 0.50 | $358.50 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 2/27/2017 | KLS | Confer with ARG re: same | 0.50 | $358.50 |
| 11/22/2017 | 2/28/2017 | AMP | Office conference with ARG regarding deposition of Carol Scott | 0.20 | $127.20 |
| 11/22/2017 | 2/28/2017 | ARG | Call with Sagafi; call with Sagafi re Poret report; call with Persinger re Scott depo | 1.10 | $788.70 |
| 11/22/2017 | 2/28/2017 | KLS | Confer with HAZ re: CC/SJ briefing and Poret report | 1.10 | $788.70 |
| 11/22/2017 | 2/28/2017 | KLS | Confer with ARG re: Scott depo | 0.50 | $358.50 |
| 11/22/2017 | 3/1/2017 | ARG | Call with KLS and HAZ re same | 0.80 | $573.60 |
| 11/22/2017 | 3/1/2017 | KLS | Confer with ARG re: same | 0.30 | $215.10 |
| 11/22/2017 | 3/1/2017 | KLS | Confer with ARG re: Scott depo and Poret rebuttal | 0.40 | $286.80 |
| 11/22/2017 | 3/1/2017 | KLS | Emails with AC re: same | 0.50 | $358.50 |
| 11/22/2017 | 3/1/2017 | KLS | Email feedback to ARG re: same | 0.80 | $573.60 |
| 11/22/2017 | 3/1/2017 | SJG | Emailing A. Gold re responding to Daubert motion | 0.10 | $35.90 |
| 11/22/2017 | 3/2/2017 | ARG | Confer with KLS re Poret report and Compeau Daubert Opp | 0.60 | $430.20 |
| 11/22/2017 | 3/2/2017 | KLS | Confer with ARG re: same | 0.40 | $286.80 |
| 11/22/2017 | 3/2/2017 | KLS | Confer with ARG re: Compeau dec and Daubert rebuttal | 0.40 | $286.80 |
| 11/22/2017 | 3/2/2017 | SJG | Emailing A. Haac re opposition to motion for summary judgment | 0.10 | $35.90 |
| 11/22/2017 | 3/3/2017 | ARG | Confer with KLS, AH re same | 0.70 | $501.90 |
| 11/22/2017 | 3/3/2017 | KLS | Confer with ACH and ARG re: same | 0.80 | $573.60 |
| 11/22/2017 | 3/6/2017 | AMP | Conference with KLS regarding Daubert challenge to fashion expert | 0.20 | $127.20 |
| 11/22/2017 | 3/6/2017 | AMP | Conference with AEA regarding filing procedures for class certification reply | 0.20 | $127.20 |
| 11/22/2017 | 3/6/2017 | HAZ | T/C with Sagafi re reply brief | 0.90 | $777.60 |
| 11/22/2017 | 3/7/2017 | AMP | Confer with KLS re 23(b)(2) | 0.80 | $508.80 |
| 11/22/2017 | 3/7/2017 | HAZ | Calls with Ostrow and Sagafi re reply brief | 1.20 | $1,036.80 |
| 11/22/2017 | 3/7/2017 | KLS | Confer with AMP re: final review, cities, tables | 0.30 | $215.10 |
| 11/22/2017 | 3/7/2017 | KLS | Call and emails with HAZ re: status | 0.40 | $286.80 |
| 11/22/2017 | 3/7/2017 | KLS | Confer with AA and AMP re: SJ/CC brief and supporting documents | 0.40 | $286.80 |
| 11/22/2017 | 3/7/2017 | KLS | Confer with AMP re: 23(b)(2) argument section; emails re: same | 0.40 | $286.80 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 3/8/2017 | KLS | Confer with AA re: SMU Outlet Build item chart | 0.50 | $358.50 |
| 11/22/2017 | 3/10/2017 | SJG | Emailing K. Sagafi exhibit 9 | 0.20 | $71.80 |
| 11/22/2017 | 3/13/2017 | ARG | Call with Sagafi re filing of Reply | 1.00 | $717.00 |
| 11/22/2017 | 3/16/2017 | AMP | Conference with AA re: same | 0.02 | $12.72 |
| 11/22/2017 | 3/16/2017 | ARG | Email with co counsel re expert work and fees | 0.10 | $71.70 |
| 11/22/2017 | 3/21/2017 | KLS | Confer with HAZ and ARG re: oral argument | 0.30 | $215.10 |
| 11/22/2017 | 3/23/2017 | KLS | Confer with AEA re: plaintiff's production | 0.20 | $143.40 |
| 11/22/2017 | 3/24/2017 | AMP | Discuss strategy for class cert hearing with KLS | 0.70 | $445.20 |
| 11/22/2017 | 3/24/2017 | ARG | Confer with Sagafi re hearing | 0.20 | $143.40 |
| 11/22/2017 | 3/24/2017 | KLS | Confer with ARG re: class cert hearing; confer with AMP re: same | 1.10 | $788.70 |
| 11/22/2017 | 3/24/2017 | KLS | Confer with AA re: presentation materials for class cert hearing | 0.50 | $358.50 |
| 11/22/2017 | 3/27/2017 | AEA | Meeting with KLS re: clothing project for motion hearing | 0.30 | $58.80 |
| 11/22/2017 | 3/28/2017 | ARG | Email HAZ and KLS re same | 0.20 | $143.40 |
| 11/22/2017 | 3/28/2017 | KLS | Confer with AA re: class cert visual aids | 0.30 | $215.10 |
| 11/22/2017 | 3/29/2017 | AMP | Meeting with KLS re oral argument strategy | 0.30 | $190.80 |
| 11/22/2017 | 3/29/2017 | ARG | Confer with HAZ re Overstock use | 0.40 | $286.80 |
| 11/22/2017 | 3/29/2017 | KLS | Confer with AA re: visual aids for class cert | 0.20 | $143.40 |
| 11/22/2017 | 3/29/2017 | KLS | Meeting with AMP re: oral argument strategy | 0.30 | $215.10 |
| 11/22/2017 | 4/4/2017 | AMP | Confer with KLS | 0.30 | $190.80 |
| 11/22/2017 | 4/4/2017 | KLS | Confer with AMP re: strategy | 0.30 | $215.10 |
| 11/22/2017 | 4/5/2017 | ARG | Confer with co counsel re same | 0.30 | $215.10 |
| 11/22/2017 | 4/6/2017 | ARG | Confer with KLS and AMP re Opp to MTS | 0.40 | $286.80 |
| 11/22/2017 | 4/6/2017 | KLS | Confer with AMP, ARG, and team re: same | 0.50 | $358.50 |
| 11/22/2017 | 4/6/2017 | KLS | Confer with SG re: MTS opp research; confer with AMP re: Scott rebuttal report | 0.60 | $430.20 |
| 11/22/2017 | 4/7/2017 | AMP | Conference with KLS re: Poret outline | 0.90 | $572.40 |
| 11/22/2017 | 4/7/2017 | ARG | Confer re same with AMP and KLS | 1.00 | $717.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 4/7/2017 | KLS | Confer with AMP and ARG re: MTS opp | 1.00 | $717.00 |
| 11/22/2017 | 4/10/2017 | ARG | Email with KLS and AMP re same | 0.90 | $645.30 |
| 11/22/2017 | 4/10/2017 | KLS | Confer AMP re: same | 0.60 | $430.20 |
| 11/22/2017 | 4/11/2017 | KLS | Emails with team re: MTS opp | 0.50 | $358.50 |
| 11/22/2017 | 4/24/2017 | AMP | In-person conference with KLS and S. Edelsberg re: Columbia hearings, i.e. discuss injunctive relief as relates to 23(c) | 1.20 | $763.20 |
| 11/22/2017 | 4/24/2017 | AMP | Call to moot KLS for hearing | 0.60 | $381.60 |
| 11/22/2017 | 4/24/2017 | AMP | Discussion with S. Edelsberg re: same | 0.30 | $190.80 |
| 11/22/2017 | 4/24/2017 | KLS | Meeting with Scott Edelsberg and AMP | 1.20 | $860.40 |
| 11/22/2017 | 4/25/2017 | AMP | Debrief hearings with KLS and S. Edelsberg | 2.90 | $1,844.40 |
| 11/22/2017 | 4/25/2017 | KLS | Debrief with team | 2.90 | $2,079.30 |
| 11/22/2017 | 4/26/2017 | ARG | Email with KLS re hearing | 0.20 | $143.40 |
| 11/22/2017 | 4/27/2017 | KLS | Confer with HAZ re: strategy and next steps | 0.90 | $645.30 |
| 11/22/2017 | 5/1/2017 | ARG | Call with KLS re hearing on class certification | 0.40 | $286.80 |
| 11/22/2017 | 5/1/2017 | KLS | Strategy call with ARG | 0.60 | $430.20 |
| 11/22/2017 | 5/8/2017 | KLS | Confer with HAZ and AMP re: status and strategy | 0.50 | $358.50 |
| 11/22/2017 | 5/15/2017 | KLS | Strategy call with HAZ and conference with AMP | 0.90 | $645.30 |
| 11/22/2017 | 5/18/2017 | AMP | Call with team | 0.90 | $572.40 |
| 11/22/2017 | 5/18/2017 | ARG | Participate in call re next steps re damages | 0.80 | $573.60 |
| 11/22/2017 | 5/18/2017 | KLS | Columbia strategy call and follow up with team re: staffing and next steps | 0.90 | $645.30 |
| 11/22/2017 | 5/22/2017 | KLS | Emails re: same | 0.30 | $215.10 |
| 11/22/2017 | 5/23/2017 | KLS | Confer with JK re: strategy and next steps | 0.20 | $143.40 |
| 11/22/2017 | 5/25/2017 | KLS | Email with ARG re: expert work | 0.20 | $143.40 |
| 11/22/2017 | 5/26/2017 | KLS | Confer with AMP re: discovery; email team re: same | 0.40 | $286.80 |
| 11/22/2017 | 5/30/2017 | AMP | Discuss moving for SJ wit KLS | 0.30 | $190.80 |
| 11/22/2017 | 5/30/2017 | KLS | Meeting with Annick re: status and next steps | 0.20 | $143.40 |
| 11/22/2017 | 5/31/2017 | AMP | Confer with KLS and KAT re upcoming projects | 0.40 | $254.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 5/31/2017 | KLS | Meeting with Kyra Taylor re: discovery and upcoming projects; confer with AMP re: same | 0.40 | $286.80 |
| 11/22/2017 | 6/2/2017 | KLS | Confer with team re: same | 0.20 | $143.40 |
| 11/22/2017 | 6/9/2017 | ARG | Confer with HAZ and KLS re role in case | 0.50 | $358.50 |
| 11/22/2017 | 6/9/2017 | KLS | Confer with HAZ and ARG re: staffing and experts | 0.50 | $358.50 |
| 11/22/2017 | 6/11/2017 | KLS | Email team re: same | 0.40 | $286.80 |
| 11/22/2017 | 6/14/2017 | KLS | Follow up with team | 0.30 | $215.10 |
| 11/22/2017 | 6/14/2017 | KLS | Emails with AEA re: trial plan research | 0.30 | $215.10 |
| 11/22/2017 | 6/15/2017 | AMP | Call with co-counsel re: trial plan | 0.40 | $254.40 |
| 11/22/2017 | 6/15/2017 | KLS | Team strategy call re: discovery, SJ, trial and settlement | 0.40 | $286.80 |
| 11/22/2017 | 6/15/2017 | KLS | Calls with AMP and others plaintiffs' [sic] counsel re: same | 0.50 | $358.50 |
| 11/22/2017 | 6/19/2017 | AMP | Email to co-counsel re: trial plan | 0.10 | $63.60 |
| 11/22/2017 | 6/19/2017 | AMP | Email team the results | 0.80 | $508.80 |
| 11/22/2017 | 6/19/2017 | AMP | Conference with KLS re: trial plans | 0.20 | $127.20 |
| 11/22/2017 | 6/19/2017 | KLS | Confer with AMP re: same; emails with team re: same | 0.20 | $143.40 |
| 11/22/2017 | 6/20/2017 | AMP | Conference with co-counsel re: trial plan | 0.90 | $572.40 |
| 11/22/2017 | 6/20/2017 | KLS | Emails with team re: strategy for trial plan | 0.70 | $501.90 |
| 11/22/2017 | 6/21/2017 | KLS | Emails with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 6/21/2017 | KLS | Confer with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 6/23/2017 | AMP | Conference with KLS and HAZ re: case status | 0.50 | $318.00 |
| 11/22/2017 | 6/23/2017 | KLS | Call with AMP and HAZ re: schedule and staffing | 0.50 | $358.50 |
| 11/22/2017 | 6/26/2017 | AMP | Conference with KLS re: case schedule | 0.20 | $127.20 |
| 11/22/2017 | 6/26/2017 | KLS | Confer with HAZ re: same | 0.80 | $573.60 |
| 11/22/2017 | 6/27/2017 | KLS | Confer with team re: trial plan and related strategy; call with Scott Edelsberg re: same | 0.90 | $645.30 |
| 11/22/2017 | 6/28/2017 | KLS | Emails with team re: sharing portions of joint statement | 0.30 | $215.10 |
| 11/22/2017 | 6/29/2017 | SJG | Review email from A. Persinger re motion to compel | 0.10 | $35.90 |
| 11/22/2017 | 7/2/2017 | KLS | Confer with team re: same | 0.50 | $358.50 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 7/3/2017 | KAT | Talking with A. Persinger re: defendant's authority re: Injunctive relief claims | 0.40 | $143.60 |
| 11/22/2017 | 7/3/2017 | KLS | Emails with team re: same | 1.00 | $717.00 |
| 11/22/2017 | 7/5/2017 | KLS | Call with AMP re: sales volume info; call with AA re: doc review project | 0.60 | $430.20 |
| 11/22/2017 | 7/5/2017 | KLS | Confer with AMP re: same | 0.50 | $358.50 |
| 11/22/2017 | 7/6/2017 | KLS | Emails with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 7/7/2017 | KLS | Confer with AA re: doc review/organizational project; confer with AMP re: purchase orders | 0.60 | $430.20 |
| 11/22/2017 | 7/10/2017 | AMP | Discussion with KAT and KLS re injunction and remedies at law | 0.50 | $318.00 |
| 11/22/2017 | 7/10/2017 | KAT | talking with K. Sagafi and A. Persinger re: injunction issue | 0.50 | $179.50 |
| 11/22/2017 | 7/10/2017 | KLS | Phone conference with KT and AMP re: argument that an adequate remedy at law precludes injunctive relief; related follow up with AMP and SG | 0.50 | $358.50 |
| 11/22/2017 | 7/11/2017 | KLS | Confer with JKT and HAZ re: strategy and next steps; prepare memo re: same | 0.60 | $430.20 |
| 11/22/2017 | 7/14/2017 | HAZ | Conference with Sagafi re same | 0.70 | $604.80 |
| 11/22/2017 | 7/14/2017 | KLS | Confer with AMP and HAZ re; SJ/CMC issues | 1.10 | $788.70 |
| 11/22/2017 | 7/17/2017 | AMP | Conference with KLS and HAZ re: CMC, settlement potential/ideas | 0.60 | $381.60 |
| 11/22/2017 | 7/17/2017 | KLS | Related follow up with team | 1.00 | $717.00 |
| 11/22/2017 | 7/17/2017 | SJG | Reviewing emails re settlement | 0.10 | $35.90 |
| 11/22/2017 | 7/18/2017 | AMP | Discuss Appex [sic] depositions with SJG (0.1); discussed same with K. Sagafi (0.3) | 0.40 | $254.40 |
| 11/22/2017 | 7/18/2017 | KLS | Confer with AMP re: executive depo research | 0.30 | $215.10 |
| 11/22/2017 | 7/19/2017 | KAT | Communicating with Sophia re: deposition research on Ted/Gert Boyle | 0.40 | $143.60 |
| 11/22/2017 | 7/19/2017 | KLS | Confer with SG re: apex research and factual record re: Tim Boyle | 0.30 | $215.10 |
| 11/22/2017 | 7/20/2017 | KLS | Follow up emails with team re: same | 0.30 | $215.10 |
| 11/22/2017 | 7/24/2017 | AEA | Emails to A. Evans re: more production questions and tasks for her; emails to KLS and AMP re: same | 0.30 | $58.80 |
| 11/22/2017 | 7/24/2017 | AMP | Conference with KLS | 0.40 | $254.40 |
| 11/22/2017 | 7/24/2017 | KLS | Confer with team re: depos and mediation | 0.20 | $143.40 |
| 11/22/2017 | 7/24/2017 | KLS | Confer with team re: same | 0.30 | $215.10 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 7/25/2017 | KLS | Call with HAZ re: status and next steps | 0.30 | $215.10 |
| 11/22/2017 | 7/25/2017 | SJG | Reviewing emails re deposition of T. Boyle | 0.20 | $71.80 |
| 11/22/2017 | 7/27/2017 | KLS | Emails with counsel re: depositions | 0.30 | $215.10 |
| 11/22/2017 | 8/3/2017 | KLS | Confer with AMP re: mediation statement and SJ; emails with AMP and HAZ re: same | 0.70 | $501.90 |
| 11/22/2017 | 8/4/2017 | AMP | Confer with KLS re mediation statement | 0.20 | $127.20 |
| 11/22/2017 | 8/4/2017 | KLS | Emails with team and HAZ re: same | 0.40 | $286.80 |
| 11/22/2017 | 8/4/2017 | KLS | Confer with AMP re: revised mediation statement | 0.20 | $143.40 |
| 11/22/2017 | 8/7/2017 | AMP | Confer with KLS re mediation statement | 0.20 | $127.20 |
| 11/22/2017 | 8/7/2017 | KLS | Phone call with AMP re: mediation brief | 0.20 | $143.40 |
| 11/22/2017 | 8/10/2017 | KLS | Emails with HAZ re: fees | 0.10 | $71.70 |
| 11/22/2017 | 8/11/2017 | AMP | Discussions about mediation with KLS | 0.50 | $318.00 |
| 11/22/2017 | 8/27/2017 | KLS | Emails with HAZ re: settlement | 0.05 | $35.85 |
| 11/22/2017 | 8/29/2017 | HAZ | Internal emails re response | 0.30 | $259.20 |
| 11/22/2017 | 9/6/2017 | AMP | Review emails re: settlement status and term sheet | 2.00 | $1,272.00 |
| 11/22/2017 | 9/6/2017 | HAZ | Emails and calls with co-counsel re same | 0.20 | $172.80 |
| 11/22/2017 | 9/6/2017 | KLS | Confer with team re: settlement status and strategy | 0.20 | $143.40 |
| 11/22/2017 | 9/9/2017 | HAZ | Call with Ostrow re counter to Cardon email | 0.30 | $259.20 |
| 11/22/2017 | 9/18/2017 | HAZ | Call with Sagafi re Cardon response | 0.30 | $259.20 |
| 11/22/2017 | 9/18/2017 | KLS | Emails with team re: settlement strategy; call with HAZ re: same | 0.90 | $645.30 |
| 11/22/2017 | 9/21/2017 | HAZ | Emails with Edelsberg re preliminary approval; call with Persinger re preliminary approval | 0.30 | $259.20 |
| 11/22/2017 | 9/22/2017 | AMP | Emails with co-counsel re: same | 0.60 | $381.60 |
| 11/22/2017 | 9/26/2017 | KLS | Emails with AMP re: Morgan Lewis | 0.10 | $71.70 |
| 11/22/2017 | 9/27/2017 | AMP | Call and emails with Scott Edelsberg re: same | 1.70 | $1,081.20 |
| 11/22/2017 | 9/28/2017 | HAZ | Call with Persinger and Edelsberg re motion for preliminary approval | 0.50 | $432.00 |
| 11/22/2017 | 10/5/2017 | HAZ | Conference with Persinger re same | 0.60 | $518.40 |
| 11/22/2017 | 10/12/2017 | AMP | Call with Scott Edelsberg and HAZ re: fee motion | 0.20 | $127.20 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 10/13/2017 | KMA | Email A. Persinger re fee petition research | 0.10 | $44.00 |
| 11/22/2017 | 10/13/2017 | KMA | Call with A. Persinger re fee petition research | 0.50 | $220.00 |
| 11/22/2017 | 10/16/2017 | KMA | Discussion with H. Zavareei re legal research | 0.10 | $44.00 |
| 11/22/2017 | 10/17/2017 | KMA | Email A. Persinger re legal research in support of fee petition | 0.10 | $44.00 |
| 11/22/2017 | 10/19/2017 | KMA | Draft email to A. Persinger re research findings | 1.10 | $484.00 |
| 11/22/2017 | 10/20/2017 | KMA | Draft email to A. Persinger re fee petition legal research | 0.30 | $132.00 |
| 11/22/2017 | 11/12/2017 | AMP | Discuss possible issues that could come up at settlement approval hearing with HAZ to prepare him for that hearing | 3.00 | $1,908.00 |
| 11/22/2017 | 11/13/2017 | AMP | Call with KMA re research (0.30); discussion with KMA/HAZ re status (0.4) | 0.70 | $445.20 |
| 11/22/2017 | 11/13/2017 | KMA | Call with A. Persinger re additional research | 0.30 | $132.00 |
| 11/22/2017 | 11/13/2017 | KMA | Discussion with A. Persinger and H. Zavareei re next steps | 0.40 | $176.00 |
| 11/22/2017 | 11/14/2017 | KMA | Emailing re fee petition | 0.10 | $44.00 |
| 11/22/2017 | 11/15/2017 | AMP | Call with KLS (0.2); call with KMS (0.1) | 0.30 | $190.80 |
| 11/22/2017 | 11/15/2017 | KLS | Call with AMP re: fee app | 0.20 | $143.40 |
| 11/22/2017 | 11/15/2017 | KMA | Call with A. Persinger re fee petition | 0.20 | $88.00 |
| 11/22/2017 | 11/16/2017 | KLS | Call with HAZ re: fee app | 0.20 | $143.40 |
| 11/22/2017 | 11/16/2017 | KMA | Emailing A. Persinger re fee petition section on lack of settlement offer | 0.10 | $44.00 |
| 11/22/2017 | 11/16/2017 | KMA | Emailing A. Abate re billing rates | 0.10 | $44.00 |
| 11/22/2017 | 11/18/2017 | KMA | Call with A. Persinger re fee petition | 0.10 | $44.00 |
| 11/22/2017 | 11/18/2017 | KMA | Email A. Persinger re fee petition | 0.10 | $44.00 |
| 11/22/2017 | 11/20/2017 | KMA | Email A. Persinger re fee petition | 0.10 | $44.00 |
| | | | **Tycko & Zavareei, LLP Total** | **326.17** | **$207,348.97** |
| | | | **Total** | **478.39** | **$306,032.49** |

OVERHEAD

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| **Kopelowitz Ostrow, P.C.** | | | | | |
| 11/22/2017 | 1/11/2017 | SAE | Discuss dvision [sic] of labor for upcoming motion practice | 0.25 | $110.00 |
| 11/22/2017 | 1/23/2017 | SAE | Review email from Kristen regarding proposed split of remaining work | 0.25 | $110.00 |
| 11/22/2017 | 2/2/2017 | SAE | Telephone call with Avi to discuss breakdown of work that needs to be done; draft email to Kristen regarding the same | 1.00 | $440.00 |
| 11/22/2017 | 2/3/2017 | SAE | Review multiple emails from Kristen regarding division of labor for SJ and Class Cert | 1.00 | $440.00 |
| 11/22/2017 | 6/20/2017 | JMS | Direct Mr. Polsky re: research project to determine option for withdrawing jury trial demand | 0.25 | $216.00 |
| 11/22/2017 | 8/24/2017 | SAE | Edit and revise draft trial calendar | 1.00 | $440.00 |
| | | | **Kopelowitz Ostrow, P.C. Total** | **3.75** | **$1,756.00** |
| **Tycko & Zavareei, LLP** | | | | | |
| 11/22/2017 | 6/17/2013 | KLS | Share production documents with co-counsel | 0.30 | $215.10 |
| 11/22/2017 | 2/16/2016 | KLS | Confer with Scott Edelsberg re intake form and case status/case management issues | 0.50 | $358.50 |
| 11/22/2017 | 2/19/2016 | HAZ | Call with Sagafi re intake | 0.60 | $518.40 |
| 11/22/2017 | 2/19/2016 | KLS | Confer with M Quinones re intake management | 0.50 | $358.50 |
| 11/22/2017 | 2/29/2016 | AEA | File Joint CMC Statement and Motion to File Third Amended Complaint | 0.50 | $98.00 |
| 11/22/2017 | 2/29/2016 | MDQ | File motion for leave to file third amended complaint, coordinate same with A. Abate | 0.70 | $251.30 |
| 11/22/2017 | 3/1/2016 | KLS | File certificate of interested parties | 0.40 | $286.80 |
| 11/22/2017 | 3/7/2016 | AEA | Pull documents for CMC filing today | 1.00 | $196.00 |
| 11/22/2017 | 3/21/2016 | KLS | Confirm email service of same | 0.30 | $215.10 |
| 11/22/2017 | 4/29/2016 | MDQ | Email copies of discovery responses to J. Kaliel, H. Zavareei, co-counsel | 0.30 | $107.70 |
| 11/22/2017 | 6/3/2016 | KLS | Prepare and send May 26 draft protective order in PDF | 0.30 | $215.10 |
| 11/22/2017 | 7/13/2016 | MDQ | Emails to A. Abate and K. Sagafi re: coordinating document signatures with Jeanne and Nick Stathakos re: supplemental discovery responses | 0.30 | $107.70 |
| 11/22/2017 | 7/28/2016 | KLS | Circulate discovery to team | 0.20 | $143.40 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 8/12/2016 | MDQ | Serve same on opposing counsel | 0.30 | $107.70 |
| 11/22/2017 | 8/19/2016 | MDQ | Prepare assignment for tallying SMU products by category, email and meeting with A. Abate re: same | 0.60 | $215.40 |
| 11/22/2017 | 8/31/2016 | KLS | Touch base with Precise re: doc hosting | 0.10 | $71.70 |
| 11/22/2017 | 9/1/2016 | KLS | Coordinate depo travel | 0.30 | $215.10 |
| 11/22/2017 | 9/26/2016 | AEA | Prepare depo docs for KLS | 2.00 | $392.00 |
| 11/22/2017 | 9/30/2016 | KLS | Coordinate plaintiff depos | 0.30 | $215.10 |
| 11/22/2017 | 10/4/2016 | ARG | Download and circulate depo transcripts | 0.20 | $143.40 |
| 11/22/2017 | 10/4/2016 | ARG | Download and circulate most recent docket events and calendar dates | 0.20 | $143.40 |
| 11/22/2017 | 10/4/2016 | KLS | Troubleshoot depo exhibits for transcripts | 0.40 | $286.80 |
| 11/22/2017 | 10/5/2016 | AEA | Download and save depo exhibits | 0.30 | $58.80 |
| 11/22/2017 | 10/5/2016 | AEA | Order transcript of CMC | 0.50 | $98.00 |
| 11/22/2017 | 10/5/2016 | KLS | Troubleshoot deposition transcript issues | 0.10 | $71.70 |
| 11/22/2017 | 10/6/2016 | KLS | Coordinate plaintiff depos | 0.40 | $286.80 |
| 11/22/2017 | 10/21/2016 | NF | Cut and mail check to L. Compeau via FedEx | 0.50 | $98.00 |
| 11/22/2017 | 10/25/2016 | AEA | Ship first package of outlet and inline clothing to Goldaper | 0.50 | $98.00 |
| 11/22/2017 | 10/25/2016 | MDQ | Assemble and deliver package of garments for review by G. Goldaper with A. Abate, email exchange with G. Goldaper to confirm delivery of same | 2.00 | $718.00 |
| 11/22/2017 | 10/27/2016 | AEA | Circulate retention agreement to S. Edelsberg | 0.10 | $19.60 |
| 11/22/2017 | 10/28/2016 | AEA | Ship final documents from MDQ to Goldaper | 0.30 | $58.80 |
| 11/22/2017 | 10/28/2016 | MDQ | FedEx additional materials re: selected garment pairs | 0.70 | $251.30 |
| 11/22/2017 | 10/28/2016 | NF | Send dep. Exhibits to "Dr. [sic] Compeau via sendthisfile.com | 0.30 | $58.80 |
| 11/22/2017 | 10/31/2016 | AEA | Send package of clothing to Goldaper | 0.50 | $98.00 |
| 11/22/2017 | 11/15/2016 | KLS | Coordinate class cert filing | 0.50 | $358.50 |
| 11/22/2017 | 11/16/2016 | AEA | Create depo errata forms and record changes reported by J and N Stathakos | 0.50 | $98.00 |
| 11/22/2017 | 11/16/2016 | KLS | Coordinate signature | 0.30 | $215.10 |
| 11/22/2017 | 11/17/2016 | AEA | Code and generate tables for class cert brief | 3.00 | $588.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 11/18/2016 | AEA | Coordinate and send signed depo errata sheets to First Legal Depositions Services | 0.10 | $19.60 |
| 11/22/2017 | 11/18/2016 | MDQ | Draft proof of service for motion to seal, finalize formatting for motion to seal, emails to K. Sagafi and A. Abate re: same | 1.50 | $538.50 |
| 11/22/2017 | 11/21/2016 | AEA | Print and assemble hard copies and chambers copies | 1.00 | $196.00 |
| 11/22/2017 | 11/22/2016 | AEA | Print and assemble hard copies of chambers copies | 1.00 | $196.00 |
| 11/22/2017 | 11/28/2016 | MDQ | Legal research re: payment for deposition travel by deposing party, emails to K. Sagafi re: same | 1.50 | $538.50 |
| 11/22/2017 | 12/2/2016 | AEA | Save and calendar Goldaper subpoena | 0.10 | $19.60 |
| 11/22/2017 | 12/2/2016 | MDQ | Emails to G. Goldaper confirming date of deposition and providing subpoena for same | 0.10 | $35.90 |
| 11/22/2017 | 12/5/2016 | KLS | Coordinate with ARG re: settlement issues | 0.80 | $573.60 |
| 11/22/2017 | 12/5/2016 | MDQ | Email exchange with K. Sagafi confirming assignments and tasks to complete and tasks already completed in advance of deposition of G. Goldaper | 0.20 | $71.80 |
| 11/22/2017 | 12/6/2016 | AEA | Download and circulate transcript from proceeding on Oct 3, 2016 | 0.10 | $19.60 |
| 11/22/2017 | 12/7/2016 | AEA | Print Columbia papers for phone conference about pre-filing conference | 0.10 | $19.60 |
| 11/22/2017 | 12/7/2016 | KLS | Coordinate depo schedule | 0.20 | $143.40 |
| 11/22/2017 | 12/8/2016 | KLS | Coordinate expert depo | 0.30 | $215.10 |
| 11/22/2017 | 12/9/2016 | AEA | Calendar dates from hearing | 0.10 | $19.60 |
| 11/22/2017 | 12/12/2016 | AEA | Assemble and mail package for Gabriele Goldaper via Fed Ex | 0.80 | $156.80 |
| 11/22/2017 | 12/13/2016 | AEA | Mail missing appendix of BUI transcript to Gabriele Goldaper via Fed Ex | 0.60 | $117.60 |
| 11/22/2017 | 12/13/2016 | KLS | Review CG invoice and related follow up | 0.30 | $215.10 |
| 11/22/2017 | 12/16/2016 | AEA | Print and assemble binders of Goldaper Report from Class Cert Filing for MDQ and KLS | 1.00 | $196.00 |
| 11/22/2017 | 1/5/2017 | MDQ | Emails with co-counsel and G. Goldaper re; retainer payment owed by KO | 0.30 | $107.70 |
| 11/22/2017 | 1/6/2017 | MDQ | Serve same | 0.30 | $107.70 |
| 11/22/2017 | 1/9/2017 | AEA | Leave voicemail message for Compeau re: file sharing | 0.10 | $19.60 |
| 11/22/2017 | 1/12/2017 | AEA | File pro hac vice or A. Gold | 0.20 | $39.20 |
| 11/22/2017 | 1/13/2017 | AEA | Clean up calendar dates as per most recent scheduling order | 0.20 | $39.20 |
| 11/22/2017 | 1/17/2017 | AEA | Send transcript to Goldaper via FedEx for review | 0.50 | $98.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 1/17/2017 | ARG | Email Compeau re depo payment issues | 0.20 | $143.40 |
| 11/22/2017 | 1/18/2017 | AEA | Mail copy of transcript via FedEx to Goldaper | 0.70 | $137.20 |
| 11/22/2017 | 1/18/2017 | KLS | Confer with ARG re: staffing and assignments for Columbia CC and SJ briefing | 0.20 | $143.40 |
| 11/22/2017 | 2/1/2017 | AEA | Email courtesy copy of Compeau depo errata to Jay Rams | 0.10 | $19.60 |
| 11/22/2017 | 2/1/2017 | AEA | Download and save all Opposition to Class Cert brief materials; circulate same | 0.60 | $117.60 |
| 11/22/2017 | 2/2/2017 | KLS | Develop staffing plan; confer with team re: same | 0.70 | $501.90 |
| 11/22/2017 | 2/6/2017 | KLS | Secure approval to proceed with survey rebuttal expert; confer with ARG re: same | 0.20 | $143.40 |
| 11/22/2017 | 2/7/2017 | ARG | Edit and revise Poret engagement and email him re same | 0.40 | $286.80 |
| 11/22/2017 | 2/8/2017 | AEA | Print and assemble binder for KLS of unredacted class cert brief materials | 2.30 | $450.80 |
| 11/22/2017 | 2/8/2017 | AEA | Find, re-assemble, and save unredacted class cert and opp to class cert briefs | 0.60 | $117.60 |
| 11/22/2017 | 2/9/2017 | AEA | Save appropriate files from MDQ's case work in pclaw as word docs for ACH to work from | 0.10 | $19.60 |
| 11/22/2017 | 2/10/2017 | KLS | Emails confirming delegation | 0.30 | $215.10 |
| 11/22/2017 | 2/17/2017 | AEA | Print documents for meeting with plaintiffs for KLS | 0.50 | $98.00 |
| 11/22/2017 | 2/17/2017 | AEA | Book videographer and court reporter for depo of Carol A. Scott | 0.30 | $58.80 |
| 11/22/2017 | 2/17/2017 | AEA | Make exhibit PDF's for Jeanne Stathakos declaration | 0.50 | $98.00 |
| 11/22/2017 | 2/17/2017 | AEA | Assemble photos of certain items plaintiffs bought into single PDF for ACH | 0.30 | $58.80 |
| 11/22/2017 | 2/18/2017 | ARG | Email with Compeau re payment | 0.10 | $71.70 |
| 11/22/2017 | 2/21/2017 | AEA | Research, authorize credit card, and book hotel accommodations for ARG for depo of Carol A. Scott | 2.10 | $411.60 |
| 11/22/2017 | 2/27/2017 | AEA | Find and save class cert does for NF depo prep for ARG | 0.02 | $3.92 |
| 11/22/2017 | 2/27/2017 | NF | "Print C. Scott deposition exhibits for A. Gold | 1.50 | $294.00 |
| 11/22/2017 | 3/3/2017 | NF | Mail L. Compeau check and related financial documents | 0.20 | $39.20 |
| 11/22/2017 | 3/7/2017 | KLS | Confer with AA re: formatting issues | 0.40 | $286.80 |
| 11/22/2017 | 3/7/2017 | KLS | Confer with AA re: formatting issues | 0.40 | $286.80 |
| 11/22/2017 | 3/8/2017 | AEA | Save and organize finals versions of docs for Opp to MSI filing | 2.00 | $392.00 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 3/8/2017 | AMP | Work on formatting and tables with AEA | 1.70 | $1,081.20 |
| 11/22/2017 | 3/9/2017 | AEA | Make KLS edits to Plaintiffs' Appendix | 0.70 | $137.20 |
| 11/22/2017 | 3/13/2017 | ARG | Email experts and co counsel re expert invoices | 0.30 | $215.10 |
| 11/22/2017 | 3/14/2017 | AEA | Assemble chambers copies of Opp to MSJ as per YGR standing orders | 1.20 | $235.20 |
| 11/22/2017 | 3/15/2017 | AEA | File Opp to MSJ brief and attachments with AMP | 0.70 | $137.20 |
| 11/22/2017 | 3/15/2017 | AEA | Assemble and deliver chambers copies of Opp to MSJ | 2.70 | $529.20 |
| 11/22/2017 | 3/17/2017 | KLS | Call with HAZ re: strategy/staffing | 0.20 | $143.40 |
| 11/22/2017 | 3/23/2017 | ARG | Email with KLS and Poret re invoice | 0.20 | $143.40 |
| 11/22/2017 | 3/23/2017 | KLS | Troubleshoot Hal Poret invoice | 0.20 | $143.40 |
| 11/22/2017 | 3/24/2017 | ARG | Email with Grewal and Ostrow re invoice | 0.20 | $143.40 |
| 11/22/2017 | 3/27/2017 | ARG | Email with Compeau re invoice and next steps | 0.20 | $143.40 |
| 11/22/2017 | 3/29/2017 | AEA | Prepare Fed Ex order of posters for hearing on class cert; get approval from KLS, place order | 0.60 | $117.60 |
| 11/22/2017 | 3/29/2017 | ARG | Email with Compeau re invoice | 0.10 | $71.70 |
| 11/22/2017 | 3/30/2017 | AEA | Troubleshoot Fed Ex purchase | 0.30 | $58.80 |
| 11/22/2017 | 3/30/2017 | KLS | Send statement of facts in Word to Jay Ramsey | 0.20 | $143.40 |
| 11/22/2017 | 3/31/2017 | AEA | Troubleshoot Fed Ex purchase | 2.00 | $392.00 |
| 11/22/2017 | 4/17/2017 | AMP | Work on hearing binders with AEA | 0.30 | $190.80 |
| 11/22/2017 | 4/17/2017 | AMP | Order supplies for hearing with AEA | 0.60 | $381.60 |
| 11/22/2017 | 4/19/2017 | AEA | Pick up Fed Ex order of DKT 85-1 visual aid | 0.50 | $98.00 |
| 11/22/2017 | 4/21/2017 | AEA | Draft POS for Plaintiff's PowerPoint, finalize and send to opposing counsel | 0.70 | $137.20 |
| 11/22/2017 | 4/21/2017 | AEA | Print, assemble, and hand deliver to clerk for YGR chambers copies of our PowerPoint for 4/25/2017 hearing | 0.70 | $137.20 |
| 11/22/2017 | 4/24/2017 | AEA | Prep for hearing; finalize exhibits and logistics, make binder for KLS | 2.50 | $490.00 |
| 11/22/2017 | 5/3/2017 | AEA | File transcript order for CC/MSJ hearing | 0.30 | $58.80 |
| 11/22/2017 | 5/3/2017 | KLS | Review and organize class cert files and demonstrative | 0.80 | $573.60 |
| 11/22/2017 | 5/10/2017 | AEA | Emails with court reporter re: hearing transcript check issues | 0.10 | $19.60 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 5/30/2017 | ARG | Email with Grewal and co counsel re payment | 0.30 | $215.10 |
| 11/22/2017 | 5/30/2017 | KLS | Reach out to the KT re: staffing | 0.20 | $143.40 |
| 11/22/2017 | 5/31/2017 | KAT | Reviewing background documents for the case to prepare for discussion with K. Sagafi and A. Persinger re: case | 1.10 | $394.90 |
| 11/22/2017 | 6/1/2017 | ARG | Confer with Grewal and Edelsberg re invoice | 0.20 | $143.40 |
| 11/22/2017 | 6/1/2017 | KLS | Emails with team re; expert payment | 0.10 | $71.70 |
| 11/22/2017 | 6/7/2017 | AEA | Save correspondence | 0.10 | $19.60 |
| 11/22/2017 | 6/11/2017 | KLS | Coordinate strategy meeting | 0.20 | $143.40 |
| 11/22/2017 | 6/12/2017 | KLS | Coordinate strategy call with team | 0.20 | $143.40 |
| 11/22/2017 | 6/28/2017 | AEA | Find various pleadings for AMP | 0.50 | $98.00 |
| 11/22/2017 | 6/29/2017 | AEA | Download and save production | 0.30 | $58.80 |
| 11/22/2017 | 7/5/2017 | AEA | Send and print out newest production for KLS | 0.40 | $78.40 |
| 11/22/2017 | 7/6/2017 | AMP | Make verifications, send to clients | 0.80 | $508.80 |
| 11/22/2017 | 7/6/2017 | KLS | Emails with clients re: review and verification | 0.20 | $143.40 |
| 11/22/2017 | 7/7/2017 | AEA | Draft proof of service, combine interrogatory response doc | 0.30 | $58.80 |
| 11/22/2017 | 7/7/2017 | AEA | Create folders for each pair for doc review by KLS | 0.60 | $117.60 |
| 11/22/2017 | 7/7/2017 | AMP | Finalize and serve responses to second set of ROGs | 0.40 | $254.40 |
| 11/22/2017 | 7/7/2017 | KLS | Review verifications from Plaintiffs | 0.10 | $71.70 |
| 11/22/2017 | 7/10/2017 | AEA | Prepare binder of BOMs for Goldaper | 0.60 | $117.60 |
| 11/22/2017 | 7/11/2017 | AEA | Prepare binder and mail to Goldaper via FedEx | 0.60 | $117.60 |
| 11/22/2017 | 7/11/2017 | AEA | Prepare pre-trial binder for KLS | 1.00 | $196.00 |
| 11/22/2017 | 7/12/2017 | AEA | Finish pre-trial prep binder for KLS; email instructions to Nate re; copy for HAZ | 1.50 | $294.00 |
| 11/22/2017 | 7/13/2017 | AEA | Follow up with Nate about instructions for binder for HAZ, field any questions | 0.20 | $39.20 |
| 11/22/2017 | 7/14/2017 | AEA | Save recent production | 0.10 | $19.60 |
| 11/22/2017 | 7/18/2017 | AEA | Format letter to C. Cardon on KLS letterhead | 0.20 | $39.20 |
| 11/22/2017 | 7/18/2017 | SJG | Call with K. Taylor re research assignment | 0.20 | $71.80 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 7/18/2017 | SJG | Call with A. Persinger re research assignment | 0.10 | $35.90 |
| 11/22/2017 | 7/20/2017 | AEA | Serve on opposing counsel | 0.20 | $39.20 |
| 11/22/2017 | 7/20/2017 | KLS | Coordinate mediation payment | 0.30 | $215.10 |
| 11/22/2017 | 7/21/2017 | AEA | File transcript order from; emails to court reporter, make payment arrangements | 0.30 | $58.80 |
| 11/22/2017 | 7/24/2017 | KLS | Confer with AMP re: staffing and division of labor | 0.40 | $286.80 |
| 11/22/2017 | 7/25/2017 | AEA | Save amended hearing transcript | 0.10 | $19.60 |
| 11/22/2017 | 7/31/2017 | AEA | Email Goldaper re: returned check | 0.10 | $19.60 |
| 11/22/2017 | 7/31/2017 | AEA | Save docs | 0.10 | $19.60 |
| 11/22/2017 | 8/7/2017 | AEA | Format appendices A-O for mediation statement | 0.80 | $156.80 |
| 11/22/2017 | 8/10/2017 | AEA | Finalize and serve settlement negotiations letter to defendants | 0.30 | $58.80 |
| 11/22/2017 | 8/11/2017 | AEA | Print mediation brief and appendices for KLS | 0.60 | $117.60 |
| 11/22/2017 | 8/14/2017 | AEA | Phone calls to JAMS re: updated invoices | 0.20 | $39.20 |
| 11/22/2017 | 8/14/2017 | AEA | Emails with HAZ re: JAMS invoices | 0.10 | $19.60 |
| 11/22/2017 | 8/18/2017 | AEA | Run pre-bill of total case hours, find and subtract hours re: damages with AMP | 0.60 | $117.60 |
| 11/22/2017 | 8/18/2017 | AEA | Search Scott depo transcript for cost info for HAZ | 0.20 | $39.20 |
| 11/22/2017 | 8/22/2017 | AEA | Proof of service and serve on defense counsel | 0.20 | $39.20 |
| 11/22/2017 | 8/24/2017 | AEA | Calendar pretrial and trial dates | 0.30 | $58.80 |
| 11/22/2017 | 9/5/2017 | AEA | Finalize HAZ letter to C. Cardon re; mediation and serve on defense counsel | 0.20 | $39.20 |
| 11/22/2017 | 9/20/2017 | AMP | Expense reports | 0.50 | $318.00 |
| 11/22/2017 | 9/22/2017 | AEA | File stip re: settlement | 0.10 | $19.60 |
| 11/22/2017 | 9/25/2017 | AEA | Deliver chambers copy of Joint Notice of Settlement | 0.40 | $78.40 |
| 11/22/2017 | 9/27/2017 | AEA | Send David Markun Goldaper depo transcript | 0.10 | $19.60 |
| 11/22/2017 | 9/29/2017 | AEA | Circulate executed settlement agreement | 0.10 | $19.60 |
| 11/22/2017 | 9/29/2017 | AEA | Fix calendar and circulate updates | 0.20 | $39.20 |
| 11/22/2017 | 9/29/2017 | AMP | Coordinate client signatures with HAZ and AEA | 0.30 | $190.80 |

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| 11/22/2017 | 10/13/2017 | AMP | Call with Katherine re: issues to research, send relevant docs and research to Katherine re: same | 0.80 | $508.80 |
| 11/22/2017 | 11/14/2017 | AEA | Print binder for AMP and HAZ | 0.30 | $58.80 |
| 11/22/2017 | 11/17/2017 | AEA | Format and send proposed order re; settlement to chamber | 0.20 | $39.20 |
| 11/22/2017 | 11/17/2017 | NRL | Work on correcting time records; re-create calculations | 2.30 | $450.80 |
| 11/22/2017 | 11/20/2017 | NRL | Work on correcting time records and amending calculations | 2.30 | $450.80 |
| | | | **Tycko & Zavareei, LLP Total** | **88.02** | **$29,193.72** |
| | | | **Total** | **91.77** | **$30,949.72** |

VAGUE BILLING

# STATHAKOS V. COLUMBIA SPORTSWEAR COMPANY FEE REVIEW
## Re: Kopelowitz Ostrow, P.C.
## Vague Billing Entries

| Statement Date | Entry Date | Time-keeper | Description | Apprx Hours | Apprx Fees |
|---|---|---|---|---|---|
| **Kopelowitz Ostrow, P.C.** | | | | | |
| 11/22/2017 | 7/29/2016 | ARK | Attention to current status of and next steps in litigation | 0.25 | $159.00 |
| 11/22/2017 | 8/4/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 8/16/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 8/22/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 8/23/2016 | ARK | Attention to current status of and next steps in litigation | 0.25 | $159.00 |
| 11/22/2017 | 8/24/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 8/30/2016 | ARK | Attention to current status of and next steps in litigation | 0.25 | $159.00 |
| 11/22/2017 | 9/2/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 9/6/2016 | ARK | Attention to current status of and next steps in litigation | 0.50 | $318.00 |
| 11/22/2017 | 11/23/2016 | ARK | Attention to current status of and next steps in litigation | 0.25 | $159.00 |
| | | | **Kopelowitz Ostrow, P.C. Total** | **4.00** | **$2,544.00** |
| **Tycko & Zavareei, LLP** | | | | | |
| 11/22/2017 | 9/20/2016 | KLS | Depo prep and research | 0.40 | $286.80 |
| 11/22/2017 | 9/25/2016 | KLS | Depo prep | 2.00 | $1,434.00 |
| 11/22/2017 | 9/26/2016 | KLS | Depo preparation | 5.00 | $3,585.00 |
| 11/22/2017 | 10/6/2016 | KLS | Read depo transcripts | 1.60 | $1,147.20 |
| 11/22/2017 | 10/13/2016 | KLS | Review index of docs to be filed | 0.30 | $215.10 |
| 11/22/2017 | 1/5/2017 | KLS | Dep. Prep | 3.00 | $2,151.00 |
| 11/22/2017 | 2/28/2017 | AMP | Reviewed case materials | 0.80 | $508.80 |
| 11/22/2017 | 4/25/2017 | AEA | Hearing prep | 2.00 | $392.00 |
| | | | **Tycko & Zavareei, LLP Total** | **15.10** | **$9,719.90** |
| | | | **Total** | **19.10** | **$12,263.90** |

ERROR BILLING

| Statement Date | Entry Date | Time-keeper | Description | Hours Billed | *Hours Reduced* | Fees Billed | *Fees Reduced* |
|---|---|---|---|---|---|---|---|
| **Kopelowitz Ostrow, P.C.** | | | | | | | |
| 11/22/2017 | 12/30/2015 | JMS | Conference call with Larry Compeau and co-counsel re: potential expert opinions and information he would need from discovery; conference call with Ms. Gold, Mr. Edelsberg, and Mrs. Ostrow following conference call | 2.00 | | $1,728.00 | |
| 11/22/2017 | 12/30/2015 | JO | Telephone call with expert Larry Compeau to discuss pricing schematics; follow up call with practice group to discuss the same | 3.50 | *-1.50* | $3,024.00 | *($1,296.00)* |
| 11/22/2017 | 3/29/2016 | JO | Group telephone call regarding outlet update; discuss bringing in additional counsel; expert update | 0.50 | | $432.00 | |
| 11/22/2017 | 3/29/2016 | SAE | Group telephone call regarding outlet update; discuss bringing in additional counsel; expert update | 1.00 | *-0.50* | $440.00 | *($220.00)* |
| 11/22/2017 | 5/16/2016 | SAE | Receipt and review of answer to third amended complaint | 1.00 | | $440.00 | |
| 11/22/2017 | 5/16/2016 | SAE | Receipt and review of answer to third amended complaint | 1.00 | *-0.50* | $440.00 | *($220.00)* |
| 11/22/2017 | 5/12/2017 | ARK | Strategize and communicate with co-counsel regarding next steps | 0.50 | | $318.00 | |
| 11/22/2017 | 5/12/2017 | ARK | Strategize and communicate with co-counsel regarding next steps | 0.25 | | $159.00 | |
| 11/22/2017 | 7/20/2017 | JO | Emails with co-counsel about mediation | 0.25 | | $216.00 | |
| 11/22/2017 | 7/20/2017 | JO | Emails with co-counsel about mediation | 0.25 | *-0.25* | $216.00 | *($216.00)* |
| | | | **Kopelowitz Ostrow, P.C. Total** | **10.25** | **-2.75** | **$7,413.00** | **($1,952.00)** |
| **Tycko & Zavareei, LLP** | | | | | | | |
| 11/22/2017 | 3/24/2016 | MDQ | Draft legal elements table for pled causes of action and evidence necessary to prove elements of same, legal research re: same | 1.20 | | $430.80 | |
| 11/22/2017 | 3/24/2016 | MDQ | Draft legal elements table for pled causes of action and evidence necessary to prove elements of same, legal research re: same | 2.40 | | $861.60 | |
| 11/22/2017 | 4/20/2016 | MDQ | Draft responses to defendant's first set of requests for production; emails to K. Sagafi re: same | 0.70 | *-0.70* | $251.30 | *($251.30)* |
| 11/22/2017 | 4/20/2016 | MDQ | Draft responses to defendants' first set of requests for production, emails to client re same | 2.30 | | $825.70 | |

| Statement Date | Entry Date | Time-keeper | Description | Hours Billed | *Hours Reduced* | Fees Billed | *Fees Reduced* |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | 4/20/2016 | MDQ | Draft responses to defendant's first set of requests for production; emails to K. Sagafi re: same | 0.90 | | $323.10 | |
| 11/22/2017 | 4/27/2016 | MDQ | Draft and edit responses to defendant's first set of interrogatories and first set of requests for production, emails and meeting with K. Sagafi re: same | 0.50 | | $179.50 | |
| 11/22/2017 | 4/27/2016 | MDQ | Draft and edit responses to Defendant's first set of requests for production, emails to K. Sagafi re: same | 2.50 | *-2.50* | $897.50 | *($897.50)* |
| 11/22/2017 | 4/27/2016 | MDQ | Draft and edit responses to defendant's first set of interrogatories and first set of requests for production, emails and meeting with K. Sagafi re: same | 2.40 | | $861.60 | |
| 11/22/2017 | 4/30/2016 | KLS | Emails with Columbia's counsel re: failure to serve discovery responses by the deadline | 0.20 | | $143.40 | |
| 11/22/2017 | 4/30/2016 | KLS | Emails with Columbia's counsel re: failure to serve discovery responses by the deadline | 0.20 | *-0.20* | $143.40 | *($143.40)* |
| 11/22/2017 | 4/30/2016 | KLS | Review draft protective order and send to Columbia's counsel | 0.20 | | $143.40 | |
| 11/22/2017 | 4/30/2016 | KLS | Review draft protective order and send to Columbia's counsel | 0.20 | *-0.20* | $143.40 | *($143.40)* |
| 11/22/2017 | 4/30/2016 | KLS | Research and prep for hearing on Columbia's motion to dismiss | 6.90 | | $4,947.30 | |
| 11/22/2017 | 4/30/2016 | KLS | Research and prepare for hearing on Columbia's MTD | 6.90 | *-6.90* | $4,947.30 | *($4,947.30)* |
| 11/22/2017 | 6/27/2016 | MDQ | Draft meet and confer letter to opposing counsel re: document productions, emails to K. Sagafi re: same | 4.60 | | $1,651.40 | |
| 11/22/2017 | 6/27/2016 | MDQ | Draft meet and confer letter to opposing counsel re: discovery production, emails to K. Sagafi re: same | 0.60 | *-0.60* | $215.40 | *($215.40)* |
| 11/22/2017 | 6/28/2016 | MDQ | Finalize and serve 30(b)(6) deposition notice, meeting with K. Sagafi re: same | 0.60 | | $215.40 | |
| 11/22/2017 | 6/30/2016 | MDQ | Finalize and serve 30(b)(6) deposition notice, emails to K. Sagafi re: same | 0.20 | | $71.80 | |
| 11/22/2017 | 7/18/2016 | MDQ | Emails to opposing counsel re: outstanding discovery issues and expected new requests | 0.70 | | $251.30 | |
| 11/22/2017 | 7/18/2016 | MDQ | Emails to opposing counsel re: outstanding discovery issues and expected new requests | 0.40 | *-0.40* | $143.60 | *($143.60)* |
| 11/22/2017 | 7/27/2016 | MDQ | Draft new discovery requests, emails to KLS re: same | 0.20 | *-0.20* | $71.80 | *($71.80)* |
| 11/22/2017 | 7/27/2016 | MDQ | Draft new discovery requests, emails to KLS re: same | 1.50 | | $538.50 | |
| 11/22/2017 | 8/1/2016 | MDQ | Review K. Sagafi edits to draft Third Set of RFPs and second set of Interrogatories for service on Columbia, complete edits to same, emails to K. Sagafi re: same | 0.30 | *-0.30* | $107.70 | *($107.70)* |

| Statement Date | Entry Date | Time-keeper | Description | Hours Billed | *Hours Reduced* | Fees Billed | *Fees Reduced* |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | 8/1/2016 | MDQ | Review K. Sagafi edits to draft third Set of RFPs and Second set of Interrogatories for service on Columbia, complete edits to same, emails to K. Sagafi re: same; draft meet and confer email to opposing counsel re: same | 2.10 | | $753.90 | |
| 11/22/2017 | 8/1/2016 | MDQ | Review K. Sagafi edits to draft third Set of RFPs and Second set of Interrogatories for service on Columbia, complete edits to same, emails to K. Sagafi re: same; draft meet and confer email to opposing counsel re: same | 0.10 | *-0.10* | $35.90 | *($35.90)* |
| 11/22/2017 | 8/1/2016 | MDQ | Review K. Sagafi edits to draft Third Set of RFPs and second set of Interrogatories for service on Columbia, complete edits to same, emails to K. Sagafi re: same | 1.10 | | $394.90 | |
| 11/22/2017 | 8/11/2016 | MDQ | Edit and finalize plaintiffs' third set of requests for production | 1.40 | | $502.60 | |
| 11/22/2017 | 8/11/2016 | MDQ | Edit and finalize plaintiffs' third set of requests for production | 0.80 | *-0.80* | $287.20 | *($287.20)* |
| 11/22/2017 | 8/16/2016 | MDQ | Draft joint administrative motion to continue class certification briefing schedule, emails to K. Sagafi re: same | 2.40 | | $861.60 | |
| 11/22/2017 | 8/16/2016 | MDQ | Draft joint administrative motion to continue class certification briefing schedule, emails to K. Sagafi re: same | 1.90 | | $682.10 | |
| 11/22/2017 | 8/16/2016 | MDQ | Draft joint administrative motion to continue class certification briefing schedule, emails to K. Sagafi re: same | 0.90 | *-0.90* | $323.10 | *($323.10)* |
| 11/22/2017 | 8/25/2016 | MDQ | Draft motion for administrative relief to modify class certification briefing schedule, record review for same, emails to K. Sagafi re: same | 1.00 | *-1.00* | $359.00 | *($359.00)* |
| 11/22/2017 | 8/25/2016 | MDQ | Draft motion for administrative relief to modify class certification briefing schedule, record review for same, emails to K. Sagafi re: same | 2.50 | | $897.50 | |
| 11/22/2017 | 10/31/2016 | MDQ | Email exchange and meeting with K. Sagafi re: J. Stathakos deposition scheduling | 1.60 | *-1.60* | $574.40 | *($574.40)* |
| 11/22/2017 | 10/31/2016 | MDQ | Email exchange and meeting with K. Sagafi re: J. Stathakos deposition scheduling | 1.60 | | $574.40 | |
| 11/22/2017 | 11/7/2016 | MDQ | Legal research re: plaintiff's motion for class certification, draft sections re: materiality, emails to S. Edelsberg re: same | 3.50 | | $1,256.50 | |
| 11/22/2017 | 11/7/2016 | MDQ | Legal research re: plaintiff's motion for class certification, draft sections re: materiality, emails to S. Edelsberg re: same | 2.00 | *-2.00* | $718.00 | *($718.00)* |
| 11/22/2017 | 11/9/2016 | MDQ | Email with K. Sagafi re: Gabriele Goldaper report in support of motion for class certification | 3.00 | | $1,077.00 | |

| Statement Date | Entry Date | Time-keeper | Description | Hours Billed | *Hours Reduced* | Fees Billed | *Fees Reduced* |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | 11/9/2016 | MDQ | Email with K. Sagafi re: Gabriele Goldaper report in support of motion for class certification | 0.10 | *-0.10* | $35.90 | *($35.90)* |
| 11/22/2017 | 11/17/2016 | MDQ | Draft and edit declaration of Martin D. Quinones, compile supporting materials, emails to A. Abate re: same, complete redactions of same | 5.50 | | $1,974.50 | |
| 11/22/2017 | 11/17/2016 | MDQ | Draft and edit declaration of Martin D. Quinones, compile supporting materials, emails to A. Abate re: same, complete redactions of same | 3.00 | *-3.00* | $1,077.00 | *($1,077.00)* |
| 11/22/2017 | 11/17/2016 | MDQ | Draft and edit declaration of Martin D. Quinones, compile supporting materials, emails to A. Abate re: same, complete redactions of same | 1.00 | *-1.00* | $359.00 | *($359.00)* |
| 11/22/2017 | 3/10/2017 | KLS | Draft, revise, edit, and compile record cites and materials for SJ/CC brief; edit and revise plaintiffs separate statement of facts and plaintiffs' appendix | 17.00 | *-16.40* | $12,189.00 | *($11,758.80)* |
| 11/22/2017 | 3/10/2017 | KLS | Work on SJ/CC brief and separate statement of facts | 7.40 | | $5,305.80 | |
| 11/22/2017 | 5/17/2017 | AMP | [No Billing Description] | 0.90 | *-0.90* | $572.40 | *($572.40)* |
| 11/22/2017 | 7/14/2017 | AMP | [No Billing Description] | 1.10 | *-1.10* | $699.60 | *($699.60)* |
| 11/22/2017 | 7/15/2017 | KLS | [No Billing Description] | 0.50 | | $358.50 | |
| 11/22/2017 | 7/16/2017 | KLS | [No Billing Description] | 1.40 | | $1,003.80 | |
| 11/22/2017 | 9/28/2017 | KAT | Legal research for settlement agreement | 0.50 | *-0.50* | $179.50 | *($179.50)* |
| 11/22/2017 | 9/28/2017 | KAT | Legal research for settlement agreement | 3.60 | | $1,292.40 | |
| 11/22/2017 | 9/28/2017 | KAT | Settlement research | 0.30 | *-0.30* | $107.70 | *($107.70)* |
| | | | **Tycko & Zavareei, LLP Total** | **104.80** | ***-41.70*** | **$52,819.40** | ***($24,008.90)*** |
| | | | **Total** | **115.05** | ***-44.45*** | **$60,232.40** | ***($25,960.90)*** |

TOTAL COSTS BILLED

**STATHAKOS V. COLUMBIA SPORTSWEAR COMPANY FEE REVIEW**
**Re:  Kopelowitz Ostrow, P.C.**
**Costs Billed Summary**

| Cost Description | Total | Reduction | Reduced Total |
|---|---|---|---|
| Airfare Expense | $3,499.74 | ($1,749.87) | $1,749.87 |
| Crossfield Associates, LLC | $1,625.00 | ($812.50) | $812.50 |
| Expert Fees | $12,000.00 | ($6,000.00) | $6,000.00 |
| Federal Express | $98.30 | $0.00 | $98.30 |
| Hal Poret, LLC | $10,125.00 | ($5,062.50) | $5,062.50 |
| Hotel Expense | $942.46 | $0.00 | $942.46 |
| JAMS | $3,500.00 | ($1,750.00) | $1,750.00 |
| Larry D. Compeau | $3,687.50 | ($1,843.75) | $1,843.75 |
| Lexis Nexis | $435.66 | $0.00 | $435.66 |
| Meal Expense | $282.29 | $0.00 | $282.29 |
| Other Expense | $610.00 | ($305.00) | $305.00 |
| Postage | $1.38 | $0.00 | $1.38 |
| Taxi Expense | $259.28 | ($129.64) | $129.64 |
| Travel Expense | $243.96 | $0.00 | $243.96 |
| **Total** | **$37,310.57** | **($17,653.26)** | **$19,657.31** |

# STATHAKOS V. COLUMBIA SPORTSWEAR COMPANY FEE REVIEW
## Re: Tycko & Zavareei, LLP
## Costs Billed Summary

| Cost Description | Total | Reduction | Reduced Total |
|---|---|---|---|
| Airfare Expense | $6,574.50 | ($3,287.25) | $3,287.25 |
| Bridgeport Professional | $355.00 | $0.00 | $355.00 |
| C. Hydock | $3,900.00 | ($1,950.00) | $1,950.00 |
| Car Rental | $184.68 | $0.00 | $184.68 |
| Class Certification Materials | $67.88 | $0.00 | $67.88 |
| Columbia Materials | $857.19 | ($428.60) | $428.59 |
| Conference Call | $46.86 | $0.00 | $46.86 |
| Court Documents | $96.29 | $0.00 | $96.29 |
| Crossfield Associates, LLC | $1,625.00 | ($812.50) | $812.50 |
| Document Retrieval | $58.70 | $0.00 | $58.70 |
| Expert - Compeau | $27,632.50 | ($13,816.25) | $13,816.25 |
| Expert - Goldaper | $20,000.00 | ($10,000.00) | $10,000.00 |
| Expert - Hal Poret | $10,125.00 | $0.00 | $10,125.00 |
| Federal Express | $1,082.04 | ($541.02) | $541.02 |
| First Legal Deposition Services | $1,333.40 | ($666.70) | $666.70 |
| Hotel Expense | $2,683.29 | ($1,341.65) | $1,341.64 |
| JAMS | $7,450.00 | ($3,725.00) | $3,725.00 |
| Meal Expense | $584.94 | ($292.47) | $292.47 |
| PACER | $32.30 | $0.00 | $32.30 |
| Parking Expense | $18.00 | $0.00 | $18.00 |
| Photocopies | $532.35 | $0.00 | $532.35 |
| Postage | $17.38 | $0.00 | $17.38 |
| Pre-Trial Briefing | $29.03 | $0.00 | $29.03 |
| Pro Hac Vice Fees | $310.00 | $0.00 | $310.00 |
| Product Research | $789.98 | ($394.99) | $394.99 |
| Taxi Expense | $1,363.51 | ($681.76) | $681.75 |
| Transcript Fees | $6,166.59 | ($3,083.30) | $3,083.29 |

K:\90035\00000\MISC - 5 - Costs Billed (Summary) w/Reductions - printed 12/21/2017 at 3:45:13 PM                    Page 1 of 2

| Cost Description | Total | Reduction | Reduced Total |
|---|---|---|---|
| Veritext | $14,359.60 | ($7,179.80) | $7,179.80 |
| Westlaw | $3,732.52 | ($1,866.26) | $1,866.26 |
| **Total** | **$112,008.53** | **($50,067.55)** | **$61,940.98** |

EXHIBIT 3

# USAO ATTORNEY'S FEES MATRIX – 2015 – 2017

*Revised Methodology starting with 2015-2016 Year*

Years (Hourly Rate for June 1 – May 31, based on change in PPI-OL since January 2011)

| Experience | 2015-16 | 2016-17 |
|---|---|---|
| 31+ years | 568 | 581 |
| 21-30 years | 530 | 543 |
| 16-20 years | 504 | 516 |
| 11-15 years | 455 | 465 |
| 8-10 years | 386 | 395 |
| 6-7 years | 332 | 339 |
| 4-5 years | 325 | 332 |
| 2-3 years | 315 | 322 |
| Less than 2 years | 284 | 291 |
| Paralegals & Law Clerks | 154 | 157 |

*Explanatory Notes*

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia (USAO) to evaluate requests for attorney's fees in civil cases in District of Columbia courts. The matrix is intended for use in cases in which a fee-shifting statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412(b) (Equal Access to Justice Act). The matrix has not been adopted by the Department of Justice generally for use outside the District of Columbia, or by other Department of Justice components, or in other kinds of cases. The matrix does **not** apply to cases in which the hourly rate is limited by statute. *See* 28 U.S.C. § 2412(d).

2. A "reasonable fee" is a fee that is sufficient to attract an adequate supply of capable counsel for meritorious cases. *See, e.g., Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 552 (2010). Consistent with that definition, the hourly rates in the above matrix were calculated from average hourly rates reported in 2011 survey data for the D.C. metropolitan area, which rates were adjusted for inflation with the Producer Price Index-Office of Lawyers (PPI-OL) index. The survey data comes from ALM Legal Intelligence's 2010 & 2011 Survey of Law Firm Economics. The PPI-OL index is available at http://www.bls.gov/ppi. On that page, under "PPI Databases," and "Industry Data (Producer Price Index - PPI)," select either "one screen" or "multi-screen" and in the resulting window use "industry code" 541110 for "Offices of Lawyers" and "product code" 541110541110 for "Offices of Lawyers." The average hourly rates from the 2011 survey data are multiplied by the PPI-OL index for May in the year of the update, divided by 176.6, which is the PPI-OL index for January 2011, the month of the survey data, and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

3. The PPI-OL index has been adopted as the inflator for hourly rates because it better reflects the mix of legal services that law firms collectively offer, as opposed to the legal services that typical consumers use, which is what the CPI-

Legal Services index measures. Although it is a national index, and not a local one, *cf. Eley v. District of Columbia*, 793 F.3d 97, 102 (D.C. Cir. 2015) (noting criticism of national inflation index), the PPI-OL index has historically been generous relative to other possibly applicable inflation indexes, and so its use should minimize disputes about whether the inflator is sufficient.

4. The methodology used to compute the rates in this matrix replaces that used prior to 2015, which started with the matrix of hourly rates developed in *Laffey v. Northwest Airlines, Inc.* 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985), and then adjusted those rates based on the Consumer Price Index for All Urban Consumers (CPI-U) for the Washington-Baltimore (DC-MD-VA-WV) area. Because the USAO rates for the years 2014-15 and earlier have been generally accepted as reasonable by courts in the District of Columbia, see note 9 below, the USAO rates for those years will remain the same as previously published on the USAO's public website. That is, the USAO rates for years prior to and including 2014-15 remain based on the prior methodology, *i.e.*, the original *Laffey* Matrix updated by the CPI-U for the Washington-Baltimore area. *See Citizens for Responsibility & Ethics in Washington v. Dep't of Justice*, --- F. Supp. 3d ---, 2015 WL 6529371 (D.D.C. 2015) and Declaration of Dr. Laura A. Malowane filed therein on Sept. 22, 2015 (Civ. Action No. 12-1491, ECF No. 46-1) (confirming that the USAO rates for 2014-15 computed using prior methodology are reasonable).

5. Although the USAO will not issue recalculated *Laffey* Matrices for past years using the new methodology, it will not oppose the use of that methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods prior to June 2015, provided that methodology is used consistently to calculate the entire fee amount. Similarly, although the USAO will no longer issue an updated *Laffey* Matrix computed using the prior methodology, it will not oppose the use of the prior methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods after May 2015, provided that methodology is used consistently to calculate the entire fee amount.

6. The various "brackets" in the column headed "Experience" refer to the attorney's years of experience practicing law. Normally, an attorney's experience will be calculated starting from the attorney's graduation from law school. Thus, the "Less than 2 years" bracket is generally applicable to attorneys in their first and second years after graduation from law school, and the "2-3 years" bracket generally becomes applicable on the second anniversary of the attorney's graduation (*i.e.*, at the beginning of the third year following law school). *See Laffey*, 572 F. Supp. at 371. An adjustment may be necessary, however, if the attorney's admission to the bar was significantly delayed or the attorney did not otherwise follow a typical career progression. *See, e.g., EPIC v. Dep't of Homeland Sec.*, 999 F. Supp. 2d 61, 70-71 (D.D.C. 2013) (attorney not admitted to bar compensated at "Paralegals & Law Clerks" rate); *EPIC v. Dep't of Homeland Sec.*, 982 F. Supp. 2d 56, 60-61 (D.D.C. 2013) (same). The various experience levels were selected by relying on the levels in the ALM Legal Intelligence 2011 survey data. Although finer gradations in experience level might yield different estimates of market rates, it is important to have statistically sufficient sample sizes for each experience level. The experience categories in the current USAO Matrix are based on statistically significant sample sizes for each experience level.

7. ALM Legal Intelligence's 2011 survey data does not include rates for paralegals and law clerks. Unless and until reliable survey data about actual paralegal/law clerk rates in the D.C. metropolitan area become available, the USAO will compute the hourly rate for Paralegals & Law Clerks using the most recent historical rate from the USAO's former *Laffey* Matrix (*i.e.*, $150 for 2014-15) updated with the PPI-OL index. The formula is $150 multiplied by the PPI-OL index for May in the year of the update, divided by 194.3 (the PPI-OL index for May 2014), and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

8. The USAO anticipates periodically revising the above matrix if more recent reliable survey data becomes available, especially data specific to the D.C. market, and in the interim years updating the most recent survey data with the PPI-OL index, or a comparable index for the District of Columbia if such a locality-specific index becomes available.

9. Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the USAO as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. *See Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n.14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Most lower federal courts in the District of Columbia

have relied on the USAO Matrix, rather than the so-called "*Salazar* Matrix" (also known as the "LSI Matrix" or the "Enhanced *Laffey* Matrix"), as the "benchmark for reasonable fees" in this jurisdiction. *Miller v. Holzmann*, 575 F. Supp. 2d 2, 18 n.29 (D.D.C. 2008) (quoting *Pleasants v. Ridge*, 424 F. Supp. 2d 67, 71 n.2 (D.D.C. 2006)); *see, e.g., Joaquin v. Friendship Pub. Charter Sch.*, --- F. Supp. 3d ---, 2016 WL 3034151 (D.D.C. 2016); *Prunty v. Vivendi*, --- F. Supp. 3d ---, 2016 WL 3659889 (D.D.C. 2016); *CREW v. U.S. Dep't of Justice*, --- F. Supp. 3d ---, 2015 WL 6529371 (D.D.C. 2015); *McAllister v. District of Columbia*, 21 F. Supp. 3d 94 (D.D.C. 2014); *Embassy of Fed. Republic of Nigeria v. Ugwuonye*, 297 F.R.D. 4, 15 (D.D.C. 2013); *Berke v. Bureau of Prisons*, 942 F. Supp. 2d 71, 77 (D.D.C. 2013); *Fisher v. Friendship Pub. Charter Sch.*, 880 F. Supp. 2d 149, 154-55 (D.D.C. 2012); *Sykes v. District of Columbia*, 870 F. Supp. 2d 86, 93-96 (D.D.C. 2012); *Heller v. District of Columbia*, 832 F. Supp. 2d 32, 40-49 (D.D.C. 2011); *Hayes v. D.C. Public Schools*, 815 F. Supp. 2d 134, 142-43 (D.D.C. 2011); *Queen Anne's Conservation Ass'n v. Dep't of State*, 800 F. Supp. 2d 195, 200-01 (D.D.C. 2011); *Woodland v. Viacom, Inc.*, 255 F.R.D. 278, 279-80 (D.D.C. 2008); *American Lands Alliance v. Norton*, 525 F. Supp. 2d 135, 148-50 (D.D.C. 2007). *But see, e.g., Salazar v. District of Columbia*, 123 F. Supp. 2d 8, 13-15 (D.D.C. 2000). The USAO contends that the *Salazar* Matrix is fundamentally flawed, does not use the *Salazar* Matrix to determine whether fee awards under fee-shifting statutes are reasonable, and will not consent to pay hourly rates calculated with the methodology on which that matrix is based.