# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE STATHAKOS, ET AL.,**<br>　　Plaintiffs**,**<br>　　vs.<br>**COLUMBIA SPORTSWEAR COMPANY, ET AL.,**<br>　　Defendants**.** | CASE NO. 15-cv-04543-YGR<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 131 |

The Court, having considered all the papers filed by the parties in connection with Plaintiffs' Motion for Administrative Relief (Dkt. No. 131), hereby **ORDERS** as follows:

1. Plaintiffs' request for a one-week extension to file their reply in support of their motion for attorney's fees and costs is **GRANTED**. They must file their reply no later than **January 12, 2018**.

2. Plaintiffs' request for a 10-page extension of the 15-page limit for their reply in support of their motion for attorney's fees and costs is **GRANTED**. Their reply must not exceed **25 pages**.

3. Defendants' request to file a sur-reply to plaintiffs' motion for attorney's fees and costs is **DENIED WITHOUT PREJUDICE**. Plaintiffs are reminded that any new evidence submitted on reply must be responsive to points raised by defendants in their opposition. *See Sanchez v. Cnty. of San Bernardino*, No. CV-10-09384 MMM (OPx), 2014 WL 12734756, at *4 (C.D. Cal. Mar. 10, 2014) ("The court can properly consider evidence and argument offered in reply that is responsive to points raised in the non-moving party's opposition . . . .") To the extent plaintiffs submit new evidence on reply, defendants may file corresponding objections pursuant to L.R. 7-3(d)(1), and the Court may rule on the evidence accordingly.

4. Defendants' request to continue the hearing date on plaintiffs' motion for attorney's fees and costs is **GRANTED**. The hearing is **CONTINUED** to **Tuesday, February 6, 2018** on the Court's **2:00 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

This Order terminates Docket Number 131.

**IT IS SO ORDERED.**

Dated: January 3, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**