United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JEANNE STATHAKOS, ET AL.,

Plaintiffs,

vs.

COLUMBIA SPORTSWEAR COMPANY, ET AL.,

Defendants.

CASE NO.  15-cv-04543-YGR

ORDER VACATING HEARING

Re: Dkt. No. 129

Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds plaintiffs' motion for attorney's fees and service awards (Dkt. No. 129) appropriate for decision without oral argument.  Accordingly, the Court **VACATES** the hearing set for February 6, 2018.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE