UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE STATHAKOS, ET AL.,** | CASE NO. 15-cv-04543-YGR |
| Plaintiffs**,** | |
| vs. | **ORDER** |
| **COLUMBIA SPORTSWEAR COMPANY, ET AL.,** | |
| Defendants**.** | |

On January 25, 2018, the Court granted the unopposed motion for settlement approval in the above-captioned case.  (Dkt. No. 139.)  Final approval of the settlement having been entered, the Clerk is hereby directed to close the case file.

**IT IS SO ORDERED.**

Dated: April 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**